# EXHIBIT J

## Exhibit J

### Exemplary Chart for the '362 Patent
### Infringement of U.S. Patent No. 9,210,362 by Spectrum Accused Services

| # | U.S. Patent No. 9,210,362 | Spectrum Accused Services |
|---|---|---|
| 11a | A method comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Spectrum 100-series STBs, Spectrum 200-series STBs, Spectrum 101-series STBs, Spectrum 201-series STBs, Spectrum 110-series STBs, Spectrum 210-series STBs, the Arris DCX3600 STB, and products that operate in a similar manner.  By way of example, the Spectrum 210 (specifically the Spectrum 210-T) is charted herein. |
| 11b | in a wideband receiver system: | The Spectrum 210 is a wideband receiver system. |
| 11c | downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels; | The Spectrum 210 downconverts, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels.<br><br>Specifically, the Spectrum 210 includes advanced signal processing techniques, including a mixer, that can be used to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels. |
| 11d | digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels; | The Spectrum 210 digitizes, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels.<br><br>Specifically, the Spectrum 210 digitizes the entire 1GHz downstream spectrum of a Spectrum cable plant.  The 1 GHz cable spectrum includes a plurality of desired and undesired television channels. |

# Exhibit J

| 11e | selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and | The Spectrum 210s select, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies as described below:<br><br>Specifically, the Spectrum 210 includes advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including to select the plurality of desired television channels from the digitized plurality of frequencies. |
|---|---|---|
| 11f | outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream. | The Spectrum 110 and Spectrum 210 output, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream.<br><br>Specifically, in the Spectrum 210, the digitally tuned and selected plurality of desired television channels are then fed into a digital demodulator that outputs a transport stream for use in broadcast services. |