# EXHIBIT K

## Exhibit K

## Exemplary Chart for the '826 Patent
## Infringement of U.S. Patent No. 9,825,826 by Spectrum Accused Services

| # | U.S. Patent No. 9,825,826 | Spectrum Accused Services |
|---|---|---|
| 1a | A method comprising: | The Accused Services perform the claimed method utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Spectrum 100-series STBs, Spectrum 200-series STBs, Spectrum 101-series STBs, Spectrum 201-series STBs, Spectrum 110-series STBs, Spectrum 210-series STBs, the Arris DCX3600 STB, and products that operate in a similar manner. By way of example, the Spectrum 210 (specifically the Spectrum 210-T) is charted herein. |
| 1b | performing by one or more circuits of a receiver coupled to a television and data service provider headend via a hybrid fiber coaxial (HFC) network: | The Spectrum 210 includes one or more circuits of a receiver coupled to a television and data service provider headend via a hybrid fiber coaxial (HFC) network, that perform the claimed steps, as described below: |

**Exhibit K**

| # | U.S. Patent No. 9,825,826 | Spectrum Accused Services |
|---|---|---|
|   |   | *[Image of circuit board with labeled components: BCM3384 SoC (red), HDMI Connector (yellow), Coaxial Connector (green)]* |
| 1c | receiving, via said HFC network, a signal that carries a plurality of channels, wherein said channels comprise one or both of television channels and data channels; | The Spectrum 210 receives, via said HFC network, a signal that carries a plurality of channels, wherein said channels comprise one or both of television channels and data channels.<br><br>Specifically, the Spectrum 210 receives the entire 1GHz downstream spectrum of a Spectrum cable plant. The 1 GHz cable spectrum includes a plurality of data and television channels. |
| 1d | digitizing said received signal to generate a digitized signal; | The Spectrum 210 digitizes said received signal to generate a digitized signal.<br><br>Specifically, the Spectrum 210 digitizes the entire 1GHz downstream spectrum it receives to generate a digitized signal. |

**Exhibit K**

| # | U.S. Patent No. 9,825,826 | Spectrum Accused Services |
|---|---|---|
| 1e | selecting a first portion of said digitized signal; | The Spectrum 210 selects a first portion of said digitized signal.<br><br>Specifically, the Spectrum 210 includes advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including to select a first portion of said digitized signal. |
| 1f | selecting a second portion of said digitized signal; | The Spectrum 210 selects a second portion of said digitized signal.<br><br>Specifically, the Spectrum 210 includes advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including to select a second portion of said digitized signal. |
| 1g | processing said selected second portion of said digitized signal to recover information carried in said plurality of channels; | The Spectrum 210 process said selected second portion of said digitized signal to recover information carried in said plurality of channels.<br><br>Specifically, in the Spectrum 210, each digitally tuned channel then feeds the signal into a digital demodulator that outputs a transport stream for use in data or broadcast services. |
| 1h | analyzing said selected first portion of said digitized signal to measure a characteristic of said received signal; and | The Spectrum 210 analyzes said selected first portion of said digitized signal to measure a characteristic of said received signal.<br><br>Specifically, the Spectrum 210 includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities. Upon information and belief, the Spectrum 210 includes a signal analyzer that analyzes said selected first portion to determine one or more characteristics of the received signal. |
| 1i | controlling the transmission of network management messages back to said headend based on said measured characteristic of said received signal, | The Spectrum 210 controls the transmission of network management messages back to said headend based on said measured characteristic of said received signal, wherein said measured characteristic is different than said network management messages.<br><br>Specifically, the Spectrum 210 includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities. Upon information and belief, the |

**Exhibit K**

| # | U.S. Patent No. 9,825,826 | Spectrum Accused Services |
|---|---|---|
|   | wherein said measured characteristic is different than said network management messages. | Spectrum 210 controls the transmission of network management messages back to said headend based on said measured characteristic of said received signal. Upon information and belief, said measured characteristic is different than said network management messages |