AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff(s)* <br> v. <br> CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:22-cv-125 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SPECTRUM ADVANCED SERVICES, LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Wesley Hill
> WARD, SMITH & HILL, PLLC
> 1507 Bill Owens Parkway
> Longview, Texas 75604

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

CLERK OF COURT

Date: 4/27/22

*David A. O'Toole*
Signature of Clerk or Deputy Clerk

SERVICE RETURN ATTACHED

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-125

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____ *SERVICE RETURN ATTACHED*
*Server's signature*

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

[ Print ]   [ Save As... ]                                              [ Reset ]

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 2:22-CV-125

Plaintiff:
**Entropic Communications, LLC,**
vs.
Defendant:
**Charter Communications, Inc.; Spectrum Advanced Services, LLC; and Spectrum Managment Holding Company, LLC**

For: Ward, Smith & Hill, PLLC

Received these papers on the 3rd day of May, 2022 at 9:34 am to be served on **Spectrum Advanced Services, LLC by serving its registered agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, New Castle County, DE 19808.** I, __KEVIN S. DUNN__, being duly sworn, depose and say that on the __3RD__ day of __MAY__, 2022 at __3:30__ P.m., executed service by delivering a true copy of the **Summons in a Civil Action, Original Complaint for Patent Infringement, Civil Cover Sheet, and Exhibit(s) A - L** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By delivering to __LYNANNE GARES__ (individual accepting) as __MANAGING AGENT__ (title), at __251 LITTLE FALLS DR__ (street), __WILMINGTON__ (city), __DE__ (state) __19808__ (zip code) __NEW CASTLE__ (county).

( ) PUBLIC AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

KEVIN S. DUNN
PROCESS SERVER # __1985__
Appointed in accordance with State Statutes

Subscribed and sworn to before me on the __3RD__ day of __MAY__, __2022__ by the affiant who is personally known to me.

NOTARY PUBLIC

Our Job Serial Number: 2022004746
Ref: Entropic v Charter et al

DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on May 1, 2024

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h