UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 2:22-cv-125

Name of party requesting extension:

Charter Communications, Inc., Spectrum Advanced Services, LLC & Spectrum Management Holding Company, LLC

Is this the first application for extension of time in this case?
- [ ] Yes
- [✓] No

If no, please indicate which application this represents:
- [✓] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 5/3/2022

Number of days requested:
- [ ] 30 days
- [✓] 15 days
- [ ] Other ___ days

New Deadline Date: 7/8/2022   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Deron R. Dacus
State Bar No.: 00790553
Firm Name: The Dacus Firm, P.C.
Address: 821 ESE Loop 323, suite 430
         Tyler, TX 75701

Phone: 903/705-1117
Fax:   903/705-1117
Email: ddacus@dacusfirm.com

A certificate of conference does not need to be filed with this unopposed application.