# EXHIBIT G

## <u>Exhibit G</u>

**Exemplary Chart for the '775 Patent**
**Infringement of U.S. Patent No. 8,223,775 by Spectrum Accused Services**

| # | U.S. Patent No. 8,223,775 | Spectrum Accused Services |
|---|---|---|
| **18a** | A cable modem system comprising: | The Accused Services are provided by the claimed cable modem system by utilizing, for example, at least one cable modem located at each subscriber location, including, for example, the Spectrum PC20 and Arris SB6183, and products that operate in a similar manner. By way of example, the Spectrum PC20 is charted herein. |
| **18b** | a data networking engine implemented in a first circuit that includes at least one processor, the data networking engine programmed with software that when executed by the at least one processor of the first circuit causes the data networking engine to perform home networking functions including interfacing with customer provided equipment; | The Spectrum PC20 includes a data networking engine implemented in a first circuit that includes at least one processor, the data networking engine programmed with software that when executed by the at least one processor of the first circuit causes the data networking engine to perform home networking functions including interfacing with customer provided equipment.<br><br>Specifically, the Spectrum PC20 includes a Broadcom BCM3390 SoC. |

<u>**Exhibit G**</u>

| # | U.S. Patent No. 8,223,775 | Spectrum Accused Services |
|---|---|---|
| | | The Spectrum PC20, via the Broadcom BCM3390, has a dedicated cable modem CPU, a dedicated multi-threaded applications processor, and multiple hardware off-load engines. The multi-threaded applications processor implements a data networking engine. The data networking engine performs home networking functions including interfacing with customer provided equipment. |
| 18c | a cable modem engine implemented in a second circuit that includes at least | The Spectrum PC20 has a cable modem engine implemented in a second circuit that includes at least one processor, the second circuit being separate from the first circuit, the cable modem engine programmed with software that when executed by the at least one |

**Exhibit G**

| # | U.S. Patent No. 8,223,775 | Spectrum Accused Services |
|---|---|---|
| | one processor, the second circuit being separate from the first circuit, the cable modem engine programmed with software that when executed by the at least one processor of the second circuit causes the cable modem engine to perform cable modem functions other than the home networking functions performed by the data networking engine, the cable modem functions including interfacing with cable media, and the cable modem engine configured to enable upgrades to its software in a manner that is independent of upgrades to the software of the data networking engine, the cable modem engine including a DOCSIS controller and a DOCSIS MAC processor, the DOCSIS MAC processor configured to process downstream PDU packets | processor of the second circuit causes the cable modem engine to perform cable modem functions other than the home networking functions performed by the data networking engine, the cable modem functions including interfacing with cable media, and the cable modem engine configured to enable upgrades to its software in a manner that is independent of upgrades to the software of the data networking engine, the cable modem engine including a DOCSIS controller and a DOCSIS MAC processor configured to process downstream PDU packets and forward the processed packets directly to the data networking engine without the involvement of the DOCSIS controller in order to boost downstream throughput.<br><br>Specifically, the Spectrum PC20 has a dedicated cable modem CPU, a dedicated multi-threaded applications processor, and multiple hardware off-load engines. The cable modem CPU provides a cable modem engine. The cable modem CPU is separate from the multi-threaded applications processor and the hardware off-load engines. Accordingly, upgrades to the cable modem engine are independent of upgrades to the data networking engine. The cable modem CPU implements the cable modem engine. Upon information and belief, the cable modem engine includes a DOCSIS controller and a DOCSIS MAC processor, the DOCSIS MAC processor configured to process downstream PDU packets and forward the processed packets directly to the data networking engine without the involvement of the DOCSIS controller in order to boost downstream throughput |

**Exhibit G**

| # | U.S. Patent No. 8,223,775 | Spectrum Accused Services |
|---|---|---|
| | and forward the processed packets directly to the data networking engine without the involvement of the DOCSIS controller in order to boost downstream throughput; and | |
| 18d | a data bus that connects the data networking engine to the cable modem engine, wherein the cable modem functions performed by the cable modem engine are completely partitioned from the home networking functions performed by the data networking engine. | The Spectrum PC20 has a data bus that connects the data networking engine to the cable modem engine, wherein the cable modem functions performed by the cable modem engine are completely partitioned from the home networking functions performed by the data networking engine.

Specifically, the Spectrum PC20 has a dedicated cable modem CPU, a dedicated multi-threaded applications processor, and multiple hardware off-load engines.  The multi-threaded applications processor provides the data networking engine and the cable modem CPU provides the cable modem engine.  The cable modem CPU is separate from, the multi-threaded applications processor. Accordingly, the cable modem functions performed by the cable modem engine are completely partitioned from the home networking functions performed by the data networking engine. The cable modem CPU communicates with the multi-threaded applications processor using a data bus. Accordingly, the data bus connects the data networking engine and the cable modem engine. |
| | | |
| 19 | A cable modem system as claimed in claim 18, wherein all DOCSIS functions are localized in the cable modem engine. | In the Spectrum PC20, all DOCSIS functions are localized in the cable modem engine.

Specifically, the Spectrum PC20 includes a dedicated cable modem CPU, a dedicated multi-threaded applications processor, and multiple hardware off-load engines.  The DOCSIS functions are localized in the cable modem CPU. |