**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-cv-125-JRG |
| Plaintiff, | |
| v. | |
| CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

**NOTICE OF DISCLOSURES**

Plaintiff, Entropic Communications, LLC, notifies the Court that on July 5, 2022, Plaintiff

served its P.R. 3-1 and P.R. 3-2 Disclosures as required by the Court's Scheduling Order (Dkt. 13).

Dated: July 6, 2022                    Respectfully submitted,

                                        /s/  Wesley Hill
                                       James Shimota (*pro hac vice* forthcoming)
                                       Jason Engel (*pro hac vice* forthcoming)
                                       George Summerfield (*pro hac vice* forthcoming)
                                       **K&L GATES LLP**
                                       70 W. Madison Street, Suite 3300
                                       Chicago, IL 60602
                                       Tel.: (312) 372-1121
                                       Fax: (312) 827-8000
                                       jim.shimota@klgates.com
                                       jason.engel@klgates.com
                                       george.summerfield@klgates.com

                                       Brian Bozzo (*pro hac vice* forthcoming)
                                       **K&L GATES LLP**
                                       210 Sixth Ave.
                                       Pittsburgh, PA 15222

-1-

Tel.: (412) 355-6500
Fax: (412) 355-6501
brian.bozzo@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ENTROPIC COMMUNICATIONS, LLC**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 6th day of July, 2022.

<u>/s/ Wesley Hill</u>