UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG |

### DECLARATION OF JEFF BURDETT

I, Jeff Burdett, declare as follows:

1. I have personal knowledge of the matters set forth herein.

2. I am Senior Director, Government Affairs at Charter Communications, LLC.

3. I am informed that Entropic Communications, LLC ("Entropic") has filed suit against Charter Communications, Inc. ("CCI"), Spectrum Advanced Services, LLC ("SAS") and Spectrum Management Holding Company, LLC ("SMHC").

4. I am familiar with the organization of CCI and its subsidiaries and/or I have reviewed records kept by CCI, SAS, and SMHC in the regular course of business in preparation for making this declaration.

5. Neither CCI, SAS, nor SMHC is a holder of a State-Issued Certificate of Franchise Authority ("SIFCA") issued by the Public Utility Commission of Texas. Spectrum Gulf Coast, LLC is the only CCI subsidiary that is a holder of a SICFA in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 5, 2022

*[signature]*

Jeff Burdett