**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>     Plaintiff<br><br>          v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>     Defendants. | Civil Action No. 2:22-cv-00125-JRG |

## DECLARATION OF TERESA NELSON

I, Teresa Nelson, declare as follows:

1.     I have personal knowledge of the matters set forth herein.

2.     I am Manager - Real Estate Property and Database Administration at Charter Communications, LLC.

3.     I am informed that Entropic Communications, LLC ("Entropic") has filed suit against Charter Communications, Inc. ("CCI"), Spectrum Advanced Services, LLC ("SAS"); and Spectrum Management Holding Company, LLC ("SMHC").

4.     I have access to property lease agreements entered into by CCI, SAS, SMHC and their affiliates, and have reviewed records, if any, kept by CCI, SAS, and SMHC in the regular course of business in preparation for making this declaration.

5.     Based upon a reasonable review of company records, CCI, SAS, and SMHC do not own or lease offices or facilities located in the State of Texas.

6.    I am informed that Entropic has asserted in paragraphs 13, 14, & 17 of its amended complaint that CCI, SAS, and SMHC provide "Accused Services", "Accused Cable Modem Products" and "Accused Set Top Products" at physical stores including 700 Alma Dr., Plano Texas 75075; 2100 N. Dallas Pkwy, Plano, Texas 75075; and 4255-A Dowlen Rd., Beaumont, Texas 77706.

7.    I am further informed that Entropic has asserted in paragraph 16 of its amended complaint that CCI, SAS, and/or SMHC have regular and established places of business in this district, including at 1414 Summit Ave., Plano, Texas 75074.

8.    Based upon my reasonable review of company records, neither CCI, SAS, nor SMHC own or lease any of the above properties.  The owner or lessee of each of the above properties is Spectrum Gulf Coast, LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2022

Teresa Nelson