UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG |

## [PROPOSED] ORDER GRANTING MOTION TO DISMISS

Before this Court is Defendants Charter Communications, Inc. ("CCI"), Spectrum Advanced Services, LLC ("SAS"), and Spectrum Management Holding Company, LLC ("SMHC")'s Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(3) for improper venue.

Having considered the motion and the applicable law, the Court determines that the motion should be **GRANTED**.

It is therefore **ORDERED** that the above-identified action be dismissed without prejudice pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.