UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED
SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Charter Communications, Inc. ("CCI"), Spectrum Advanced Services, LLC ("SAS"); and Spectrum Management Holding Company, LLC ("SMHC") through their counsel, state as follows:

1. CCI is a publicly held corporation organized under the laws of the state of Delaware. Liberty Broadband Corporation is the only publicly held corporation that owns 10% or more of CCI's stock.

2. SAS is a limited liability company organized under the laws of the state of Delaware. SAS is a subsidiary of and managed by CCI.

3. SMHC is a limited liability company organized under the laws of the state of Delaware. SMHC is a subsidiary of and managed by CCI.

Dated: July 8, 2022

Respectfully submitted,

<u>/s/ Deron R. Dacus</u>
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com

**Attorneys for Defendants**

\* *pro hac vice pending*