UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>   Defendants. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

Notice is hereby given that George C. Summerfield of the law firm K&L Gates LLP hereby enters his appearance as an attorney of record for Plaintiff Entropic Communications, LLC in all further proceedings in this cause of action, and requests that all future documents from the Court and the parties in this matter be provided to him by electronic service.

                Respectfully submitted,

                */s/ George C. Summerfield*
                George C. Summerfield
                K&L Gates LLP
                70 West Madison Street
                Chicago, Illinois 60602
                (312) 807-4376
                george.summerfield@klgates.com

                *Counsel for Plaintiff*
                *Entropic Communications, LLC*

Date:  July 13, 2022

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 13th day of July, 2022.

/s/ George C. Summerfield