**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | Case No. 2:22-cv-00125-JRG |
| v. | JURY TRIAL DEMANDED |
| CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | |
| Defendants. | |

**ORDER GRANTING JOINT MOTION FOR LIMITED EXPEDITED VENUE DISCOVERY AND EXTENSION OF TIME TO RESPOND TO CHARTER'S MOTION TO DISMISS FOR IMPROPER VENUE**

The Court, having considered Plaintiff Entropic Communications, LLC's ("Entropic" or "Plaintiff") and Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC'S (collectively "Charter" or "Defendants") Joint Motion For Limited Expedited Venue Discovery and Extension of Time to Respond to Charter's Motion to Dismiss for Improper Venue Pursuant to FRCP 12(b)(3) (Dkt. No. 18), hereby GRANTS the motion.

It is Ordered that:

Entropic and Defendants shall conduct venue-related discovery as follows:

1. Rule 30(b)(6) Deposition of Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC on venue;

2. Up to 7 total venue interrogatories to Charter, responses due 14 days from service;

3. Up to 7 total venue requests for production to Charter, responses due 14 days from service; and

4. Venue discovery shall be completed by September 30, 2022.

-1-

Plaintiff's opposition to the Motion to Dismiss is extended to and including October 14, 2022.