# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § § § *Plaintiff*, § § v. § § CHARTER COMMUNICATIONS, INC., § SPECTRUM ADVANCED SERVICES, § LLC, SPECTRUM MANAGEMENT § HOLDING COMPANY, LLC, § § § *Defendants*. § | CIVIL ACTION NO. 2:22-CV-00125-JRG |

## ORDER

Before the Court is the Joint Motion for Limited Expedited Venue Discovery and Extension of Time to Respond to Charter's Motion to Dismiss for Improper Venue (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Entropic") and Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC (collectively, "Charter"). (Dkt. No. 24.) In the Motion, the parties represent that they have negotiated a discovery period to conduct venue discovery related to Charter's Motion to Dismiss for Improper Venue (Dkt. No. 18). (*Id*. at 1.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that the parties may conduct venue discovery subject to the agreements set forth in the Motion. (Dkt. No. 24 at 2–3.) It is **ORDERED** that the venue discovery shall be completed by September 30, 2022 and the deadline for Entropic's response to Charter's Motion to Dismiss for Improper Venue (Dkt. No. 18) is **extended** until October 14, 2022.

## So Ordered this

**Jul 25, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE