**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants Charter Communications, Inc.; Spectrum Advanced Services, LLC; and Spectrum Management Holding Company, LLC (collectively, "Defendants") hereby move for an extension of time to submit a Proposed Docket Control Order and Proposed Discovery Order. Pursuant to the Court's Sample Docket Control Order For Patent Cases Assigned To Judge Rodney Gilstrap, the deadline to submit a Proposed Docket Control Order and Proposed Discovery Order is currently August 2, 2022. Defendants hereby request extension of this deadline to and including August 5, 2022 to allow the parties additional time to meet and confer. Counsel for Defendants has conferred with Counsel for Plaintiff and this motion is unopposed.

WHEREFORE, Defendants respectfully request that the Court grant their motion.

Dated: August 2, 2022

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Albert J. Boardman
Palak Mayani Parikh
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email:  palak.mayani@arnoldporter.com
Email: albert.boardman@arnoldporter.com

**Attorneys for Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC**

-3-

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2022, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

                                          */s/ Deron R. Dacus*
                                          Deron R. Dacus

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Plaintiff Entropic Communications, LLC indicated that it does not oppose the relief sought in this motion.

                                            */s/ Deron R. Dacus*
                                          Deron R. Dacus