**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>   Plaintiff<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>   Defendants. | Civil Action No. 2:22-cv-00125-JRG |

**ORDER GRANTING EXTENSION OF TIME**

     The Court, having considered Defendants Charter Communications, Inc.; Spectrum Advanced Services, LLC; and Spectrum Management Holding Company, LLC's Unopposed Motion for Extension of Time to submit a Proposed Docket Control Order and Proposed Discovery Order, hereby **GRANTS** the motion.

     It is therefore **ORDERED** that the parties shall have to and including August 5, 2022 to file a Proposed Docket Control Order and Proposed Discovery Order.