# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO.  2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | § § § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC (collectively, "Defendants"). (Dkt. No. 26.) In the Motion, Defendants request an extension of time to submit a Proposed Docket Control Order and Proposed Discovery Order until August 5, 2022. (*Id*. at 1.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the parties to submit a Proposed Docket Control Order and Proposed Discovery Order is **extended** up to and including August 5, 2022.

## So Ordered this

**Aug 3, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE