**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-00125-JRG |

## ORDER GRANTING EXTENSION OF TIME

The Court, having considered Defendants Charter Communications, Inc.; Spectrum Advanced Services, LLC; and Spectrum Management Holding Company, LLC's Unopposed Motion for Extension of Time to provide Initial and Additional Disclosures, hereby **GRANTS** the motion.

It is therefore **ORDERED** that the parties shall have to and including August 12, 2022 to provide Initial and Additional Disclosures.