IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC (collectively, "Defendants"). (Dkt. No. 31.) In the Motion, Defendants request a three-day extension of time to submit Initial and Additional Disclosures until August 12, 2022. (*Id*. at 1.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendants to submit Initial and Additional Disclosures is **extended** up to and including August 12, 2022.

**So ORDERED and SIGNED this 10th day of August, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE