**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants Charter Communications, Inc.; Spectrum Advanced Services, LLC; and Spectrum Management Holding Company, LLC (collectively, "Defendants") hereby notify the Court that pursuant to Rule 26(a) of the Federal Rules of Civil Procedure and the Court's Discovery Order they served their initial disclosures upon counsel for Plaintiff on August 12, 2022.

Dated: August 15, 2022

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Albert J. Boardman
Palak Mayani Parikh
ARNOLD & PORTER KAYE SCHOLER LLP

250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email:  palak.mayani@arnoldporter.com
Email: albert.boardman@arnoldporter.com

***Attorneys for Defendants Charter
Communications, Inc.,  Spectrum Advanced
Services, LLC and Spectrum Management
Holding Company, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2022, I caused to be served a copy of the foregoing

motion on all counsel of record via the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus