# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**AGREED MOTION FOR ENTRY OF**
**FIRST AMENDED DOCKET CONTROL ORDER**

Defendants Charter Communications, Inc.; Spectrum Advanced Services, LLC; and Spectrum Management Holding Company, LLC (collectively, "Defendants") hereby move to amend the Docket Control Order (Dkt. 35) and show the Court as follows:

Pursuant to the Court's Docket Control Order (Dkt. 35), the current deadline to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and with the Court's Standing Order Regarding Subject-Matter-Eligibility Contentions is August 30, 2022. Defendants are seeking a three-day extension of this deadline up to and including September 2, 2022. The extension will not affect any of the remaining deadlines or the trial date in this action. Counsel for Defendants has conferred with Counsel for Plaintiff and this motion is unopposed.

Accordingly, Defendants respectfully request that the Court amend its Docket Control Order to extend the deadline to comply with P.R. 3-3 and P.R. 3-4, and to comply with the Court's

Standing Order Regarding Subject-Matter-Eligibility Contentions up to and through SEPTEMBER 2, 2022.

Dated: August 30, 2022                    Respectfully submitted,

/s/  Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Albert J. Boardman
Palak Mayani Parikh
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email:  palak.mayani@arnoldporter.com
Email: albert.boardman@arnoldporter.com

***Attorneys for Defendants Charter Communications, Inc.,  Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC***

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h).  Counsel for Plaintiff Entropic Communications, LLC indicated that it does not oppose the relief sought in this motion.

*/s/ Deron R. Dacus*
Deron R. Dacus