# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Defendants Charter Communications, Inc.; Spectrum Advanced Services, LLC; and Spectrum Management Holding Company, LLC (collectively, "Defendants") hereby notify the Court of their compliance with PR 3-4a, 3-4b and the subject-matter eligibility standing order.

Dated: September 8, 2022

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Albert J. Boardman
Palak Mayani Parikh
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710

Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email:  palak.mayani@arnoldporter.com
Email: albert.boardman@arnoldporter.com

***Attorneys for Defendants Charter Communications, Inc.,  Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2022, I caused to be served a copy of the foregoing notice on all counsel of record via the Court's CM/ECF system.

>  */s/ Deron R. Dacus*
> Deron R. Dacus