# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>　　Defendants. | Case No. 2:22-cv-00125-JRG<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to the Court's Order Granting Venue Discovery and Extension of Time to Respond to Charter's Motion to Dismiss (Dkt. 25), the current deadline for the Parties to conduct venue discovery is September 30, 2022 and the current deadline for Plaintiff to respond to Charter's Motion to Dismiss for Improper Venue (Dkt. 18) is October 14, 2022. Plaintiff respectfully requests additional time until and including October 28, 2022 for the parties to conduct venue discovery and additional time until and including November 11, 2022 to respond to Charter's Motion to Dismiss. Defendants have agreed to this revised schedule and do not oppose this motion.

The parties are engaged in ongoing discussions to resolve numerous disputes regarding the scope of venue discovery in order to avoid burdening the Court with motions practice. Charter made its first production of documents on September 20, 2022, which plaintiffs are actively reviewing. Due to the ongoing disputes and delayed document productions, the parties have not yet been able to schedule the deposition of Charter's 30(b)(6) witness and need additional time to conclude venue discovery.

A proposed order is attached herewith.

Dated: September 23, 2022                                   Respectfully submitted,

 /s/ James Shimota by permission Wesley Hill
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 23rd day of September, 2022.

/s/ Wesley Hill

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Wesley Hill