UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>    Defendants. | Case No. 2:22-cv-00125-JRG<br><br>JURY TRIAL DEMANDED |

# ORDER

CAME TO BE CONSIDERED Plaintiff's Unopposed Motion for Extension of Time to Conduct Venue Discovery and Respond to Charter's Motion to Dismiss.

Having considered the Motion, it is hereby GRANTED.  The deadline for the Parties' to conduct venue discovery is extended until and including October 28, 2022.  The deadline for Plaintiff to respond to Charter's Motion to Dismiss is extended until and including November 11, 2022.