# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CIVIL ACTION NO. 2:22-CV-00125-JRG <br> CHARTER COMMUNICATIONS, INC., § <br> SPECTRUM ADVANCED SERVICES, § <br> LLC, SPECTRUM MANAGEMENT § <br> HOLDING COMPANY, LLC, § <br> § <br> *Defendants*. § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Plaintiff"). (Dkt. No. 42.) In the Motion, Plaintiff requests an extension of time for the parties to complete venue discovery, as well as an extension of time for Plaintiff to respond to Defendants' Motion to Dismiss (Dkt. No. 25). (*Id*. at 1.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for the parties to complete venue discovery is **extended** up to and including October 28, 2022 and the deadline for Plaintiff to respond to Defendants' Motion to Dismiss (Dkt. No. 25) is **extended** up to and including November 11, 2022.

**So ORDERED and SIGNED this 26th day of September, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE