IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § <br> § <br> *Plaintiff*, § <br> v. § <br> § <br> CHARTER COMMUNICATIONS, INC., § <br> SPECTRUM ADVANCED SERVICES, § <br> LLC, AND SPECTRUM § <br> MANAGEMENT COMPANY, LLC, § <br> § <br> *Defendants.* § | CAUSE NO. 2:22-cv-00125-JRG |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned attorney, Darlene F. Ghavimi, herby enters a Notice of Appearance as counsel of record on behalf Plaintiff, Entropic Communications, LLC., in this case and is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the aforementioned parties.

Respectfully submitted,

Dated: September 28, 2022

By: */s/ Darlene F. Ghavimi*
  Darlene F. Ghavimi
  Texas State Bar No. 24072114
  **K&L GATES LLP**
  2801 Via Fortuna, Suite #650
  Austin, TX 78746
  Tel.: 512.482.6919
  Fax: 512.482.6859
  Darlene.ghavimi@klgates.com

  *ATTORNEY FOR PLAINTIFF*

1

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served today with a copy of the foregoing document via the Court's CM/ECF electronic notification system.

On the 28th day of September, 2022.

*/s/ Darlene F. Ghavimi*
Darlene F. Ghavimi
