## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

      Plaintiff,

      v.

CHARTER COMMUNICATIONS, INC.;
SPECTRUM ADVANCED SERVICES,
LLC; and SPECTRUM MANAGEMENT
HOLDING COMPANY, LLC,

      Defendants.

Case No. 2:22-cv-00125-JRG

JURY TRIAL DEMANDED

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to the Court's Order Granting Venue Discovery and Extension of Time to Respond to Charter's Motion to Dismiss (Dkt. 25) and the Court's Order Granting Extension of Time (Dkt. 42), the current deadline for the Parties to conduct venue discovery is October 28, 2022 and the current deadline for Plaintiff to respond to Charter's Motion to Dismiss for Improper Venue (Dkt. 18) is November 11, 2022. Plaintiff respectfully requests additional time until and including December 9, 2022 for the parties to conduct venue discovery and additional time until and including December 30, 2022 to respond to Charter's Motion to Dismiss. Defendants have agreed to this revised schedule and do not oppose this motion.

The parties are engaged in ongoing discussions to resolve numerous disputes regarding the scope of venue discovery in order to avoid burdening the Court with motions practice. Charter is currently in the process of preparing another production of venue-related documents. Due to this timing and other ongoing disputes, the parties have not yet been able to schedule the depositions of Charter's 30(b)(6) witnesses and need additional time to conclude venue discovery.

A proposed order is attached herewith.

Dated: October 25, 2022                    Respectfully submitted,

*/s/ James Shimota by permission Wesley Hill*
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com

devon.beane@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Entropic
Communications, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 25th day of October, 2022.

*/s/ Wesley Hill*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Wesley Hill*