IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § |
| *Plaintiff*, | § § § § |
| v. | § § CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | § § § § § § |
| *Defendants*. | § |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Plaintiff"). (Dkt. No. 46.) In the Motion, Plaintiff moves for an extension of time in which to complete venue discovery and to respond to Defendants' Motion to Dismiss. (*Id*. at 1.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the deadline for the parties to complete venue discovery is **extended** up to and including December 9, 2022 and the deadline for Plaintiff to respond to Defendants' Motion to Dismiss is **extended** up to and including December 30, 2022.

**So ORDERED and SIGNED this 31st day of October, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE