# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; and SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Case No. 2:22-cv-00125-JRG<br><br>JURY TRIAL DEMANDED |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to the Court's Order Granting Venue Discovery and Extension of Time to Respond to Charter's Motion to Dismiss (Dkt. 25) and the Court's Orders Granting Extension of Time (Dkts. 43, 47), the current deadline for the Parties to conduct venue discovery is December 9, 2022, and the current deadline for Plaintiff to respond to Charter's Motion to Dismiss for Improper Venue (Dkt. 18) is December 30, 2022. Plaintiff respectfully requests a brief extension of the venue discovery schedule so that the parties can complete venue depositions. The parties continued to engage in meet-and-confer to resolve disputes over the scope of the topics.  Once they were resolved, two of Charter's three 30(b)(6) witnesses could not be made available for depositions until the week of December 12. Therefore, Plaintiff requests that the deadline for completion of venue discovery be extended through December 16, 2022 and the deadline for Plaintiff to respond to the Motion to Dismiss be extended through January 6, 2023. Defendants agree to this revised schedule and do not oppose this motion.

A proposed order is attached herewith.

Dated: December 2, 2022                    Respectfully submitted,

*/s/ James Shimota by permission Wesley Hill*
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Entropic Communications, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 2nd day of December, 2022.

/s/ Wesley Hill

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

/s/ Wesley Hill