# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; and SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>Defendants. | Case No. 2:22-cv-00125-JRG<br><br>JURY TRIAL DEMANDED |

# ORDER

CAME TO BE CONSIDERED Plaintiff's Unopposed Motion for Extension of Time.

Having considered the Motion, it is hereby GRANTED. The deadline for the Parties to conduct venue discovery is extended until and including December 16, 2022. The deadline for Plaintiff to respond to Charter's Motion to Dismiss is extended until and including January 6, 2023.