IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC ("Defendants"). (Dkt. No. 48.) In the Motion, Plaintiff seeks an extension of the venue discovery schedule as well as an extension of the deadline for Plaintiff to respond to Charter's Motion to Dismiss (Dkt. No. 25) ("Motion to Dismiss"). (*Id*. at 2.) Defendants do not oppose. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the deadline to complete venue discovery is **extended** up to and including December 16, 2022 and the deadline for Plaintiff to respond to the Motion to Dismiss is **extended** up to and including January 6, 2023.

**So ORDERED and SIGNED this 8th day of December, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE