AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| ENTROPIC COMMUNICATIONS, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-00125-JRG |
| CHARTER COMMUNICATIONS, INC., ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charter Communications, Inc., Spectrum Advanced Servs., LLC, & Spectrum Mgmt. Holding Co., LLC

Date: 01/04/2023

/s/ Elizabeth A. Long
*Attorney's signature*

Elizabeth A. Long; New York Bar No. 4125209
*Printed name and bar number*

250 W 55th St,
New York, New York 10019

*Address*

elizabeth.long@arnoldporter.com
*E-mail address*

(212) 836-8000
*Telephone number*

(212) 836-8689
*FAX number*