**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Case No. 2:22-cv-125-JRG |
| Plaintiff, | |
| v. | |
| CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; and SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Pursuant to the Court's Order Granting Venue Discovery and Extension of Time to Respond to Charter's Motion to Dismiss (Dkt. 25) and the Court's Orders Granting Extension of Time (Dkts. 43, 47, 49), the current deadline for Plaintiff to respond to Charter's Motion to Dismiss for Improper Venue (Dkt. 18) is January 6, 2023.  Due to the intervening holidays and travel demands for Plaintiff's counsel and client, Plaintiff respectfully requests a brief extension of two business days until and including January 10, 2023 to respond to the Motion to Dismiss.  This motion is not made for purposes of delay, will not prejudice any party, and will not interfere with any other deadlines in this case.  Defendants do not oppose this motion.

A proposed order is attached herewith.

Dated: January 4, 2023

Respectfully submitted,

*/s/ James Shimota by permission Wesley Hill*
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
devon.beane@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
Fax (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Entropic*
*Communications, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this 4th day of January, 2023.

*/s/ Wesley Hill*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Wesley Hill*