# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Plaintiff"). (Dkt. No. 51.) In the Motion, Plaintiff seeks an extension of the deadline for Plaintiff to respond to Defendant Charter Communications, Inc.'s Motion to Dismiss (Dkt. No. 25) ("Motion to Dismiss") from January 6, 2023 to January 10, 2023. (*Id*. at 1.) Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC do not oppose the Motion. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that the Motion should be and hereby is **GRANTED**. Accordingly, the deadline for Plaintiff to respond to the Motion to Dismiss is **extended** up to and including January 10, 2023.

**So ORDERED and SIGNED this 5th day of January, 2023.**

*[signature]*
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE