# EXHIBIT I

## Exhibit I

### Exemplary Chart for the '008 Patent
### Infringement of U.S. Patent No. 8,792,008 by Spectrum Accused Services

| # | U.S. Patent No. 8,792,008 | Spectrum Accused Services |
|---|---|---|
| 1a | 1. A system comprising: | The Accused Services are provided by the claimed system by utilizing, for example, the Accused Set Top Products, which include at least one set top box ("STB") located at each subscriber location, including, for example, the Spectrum 100-series STBs, Spectrum 200-series STBs, Spectrum 101-series STBs, Spectrum 201-series STBs, Spectrum 110-series STBs, Spectrum 210-series STBs, the Arris DCX3600 STB, and products that operate in a similar manner. By way of example, the Spectrum 210 (specifically the Spectrum 210-T) is charted herein. |
| 1b | an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal; | The Spectrum 210 has an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal.<br><br>Specifically, the Spectrum 210 has an analog to digital converter: |

# Exhibit I

| | | |
|---|---|---|
| | <br>The Spectrum 210 receives the entire 1GHz downstream spectrum of a Spectrum cable plant. The 1 GHz cable spectrum includes a plurality of television channels. The Spectrum 210 digitizes the entire received signal; the digitization results in a digitized signal. | |
| 1c | a signal monitor operable to: | The Spectrum 210 has a signal monitor: |

**Exhibit I**

|   |   |   |
|---|---|---|
|   |   | *[Image of circuit board with "BCM3384 SoC" labeled]* |
| 1d | analyze said digitized signal to determine a characteristic of said digitized signal; and | The Spectrum 210 analyzes said digitized signal to determine a characteristic of said digitized signal.<br><br>Specifically, the Spectrum 210 includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities. Upon information and belief, the Spectrum 210 analyzes, using the signal monitor, said digitized signal to determine a characteristic of said digitized signal. |
| 1e | report said determined characteristic to a source of said received signal; | The Spectrum 210 reports said determined characteristic to a source of said received signal. |

## Exhibit I

| | | |
|---|---|---|
| | | Specifically, the Spectrum 210 includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities. Upon information and belief, the Spectrum 210 reports said determined characteristic to a source of said received signal. |
| 1f | a data processor operable to process a television channel to recover content carried on the television channel; and | The Spectrum 210 has a data processor operable to process a television channel to recover content carried on the television channel: <br><br> Specifically, in the Spectrum 210, each digitally tuned television channel is provided to a digital demodulator that outputs a transport stream for use in broadcast services. |
| 1g | a channelizer operable to: | The Spectrum 210 has a channelizer: |

**Exhibit I**

|  |  |  |
|---|---|---|
|  |  | [Photo of circuit board with "BCM3384 SoC" labeled] |
| **1h** | select a first portion of said digitized signal; | The Spectrum 210 selects a first portion of said digitized signal.<br><br>Specifically, the Spectrum 210 includes advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including selecting a first portion of said digitized signal. |
| **1i** | select a second portion of said digitized signal; and | The Spectrum 210 selects a second portion of said digitized signal.<br><br>Specifically, the Spectrum 210 includes advanced signal processing techniques that can be used to digitally tune multiple channels simultaneously, including selecting a second portion of said digitized signal. |

## Exhibit I

| 1j | concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor. | The Spectrum 210 concurrently outputs said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.<br><br>Specifically, the Spectrum 210 includes remote diagnostics capabilities that provide real time, unobtrusive diagnostic and spectrum analysis capabilities without affecting user service on any downstream channels. As described above, the first portion of said digitized signal is output to said signal monitor and said second portion of said digitized signal is output to said data processor. Accordingly, the Spectrum 210 concurrently outputs said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor. |
| --- | --- | --- |
|  |  |  |
| 2 | 2. The system of claim 1, wherein said first portion of said digitized signal spans said entire television spectrum. | See 1h. |