# EXHIBIT N



Kirill Abramov

kirill.abramov@charter.com

*Group Vice President and Associate General Counsel, Intellectual Property Law*

Charter Communications, Inc.

400 Atlantic Street, 10th Floor

Stamford, CT 06901

Re:   Discussion to License the Patents of Entropic Communications LLC

Dear Mr. Abramov:

My name is Boris Teksler, the CEO of Entropic Communications LLC ("Entropic"). Entropic owns a large portfolio of patents including foundational patents relating to cable television systems. These patents represent, in part, the cutting edge development of Anton Monk, Itzhak Gurantz, Ladd El Wardani and others relating to the processing of cable television signals. I have asked Entropic's legal counsel at K&L Gates LLP to provide you a complete list of the patents owned by Entropic.

Entropic is committed to protecting the legacy of the investment that these patents represent, in particular the technology that was developed and commercialized resulting from the research leading to its patents. At present, I draw your attention to six patents: U.S. Patent Nos. 8,223,775, 8,284,690, 8,792,008, 9,210,362, 9,825,826, and 10,135,682. These patents are the subject of a patent infringement action Entropic will file today.

Although Entropic has taken the step of formally filing litigation to protect its rights, I look forward to discussing with you other methods to resolve Charter's

unauthorized utilization of Entropic's patents. For the majority of my career, I have worked on behalf of large Fortune 100 companies, such as Hewlett-Packard and Apple, and more recently small companies at a different stage of their life cycle, such as Entropic, to implement creative and mutually agreeable solutions to intellectual property issues.

Please forward this letter to whomever else within the Charter family of companies may be relevant, and reach out to me whenever convenient to discuss. I look forward to it.

Very truly yours,

Boris Teksler

CEO of Entropic Communications, LLC

Entropic Communications LLC | 7150 Preston Road | Suite 300 | Plano, Texas 75024