UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, <br><br> Defendants. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISMISS
<u>FOR IMPROPER VENUE PURSUANT TO FRCP 12(b)(3)</u>**

1

In response to the motion to dismiss filed by Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC (collectively, the "Defendants"), Plaintiff filed a Second Amended Complaint (ECF No. 53), which moots Defendants' motion.  Defendants file this reply to notify the Court that Defendants will respond to Plaintiff's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(3).

Dated: January 17, 2023

Respectfully submitted,

/s/  Elizabeth A. Long
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth A. Long
Albert J. Boardman
Palak Mayani Parikh
Melissa Brown*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: palak.mayani@arnoldporter.com
Email: melissa.brown@arnoldporter.com

**Attorneys for Defendants**

* *pro hac vice* forthcoming

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 17, 2023.

                                        */s/ Elizabeth A. Long*
                                        Elizabeth A. Long