# EXHIBITS A - E
# Sealed in Entirety