# EXHIBITS G - H
# Sealed in Entirety