# EXHIBIT J

SPECTRUM SITES

[< All Leadership](#)   Prev  | Next

## Tom Monaghan

**EXECUTIVE VICE PRESIDENT, FIELD OPERATIONS**

Tom Monaghan is Executive Vice President, Field Operations at Charter Communications. He oversees the entire Field Operations organization including Charter's 11 field regions operating across 41 states; engineering and construction, including Charter's previously announced $5 billion Rural Digital Opportunity Fund expansion; supply chain management; business planning; standards and compliance; and human resources for field operations.

Mr. Monaghan most recently served as SVP, field Operations and has held multiple operations roles at Charter since joining the company in 2014. He joined Charter from Cablevision (now Altice), where he served as vice president of field operations in the Cable and Communications Division. Prior to Cablevision he served as SVP, Operations at Net2000, and VP, Network Services at Teligent, Inc. He started his career as a field technician at Verizon in 1987 before being promoted to area operations manager.

He is a member of the Society of Cable Telecommunications Engineers (SCTE) and a graduate of Cable & Telecommunications Association for Marketing's (CTAM) Cable Executive Management program at Harvard Business School.

He received a B.S. in business management and economics from State University of New York (Empire State College).

Download Profile Image

Company
Newsroom
Investors
Careers

