# EXHIBIT M

# Application for Fixed Satellite Service by Spectrum Northeast, LLC

## SES-ASG-20200522-00563 / SESASG2020052200563

FCC.report (https://fcc.report/) ›   IBFS (/IBFS/) ›
/ Spectrum Northeast, LLC (/company/Spectrum-Northeast-LLC) ›
/ SES-ASG (/IBFS/Filing-List/SES-ASG)
/ SESASG2020052200563 (/IBFS/SES-ASG-20200522-00563) [GOV] (/IBFS/SES-ASG-20200522-00563/GOV)

Applicant requests Commission authority for the pro forma assignment of the subject stations to Spectrum NLP, LLC. There will be no changes in station operations.

| | |
|---|---|
| Filing: SES | Satellite Earth Station |
| Filing: ASG | Assignment |
| Nature of Service | Fixed Satellite Service |
| Last Action | Grant of Authority |
| Last Action Date | 2020-06-19 |
| Status | Action Taken Public Notice |
| Status Date | 2020-06-24 |
| Date Filed | 2020-05-22 |
| Date Granted | 2020-06-19 |
| Adopted Date | 2020-06-23 |
| Released Date | 2020-06-23 |
| Action Taken Public Notice | 2020-06-24 |
| Red Light | N |
| Paper/Electronic | E |
| Environmental Impact | N |

| Applicant | Contact |
|---|---|
| Spectrum Northeast, LLC<br>12405 Powerscourt Drive<br>Legal Dept<br>St. Louis, MO 63131 USA<br>12405 Powerscourt Drive, Legal Dept, St. Louis, MO 63131 USA | None<br>SAME AS APPLICANT<br>SAME AS APPLICANT<br>, USA |



FROM

Spectrum Northeast, LLC
12405 Powerscourt Drive
Legal Dept
St. Louis, MO 63131 USA

12405 Powerscourt Drive, Legal Dept, St. Louis, MO 63131 USA,

TO

Spectrum NLP, LLC
12405 Powerscourt Drive
Legal Dept
St. Louis, MO 63131 USA

LLC, 12405 Powerscourt Drive, Legal Dept, St. Louis, MO 63131 USA,

## Files

| Description | Commentor | Type / Date |
|---|---|---|
| Grant PDFLICENSE.pdf (/IBFS/SES-ASG-20200522-00563/2455037) | IB-FCC | DECISION 2020-06-19 |

## Attachments

| Attachment | Type | Date |
|---|---|---|
| Attachment Exhibits E and F (/IBFS/SES-ASG-20200522-00563/2362560) | | |
| Attachment Application (/IBFS/SES-ASG-20200522-00563/2366561) | | |

Attachment HTML (/IBFS/SES-ASG-20200522-00563/2366594)

Attachment PDFLICENSE.pdf (/IBFS/SES-ASG-20200522-00563/2455037)

## Public Notices

| Service | Type | Report No | Date |
| --- | --- | --- | --- |
| Satellite Earth Station | Action Taken Public Notice | SES02279 (/IBFS/Public-Notices/2455205) | 2020-06-24 |

No License History
No Site Information [see Application Filing (/IBFS/SES-ASG-20200522-00563/2366594)]
No Site Antenna Info

© 2023 FCC.report
This site is not affiliated with or endorsed by the FCC