# EXHIBIT R



FIND BEST OFFERS    3009 Voltaire Blvd    Apt/Unit    75070    GO

Internet + Advanced WiFi + Mobile – all included for $49.99/mo. **Learn more**

## Visit a Spectrum Store



Come see us to shop and learn about new products, upgrade services, pick up equipment (including self-install) and make payments. Spectrum customers can also find help online. **Visit Self Service**

## Schedule Your Next in-Store Reservation

Simply find a store and click "Make Reservation" to get started.

Showing stores for beaumont, texas

beaumont, texas

within 25 miles

✕

### About Spectrum Stores

**Full Service & Mobile**
Includes everything in full service store and shop Spectrum Mobile.

**Full Service**
Shop new products, upgrade, make payments, pick-up equipment (including self-install kits).



Nearest Location    MAKE RESERVATION

**Spectrum**
4255-A Dowlen Rd
Beaumont, TX 77706







Anywhere

### Get the Highest-Rated Support App

The My Spectrum App makes it easy to access your account. Use the app with Spectrum Advanced WiFi to manage and secure your home network including setting parental controls. Protect your devices and more with Security Shield.



- Set up a Spectrum WiFi Profile to access free out-of-home WiFi
- Enroll in Auto Pay and paperless billing for added convenience
- Troubleshoot your equipment and fix service-related issues
- Browse your current plan, add services and view current offers

 

Learn more about My Spectrum App.

## Spectrum Equipment Returns Are Easy

- Find The UPS Store locations
- Return equipment during store hours
- The UPS Store will take care of the rest

Spectrum Mobile products are not eligible for free equipment returns through The UPS Store. Learn more about in-store and online Spectrum Mobile returns.



## Shop Spectrum Services Online

   

Internet     TV     Voice     Mobile

Restrictions Apply

Service not available in all areas. Per line activation fee, Spectrum Internet and Auto Pay required. Other restrictions apply. Visit spectrum.com/mobile/plans for details.

#1 Service Claim

iOS (App Store) and Android (Google Play) average ratings as of September 1, 2022. Apps must have at least 150k reviews in combination of both the iOS & Android stores as of September 1, 2022.

Offer Details

Limited time offer; subject to change; valid to qualified residential customers who have not subscribed to any services within the previous 30 days and have no outstanding obligations to Charter. Services are subject to all applicable service terms and conditions, subject to change. Services not available in all areas. Restrictions apply. INTERNET & ADVANCED WIFI: Standard rates for Internet and Advanced WiFi apply after yr 1. Standard rates apply for Internet, WiFi, and Mobile if Mobile line is not activated within 30 days and maintained through the promo period. Equipment may be extra; installation and additional services are extra. 99.9% reliability based on Spectrum network availability; excludes outages caused by external events. See spectrum.com/reliability for details. Speed based on wired connection. Available Internet speeds may vary by address. SPECTRUM MOBILE: Service not available in all areas. Spectrum Internet and Auto Pay required. Other restrictions apply. Visit spectrum.com/mobile/plans for details. UNLIMITED: Standard rates apply after yr 1. Smartwatch does not qualify as a line. Reduced speeds after 20 GB of usage per line. UNLIMITED PLUS: Customer opt-in to Mobile Unlimited Plus will be required to pay additional $10 monthly rate for that service. Smartwatch does not qualify as a line. Reduced speeds after 30 GB of usage per line. To access 5G, 5G compatible phone and 5G service required. Not all 5G capable phones compatible with all 5G service. Speeds may vary. Visit spectrum.com/mobile/5g for details.

Spectrum

COMPANY

SHOP

EXPLORE

HELP & SUPPORT

Terms of Service/Policies

Your Privacy Rights

Accessibility

California Privacy Policy

California Consumer Do Not Sell or Share My Personal Information

California Consumer Limit the Use of My Sensitive Personal Information

Not all products, pricing, and services are available in all areas. Pricing and actual speeds may vary. Internet speeds based on wired connection. Restrictions apply.

©2023 Charter Communications. All rights reserved.

Chat With Us

×

