# EXHIBIT T

John R. Ashcroft

Missouri Secretary of State

MISSOURI ONLINE BUSINESS FILING

MY ACCOUNT | HOME | SEARCH | MISC INFO | UCC FILING | Help

# Search for a Business Entity

Required Field *

**Exact Match searches should include corporate designations (inc., llc, etc.) and punctuation.**

**We recommend you do not include these for other searches.**

Search: Business Name

## Search for a Business Entity

Business Name *: spectrum gulf coast

Includes names: Starting With

☐ Only Active Corporations

SEARCH

**Search Results as of 1/10/2023 1:15 PM**

Change page: Page 1 of 1, items 0 to 0 of 0.

| Select | Business Name | Address | Charter No. | Type | Status | Created | Registered Agent Name |
|---|---|---|---|---|---|---|---|
| No records to display. | | | | | | | |

Change page: Page 1 of 1, items 0 to 0 of 0.

Hey there! I am an A.I. chatbot, let's talk.


