# EXHIBIT U

Case 2:22-cv-00125-JRG   Document 56-17   Filed 01/18/23   Page 1 of 2 PageID #: 1013

