# Exhibit Y
# Sealed in Entirety