## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, Plaintiff v. CHARTER COMMUNICATIONS, INC., Defendant. | Civil Action No. 2:22-cv-00125-JRG **JURY TRIAL DEMANDED** |

## <u>UNOPPOSED MOTION FOR EXTENSION OF TIME</u>

Defendant Charter Communications, Inc. ("Defendant") hereby moves for an extension of time to respond to the Second Amended Complaint filed by Plaintiff Entropic Communications, LLC ("Plaintiff").  After Defendant moved to dismiss the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(3) on July 8, 2022 (Dkt. 15), Plaintiff filed a Second Amended Complaint (Dkt. 43) and opposition brief (Dkt. 54) on January 10, 2023.  Pursuant to Federal Rule of Civil Procedure 15(a)(3), the current deadline for Defendant to respond to Plaintiff's Second Amended Complaint is January 24, 2023.  Defendant hereby respectfully request an extension of this deadline to and including January 30, 2023.  Counsel for Defendant has conferred with Counsel for Plaintiff and this motion is unopposed.

WHEREFORE, Defendant respectfully requests that the Court grant its motion.

Dated: January 23, 2023

Respectfully submitted,

/s/  Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com

**Attorneys for Defendant**
**Charter Communications, Inc.**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 23, 2023, I caused to be served a copy of the foregoing

motion on all counsel of record via the Court's CM/ECF system.

*/s/ Deron R. Dacus*　　　　　　
Deron R. Dacus

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned certifies that counsel for Defendants has complied with the meet and

confer requirement in Local Rule CV-7(h).  Counsel for Plaintiff Entropic Communications, LLC

indicated that it does not oppose the relief sought in this motion.

*/s/ Deron R. Dacus*　　　　　　
Deron R. Dacus
