**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>   Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**ORDER GRANTING EXTENSION OF TIME**

The Court, having considered Defendant Charter Communications, Inc.'s Unopposed Motion for an Extension of Time to respond to the Second Amended Complaint (Dkt. 53), hereby **GRANTS** the motion.

It is therefore **ORDERED** that Defendant Charter Communications, Inc. shall have to and including January 30, 2023 to respond to the Second Amended Complaint.