IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., SPECTRUM ADVANCED SERVICES, LLC, SPECTRUM MANAGEMENT HOLDING COMPANY, LLC, | § § § § § § § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Defendant Charter Communications, Inc. ("Charter"). (Dkt. No. 58.) In the Motion, Charter requests an extension of time to respond to Plaintiff Entropic Communications, LLC's ("Entropic") Second Amended Complaint from the current deadline of January 24, 2023 until January 30, 2023. (*Id*. at 1.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Charter to respond to Entropic's Second Amended Complaint is **extended** up to and including January 30, 2023.

So ORDERED and SIGNED this 25th day of January, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE