# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG |

## DECLARATION OF JENNIFER A. SMITH

I, Jennifer A. Smith, declare as follows:

    1.    I have personal knowledge of the matters set forth herein.

    2.    I am VP, Associate General Counsel & Assistant Corporate Secretary at Charter Communications, LLC.

    3.    I am informed that Entropic Communications, LLC ("Entropic") has filed suit against Charter Communications, Inc. ("CCI"), Spectrum Advanced Services, LLC ("SAS"); and Spectrum Management Holding Company, LLC ("SMHC").

    4.    I am familiar with the organization of CCI and its subsidiaries and/or I have reviewed records kept by CCI, SAS and SMHC in the regular course of business in preparation for making this declaration.

    5.    CCI is incorporated in Delaware and has its principal place of business in Stamford, Connecticut. CCI is the corporate parent (either directly or indirectly) of a number of different entities that carry on various businesses under the Spectrum brand. CCI is the parent of its

subsidiaries and provides corporate oversight to those entities, but CCI does not directly conduct any commercial business relations with the public. CCI does not directly make, manufacture, sell or offer for sale any product or service of any nature, including in Texas.

6. I understand that Entropic has collectively referred to CCI, SAS, and SMHC as "Charter" in its amended complaint, and in paragraph 17 of its amended complaint, referred to SAS as a "related entity" of CCI.

7. CCI observes all required corporate formalities separate from its subsidiaries, including SAS and SMHC. CCI regularly maintains its corporate records separate from those of its subsidiaries, including those referenced herein, and conducts meetings of its shareholders and directors separate from those these subsidiaries. Each of CCI's subsidiaries maintains its own corporate, partnership, or limited liability company status, identity, and structure.

8. SAS is an indirect majority-owned subsidiary of CCI. SAS is organized under the laws of the State of Delaware and registered with the Secretary of State of Texas as a Foreign Limited Liability Company. SAS is registered in the state of Texas with a purpose of providing telecommunications services. SAS does not provide internet or cable television/video services.

9. SMHC is an indirect majority-owned subsidiary of CCI. SMHC is organized under the laws of the State of Delaware. SMHC is not registered to do business in Texas. SMHC does not directly conduct any commercial business relations with the public and does not directly make, manufacture, sell or offer for sale any product or service of any nature, including in Texas. SMHC holds certain assets and contracts which are used in connection with the business operations of its subsidiaries.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2022

_____
Jennifer A. Smith