# EXHIBIT 2
# Filing Under Seal Pursuant to Protective Order