# EXHIBIT 4
# Filing Under Seal Pursuant
# to Protective Order