# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; AND SPECTRUM MANAGEMENT<br>HOLDING COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG |

## DECLARATION OF MARTIN C. ARMSTRONG

I, Martin C. Armstrong, declare as follows:

1. I have personal knowledge of the matters set forth herein.

2. I am Vice President, Payroll Shared Services at Charter Communications, LLC.

3. I am informed that Entropic Communications, LLC has filed suit against Charter Communications, Inc. ("CCI"), Spectrum Advanced Services, LLC ("SAS"); and Spectrum Management Holding Company, LLC ("SMHC").

4. Based upon my personal knowledge and/or a reasonable investigation, CCI, SAS, and SMHC do not have employees in the State of Texas.

5. CCI, SAS and SMHC do not participate in the hiring and firing of the employees of their subsidiaries in Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 6, 2022

_Martin C. Armstrong_
Martin C. Armstrong