# EXHIBITS 7 TO 12

# Filing Under Seal Pursuant to Protective Order