IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC,<br><br>Defendants. | Civil Action No. 2:22-cv-00125-JRG<br><br>**STIPULATION OF DISMISSAL AS TO SPECTRUM ADVANCED SERVICES, LLC AND SPECTRUM MANAGEMENT HOLDING COMPANY, LLC PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

**WHEREAS**, on April 27, 2022, plaintiff Entropic Communications, LLC ("Entropic") commenced this action by filing a Complaint against defendants Charter Communications, Inc. ("CCI"), Spectrum Advanced Services, LLC ("SAS"); and Spectrum Management Holding Company, LLC ("SMHC," and together, "Defendants") (Dkt. 1);

**WHEREAS**, on May 24, 2022, Entropic filed an Amended Complaint against Defendants (Dkt. 12);

**WHEREAS**, on July 8, 2022, Defendants filed a Motion to dismiss the Amended Complaint for improper venue pursuant to Federal Rule of Civile Procedure 12(b)(3) (Dkt. 18, the "Motion");

**WHEREAS**, on January 10, 2023, Entropic filed a Second Amended Complaint (the "SAC") (Dkt. 53) in addition to a brief in opposition to the Motion (Dkt. 54);

**WHEREAS**, the SAC asserts claims against Charter Communications, Inc. only, and does not name SAS or SMHC as defendants;

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** that, pursuant to FRCP 41(a)(1)(A)(ii), Entropic's claims against Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC are **DISMISSED** from this action without prejudice, with each party bearing their own fees and costs.

| | |
|---|---|
|   */s/ (with consent)*<br>James Shimota<br>Jason Engel<br>George Summerfield<br>Devon Beane<br>K&L GATES LLP<br>Suite 3300<br>70 W. Madison Street<br>Chicago, IL 60602<br>Tel.: (312) 372-1121<br>Fax: (312) 827-8000<br>jim.shimota@klgates.com<br>jason.engel@klgates.com<br>george.summerfield@klgates.com<br>devon.beane@klgates.com<br><br>Wesley Hill<br>Texas Bar No. 24032294<br>Andrea Fair<br>Texas Bar No. 24078488<br>WARD, SMITH & HILL, PLLC<br>1507 Bill Owens Pkwy<br>Longview, TX 75604<br>Tel: (903) 757-6400<br>Fax (903) 757-2323<br>wh@wsfirm.com<br>andrea@wsfirm.com<br><br>***Attorneys for Plaintiff***<br>***Entropic Communications, LLC*** |   */s/ Deron R. Dacus*<br>Deron R. Dacus<br>State Bar No. 00790553<br>The Dacus Firm, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, TX 75701<br>Phone: (903) 705-1117<br>Fax: (903) 581-2543<br>ddacus@dacusfirm.com<br><br>Daniel L. Reisner<br>David Benyacar<br>Elizabeth Long<br>Albert J. Boardman<br>Palak Mayani Parikh<br>Melissa Brown<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019-9710<br>Telephone: (212) 836-8000<br>Email: daniel.reisner@arnoldporter.com<br>Email: david.benyacar@arnoldporter.com<br>Email: elizabeth.long@arnoldporter.com<br>Email: albert.boardman@arnoldporter.com<br>Email: palak.mayani@arnoldporter.com<br>Email: melissa.brown@arnoldporter.com<br><br>***Attorneys for Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2023, I caused to be served a copy of the foregoing stipulation on all counsel of record via the Court's CM/ECF system.

>   */s/ Deron R. Dacus*
>   Deron R. Dacus