**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC;<br>SPECTRUM ADVANCED SERVICES, LLC; AND<br>SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC,<br><br>  Defendants. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION TO AMEND CASE CAPTION**

Defendant Charter Communications, Inc. ("Defendant" or "CCI") hereby moves the Court to amend the case caption:

1. On April 27, 2022, plaintiff Entropic Communications, LLC ("Entropic") commenced this action by filing a Complaint against defendants ("CCI"), Spectrum Advanced Services, LLC ("SAS"); and Spectrum Management Holding Company, LLC ("SMHC," and together, "Defendants") (Dkt. 1).

2. On May 24, 2022, Entropic filed an Amended Complaint against Defendants (Dkt. 12).

3. On January 10, 2023, Entropic filed a Second Amended Complaint (Dkt. 53) naming Defendant CCI as the sole remaining defendant, and removing SAS and SHMC as named defendants.

4. On February 6, 2023, the parties filed a Stipulation of Dismissal as to SAS and SHMC (Dkt. 63).

5.  CCI moves the Court to correct the caption of the case to include only CCI as a defendant.

6.  Counsel for CCI has conferred with counsel for Entropic, and this motion is unopposed.

**WHEREFORE**, CCI respectfully requests that the Court grant its motion.

Dated: February 6, 2023

Respectfully submitted,

/s/ Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Betsy Long
Albert J. Boardman
Elizabeth Long
Melissa Brown
Palak Mayani Parikh
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com
Email: palak.mayani@arnoldporter.com

***Attorneys for Defendant***
***Charter Communications, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2023, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

*/s/ Deron R. Dacus*
Deron R. Dacus

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel for Defendants has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Plaintiff Entropic Communications, LLC indicated that it does not oppose the relief sought in this motion.

*/s/ Deron R. Dacus*
Deron R. Dacus