# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES, LLC; AND<br>SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC,<br><br>    Defendants | Civil Action No. 2:22-cv-00125-JRG |

## [PROPOSED] ORDER GRANTING MOTION TO AMEND CASE CAPTION

The Court, having considered Defendant Charter Communications, Inc.'s Unopposed Motion to Amend the Case Caption hereby **GRANTS** the motion.

It is therefore **ORDERED** that the case caption for all future filings in this action be changed to reflect that Charter Communications, Inc. is the sole defendant and that Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC are not parties to this litigation.