IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § § *Plaintiff*, § § v. § CIVIL ACTION NO. 2:22-CV-00125-JRG § CHARTER COMMUNICATIONS, INC., § SPECTRUM ADVANCED SERVICES, § LLC, SPECTRUM MANAGEMENT § HOLDING COMPANY, LLC, § § *Defendants*. § | |

**ORDER**

Before the Court is the Stipulation of Dismissal as to Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC Pursuant to FRCP 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Entropic Communications, LLC ("Plaintiff") and Defendants Charter Communications, Inc., Spectrum Advanced Services, LLC, and Spectrum Management Holding Company, LLC (collectively, "Defendants"). (Dkt. No. 63.) The parties stipulate that pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff's claims against Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC should be dismissed from the above-captioned case without prejudice. (*Id*. at 1–2.) Also before the Court is the Unopposed Motion to Amend Case Caption (the "Motion to Amend") in which the parties move the Court to correct the case caption to include only Charter Communications, Inc. as the sole remaining defendant. (Dkt. No. 64 at 1–2.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** the parties' stipulation (Dkt. No. 63). Accordingly, all claims and causes of action asserted by Plaintiff against Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC

in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees.

The Clerk of Court shall maintain the above-captioned case as **OPEN** in light of the remaining parties and claims. The Clerk of Court is further **ORDERED** to prospectively remove Spectrum Advanced Services, LLC and Spectrum Management Holding Company, LLC from the case caption, hereby **GRANTING** the parties' Motion to Amend (Dkt. No. 64).

**So ORDERED and SIGNED this 7th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE