# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; and<br>SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC.,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

# UNOPPOSED MOTION FOR
# EXTENSION OF TIME TO RESPOND TO CHARTER'S MOTION TO DISMISS

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), with Defendant Charter Communications, Inc.'s agreement, hereby moves for an extension of time to respond to Charter's Motion to Dismiss the Second Amended Complaint (Dkt. No. 61) (the "Motion to Dismiss"). Plaintiff requests additional time of one week until and including February 20, 2023 to respond to the Motion to Dismiss. This extension is not sought for the purpose of delay and will allow Plaintiff adequate time to appropriately respond to the Motion to Dismiss. Counsel for Plaintiff has conferred with counsel for Defendant and this Motion is unopposed.

A proposed Order is submitted herewith.

Dated: February 8, 2023                                       Respectfully submitted,

*/s/ James Shimota by permission Andrea Fair*
James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane (*pro hac vice* forthcoming)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com
Devon.beane@klgates.com

Nicholas F. Lenning
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**

1

2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 8th day of February, 2023.

*/s/ Andrea Fair*

2

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Andrea Fair*
