**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff | Civil Action No. 2:22-cv-00125-JRG |
| v. | JURY TRIAL DEMANDED |
| CHARTER COMMUNICATIONS, INC.; SPECTRUM ADVANCED SERVICES, LLC; and SPECTRUM MANAGEMENT HOLDING COMPANY, LLC., | |
| Defendants. | |

**ORDER GRANTING PLAINTIFF ENTROPIC'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

The Court, having considered Plaintiff Entropic Communications, LLC's Unopposed Motion for Extension of Time to Respond to Defendant Charter Communications, Inc.'s Motion to Dismiss the Second Amended Complaint (Dkt. No. 61), hereby GRANTS the motion. It is Ordered that Plaintiff shall have until and including February 20, 2023 to respond to Charter's Motion to Dismiss.