UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Charter Communications, Inc. ("Defendant") hereby moves for an extension of time to file a reply brief in further support of its Motion to Dismiss the Second Amended Complaint ("Motion," Dkt. 61).  Pursuant to Federal Rule of Civil Procedure 15(a)(3), the current deadline for Defendant to file a reply brief in further support of the Motion is February 28, 2023.  Defendant hereby respectfully request an extension of this deadline to and including March 9, 2023.  Counsel for Defendant has conferred with Counsel for Plaintiff Entropic Communications, LLC and this motion is unopposed.

**WHEREFORE**, Defendant respectfully requests that the Court grant its motion.

Dated: February 27, 2023

Respectfully submitted,

*/s/ Deron R. Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117

Fax: (903) 581-2543
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Betsy Long
Albert J. Boardman
Elizabeth Long
Melissa Brown
Palak Mayani Parikh
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com
Email:  palak.mayani@arnoldporter.com

***Attorneys for Defendant***
***Charter Communications, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2023, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

                                        */s/ Deron R. Dacus*
                                        Deron R. Dacus

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Defendant has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Plaintiff Entropic Communications, LLC indicated that it does not oppose the relief sought in this motion.

                                        */s/ Deron R. Dacus*
                                        Deron R. Dacus