UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**[PROPOSED] ORDER GRANTING EXTENSION OF TIME**

The Court, having considered Defendant Charter Communications, Inc.'s Unopposed Motion for an Extension of Time to file a reply brief in further support of its Motion to Dismiss the Second Amended Complaint (Dkt. 61), hereby **GRANTS** the motion.

It is therefore **ORDERED** that Defendant Charter Communications, Inc. shall have to and including March 9, 2023 to file a reply brief in further support of its Motion to Dismiss the Second Amended Complaint.