# EXHIBIT L

SPECTRUM SITES





COMPANY

# About Charter

Charter Communications, Inc. (NASDAQ:CHTR) is a leading broadband connectivity company and cable operator serving more than 32 million customers in 41 states through its Spectrum brand. Over an advanced communications network, the company offers a full range of state-of-the-art residential and business services including Spectrum Internet®, TV, Mobile and Voice.

For small and medium-sized companies, Spectrum Business® delivers the same suite of broadband products and services coupled with special features and applications to enhance productivity, while for larger businesses and government entities, Spectrum Enterprise provides highly customized, fiber-based solutions. Spectrum Reach® delivers tailored advertising and production for the modern media landscape. The company also distributes award-winning news coverage, sports and high-quality original programming to its customers through Spectrum Networks and Spectrum Originals.

## This is Spectrum

This is Spectrum

[YouTube video player]

## Charter Facts: By the Numbers


**$51.7 Billion in Annual Revenue (2021)**


**Nearly 500 Million**
IP Devices Connected to Our Network


**55 Million**
Homes Passed in 41 States



**32 Million**
Customer Relationships





## 30.3 Million
Broadband Internet Customers



## 15 Million
Video Subscribers

## 9.2 Million
Voice Subscribers

## 4.7 Million
Mobile Lines

### Nearly 800,000
Miles of Network Infrastructure



93,700
Employees
(as of 12/31/2021)

**30+**
Spectrum Networks Delivering
Local News and Sports

*Above data sourced from Q3 2022 unless noted



### Spectrum Residential

Spectrum is a suite of advanced broadband services offered by Charter Communications, Inc. Spectrum provides a full range of services, including Spectrum TV®, Spectrum Internet®, Spectrum Voice® and Spectrum Mobile®.



### Spectrum Business

Spectrum Business® provides small and medium-sized business organizations with scalable, and cost-effective broadband communications solutions, including Internet access, business telephone, and TV services. Catering to the unique broadband needs of business customers, Spectrum Business® offers competitively priced bundled products over its state-of-the-art, fiber-based network, helping businesses across a variety of industries maximize productivity while continuing to grow.



### Spectrum Enterprise

Spectrum Enterprise is a national provider of scalable, fiber technology solutions serving many of America's largest businesses and communications service providers. The broad Spectrum Enterprise portfolio includes networking and managed services solutions: Internet access, Ethernet access and networks, Voice and TV solutions, Managed Application, Cloud Infrastructure and Managed Hosting Services. Our industry-leading team of experts work closely with clients to achieve greater business success by providing solutions designed to meet their evolving needs.



### Spectrum Reach

Spectrum Reach®, the advertising sales and production services offered by Charter Communications, Inc., provides custom solutions for the modern media landscape. Operating in over 30 million households, nearly 100 DMAs, and 41 states, Spectrum Reach provides scalable advertising and marketing services utilizing national cable networks, internet advertising, and promotional events backed by marketing, research, and award-winning creative services. Driven by insightful research to understand consumer behavior, Spectrum Reach develops measurable, data-infused marketing solutions for businesses of all sizes.



#### Spectrum Networks

Spectrum Networks is a series of 24/7 news and sports networks owned and operated by Charter Communications, Inc. Spectrum Networks carry distinct, comprehensive, and exclusive local programming on more than 30 networks across 12 states.



#### Spectrum Originals

Charter launched Spectrum Originals in 2019, a premier destination for high-quality original series available exclusively to Spectrum TV subscribers on-demand and ad-free. This free service launched with the Sony and Bruckheimer-produced drama "L.A.'s Finest," starring Gabrielle Union and Jessica Alba.

COMPANY

## Corporate Headquarters

Charter Communications Corporate Headquarters:
400 Washington Blvd.
Stamford, CT 06902



For additional information, please contact us



Company
Newsroom
Investors
Careers
Community Impact
Public Policy
Spectrum Sites

© 2022 Charter Communications Inc.

Terms of Service | Your Privacy Rights | California Consumer Privacy Rights | California Consumer Do Not Sell My Personal Information | Site Map

If you are a customer with disability, please contact us. If you need assistance