# EXHIBIT R OMITTED