# EXHIBIT S





## Franchise Tax Account Status
As of : 01/10/2023 13:15:40

**This page is valid for most business transactions but is not sufficient for filings with the Secretary of State**

| | |
|---|---|
| **SPECTRUM GULF COAST, LLC** | |
| **Texas Taxpayer Number** | 32048202892 |
| **Mailing Address** | 12405 POWERSCOURT DR C/O INC TAX DEPT SAINT LOUIS, MO 63131-3673 |
| ❓ **Right to Transact Business in Texas** | ACTIVE |
| **State of Formation** | DE |
| **Effective SOS Registration Date** | 09/01/2012 |
| **Texas SOS File Number** | 0801609419 |
| **Registered Agent Name** | CORPORATION SERVICE COMPANY D/B/A CSC-LAWYERS INCO |
| **Registered Office Street Address** | 211 E. 7TH STREET SUITE 620 AUSTIN, TX 78701 |