# EXHIBIT T




# Search for a Business Entity

Required Field *

Exact Match searches should include corporate designations (inc., llc, etc.) and punctuation.
We recommend you do not include these for other searches.

Search: Business Name

## Search for a Business Entity

Business Name *: spectrum gulf coast
Includes names: Starting With
☐ Only Active Corporations

**SEARCH**

### Search Results as of 1/10/2023 1:15 PM

Change page: ⏮ ◀ ▶ ⏭   Page 1 of 1, items 0 to 0 of 0.

| Select | Business Name | Address | Charter No. | Type | Status | Created | Registered Agent Name |
|---|---|---|---|---|---|---|---|

No records to display.

Change page: ⏮ ◀ ▶ ⏭   Page 1 of 1, items 0 to 0 of 0.




Hey there! I am an A.I. chatbot, let's talk.