# Exhibit U

