# Exhibits Y - AB Sealed in Entirety