# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> JURY TRIAL DEMANDED |

## ORDER

Before the Court is Defendant's Charter Communications, Inc.'s Motion to Dismiss the Second Amended Complaint for Improper Venue Pursuant to FRCP 12(b)(3) (Dkt. No. 61). After consideration, the Court finds that Defendant's Motion to Dismiss is DENIED.