IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Defendant Charter Communications, Inc. ("Defendant"). (Dkt. No. 69.) In the Motion, Defendant moves for an extension of time to file a reply brief in support of its Motion to Dismiss the Second Amended Complaint (the "Motion to Dismiss") (Dkt. No. 61). (*Id*. at 1.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Defendant to file a reply in support of its Motion to Dismiss is **extended** up to and including March 9, 2023.

**So ORDERED and SIGNED this 28th day of February, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE