## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:22-cv-00125-JRG <br><br> JURY TRIAL DEMANDED |

### AGREED MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

Entropic Communications, LLC, with Defendants' agreement, hereby moves to amend the Docket Control Order (Dkt. 40) to extend claim-construction related deadlines by one week.

Based on documents produced by Charter in January, Entropic informed Charter it intends to seek to amend its infringement contentions. Charter has indicated it does not oppose Entropic's forthcoming amendment, which will be addressed by separate motion. By this Motion, the parties seek to extend the claim-construction related deadlines so that Charter has the benefit of the amended contentions before claim construction disclosures begin. With the extension, the claim construction reply brief would be filed two weeks before the claim construction hearing, and the joint claim construction statement eleven days earlier.

Accordingly, the Parties have agreed to and request the following extension of deadlines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline to Exchange Preliminary Claim Constructions | February 28, 2023 | March 14, 2023 |
| Deadline to File Joint Claim Construction Statement / Deadline to Disclose Expert Testimony for Claim Construction | March 21, 2023 | April 4, 2023 |
| Deadline to Disclose Rebuttal Expert Testimony for Claim Construction | April 7, 2023 | April 14, 2023 |
| Deadline to Complete Claim Construction Discovery | April 18, 2023 | April 25, 2023 |

| | | |
|---|---|---|
| Deadline to File Opening Claim Construction Brief (Entropic) and Submit Tech Tutorials (both Parties) | May 2, 2023 | May 9, 2023 |
| Deadline to File Responsive Claim Construction Brief (Charter) | May 16, 2023 | May 23, 2023 |
| Deadline to File Reply Claim Construction Brief (Entropic) | May 23, 2023 | May 30, 2023 |
| Deadline to Submit Joint Claim Construction Chart | May 30, 2023 | June 2, 2023 |
| Claim Construction Hearing | June 13, 2023 | June 13, 2023 (no change) |

These extended the deadlines are reflected in the proposed Amended Docket Control Order submitted herewith.

Dated: February 28, 2023                             Respectfully submitted,

 /s/ James Shimota by permission Andrea Fair
 James Shimota – LEAD ATTORNEY
Jason Engel
George Summerfield
Devon Beane (*pro hac vice* forthcoming)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com
Devon.beane@klgates.com

Nicholas F. Lenning
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna

-2-

Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel:  (903) 757-6400
Fax  (903) 757-2323
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

/s/ Andrea Fair

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 28th day of February, 2023.

/s/ Andrea Fair