# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendants. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

# SUPPLEMENT TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR IMPROPER VENUE PURSUANT TO FRCP 12(b)(3)

In Entropic Communications, LLC's ("Entropic") Opposition to Defendant's Motion to Dismiss the Second Amended Complaint (Dkt. No. 68), Entropic stated that "CCI is listed as the custodian of nearly all the technical documents Charter has produced in this case" (Dkt. No. 68 at 9, 13), including a "Request for Quote" document for one of the accused set-top boxes (Exhibit AB). Entropic submits this supplement to clarify that factual statement.

For Charter's technical documents, the "Custodian" field displays "Charter Communications, Inc." At the time Entropic filed its opposition brief, it understood this field to be metadata original to Charter's production, meaning Entropic understood CCI to be the identified custodian in the metadata. Entropic has since learned that the "Custodian" field was actually coded by its e-discovery vendor during ingestion to reflect the source of the documents. CCI therefore is not "listed" as the custodian and that specific statement is inaccurate.

The remainder of the statement, however, remains correct. CCI is, in fact, the custodian of these documents, regardless of how they are coded. CCI—and not some allegedly separate subsidiary, which is not party to the case—produced the documents in response to CCI's discovery obligations. CCI's corporate representative also testified that it maintains all Charter corporate records under a single file management system for all subsidiaries. *See* Dkt. No. 68 at 13. Therefore, it is evident that these technical documents are CCI's records and CCI is the actual custodian.

Dated: March 6, 2023

Respectfully submitted,

*/s/ James Shimota by permission Wesley Hill*
James Shimota - LEAD ATTORNEY
Jason Engel
George Summerfield
**K&L GATES LLP**
70 W. Madison Street, Suite 3300

314813860.1

Chicago, IL 60602
Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

314813860.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this sixth day of March, 2023.

>                                                                 */s/ Wesley Hill*
>                                                                 Wesley Hill

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

This is to certify that the above document should be filed under seal because it contains material designated by the parties as confidential pursuant to the Protective Order entered in this case (Dkt. 36).

>                                                                 */s/ Wesley Hill*
>                                                                 Wesley Hill

314813860.1