# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUR-REPLY

Plaintiff Entropic Communications, LLC ("Entropic") hereby moves for an extension of time to file a sur-reply brief in further opposition to Defendant's Motion to Dismiss the Second Amended Complaint ("Motion," Dkt. No. 61). Pursuant to Local Rule CV-7(f), the current deadline for Entropic to file a sur-reply brief is March 16, 2023. To provide additional time to meaningfully address the reply arguments in light of counsel's other commitments, Entropic hereby respectfully requests an extension of this deadline to and including March 23, 2023. Counsel for Entropic has conferred with counsel for Defendant, and this motion is unopposed.

**WHEREFORE**, Entropic respectfully requests that the Court grant this motion.

Dated: March 13, 2023

        Respectfully submitted,

*/s/ James Shimota by permission Wesley Hill*
James Shimota - LEAD ATTORNEY
Jason Engel
George Summerfield
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

***ATTORNEYS FOR PLAINTIFF***
***ENTROPIC COMMUNICATIONS, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this thirteenth day of March, 2023.

                                                  */s/ Wesley Hill*
                                                  Wesley Hill

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff Entropic Communications, LLC has complied with the meet-and-confer requirement in Local Rule CV-7(h). Counsel for Defendant Charter Communications, Inc. indicated that they do not oppose the relief sought in this motion.

                                                  */s/ Wesley Hill*
                                                  Wesley Hill