# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG |

## ORDER GRANTING EXTENSION OF TIME TO FILE SUR-REPLY

The Court, having considered Plaintiff Entropic Communications, LLC's Unopposed Motion for Extension of Time to file a sur-reply brief in further opposition to Defendant's Motion to Dismiss the Second Amended Complaint (Dkt. No. 61), hereby **GRANTS** the motion.

It is therefore **ORDERED** that Plaintiff Entropic Communications, LLC shall have to and including March 23, 2023 to file a reply brief in further opposition to Defendant's Motion to Dismiss the Second Amended Complaint.