IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § |
| | § |
| Plaintiff, | § |
| | § CIVIL ACTION NO. 2:22-CV-00125-JRG |
| v. | § |
| | § |
| CHARTER COMMUNICATIONS, INC., | § |
| | § |
| Defendant. | § |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to File Sur-Reply (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Plaintiff"). (Dkt. No. 77.) In the Motion, Plaintiff requests an extension of time to file a sur-reply to Defendant Charter Communications, Inc.'s ("Defendant") Motion to Dismiss the Second Amended Complaint (the "Motion to Dismiss") (Dkt. No. 61). (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to file a sur-reply to the Motion to Dismiss is **extended** up to and including March 23, 2023.

**So ORDERED and SIGNED this 15th day of March, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE