**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**REPLY DECLARATION OF MELISSA A. BROWN IN FURTHER SUPPORT OF CHARTER COMMUNICATIONS, INC.'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT FOR IMPROPER VENUE PURSUANT TO FRCP 12(b)(3)**

I, Melissa A. Brown, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in the declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Arnold & Porter Kaye Scholer, LLP, counsel of record for Defendant, Charter Communications, Inc. ("Defendant" or "CCI"). I am licensed to practice law in the States of New York and New Jersey, and have been admitted *pro hac vice* to this Court.

3. I make this Declaration based on my personal knowledge and in further support of CCI's Motion to Dismiss the Second Amended Complaint for Improper Venue Pursuant to Federal Rule of Civil Procedure 12(b)(3).

4. Attached hereto as **Exhibit 13** is a true and correct copy of the submission to the United States International Trade Commission, Investigation No. 337-TA-1315, referenced by Plaintiff Entropic Communications, LLC ("Entropic") in its opposition brief (Dkt. 68) at 1, 3, 17.

5. Attached hereto as **Exhibit 14** is a true and correct redacted copy of a pay stub reflecting ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

6. CCI has not been designated or listed as a custodian of any document produced by Defendant CCI in this litigation.

7. Gregory Greene is the custodian of the document that Entropic submitted as Exhibit AB (CHARTER_ENTROPIC00007936). *See* Dkt. 68-29.

Executed on March 9, 2023 in New York, New York.

/s/ Melissa A. Brown
Melissa A. Brown

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 9, 2023.

<i>/s/ Melissa A. Brown</i><br>
Melissa A. Brown

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

Pursuant to Local Rule CV-5, the undersigned counsel hereby certifies that authorization for filing under seal has been previously granted by the Court in the Protective Order (Dkt. 36) entered in this case on August 10, 2022.

<i>/s/ Melissa A. Brown</i><br>
Melissa A. Brown