# EXHIBIT 14

# Filing Under Seal Pursuant
# to Protective Order

