# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S NOTICE OF SERVICE OF EXPERT WITNESS DISCLOSURES PURSUANT TO P.R. 4-3(B)

Defendant Charter Communications, Inc. hereby notifies the Court that it has served the following pursuant to P.R. 4-3(b) on counsel of record for Plaintiff via electronic mail on April 4, 2023.

- Declaration of Dr. Kevin Almeroth Regarding Claim Construction and Appendices A-I attached thereto.

1

Dated: April 5, 2023                                  Respectfully submitted,

/s/ Deron R. Dacus
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email:  ddacus@dacusfirm.com

-and-

Daniel L. Reisner
David Benyacar
Elizabeth A. Long
Melissa A. Brown
Palak Mayani Parikh
Albert J. Boardman
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email:  daniel.reisner@arnoldporter.com
Email:  david.benyacar@arnoldporter.com
Email:  elizabeth.long@arnoldporter.com
Email:  melissa.brown@arnoldporter.com
Email:  palak.mayani@arnoldporter.com
Email:  albert.boardman@arnoldporter.com

***Attorneys for Defendant Charter Communications, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2023, the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who have consented to electronic service, on this 5th day of April 2023.

/s/ Deron R. Dacus
Deron R. Dacus