# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## AGREED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Entropic Communications, LLC, with Defendant Charter Communications, Inc.'s agreement, hereby moves to amend the Docket Control Order (Dkt. 40), in its current form of the Second Amended Docket Control Order (Dkt. 73), to extend the deadline to complete claim construction discovery (P.R. 4-4) from its current date of April 25, 2023 until May 5, 2023. This ten (10) day extension is sought due to the availability of the Plaintiff's claim construction expert witness, and it will not affect any of the remaining deadlines or the trial date in this action. Counsel for the Parties have conferred on this extension and are in agreement.

Accordingly, the Parties respectfully request that the Court amend its Docket Control Order to extend the deadline to complete claim construction discovery up to and through May 5, 2023. This extended deadline is reflected in the proposed Amended Docket Control Order submitted herewith.

Dated: April 19, 2023

/s/ *James Shimota by permission Andrea L. Fair*
James Shimota
Jason Engel
George Summerfield
Devon Beane
**K&L GATES LLP**
Suite 3300
70 W. Madison Street
Chicago, IL 60602
Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com
Devon.beane@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604

***Attorneys for Plaintiff Entropic Communications, LLC***

/s/ *David Benyacar by permission Andrea L. Fair*
Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Palak Mayani Parikh
Melissa Brown
**ARNOLD & PORTER KAY SCHOLER LLP**
250 West 55th Street
New York, New York 10019-9710
Daniel.reisner@arnoldporter.com
David.benyacar@arnoldporter.com
Elizabeth.long@arnoldporter.com
Albert.boardman@arnoldporter.com
Palak.mayani@arnoldporter.com
Melissa.brown@arnoldporter.com

*Attorneys for Defendant Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 19th day of April, 2023.

*/s/ Andrea Fair*
Andrea Fair

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

*/s/ Andrea Fair*
Andrea Fair