## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

     Plaintiff,

       v.

CHARTER COMMUNICATIONS, INC.,

     Defendant.

Civil Action No. 2:22-cv-00125-JRG

## [PROPOSED] ORDER GRANTING EXTENSION OF TIME

The Court, having considered Defendant Charter Communications, Inc.'s Unopposed Motion for an Extension of Time to file a response to Plaintiff Entropic Communications, LLC's Motion to Disqualify Cathleen Quigley (Dkt. 87), hereby **GRANTS** the motion.

It is therefore **ORDERED** that Defendant Charter Communications, Inc. shall have to and including May 5, 2023 to file a response to Plaintiff Entropic Communications, LLC's Motion to Disqualify Cathleen Quigley.