**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | Case No. 2:22-cv-125-JRG |
| v. | **JURY TRIAL DEMANDED** |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

### UNOPPOSED MOTION TO WITHDRAW MOTION TO DISQUALIFY

Plaintiff Entropic Communications, Inc. ("Plaintiff") hereby respectfully moves the Court to withdraw its motion to disqualify Ms. Cathleen Quigley as an expert in this case. Defendant Charter has now provided Plaintiff with a sworn declaration that its retention agreement with Ms. Quigley has been terminated and that Charter has unequivocally agreed not to use Ms. Quigley as a testifying or consulting expert in any matter involving Plaintiff. Plaintiff's motion therefore now is moot.

Counsel for Plaintiff has conferred with Counsel for Defendant Charter Communications, Inc. and this motion is unopposed.

WHEREFORE, Plaintiff respectfully requests that the Court grant its motion and withdraw the motion to disqualify.

Dated: May 5, 2023

Respectfully submitted,

/s/ James Shimota by permission Wesley Hill
James Shimota (*pro hac vice* forthcoming)
George Summerfield (*pro hac vice* forthcoming)
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602

-1-

315439142.1

Tel.: (312) 372-1121
Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com

Darlene F. Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Telephone: (512) 482-6919
Facsimile: (512) 482-6800
darlene.ghavimi@klgates.com

Peter E. Soskin (*pro hac vice* forthcoming)
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

-2-

315439142.1

-3-

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Plaintiff has complied with the meet and confer requirement in Local Rule CV-7(h).   Counsel for Defendant Charter Communications, Inc. indicated that it does not oppose the relief sought in this motion.

*/s/ Wesley Hill*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2023, I caused to be served a copy of the foregoing motion on all counsel of record via the Court's CM/ECF system.

*/s/ Wesley Hill*

315439142.1