# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:22-cv-125-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER GRANTING MOTION TO WITHDRAW MOTION TO DISQUALIFY CATHLEEN QUIGLEY

Before this Court is Plaintiff Entropic Communications, LLC's Motion to Withdraw its Motion to Disqualify Cathleen Quigley.  Having considered the matter, the Court GRANTS the motion.

IT IS THEREFORE ORDERED that Plaintiff's Motion is hereby WITHDRAWN.

315164442.2