**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:22-CV-00125-JRG |
| | § | |
| CHARTER COMMUNCIATIONS, INC., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**<u>ORDER</u>**

Before the Court is the Unopposed Motion for Extension of Time (the "Motion") filed by Defendant Charter Communications, Inc. ("Charter"). (Dkt. No. 90.) In the Motion, Caltech requests a seven-day extension of time to file a brief in opposition to Plaintiff Entropic Communications, LLC's Motion to Disqualify ("Motion to Disqualify") (Dkt. No. 87). (*Id*. at 1.) The requested extension would move the deadline for Charter to file its opposition brief from April 28, 2023 up to and including May 5, 2023. (*Id*.) The Motion is unopposed. (*Id*.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Charter to file its response to the Motion to Disqualify is **extended** up to and including May 5, 2023.

**So Ordered this**

**May 5, 2023**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE