IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO.  2:22-CV-00125-JRG |
| CHARTER COMMUNCIATIONS, INC., | § § § § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Motion to Disqualify (the "Motion") filed by Plaintiff Entropic Communications, LLC. (Dkt. No. 92 at 1.) In the Motion, Plaintiff requests that the Court withdraw its motion to disqualify Ms. Cathleen Quigley as an expert in this case. (*Id.* at 1; *see* Dkt. No. 87.) Defendant does not oppose the Motion. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** the Motion to Disqualify Cathleen Quigley (Dkt. No. 87) is hereby withdrawn. It is further **ORDERED** that the Clerk shall **withdraw** the Motion to Disqualify Cathleen Quigley (Dkt. No. 87).

**So Ordered this**
**May 8, 2023**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE