# EXHIBIT 10

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Published by the
Institute of Electrical and
Electronics Engineers, Inc.

ENTROPIC_CHARTER_0006999

IEEE Std 100-1996

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

ISBN 1-55937-833-6



9 781559 378338    90000

ENTROPIC_CHARTER_0007000

When the IEEE Standards Board approved this standard on 10 December 1996, it had the following membership.

**Donald C. Loughry,** *Chair*    **Richard J. Holleman,** *Vice Chair*
**Andrew G. Salem,** *Secretary*

| | | |
|---|---|---|
| Gilles A. Baril | E. G. "Al" Kiener | Jose R. Ramos |
| Clyde R. Camp | Joseph L. Koepfinger* | Arthur K. Reilly |
| Joseph A. Cannatelli | Stephen R. Lambert | Ronald H. Reimer |
| Stephen L. Diamond | Lawrence V. McCall | Gary S. Robinson |
| Harold E. Epstein | L. Bruce McClung | Ingo Rüsch |
| Donald C. Fleckenstein | Marco W. Migliaro | John S. Ryan |
| Jay Forster* | Mary Lou Padgett | Chee Kiow Tan |
| Donald N. Heirman | John W. Pope | Leonard L. Tripp |
| Ben C. Johnson | | Howard L. Wolfman |

*Member Emeritus

Also included are the following nonvoting IEEE Standards Board liaisons:

Satish K. Aggarwal
Alan H. Cookson
Chester C. Taylor

Kim Breitfelder (1995-present), *IEEE Std 100 Editor*
Stephen Huffman (1993-1995), *IEEE Std 100 Editor*

Assistance was provided by the IEEE Standards editorial staff.

## How to use this dictionary

The terms defined in this dictionary are listed in *letter-by-letter* alphabetical order. Spaces are ignored in this style of alphabetization, so *cable value* will come before *cab signal*. Descriptive categories associated with the term in earlier editions of IEEE Std 100 will follow the term in parentheses. New categories appear after the definitions (see Categories, below), followed by the designation of the standard or standards that include the definition. If a standard designation is followed by the letter s, it means that edition of the standard was superseded by a newer revision and the term was not included in the revision. If a designation is followed by the letter w, it means that edition of the standard was withdrawn and not replaced by a revision. A bracketed number refers to the non-IEEE standard sources given in the back of the book.

Acronyms and abbreviations are no longer listed in a separate section in the dictionary; rather, they are incorporated alphabetically with other terms. Each acronym or abbreviation refers to its expanded term, where it is defined. Acronyms and abbreviations for which no definition was included in past editions have been deleted from this edition of IEEE Std 100.

Abstracts of the current set of approved IEEE standards are provided in the back of the book. It should be noted that updated information about IEEE standards can be obtained at any time from the IEEE Standards World Wide Web site at http://standards.ieee.org/.

## Categories

The category abbreviations that are used in this edition of IEEE Std 100 are defined below. This information is provided to help elucidate the context of the definition. Older terms for which no category could be found have had the category "Std100" assigned to them. Note that terms from sources other than IEEE standards, such as the National Electrical Code® (NEC®) or the National Fire Protection Association, may not be from the most recent editions; the reader is cautioned to check the latest editions of all sources for the most up-to-date terminology.

iv

**Catego**

AE
AHDL
AMR
AP
ATL
BA
BT
C
CAS
CE
CHM
COM
CS
DA
DEI
DESG
DIS
ED
EDU
EEC
ELM
EM
EMB
EMC
GRS
GSD
IA
IE
II
IM
IT
IVHS
LEO
LM
MAG
MIL
MM
MTT
NEC
NESC
NFPA
NI
NIR
NN
NPS
ODM
OE
PA
PE
PEL
PQ
PSPD
PV
QUL
R
RA
REM

values: logic "0" or logic "1." A data bit may convey control, address, information, or frame check sequence (FCS) data.
(EMB)   1073.3.1-1994, 1073.4.1-1994
(2) The smallest signaling element used by the physical layer for transmission of packet data on the medium. One of the PDUs for the physical layer (the other is the arbitration signal).                                (C/MM) 1394-1995

**data block** *See:* block.

**data-break** *See:* direct memory access.

**data breakpoint** A breakpoint that is initiated when a specified data item is accessed. *Synonym:* storage breakpoint. *Contrast:* code breakpoint. *See also:* dynamic breakpoint; epilog breakpoint; programmable breakpoint; prolog breakpoint; static breakpoint.                                                    (C) 610.12-1990

**data broadcall** An operation wherein participating slaves capture the data that are placed on the data lines by the responding slave during a read cycle.                (C/MM) 1096-1988

**data broadcast** An operation wherein participating slaves capture the data that are placed on the data lines by the active master during a write cycle.                   (C/MM) 1096-1988

**data buffer register** A register in a central processing unit or peripheral device capable of receiving or transmitting data at different data transfer rates. *See also:* input buffer register.
                                                              (C) 610.10-1994

**data bus** A bus used to communicate data to and from a processing unit or a storage device. *See also:* bidirectional bus.
                                                              (C) 610.10-1994

**data cache** An area of high-speed buffer storage, used to store data and operands. *Contrast:* instruction cache.
                                                              (C) 610.10-1994

**data card** A punch card that contains data to be used by a computer program. *See also:* source data card.
                                                              (C) 610.10-1994

**data carrier** Material that serves as a data medium or to which a data medium is applied and that facilitates the transport of data; for example, a punch card, a disk, or a plastic card with a magnetic surface that serves as the data medium. *See also:* data medium.                    (C) 610.10-1994, 610.5-1990

**data cell** *See:* storage cell.

**data certification** The determination that data have been verified and validated. *See also:* data producer certification; data user certification.                          (C/DIS) 1278.3-1996

**data chain** *See:* composite data element.

**data chain bus** A connection by which electrical signals are transmitted and/or received at multiple circuit elements.
                                                              (C) 610.10-1994

**data channel** *See:* input-output channel.

**data channels (test pattern language)** All memory devices have one or more (up to 16) independent data inputs or outputs. Each of these is called a data channel.
                                                              (C/TT) 660-1986w

**data character** A character used for packet payload or packet header. A data character represents one of the values of a byte, i.e., 0–255 (decimal). Only N_chars are used as data characters. *See also:* link character; normal character.
                                                              (BA/C) 1355-1995

**data characteristic (software) (software unit testing)** An inherent, possibly accidental, trait, quality, or property of data (for example, arrival rates, formats, value ranges, or relationships between field values).
                                                  (C/SE) 1008-1987r, 610.12-1990

**data circuit** A circuit used to transmit data. *Synonym:* duplex circuit.                                  (C) 610.7-1995

**data circuit-terminating equipment (DCE) (1)** A device that provides the signal conversion and coding between the data terminal equipment (DTE) and the network carrier facility. Note that in the context of an ITU-T X.25 network, for example, the DCE performs functions at the network end of an access line to the network.
                                               (COM/C/LM) 802.9a-1995, 8802-9-1996

(2) A device that interfaces between the data terminal equipment (DTE) and the line.              (C) 610.7-1995

**data code** *See:* code.

**data collection station** *See:* data input station.

**data communication equipment (1)** The equipment that provides the functions required to establish, maintain, and terminate a connection, as well as the signal conversion, and coding required for communication between data terminal equipment and data circuit.      (COM) 168-1956w
(2) An equipment that transmits data from one point to another.                                       (C) 610.7-1995

**data communications (1) (data transmission)** The movement of encoded information by means of communications techniques.                                   (PE) 599-1985w
(2) A data transfer between data source and data destination via one or more data links.                 (C) 610.7-1995

**data compaction** Any technique used to encode data in order to reduce the amount of storage it requires. *Contrast:* data compression.                                   (C) 610.5-1990

**data compression** Any technique used to reduce the amount of storage required to store data. *Contrast:* data compaction.
                                                              (C) 610.5-1990

**data concentrator** A concentrator that permits a common transmission medium to serve more data sources than there are channels available within the transmission medium.
                                                              (C) 610.7-1995

**data connection** The interconnection of two or more data circuits by means of switching equipment to enable data transmission to take place between DTEs. *See also:* virtual data connection.                                   (C) 610.7-1995

**data conversion** To change data from one form of representation to another; for example, to convert data from an ASCII representation to an EBCDIC representation.
                                                              (C) 610.5-1990

**data converter** A device whose purpose it is to convert data from one representation to an equivalent representation.
                                                              (C) 610.10-1994

**data coupling** A type of coupling in which output from one software module serves as input to another module. *Synonym:* input-output coupling. *Contrast:* close coupling; common-environment coupling; content coupling; control coupling; hybrid coupling.                              (C) 610.12-1990

**data cycle (A) (FASTBUS acquisition and control)** The portion of a FASTBUS operation in which a master either sends data to or receives data from an attached slave. It begins with the master causing a data sync transition and terminates with the master receiving a data acknowledge transition from the slave. **(B)** A period in which data are valid and are acknowledged. This occurs when acknowledge is asserted at the end of a transaction and on intermediate acknowledges during a block transfer.                                       1196-1987

**data deciphering key** A key used for the decipherment of an (N)-layer SDU. (It is not used to decipher other keys.)
                                                              (C/LM) 802.10-1992

**data declaration source statements** Source statements that reserve or initialize memory at compilation time.
                                                              (C/SE) 1045-1992

**data definition** A description of the format, structure, and properties of a data item, data element, or data structure.
                                                              (C) 610.5-1990

**data definition language (DDL) (A)** A language for describing the organization of data within a database. *Note:* In some software, the logical organization is described; in some, both the logical and physical organizations are described. **(B)** A language used to describe the logical structure of a database. *Synonyms:* data description language; database description language; schema definition language; schema language. *Contrast:* data manipulation language. *See also:* database manipulation language.                              (C) 610.5-1990

ENTROPIC_CHARTER_0007002

SH94459
1-55937-833-6
8 April 1997

ENTROPIC_CHARTER_0007003