# EXHIBIT 11

| | |
|---|---|
| **From:** | Boardman, Albert |
| **To:** | Lenning, Nicholas F.; Reisner, Daniel; Dacus, Deron (EXTERNAL); Benyacar, David; Brown, Melissa; Baker, Donna; Mayers, Carolene; Long, Betsy; DeWitt, Amy |
| **Cc:** | EntropicKLG; wh@wsfirm.com; andrea@wsfirm.com |
| **Subject:** | RE: Entropic v. Charter: Claim construction meet and confer |
| **Date:** | Tuesday, March 28, 2023 3:22:39 PM |
| **Attachments:** | image001.png |

**External Sender:**

Counsel,

Having now had the opportunity to review the supplemental infringement contentions Entropic served on March 10, 2023, we have served our supplemental Rule 4-2 disclosure. In response to your email of this past Friday, you will note that Charter still does not contend that any proposed term is governed by 35 U.S.C. § 112(6).

We are available for a meet and confer tomorrow, Wednesday, March 29 at 3:00 CT, 4:00 ET. We would appreciate it if you would circulate an invite.

Best regards,

_____

Albert Boardman

Associate | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710

T: +1 212.836.8135
Albert.Boardman@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Friday, March 24, 2023 4:13 PM
**To:** Reisner, Daniel <Daniel.Reisner@arnoldporter.com>; zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Benyacar, David <David.Benyacar@arnoldporter.com>; Boardman, Albert <Albert.Boardman@arnoldporter.com>; Brown, Melissa <Melissa.Brown@arnoldporter.com>; Baker, Donna <donna.baker@arnoldporter.com>; Mayers, Carolene <Carolene.Mayers@arnoldporter.com>; Long, Betsy <Elizabeth.Long@arnoldporter.com>; DeWitt, Amy <Amy.DeWitt@arnoldporter.com>
**Cc:** EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Subject:** Entropic v. Charter: Claim construction meet and confer

External E-mail

Counsel,

Please provide your availability for a meet and confer next week for the purposes of narrowing the issues and preparation of a Joint Claim Construction and Prehearing Statement.  Our current availability is listed below.

Additionally, during the P.R. 4-1 meet and confer on February 24, 2023, Charter represented that it was not contending that any of its proposed terms should be governed by 35 U.S.C. § 112(6).  Please confirm that is still your position.

1. Monday, March 27: 2:00-4:00 pm CT
2. Tuesday, March 28: 1:00 - 2:00 pm CT, 3:00-5:00 pm CT
3. Wednesday, March 29: 10:00 am - 12:00 pm CT, 3:00 - 4:00 pm CT

Best,

Nick


K&L GATES

Nick Lenning
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Phone: (206) 370-6685
Fax: (206) 623-6449
Pronouns: He/Him/His
nicholas.lenning@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com