UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT NOTICE OF REDACTION**

Plaintiff Entropic Communications, LLC and Defendant Charter Communications, Inc. ("Defendant") hereby jointly submit a redacted copy of the Court's Order, dated May 3, 2023 (Dkt. 91), denying Defendant's Motion to Dismiss the Second Amended Complaint for Improper Venue Pursuant to 12(b)(3) (Dkt. 61).

[SIGNATURE PAGE TO FOLLOW]

-2-

Dated: May 10, 2023

| | |
|---|---|
| */s/ with permission* | */s/ Melissa Brown* |
| James Shimota | Daniel L. Reisner |
| Jason Engel | David Benyacar |
| George Summerfield | Amy DeWitt |
| Katherine Allor | Elizabeth Long |
| **K&L GATES LLP** | Albert J. Boardman |
| 70 W. Madison Street, | Palak Mayani Parikh |
| Suite 3300 | Melissa Brown |
| Chicago, IL 60602 | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Jim.shimota@klgates.com | 250 West 55th Street |
| Jason.engel@klgates.com | New York, New York 10019-9710 |
| George.summerfield@klgates.com | Daniel.reisner@arnoldporter.com |
| Katy.allor@klgates.com | David.benyacar@arnoldporter.com |
| | Amy.dewitt@arnoldporter.com |
| Nicholas F. Lenning | Elizabeth.long@arnoldporter.com |
| **K&L GATES LLP** | Albert.boardman@arnoldporter.com |
| 925 Fourth Avenue, Suite 2900 | Palak.mayani@arnoldporter.com |
| Seattle, WA 98104-1158 | Melissa.brown@arnoldporter.com |
| Nicholas.lenning@klgates.com | |
| | Deron R. Dacus |
| Darlene Ghavimi | State Bar No. 00790553 |
| Matthew Blair | **The Dacus Firm, P.C.** |
| **K&L GATES LLP** | 821 ESE Loop 323, Suite 430 |
| 2801 Via Fortuna | Tyler, TX 75701 |
| Suite #650 | ddacus@dacusfirm.com |
| Austin, Texas 78746 | |
| Darlene.ghavimi@klgates.com | ***Attorneys for Defendant Charter*** |
| Matthew.blair@klgates.com | ***Communications, Inc.*** |

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604

***Attorneys for Plaintiff Entropic Communications, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 10, 2023.

 

/s/ Melissa Brown
Melissa Brown