# EXHIBIT 2

*Entropic Communications, LLC v. Charter Communications, Inc.*
No. 2:22-cv-00125 (E.D. Tex.)

**Exhibit 2**

# Claim Charts

| '362 Patent<br>Claim 1<br>(First Action) | '866 Patent<br>Claim 27<br>(Second Action) |
|---|---|
| A wideband receiver system comprising: | A cable television (TV) device comprising |
| a mixer module configured to downconvert a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels; | |
| a wideband analog-to-digital converter (ADC) module configured to digitize said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels; | a wideband analog-to-digital converter (ADC) configured to digitize a contiguous band of frequencies in an input signal, wherein the contiguous band of frequencies comprises a plurality of desired channels and a plurality of undesired channels; and |
| digital circuitry configured to:<br><br>    select said plurality of desired television channels from said digitized plurality of frequencies; and<br>    output said selected plurality of television channels to a demodulator as a digital datastream. | a digital frontend (DFE) coupled to the wideband ADC, wherein the DFE is configured to<br><br>    concurrently select and provide each of the plurality of desired channels without providing any of the plurality of undesired channels, and wherein the cable TV device comprises a digital video recorder (DVR). |

*Entropic Communications, LLC v. Charter Communications, Inc.*
No. 2:22-cv-00125 (E.D. Tex.)

| '362 Patent<br>Claim 11<br>(First Action) | '206 Patent<br>Claim 25<br>(Second Action) |
|---|---|
| A method comprising: | A method for receiving a television (TV) signal comprising: |
| in a wideband receiver system: | |
| downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels; | receiving an input signal from a cable network; |
| digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels; | digitizing a contiguous band of frequencies in the input signal via a wideband analog-to-digital converter (ADC), wherein the contiguous band of frequencies comprises all received channels that exist in the input signal and the received channels comprise a plurality of desired channels and a plurality of undesired channels; |
| selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and | concurrently selecting each of the plurality of desired channels from the input signal without selecting any of the plurality of undesired channels; and |
| outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream. | providing the plurality of desired channels, wherein the method is performed by a device comprising a digital video recorder (DVR). |