**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER**
**GRANTING CHARTER COMMUNICATIONS, INC.'S**
**MOTION TO CONSOLIDATE THIS ACTION WITH NO. 2:23-CV-00052-JRG**
**AND TO AMEND THE CASE SCHEDULE**

The Court, having considered Defendant Charter Communications, Inc.'s Motion to Consolidate This Action with Civil Action No. 2:23-cv-00052-JRG (Dkt. No. ___) and to Amend the Case Schedule, and for good cause shown, hereby **GRANTS** the motion pursuant to Federal Rules of Civil Procedure 42 and 16.  The Court will issue an Amended Docket Control Order forthwith.

The Clerk of the Court is directed to consolidate this action with Civil Action No. 2:23-cv-00052-JRG and designate this action as the lead case.