# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICAITIONS, LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-cv-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant.* | § | |

## ORDER APPOINTING TECHNICAL ADVISOR

The Court hereby appoints David Keyzer as the Court's technical advisor in this case, with his fees and expenses to be assessed equally between Plaintiff and Defendant and timely paid as billed. The parties are ORDERED to send courtesy copies of claim construction briefs, exhibits, and technology tutorials no later than one business day after their filing in PDF form to david@keyzerlaw.com.

**So ORDERED and SIGNED this 11th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE