**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

|  |  |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ALBERT J. BOARDMAN IN SUPPORT OF CHARTER'S**
**RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Albert J. Boardman, hereby declare as follows:

1.  I am an attorney at the law firm of Arnold & Porter Kaye Scholer LLP, counsel of record for Charter Communications, Inc.

2.  Attached as **Exhibit 1** is a true and correct copy of Charter's Technology Tutorial Slides and Script, submitted to the Court on May 9, 2023.

3.  Attached as **Exhibit 2** are true and correct copies of excerpts from the condensed transcript of the Deposition of Dr. Richard A. Kramer, dated May 4, 2023.

4.  Attached as **Exhibit 3** is a true and correct copy of an excerpt of Newton's Telecom Dictionary, 17th Ed. 2001, introduced as Exhibit 5 to the Deposition of Dr. Richard A. Kramer on May 4, 2023.

5.  Attached as **Exhibit 4** are true and correct copies of excerpts of Data-Over-Cable Service Interface Specifications DOCSIS® 3.1 – MAC and Upper Layer Protocols Interface

Specification – CM-SP-MULPIv3.1-I03-140610, issued June 10, 2014, bearing bates number CHARTER_ENTROPIC00101872.

6.   Attached as **Exhibit 5** are true and correct copies of excerpts of Data-Over-Cable Service Interface Specifications DOCSIS 3.0 – MAC and Upper Layer Protocols Interface Specification – CM-SP-MULPIv3.0-I18-120329, issued March 29, 2012, bearing bates number CHARTER_ENTROPIC00101132.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 23, 2023.

*/s/ Albert J. Boardman*
Albert J. Boardman

2