# EXHIBIT 1



# Defendant's Technology Tutorial

***Entropic Communications, LLC v. Charter Communications, Inc.***

2:22-cv-00125

Submitted May 9, 2023

1

Good day Your Honor.  This is Defendant Charter Communications' technology tutorial in the patent infringement action brought by Entropic Communications, case number 2:22-cv-00125.

## Cable Television Systems

2

The patents at issue in this case are alleged to relate to cable television systems.

So we'll begin this tutorial with a brief overview of cable TV systems, after which we'll look at the patents.



This figure is a simplified depiction of a cable television system.



On the left we depict a Cable Headend.



The headend contains equipment that sends television signals and data to customer homes.



The headend also receives data from customer homes.  For example, when customers order video on demand movies those requests can be sent to a cable headend.



In the middle of the figure is the cable network, which connects the headend to customer homes.



The cable network can consist of both fiber optic cables and coaxial cables.  Consequently, these networks are sometimes referred to as hybrid fiber-coax networks, or HFC networks for short.



And finally, on the right side of the figure we show the customer homes.



As Your Honor may know, cable companies provide different types of services to their customers.  Obviously, one service cable television companies provide is television service.  As shown on this slide, one way cable companies offer television service is through set-top boxes in customer homes.

A set top box receives television signals from the headend and displays them on the customer television.  Here, we show the customer watching a football game.



Cable companies today also provide data services to their customers, such as access to the Internet.

As shown here, one way that cable companies provide Internet access to customers is through cable modems in customer homes.



Those cable modems communicate with a device at the cable headend called a cable modem termination system, or CMTS.



That communication between the cable modems and the CMTS occurs pursuant to a cable industry communications standard called DOCSIS, which stands for Data Over Cable Service Interface Specification.



That concludes our overview of cable television systems.

We'll now turn to a discussion of the asserted patents.

## 6 Asserted Patents



15

There are 6 asserted patents in this case.  Three of them are asserted against set-top boxes, and the other three against cable modems or CMTSs.



The 008 and 826 patents are in the same patent family and share a common specification.  These patents relate to spectrum monitoring of television signals, and are asserted against set-top boxes.



Next, the 362 patent discloses an allegedly novel architecture for a wideband tuner.  This patent is also being asserted against set-top boxes.



The fourth patent is the 775 patent, which is directed to an allegedly novel cable modem architecture.  This patent is being asserted against cable modems.



Next, the 690 patent is directed to a receiver determined probe.  I'll explain what this means when I review the 690 patent.  This patent is being asserted against cable modems and CMTSs.



And finally, the 682 patent is directed to an allegedly novel way to assign cable modems to service groups.  This patent is being asserted against CMTSs.

SPECTRUM MONITORING

# '008 and '826 Patents

21

I'll begin my discussion of the patents with the 008 and
826 patents.



As their titles indicate, these patents relate to spectrum monitoring.  The 008 patent relates to an allegedly novel architecture for a device that monitors cable television signals, and the 826 patent relates to the method by which that architecture operates.

As I mentioned earlier, the 008 and 826 patents are related and share a common specification.



'008 AND '826 PATENTS: SPECTRUM MONITORING

## Problem To Be Solved

may experience unacceptable performance. Conventional methods and apparatuses for monitoring network parameters are too **costly and impractical** for use in customer-premises equipment (CPE).

'008 Patent, 1:42-45

23

According to the patents, while spectrum monitoring of cable television signals was known, existing ways of doing it were too costly and impractical.

'008 AND '826 PATENTS: SPECTRUM MONITORING

# Exemplary Cable System



FIG. 1A depicts an example cable system in accordance with an example embodiment of the invention.

'008 Patent, 1:66-67

FIG. 1A

24

Figure 1A of the patent depicts an exemplary cable system in which the alleged invention would be used.



'008 AND '826 PATENTS: SPECTRUM MONITORING

## Exemplary Cable System

FIG. **1A** depicts an example cable system in accordance with an example embodiment of the invention.

'008 Patent, 1:66-67

**FIG. 1A**

25

On the left, annotated in red, is the cable headend.



FIG. 1A depicts an example cable system in accordance with an example embodiment of the invention.

'008 Patent, 1:66-67

In the middle is the hybrid fiber/coax cable network annotated in blue.



And on the right, annotated in green, are the customer homes.



Within each of the customer homes is a gateway device, which we've outlined in blue.  As you can see, within each gateway device is a transmit module T X and a receiver R X.



The alleged invention relates to the receiver, which we've indicated in red.  The receiver is the component of the gateway that receives and processes the signals from the headend.



FIG. 1B depicts the allegedly novel architecture for the receiver.



The receiver includes a so-called RF Receive Front end, which we've annotated in red.  This converts the incoming signal from analog to digital form.  We've annotated the digital output in blue.



After the signal is digitized it is provided to a channelizer.  The function of the channelizer is to select which of the received frequency bands to provide to the monitoring module 154 and which to provide to the data processing module 156.



FIG. 1B

According to the claims, after the selection is made, the channelizer provides concurrent output to the monitoring module and the data processing module.



FIG. 1B

The function of the data processing module is to recover data in the TV channels it receives from the channelizer.  The customer can then watch those channels on their TV.



The job of the monitoring module is to measure or determine characteristics of the frequency band it receives from the channelizer.



As the specification explains, one example of a characteristic that the monitoring module can determine is signal power level versus frequency.



FIG. 1B

After the monitoring module determines a characteristic of the frequency band, it can send that determined characteristic back to the headend.



Alternatively, the monitoring module can analyze the determined characteristic and send that analysis back to the headend.

38



**'008 AND '826 PATENTS: SPECTRUM MONITORING**

## Monitoring Module

FIG. 1B

In the specification, the example given is an analysis of whether communication parameters of the received channels are outside acceptable bounds.

39



Now we'll take a brief look at some select claim limitations.   Claim 1 is the only asserted independent claim in the 008 patent, so that's the claim we'll look at.

'008 AND '826 PATENTS: SPECTRUM MONITORING

# '008 Patent, Claim 1

1. **A system** comprising:

an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a characteristic of said digitized signal; and

report said determined characteristic to a source of said received signal;

a data processor operable to process a television channel to recover content carried on the television channel; and

a channelizer operable to:

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.



FIG. 1B

41

Claim 1 of the 008 patent is a system claim.



'008 AND '826 PATENTS: SPECTRUM MONITORING

## '008 Patent, Claim 1

1. **A system comprising:**

**an analog-to-digital converter** operable to digitize a
received signal spanning an entire television spectrum
comprising a plurality of television channels, said
digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a
characteristic of said digitized signal; and

report said determined characteristic to a source of said
received signal;

a data processor operable to process a television channel
to recover content carried on the television channel; and

a channelizer operable to:

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized
signal to said signal monitor and said second portion of
said digitized signal to said data processor.

FIG. 1B

42

The first element of claim 1 is directed to an analog to
digital converter, which corresponds to the RF Receive
Front End 158 in figure 1B.

'008 AND '826 PATENTS: SPECTRUM MONITORING

## '008 Patent, Claim 1

1.  A system comprising:
an analog-to-digital converter operable to digitize a
received signal spanning an entire television spectrum
comprising a plurality of television channels, said
digitization resulting in a digitized signal;

**a signal monitor operable to:**
**analyze said digitized signal to determine a**
**characteristic of said digitized signal; and**

report said determined characteristic to a source of said
received signal;

a data processor operable to process a television channel
to recover content carried on the television channel; and

a channelizer operable to:
select a first portion of said digitized signal;
select a second portion of said digitized signal; and
concurrently output said first portion of said digitized
signal to said signal monitor and said second portion of
said digitized signal to said data processor.



FIG. 1B

43

Next, the claim requires a signal monitor.  The claimed
signal monitor corresponds to the monitoring module
154 in figure 1B.

The claimed signal monitor is said to be operable to
perform 2 functions.

43



'008 AND '826 PATENTS: SPECTRUM MONITORING

## '008 Patent, Claim 1

1.  A system comprising:

an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

**a signal monitor operable to:**

**analyze said digitized signal to determine a characteristic of said digitized signal; and**

report said determined characteristic to a source of said received signal;

a data processor operable to process a television channel to recover content carried on the television channel; and

a channelizer operable to:

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.

FIG. 1B

44

First, it is operable to determine a characteristic of the digitized signal.

44



'008 AND '826 PATENTS: SPECTRUM MONITORING

# '008 Patent, Claim 1

1.  A system comprising:

an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a characteristic of said digitized signal; and

**report said determined characteristic** to a source of said received signal;

a data processor operable to process a television channel to recover content carried on the television channel; and

a channelizer operable to:

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.

FIG. 1B

45

Second, the signal monitor reports that determined characteristic.

So in this claim, it is the determined characteristic itself that is reported back, not some analysis of the characteristic.

45

'008 AND '826 PATENTS: SPECTRUM MONITORING

## '008 Patent, Claim 1

1.  A system comprising:

an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a characteristic of said digitized signal; and

report said determined characteristic to a source of said received signal;

**a data processor** operable to process a television channel to recover content carried on the television channel; and

a channelizer operable to:

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.

FIG. 1B

46

Next, the claim recites a data processor.  This would correspond to the data processing module 156 in FIG. 1B.

46

'008 AND '826 PATENTS: SPECTRUM MONITORING

## '008 Patent, Claim 1

1.  A system comprising:

an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a characteristic of said digitized signal; and

report said determined characteristic to a source of said received signal;

a data processor operable to process a television channel to recover content carried on the television channel; and

**a channelizer operable to:**

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

concurrently output said first portion of said digitized signal to said signal monitor and said second portion of said digitized signal to said data processor.

FIG. 1B

47

And finally, the claim requires a channelizer, which corresponds to channelizer 152 in Figure 1B.

The claimed channelizer is said to be operable to perform three tasks.

47



'008 AND '826 PATENTS: SPECTRUM MONITORING

# '008 Patent, Claim 1

1. A system comprising:
an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;
a signal monitor operable to:
analyze said digitized signal to determine a characteristic of said digitized signal; and
report said determined characteristic to a source of said received signal;
a data processor operable to process a television channel to recover content carried on the television channel; and
**a channelizer operable to:**
**select a first portion of said digitized signal;**
select a second portion of said digitized signal; and
concurrently **output said first portion of said digitized signal to said signal monitor** and said second portion of said digitized signal to said data processor.

FIG. 1B

48

First, the channelizer selects a first portion of the digitized signal to output to the signal monitor.



'008 AND '826 PATENTS: SPECTRUM MONITORING

# '008 Patent, Claim 1

1. A system comprising:
an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:
analyze said digitized signal to determine a characteristic of said digitized signal; and
report said determined characteristic to a source of said received signal;

a data processor operable to process a television channel to recover content carried on the television channel; and

**a channelizer operable to:**
select a first portion of said digitized signal;
**select a second portion of said digitized signal;** and
concurrently **output** said first portion of said digitized signal to said signal monitor and **said second portion of said digitized signal to said data processor**.

FIG. 1B

49

Second, the channelizer selects a second portion of the digitized signal to output to the data processor.

'008 AND '826 PATENTS: SPECTRUM MONITORING

## '008 Patent, Claim 1

1.  A system comprising:

an analog-to-digital converter operable to digitize a received signal spanning an entire television spectrum comprising a plurality of television channels, said digitization resulting in a digitized signal;

a signal monitor operable to:

analyze said digitized signal to determine a characteristic of said digitized signal; and

report said determined characteristic to a source of said received signal;

a data processor operable to process a television channel to recover content carried on the television channel; and

**a channelizer operable to:**

select a first portion of said digitized signal;

select a second portion of said digitized signal; and

**concurrently output said first portion** of said digitized signal to said signal monitor and **said second portion** of said digitized signal to said data processor.



FIG. 1B

50

And third, the channelizer concurrently outputs the selected first portion and second portion to the signal monitor and the data processor, respectively.

50



Now we'll take a brief look at one specific limitation of claim 1 of the 826 patent.

'008 AND '826 PATENTS: SPECTRUM MONITORING

# '826 Patent, Claim 1

1. **A method comprising**:

performing by one or more circuits of a receiver coupled to a television and data service provider headend via a hybrid fiber coaxial (HFC) network:

receiving, via said HFC network, a signal that carries a plurality of channels, wherein said channels comprise one or both of television channels and data channels;

digitizing said received signal to generate a digitized signal;

selecting a first portion of said digitized signal;

selecting a second portion of said digitized signal;

processing said selected second portion of said digitized signal to recover information carried in said plurality of channels;

analyzing said selected first portion of said digitized signal to measure a characteristic of said received signal; and

controlling the transmission of network management messages back to said headend based on said measured characteristic of said received signal, wherein said measured characteristic is different than said network management messages.



FIG. 1B

52

Claim 1 of the 826 patent is a method claim.  In many respects, it simply recites the functions performed by the system claimed in the 008 patent.

52

FIG. 1B

However, one important difference between this claim and claim 1 of the 008 patent is reflected by the last step of this claim, which we've annotated in green.  In this claim, after measuring a characteristic of the signal, what is reported back to the headend is not the measured characteristic itself as in the 008 patent, but instead network management messages that are different than the measured characteristic.

In other words, this claim is directed to the disclosed embodiment where the monitoring module performs an analysis of the measured characteristic and reports the results of that analysis back to the headend.

53



Now we'll turn to the 362 patent.



As I mentioned earlier, the 362 patent is directed to an allegedly novel architecture for a wideband tuner.



According to the patent, existing wideband tuners required expensive analog to digital converters because of the wide bandwidth of the signal that had to be converted.

The objective of the 362 patent is to reduce the bandwidth of the signal to be digitized so that expensive analog to digital converters are not required.



Figure 2 of the 362 patent depicts a wideband receiver system architecture which allegedly solves this problem.

57



We've put a red box around the analog to digital converters in question.  The objective of the alleged invention is to reduce the bandwidth of the signal to be supplied to these converters.

We'll now look at how that is done.



The analog to digital converters sit between two so-called front end components of the wideband receiver -- a radio front end which we've annotated in red, and a digital front end which we've annotated in green.



The incoming signal is received into the radio front end at the left of the figure.  This signal is referred to as the RF input.



The incoming signal in this example contains 4 desired TV channels. That is, 4 channels the customer might like to view. We have indicated those 4 channels in red. Notice that those 4 channels are not next to each other. They are not contiguous.



According to the specification, the radio front end somehow captures a swath of channels that includes the desired channels.  We've annotated that swath in blue.  This desired swath of channels has a bandwidth B W 1, which we've annotated in green.



This desired swath of channels is first sent to a low noise amplifier annotated in blue.



Next, the amplified signal is provided as input to a mixer module, annotated in purple.  The mixer module performs two functions:

First, the signal is "down-converted," meaning the received signal is shifted to a lower range of frequencies.   This is described in the language from the specification we've highlighted in green.

Second, the mixer module generates I and Q signals.  The details of I and Q signals are beyond the scope of this technology tutorial, but they refer to in-phase and quadrature components of the signal.



Next, the signals are sent to amplifiers and filters.



And after this, the signals are provided as input to the analog to digital converters we discussed earlier.



Notice, as we have annotated in red in figure 2, that that bandwidth of the signal supplied to the analog to digital converters is one half of the initial bandwidth BW 1.

That is the reduction in bandwidth which allows less expensive analog to digital converters to be used.



**'362 PATENT: WIDEBAND TUNER ARCHITECTURE**

# Mixer Module 211 Achieves the Bandwidth Reduction

Analog-to-digital converters ADC1 **218** and ADC2 **228** are high-speed (i.e., high sampling rate) converters to maximize the dynamic range. In an exemplary application, radio front end **210** operates as a nominal zero-IF down-mixer so that signals **216** and **226** have a nominal bandwidth **290** equal to one half of the RF signal bandwidth BW1 thanks to the complex down-mixer architecture. In other embodiment,

'362 Patent, 5:13-19

FIG. 2

68

And as the specification explains, it is the mixer module 211 annotated in green, that achieves this reduction in bandwidth.

68



After analog to digital conversion, the digitized signals are sent to mixers which extract the desired channels.



Once extracted, each of the desired channels is provided to a filter module.



Each of the filtered signals is then provided to an associated demodulator, which extracts the information in the desired channels.



Now we will briefly look at some select limitations of claim 11 of the 362 patent, which is the only asserted independent claim.

72

'362 PATENT: WIDEBAND TUNER ARCHITECTURE

## '362 Patent, Claim 11

**11.  A method comprising:**
**in a wideband receiver system:**

downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;

digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;

selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and

outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream.



FIG. 2

73

Claim 11 is a method claim, whereby the steps are carried out in in a wideband receiver system.

73



'362 PATENT: WIDEBAND TUNER ARCHITECTURE

# '362 Patent, Claim 11

11. A method comprising:

in a wideband receiver system:

**downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;**

digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;

selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and

outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream.

FIG. 2

74

The claim begins with the step of down converting by a mixer module This corresponds to the functions of mixer module 211.



# '362 Patent, Claim 11

11. A method comprising:

in a wideband receiver system:

downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;

**digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;**

selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and

outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream.

FIG. 2

Next, the claim requires digitizing by an analog-to-digital converter module.

We've annotated figure 2 to indicate the analog to digital converters in red.



'362 PATENT: WIDEBAND TUNER ARCHITECTURE

## '362 Patent, Claim 11

11.  A method comprising:

in a wideband receiver system:

downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;

digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;

**selecting, by digital circuitry** of said wideband receiver system, **said plurality of desired television channels** from said digitized plurality of frequencies; and

outputting, by said digital circuitry of said wideband receiver system, said selected plurality of television channels to a demodulator as a digital datastream.

FIG. 2

76

After the digitization, the claim requires that digital circuitry select the desired television channels

76

'362 PATENT: WIDEBAND TUNER ARCHITECTURE

## '362 Patent, Claim 11

11.  A method comprising:

in a wideband receiver system:

downconverting, by a mixer module of said wideband receiver system, a plurality of frequencies that comprises a plurality of desired television channels and a plurality of undesired television channels;

digitizing, by a wideband analog-to-digital converter (ADC) module of said wideband receiver system, said plurality of frequencies comprising said plurality of desired television channels and said plurality of undesired television channels;

selecting, by digital circuitry of said wideband receiver system, said plurality of desired television channels from said digitized plurality of frequencies; and

**outputting,** by said digital circuitry of said wideband receiver system, said selected plurality of television channels **to a demodulator** as a digital datastream.



FIG. 2

77

And output the selected channels to a demodulator.

CABLE MODEM ARCHITECTURE

# '775 Patent

78

Now we will discuss the 775 patent.



As I mentioned earlier, the 775 patent is directed to an allegedly new architecture for a cable modem.



The specification identifies a number of objectives for a new cable modem, such as flexibility, performance, cost and software re-use.



The alleged invention is a cable modem architecture which meets all of these objectives



Figure 1 of the patent depicts the disclosed cable modem architecture.  It is described as being the architecture of cable modem 100.



According to the specification, there are several distinct aspects to this cable modem architecture



The first is the inclusion of a so-called cable modem engine.

And that cable modem engine is in turn made up of three discrete physical components.



The first is a so-called DOCSIS 2.0 P H Y labeled 112 in the figure.



The second is a so-called DOCSIS MAC processor labeled 114 in the figure.



And the third is a so-called DOCSIS Controller labeled 116 in the figure.

Now I'll discuss the disclosed functions of each of those three discrete physical components.



The DOCSIS 2.0 P H Y  receives downstream voice and other data from the cable network and transmits voice and other data upstream to the cable network.



The DOCSIS MAC processor performs some of the DOCSIS MAC functionality of the cable modem.

MAC is an acronym that stands for medium access control. MAC functions relate to how the cable modem accesses the cable television network.



Finally, there is the DOCSIS controller. According to the specification, the DOCSIS controller performs a large number of functions, as indicated by the specification excerpts we include on this slide.



Among the functions performed by the DOCSIS Controller are a number of DOCSIS MAC functions.  These include MAC management message processing, MAC address learning, and voice MAC driver functions.

So although the cable modem engine includes a so-called DOCSIS MAC processor, the DOCSIS MAC processor does not perform all of the DOCSIS MAC functions of the cable modem.  The DOCSIS controller performs a number of DOCSIS MAC functions as well.



Now in addition to the cable modem engine, this cable modem architecture also includes a so-called data networking engine.  We annotate that in green on this slide.



The data networking engine is said to be completely decoupled from the cable modem engine.

93



**CABLE MODEM ARCHITECTURE**

# '775 Patent
## Distribution of Functions Among Different Processors

94

As I'll discuss now, an important aspect of the disclosed cable modem architecture is the distribution of functions among different processors within the cable modem.



As the specification explains, the objectives of the invention are achieved by distributing the functions of the cable modem among three different processors. Each of these processors is an ARM processor, which is one type of processor known in the art.



The data networking engine is one of the 3 ARM processors.

In both figure 1 and in the specification, the data networking engine is identified as being ARM processor number 3.

The inventors designated this to be the third of the three ARM processors within cable modem 100.



The DOCSIS controller is another one of the three ARM processors within the cable modem.  The inventors designated the DOCSIS controller as ARM processor number 1.



Finally, the DOCSIS MAC processor is the last disclosed ARM processor within cable modem 100.  The inventors designated the DOCSIS MAC processor as ARM processor number 2.

**CABLE MODEM ARCHITECTURE**

# '775 Patent
## Data Flow Within Cable Modem

99

Another important aspect of the disclosed cable modem architecture is the way data flows through the cable modem.  We will discuss that now.



Figure 1 of the 775 patent includes a legend explaining how the different kinds of data that flow through cable modem 100 will be represented.

As indicated by the legend, voice is represented by a dashed line, upstream data by a thick grey line and downstream data by a thick black line.



As we see in figure 1 then, in the portion we annotated in green, all upstream and downstream voice and other data goes through the DOCSIS 2.0 PHY.

The specification spells this out as well.



Similarly, all upstream and downstream voice and other data also goes through the DOCSIS MAC Processor.



Notice on this slide, however, that while all voice goes through the DOCSIS controller, only upstream data goes through the DOCSIS controller.  Downstream data is not sent by the DOCSIS MAC Processor to the DOCSIS controller.



Instead, the DOCSIS MAC processor sends downstream data directly to the data networking engine, bypassing the DOCSIS controller completely.

This ability to bypass the DOCSIS controller is described in the specification as being important to achieving the performance objectives of the cable modem architecture. That concludes our discussion of the 775 patent.  We will not address the claims of the 775 patent because Charter contends those claims are indefinite, and that it is not possible to understand what those claims cover.

**RECEIVER DETERMINED PROBE**

# '690 Patent

105

So now we'll turn now to the 690 patent.



I mentioned earlier that the 690 patent is directed to a Receiver determined probe.  Now I'll explain what that means.



As the specification explains, it was known in the prior art for nodes on a network to send probes to one another.  These probes included a known pattern which, at least according to the specification, were always defined in advance.

In the example we provide on this slide, the probe includes a predefined bit pattern of zeros and ones.



Here we show the probe being transmitted from node 2 to node 1.



Now during that transmission, problems with the communications channel can cause the probe to get corrupted.

In this example, the red probe bit highlighted in yellow was changed during transmission from a 0 to a 1.



Because the probes are defined in advance, however, the node that received the probe knows the pattern it was supposed to receive.  It has a reference probe to compare to the probe it actually received.

As the specification explains, by examining the difference between the reference probe and the probe it actually received, the receiving node can determine characteristics of the channel over which the probe was transmitted.



According to the specification, however, the requirement that the probes be predefined limits the ability of the receiving node to determine characteristics of the channel.



Fig. 4

That's where the alleged invention of the 690 patent comes in.  The patent is directed to a receiver determined probe, whereby the node that will receive the probe determines what the form of the probe will be.

The patent explains this with respect to Figure 4, where the node that will receive the probe is called the probe receiver.



And the node that will generate and transmit the probe is called the probe transmitter.



According to the specification, the probe receiver specifies parameters that dictate the "form" of the probe it wants to receive.  Those parameters dictate how the probe will be generated and transmitted by the probe transmitter.



So let's review how this works with reference to Figure 4

First, at block 200, the Probe receiver transmits a probe request to the probe transmitter.  The probe request contains parameters that dictate the form of the probe to be generated and transmitted by the probe transmitter.



The parameters contained in the probe request which dictate the form of the probe are said to be depicted in figure 5.

116



*Fig. 4*

The probe transmitter receives the probe request in block 201.



And in block 202, it generates the probe in accordance with the parameters it received in the probe request.



It then transmits the probe it generated to the probe receiver



After which the probe receiver receives and processes the probe in blocks 204 and 205.

That concludes our discussion of the 690 patent.  Again, we will not address the claims of the 690 patent because Charter contends those claims are indefinite and that it is not possible to understand what those claims cover.



Finally, the last of the asserted patents is the 682 patent.



As the title suggests, this patent discloses an allegedly novel way of assigning cable modems to service groups.



According to the specification, existing cable networks are inefficient and have insufficient capacity.  The disclosed system and method for assigning cable modems to service groups is said to address these issues.



An exemplary DOCSIS cable network showing cable modems to be assigned to service groups is depicted in Figure 1.



The cable modems are annotated in green.  In addition, we've annotated the CMTS in red, and a device called a fiber node in blue.



Now before we explain the disclosed method of assigning cable modems to service groups, we have to fist explain what a service group is.  The term service group has a well-understood plain and ordinary meaning in the cable television art.  In fact, the DOCSIS specification itself provides that definition.  We have put that definition on the slide.

A cable modem service group is the complete set of downstream and upstream channels within a single CMTS that a single Cable Modem could potentially receive or transmit on.  As the text in red indicates, in most but not all instances, a cable modem service group includes all of the cable modems which correspond to the same fiber node.  In figure 1 of the 682 patent, that would be all of the cable modems annotated in green.

As we will see, the alleged invention purports to allow the creation of service groups whereby cable modems corresponding to the same fiber node can be in different service groups

126



So now I'll explain the disclosed method of assigning cable modems to service groups.  Figure 3A of the patent depicts that method.



First, the CMTS sends probes to the cable modems.  This
is depicted graphically in Figure 2A of the patent.



Each cable modem then uses the probe to determine its SNR profile.



We'll explain what an SNR profile is with reference to Figure 2B.



The y-axis on Figure 2B is the SNR.  SNR stands for signal to noise ratio.  A signal to noise ratio is the ratio of the signal level to the noise level. The higher the SNR the greater the ratio of signal to noise. Greater signal and less noise is better, as noise interferes with the ability to understand or properly interpret the signal that is received.



The x axis is frequency.  Figure 2B depicts different subcarriers on the x axis which are at different frequencies.  In the example of figure 2B, eight subcarriers are used which are denoted sub 1 through sub 8.



The line labeled 222 represents the SNR at each of the subcarriers.

When a cable modem is returning its SNR profile to the CMTS, line 222 would represent the SNR of that particular cable modem at each subcarrier.



Thus, if a hypothetical cable modem A was returning its SNR profile to the CMTS, each step in line 222 would be the SNR of cable modem A at one of the subcarriers.

In this illustration, cable modem A is designated as C M followed by the letter A in brackets.



Next, in step 306, the CMTS uses the SNR profiles it received from all the cable modems to assign the cable modems to service groups.



Next, in step 306, the CMTS uses the SNR profiles it received from all the cable modems to assign the cable modems to service groups.



In the example disclosed in the specification, the CMTS assigns the three cable modems annotated in red to service group 1, and the two cable modems annotated in green to service group 2.



16-QAM on channel z. Conversely, if $112_1$, $112_4$, and $112_5$ are assigned to a first service group and $112_2$ and $112_3$ are assigned to a second service group, then the first service

'682 Patent, 5:64-66

Notice that both the red and the green cable modems correspond to the same fiber node 104.  Thus, the alleged invention seemingly has the capability of creating service groups whereby cable modems which correspond to the same fiber node can be in different service groups.



Next, once the cable modems have been assigned to service groups, the CMTS determines parameters for communicating with each different service group in step 308.  It does that by using a composite worst-case SNR profile for each service group.

As the specification explains in the excerpt on the slide now, a composite worst case SNR profile for a service group is the worst case SNR at each subcarrier among the cable modems in the service group.



Thus, if a hypothetical service group had five cable modem in it, called cable modems A, B, C, D and E, the composite worst case SNR profile for that service group might look like our annotation of Figure 2B depicted on the right.



In this example, cable modem A has the worst SNR at subcarriers 2, 5 and 7.



Cable modem B has the worst SNR at subcarrier 1.



Cable modem C has the worst SNR at subcarrier 6.



cable modem D has the worst SNR at subcarriers 3 and 8.



And cable modem E has the worst SNR at subcarrier 4.

145



Finally, in step 310 of Figure 3A, the CMTS communicates with the cable modems in a service group using the parameters it determined in step 308.

That concludes our discussion of the 682 patent.  Again, we will not address the claims of the 682 patent because Charter contends that those claims are indefinite and that it is not possible to understand what those claims cover.



And that also concludes Charter's technology tutorial.  Thank you Your Honor for the opportunity to present it.