# EXHIBIT 2

                                                              **Page 1**

1              **UNITED STATES DISTRICT COURT**
                 **EASTERN DISTRICT OF TEXAS**
2                    **MARSHALL DIVISION**
3
4
5   ENTROPIC COMMUNICATIONS,       )
    LLC,                           )
6                                  )
       Plaintiff,                  )
7                                  )
    vs.                            ) Civil No.
8                                  ) 2:22-CV-00125-JRG
    CHARTER COMMUNICATIONS,        )
9   INC., CHARTER SPECTRUM         )
    ADVANCED SERVICES, LLC and     )
10  SPECTRUM MANAGEMENT HOLDING    )
    COMPANY, LLC,                  )
11                                 )
       Defendants.                 )
12
13
14
15
16          The Zoom video deposition of RICHARD KRAMER,
17     Ph.D., taken before Richard Derrick Ehrlich,
18     Registered Merit Reporter, Certified Realtime
19     Reporter, taken pursuant to the Federal Rules of
20     Civil Procedure, commencing at 10:00 a.m., on the
21     4th day of May, 2023.
22
23
24

Page 2

1  A P P E A R A N C E S
2
3  On behalf of the Plaintiff:
4      Katherine L. Allor
       Jason A. Engel
5      K&L GATES, LLP
       70 West Madison Street
6      Suite 3100
       Chicago, IL 60602
7      312.372.1121
       katy.allor@klgates.com
8      jason.engel@klgates.com
9
10 On behalf of the Defendants:
11     David Benyacar
       ARNOLD, PORTER, KAYE & SCHOLER, LLP
12     250 West 55th Street
       New York, NY 10019
13     212.836.8000
       david.benyacar@arnoldporter.com
14
15
16 Videographer:
17     Tim Tupiak

Page 3

         I N D E X
                                   Page
Exam by David Benyacar               5
Exam by Katherine Allor            277
Exam by David Benyacar             279


         E X H I B I T S
                                   Page

Exhibit No. 1 -                      6
Exhibit No. 2 -                     39
Exhibit No. 3 -                     58
Exhibit No. 4 -                     89
Exhibit No. 5 -                    125
Exhibit No. 6 -                    209
Exhibit No. 7 -                    247

Page 4

1  VIDEOGRAPHER:  Good morning.  We are going
2  on the record.  The time is 10:09 a.m. Central
3  time on May the 4th, 2023.
4      Quality of recording depends on quality of
5  camera and Internet connection participants.
6  What is heard from the witness and seen on the
7  screen is what will be recorded.
8      Audio and video recording will continue to
9  take place unless all parties agree to go off
10 the record.
11     This is Media Unit Number 1 of the video
12 recorded deposition of Dr. Richard Kramer taken
13 in the matter of Entropic Communications, LLC,
14 vs. Charter Communications, Inc., filed in the
15 United States District Court for the Eastern
16 District of Texas, Marshall Division, Case No.
17 2:22-CV-00125.
18     My name is Tim Tupiak, and I'm the
19 videographer.  The court reporter is Richard
20 Ehrlich.  We are both with the firm Veritext
21 Legal Solutions.
22     I'm not related to any party in this
23 action, nor am I financially interested in the
24 outcome.

Page 5

1      Counsel will state their appearances and
2  affiliations for the record beginning with the
3  noticing attorney after which the reporter will
4  administer the oath.
5      MR. BENYACAR:  My name is David Benyacar
6  with the law firm of Arnold & Porter
7  representing Charter Communications.
8      MS. ALLOR:  Katy Allor from K & L Gates on
9  behalf of Entropic Communications, LLC.  With me
10 is my colleague Jason Engel.  And I'm also here
11 on behalf of the witness, Dr. Richard Kramer.
12     RICHARD KRAMER, DEPONENT, SWORN
13     EXAMINATION
14 BY MR. BENYACAR:
15 Q  Good morning, Dr. Kramer.
16 A  Good morning.
17 Q  Let me see if I can use this fancy Exhibit Share
18   technology.
19     Katy, is it okay if we call these exhibits
20   Kramer Exhibit X?
21     MS. ALLOR:  Sorry.  Your audio is a little
22   quiet compared to everyone else's.
23     THE DEPONENT:  Yeah.  I'm having a hard
24   time hearing you.

2 (Pages 2 - 5)

```
                                                Page 122                                                 Page 124
 1  A   So it can be considered a combination of          1      That's what -- you know, like I said, I don't
 2      electrical components interconnected to perform   2      disagree with the first part of the definition,
 3      a particular task or function, yes.               3      A combination of electrical components
 4  Q   And that's what an integrated circuit is?         4      interconnected to perform a particular task, as
 5          I just want to make sure we're using --       5      long as that task is known and there's a
 6  A   A circuit. So --                                  6      function that's assigned to that task.
 7  Q   What about an integrated circuit?                 7          Like I said, the wireless, you know,
 8          I'm trying to figure out what -- like,        8      circuit that I had described, that
 9      integrated circuit, is that some particular type  9      telecommunication circuit that I described.
10      of circuit? What makes it integrated?           10  BY MR. BENYACAR:
11  A   Usually it means it's within a chip, in general.11  Q   Yes, and I understand that. What I'm trying to
12  Q   Does that mean it's its own chip?               12      figure out is if I were to look inside the SoC
13  A   It can -- again, the umbrella being, like, for  13      that you had worked on that you were testifying
14      instance, an ASIC. And I'm speaking in general  14      about, and I saw all the components inside but I
15      terms, an ASIC is an application specific IC.   15      didn't know what each component did, would I be
16      And within that, you know, we're talking --     16      able to tell one integrated circuit from another
17      there's SoCs as -- umbrella can be power supply,17      integrated circuit?
18      custom power supply chip, custom communications 18  A   I don't know. You know, because then you're
19      chip. So there's subsets. Not all integrated    19      asking me if you could see the die and what was
20      application specific ICs are SoCs. But within   20      on the die and how it was laid out on the die,
21      an SoC, as an example, or whatever, and there's 21      and I believe we laid the circuits out
22      no hard, fast, you know, terminology memorized  22      separately in their own, you know, quadrants or
23      dictionary version. I'm just trying to explain  23      whatever, you know, areas. You're asking me to
24      an SoC, as an example, can be considered to have24      speculate on something.

                                                Page 123                                                 Page 125
 1      within it separate, integrated circuits.         1          But I think, you know, clearly we designed
 2      Integrated being integrated. I mean, that's      2      the circuits that were collections of components
 3      what the word means.                             3      that were, you know, logically grouped for the
 4          We're kind of switching back and forth       4      function that they performed. And I believe
 5      between chips. I'm just trying to be clear.      5      physically you could probably look at the die
 6      We're switching -- there's a form factor and     6      and at least at a high level identify where
 7      then there's what's inside the chip. Sometimes   7      those were located.
 8      those terms are interchangeably loosely used.    8  Q   Okay. And would you agree with me that a System
 9      But, you know, how I look at it is an ASIC is    9      on Chip is itself a circuit?
10      application specific within there, there's a   10  A   Outside the context of the patent, I've not been
11      subset, and it's me personally, generally      11      asked to consider all different possibilities.
12      speaking, without asked to give a formal       12      In general, and speculatively, it could be
13      definition, there's an SoC. An SoC can have    13      considered a separate circuit outside of the
14      separate, integrated circuits inside the chip. 14      scope of the patents.
15      Inside there's a physical chip.                15  Q   So let me just -- I'm going to introduce what
16  Q   And so the different integrated circuits, you  16      I'm marking as Kramer Exhibit 5.
17      know what they are because they're components  17          (Exhibit No. 5 marked.)
18      that perform one function or a different       18  BY MR. BENYACAR:
19      function; is that right? Or is there some      19  Q   Let me know when you -- when that pops up for
20      physical manifestation of the fact that there  20      you, Dr. Kramer.
21      are separate, integrated circuits?             21          This is the excerpt from Newton's Telecom
22          MS. ALLOR: Object to the form.             22      Dictionary, Copyright 2001.
23          THE DEPONENT: So I don't know what you     23          Let me know when you have that open.
24      mean by -- so they can be defined functionally.24  A   I clicked on it. It showed up. I'm still
```

32 (Pages 122 - 125)

```
                                                          Page 126                                                           Page 128
 1    waiting for it.                                                  1    odd, you know.
 2  Q Okay.  Let me know when you see it.                              2  Q Okay.  Well, when you say it's a bit odd, you
 3  A I see it.  And can you tell me, just so I can                    3    don't think it's odd that it would be called an
 4    follow you with hard copy, or I can just look.                   4    integrated circuit, right?
 5  Q You don't have the hard copy of this one, so                     5  A It's just a fact that -- it's not odd that it's
 6    unfortunately you're going to have to go -- it's                 6    called an integrated circuit.  System on a Chip,
 7    very short.  It's on the third of three pages of                 7    as I had explained in the example, the System on
 8    the PDF.                                                         8    a Chip that I explained to you, we had separate,
 9  A Okay.                                                            9    integrated circuits.  They had defined
10  Q And on the left, you will see that there is a                  10    functions; for instance, for the radio and for
11    definition of System on a Chip.  Let me know if                11    the telecommunications.  And so to that --
12    you see that?                                                  12    you know, so there were separate, integrated
13  A Okay.  I just have to read it.                                 13    circuits within the SoC.  That's why it's called
14    MS. ALLOR:  You should be able to zoom in                      14    a System on a Chip.  And they talk about that.
15    if you hover near the bottom of the page.                      15    It's rather quirky and they say, Well, you know,
16    THE DEPONENT:  Yeah, that's what I'm trying                    16    you can kind of implement this by, you know,
17    to figure out.                                                 17    predefined components, and they kind of parallel
18  BY MR. BENYACAR:                                                 18    it with circuit boards.
19  Q Just let me know when you're ready, Doctor.                    19    So we had -- and one would understand
20  A I'm reading.  There's a lot to unpack here, so                 20    circuits in the context of design.  When people
21    just bear with me.  I'm just trying to read                    21    had specific roles, they designed a particular
22    through this.                                                  22    circuit for a particular function.  It doesn't
23  Q Well, I'll just ask you my question, and you can               23    really make that clear in this definition.
24    read whatever you think you need to read.  But                 24    That's the quirky part.

                                                          Page 127                                                           Page 129
 1    my question is simply:  Do you see the                           1  Q So you don't disagree that you can have circuits
 2    definition begins, SoC, System on Chip, a                        2    within circuits, right?
 3    silicon integrated circuit?                                      3  A There can be circuits within circuits if we
 4    I'm just asking about that.  Do you see                          4    ignore the claims and just speculate.  In
 5    that?                                                            5    general, there can be subcircuits.
 6  A I see that.                                                      6  Q Now, the specification of the '775 patent does
 7  Q You don't disagree with that, do you?                            7    not use the word "circuit," does it?
 8  A I would like to have the benefit of reading the                  8    And, again, just to be clear, by the
 9    whole thing.                                                     9    specification, I'm excluding the claims.
10  Q Let me know when you're done.                                  10  A One skilled in the art in reviewing this
11  A Thank you.                                                     11    specification would understand "circuit."  But
12    So your question again, please?                                12    if you do -- and, in fact, it talks about a chip
13  Q You don't agree with the statement -- you don't                13    at least twice.  Implementation on a chip, so
14    disagree with the statement that says that a                   14    it's clear.
15    System on a Chip is a silicon integrated                       15    But if I were to do a search outside of the
16    circuit, do you?                                               16    claims, claims fully inform me, but I don't
17  A It is -- I don't disagree with that.  Some of                  17    think the word "circuit" would show up on that
18    the characterizations and implementation details               18    search, but I'm not sure.
19    I think are a bit different than having                        19  Q Okay.  Let me just make sure I understand your
20    experienced.  But, in general, you can consider                20    answer.  You said that the specification does
21    as one definition, a System on a Chip can be                   21    talk about a chip.
22    considered an integrated circuit.                              22    Are you saying that chip and circuit are
23    So the characterization that's given --                        23    synonymous?
24    and, again, this is one definition -- are a bit                24  A One skilled in the art would understand it.
```

Page 298

1  blocks but the CME blocks that are identified as
2  part of the DOCSIS controller would be
3  implemented -- or could be implemented in
4  portions of another processor or the same
5  processor. I've not gone through that analysis.
6  BY MR. BENYACAR:
7  Q  So as you sit here today, you can't answer my
8     question because you haven't done that analysis;
9     is that right?
10 A  That's correct.
11    MR. BENYACAR: Okay. I have nothing else.
12 Thank you.
13    THE DEPONENT: Thank you.
14    MS. ALLOR: Thanks.
15    VIDEOGRAPHER: Are we ready to go off the
16 record?
17    MR. BENYACAR: Yes.
18    MS. ALLOR: Yep.
19    THE DEPONENT: Yeah. If you have questions
20 for me --
21    VIDEOGRAPHER: We are going off the record.
22 The time is 7:11 p.m. This concludes today's
23 testimony.
24    Total number of media units used was seven,

Page 299

1  and they will be retained by Veritext Legal
2  Solutions.
3     (Signature reserved.)
4     (Zoom video deposition concluded.)

Page 300

CERTIFICATE

I, Richard D. Ehrlich, a Certified Shorthand Reporter of the State of Illinois, CSR License No. 084-2019, do hereby certify that I stenographically reported the proceedings had at the Zoom video deposition, as aforesaid, and that the foregoing transcript is a true and accurate record of the proceedings had therein.

IN WITNESS WHEREOF, I do set my hand at Chicago, Illinois, this 8th day of May, 2023.

*[signature]*

Richard D. Ehrlich
Certified Shorthand Reporter
License No. 084.004018

Page 301

1  Katherine Allor, Esq.
2  katy.allor@klgates.com
3         May 8, 2023
4  Entropic Communications LLC v Charter Communications Inc. et al
5    5/4/2023, Dr Richard Kramer (#5900604)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-ny@veritext.com.
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22      Yours,
23      Veritext Legal Solutions
24
25