# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:22-cv-125-JRG<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO CHARTER'S MOTION TO CONSOLIDATE

Plaintiff Entropic Communications, LLC ("Entropic" or "Plaintiff"), with Defendant Charter Communications, Inc.'s agreement, hereby moves for a one-day extension of time to respond to Charter's Motion to Consolidate and to Amend the Case Schedule (Dkt. No. 99) (the "Motion to Consolidate").  Plaintiff requests the additional day, until and including May 26, 2023, because of conflicting time commitments for other case events.  This extension is not sought for the purpose of delay and will allow Plaintiff adequate time to appropriately respond to the Motion to Consolidate.  Counsel for Plaintiff has conferred with counsel for Defendant and this Motion is unopposed.

A proposed Order is submitted herewith.

Dated: May 25, 2023

Respectfully submitted,

/s/ *James Shimota by permission Wesley Hill*
James Shimota
George Summerfield
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel.: (312) 372-1121

Fax: (312) 827-8000
jim.shimota@klgates.com
george.summerfield@klgates.com

Darlene F. Ghavimi
Texas Bar No. 24072114
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, TX 78746
Telephone: (512) 482-6919
Facsimile: (512) 482-6800
darlene.ghavimi@klgates.com

Peter E. Soskin
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 25th day of May, 2023.

*/s/ Wesley Hill*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Wesley Hill*