UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**CHARTER COMMUNICATIONS, INC.'S**
**NOTICE OF DESIGNATION OF LEAD COUNSEL**

Defendant Charter Communications, Inc. hereby designates Daniel Reisner of Arnold & Porter Kaye Scholer LLP, 250 West 55th Street, New York, New York, 10019-9710, as lead counsel in this case.

Dated: May 25, 2023

Respectfully submitted,

*/s/ Elizabeth Long*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

David Benyacar
Daniel L. Reisner
Albert J. Boardman
Melissa Brown
Elizabeth Long
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: david.benyacar@arnoldporter.com
Email: daniel.reisner@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com
Email: elizabeth.long@arnoldporter.com

Amy DeWitt
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001
Telephone: (202) 942-5000
Email: amy.dewitt@arnoldporter.com

***Attorneys for Defendant Charter Communications, Inc.***

## **CERTIFICATE OF SERVICE**

The undersigned certified that on May 25, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system pursuant to Local Rule 5(a)(3).

*/s/ Elizabeth Long*
Elizabeth Long
