UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Case No. 2:22-cv-00125-JRG  JURY TRIAL DEMANDED |

### **ORDER**

Pending before the Court is Plaintiff's Unopposed Motion for Leave to Supplement Infringement Contentions. Having considered the Motion, including its unopposed nature, the Court GRANTS the Motion.