UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:22-cv-125-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Court, having considered Plaintiff Entropic Communications, LLC's Unopposed Motion for Extension of Time to Respond to Defendant Charter Communications, Inc.'s Motion to Consolidate and to Amend the Case Schedule (Dkt. 99), hereby GRANTS the motion. It is Ordered that Plaintiff shall have until and including May 31, 2023 to respond to Charter's Motion to Consolidate.