# EXHIBIT 14

*Microsoft*

# Microsoft
# Computer
# Dictionary
## Fifth Edition

RECEIVED
JUL 1 7 2003
PRESTON GATES & ELLIS LLP
LIBRARY

no application or transport semantics, which makes it highly modular and extensible.

**SOC** *n.* Acronym for system on a chip. A chip integrating computer, microprocessors, and all necessary support components in a single unit. SOC technology is used in firewalls, gateways, specialized servers, and interactive devices like Web pads and vending machines.

**social engineering** *n.* The practice of penetrating system security by tricking individuals into divulging passwords and information about network vulnerabilities. Often done by calling the individual on phone and pretending to be another employee of company with a computer-related question.

**Society for Information Management** *n.* A professional society based in Chicago for information systems executives, formerly the Society for Management Information Systems. *Acronym:* SIM.

**Society for Management Information Systems** *n. See* Society for Information Management.

**socket** *n.* **1.** An identifier for a particular service on a particular node on a network. The socket consists of a node address and a port number, which identifies the service. For example, port 80 on an Internet node indicates a Web server. *See also* port number, sockets API. **2.** The receptacle part of a connector, which receives a plug. *See also* female connector. **3.** A receptacle on a PC motherboard into which a microprocessor is plugged. A socket-mounted microprocessor, such as the Pentium, connects to the motherboard through numerous pins on the underside. Newer Intel microprocessors, such as the Pentium II and later, plug into the motherboard through an edge connector along the side of the chip. *See also* socket 4, socket 5, socket 7, socket 8. *Compare* Slot 1, Slot 2.

**socket 4** *n.* A 5-volt mounting socket on a PC motherboard designed to hold a Pentium microprocessor operating at 60 MHz or 66 MHz. Socket 4 includes openings for 273 pins. *See also* Pentium, socket (definition 3). *Compare* Slot 1, Slot 2, socket 5, socket 7, socket 8.

**socket 5** *n.* A 3.3-volt mounting socket on a PC motherboard designed to hold a Pentium microprocessor operating at the following speeds: 75, 90, 100, 120, 133, 150, 166, 180, and 200 MHz. Socket 5 includes openings for 320 pins. It has been superceded by socket 7, socket 8, slot 1, and slot 2. *See also* Pentium, socket (definition 3). *Compare* Slot 1, Slot 2, socket 4, socket 7, socket 8.

**socket 7** *n.* A mounting socket on a PC motherboard designed to hold a microprocessor operating at the following speeds: 150, 166, 180, 200, 210, and 233 MHz. Socket 7 includes openings for 321 pins and operates at two voltages, 2.5 volts at the core and 3.3 volts input/output. It is used with the Pentium MMX chip and competitive microprocessor chips from other manufacturers, such as AMD and Cyrix. *See also* MMX, Pentium, socket (definition 3). *Compare* Slot 1, Slot 2, socket 4, socket 5, socket 8.

**socket 8** *n.* A 2.5-volt mounting socket on a PC motherboard designed to hold a Pentium Pro microprocessor. Socket 8 has openings for 387 pins. *See also* Pentium, socket (definition 3). *Compare* Slot 1, Slot 2, socket 4, socket 5, socket 7.

**sockets API** *n.* An application programming interface implemented to create and use sockets in client/server networking. The most common sockets API is the University of California at Berkeley UNIX/BSD implementation (Berkeley Sockets API), which is the basis for Winsock. *See also* socket (definition 1).

**soc. newsgroups** *n.* Usenet newsgroups that are part of the soc. hierarchy and have the prefix soc. These newsgroups are devoted to discussions of current events and social issues. Soc. newsgroups are one of the seven original Usenet newsgroup hierarchies. The other six are comp., misc., news., rec., sci., and talk. *See also* newsgroup, traditional newsgroup hierarchy, Usenet.

**soft** *adj.* **1.** In computing, temporary or changeable. For example, a soft error is a problem from which the system can recover, and a soft patch is a temporary program fix that holds only while the program is running. *Compare* hard (definition 1). **2.** In electronics, characterized by magnetic materials that do not retain their magnetism when a magnetic field is removed. *Compare* hard (definition 2).

**soft boot** *n. See* warm boot.

**soft copy** *n.* The temporary images presented on a computer display screen. *Compare* hard copy.

**soft error** *n.* An error from which a program or operating system is able to recover. *Compare* hard error.

**soft font** *n. See* downloadable font.

**soft hyphen** *n. See* hyphen.

**soft link** *n. See* symbolic link.

**softmodem** *n. See* software-based modem.