IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Leave to Supplement Infringement Contentions (the "Motion") filed by Entropic Communications LLC ("Entropic"). (Dkt. No. 109.) In the Motion, Entropic requests leave to supplement its infringement contentions. (*Id*. at 1.) Entropic served its supplemental infringement contentions on March 10, 2023. (*Id*.) The Motion is unopposed. (*Id*. at 1, 3)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Entropic is granted leave to supplement its infringement contentions as requested.

So ORDERED and SIGNED this 30th day of May, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE