IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Respond to Charter's Motion to Consolidate (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Entropic"). (Dkt. No. 109.) In the Motion, Entropic requests an extension of time to file a response in opposition to Defendant Charter Communications, Inc.'s Motion to Consolidate and Amend the Case Schedule ("Motion to Consolidate") (Dkt. No. 99). (*Id.* at 1.) The requested extension would move the deadline for Entropic to file its opposition up to and including May 31, 2023. (*Id.*) The Motion is unopposed. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Entropic to file a response to the Motion to Consolidate is **extended** up to and including May 31, 2023.

**So ORDERED and SIGNED this 30th day of May, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE