UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:22-cv-125-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Charter Communications, Inc.'s Motion to Consolidate This Action with Civil Action No. 2:23-cv-00052-JRG and to Amend the Case Schedule (Dkt. No. 99). After consideration, the Court finds that Defendant's Motion to Consolidate is DENIED.