**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff, | Civil Action No. 2:22-cv-00125-JRG |
| v. | |
| CHARTER COMMUNICATIONS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Local P.R. 4-5(d) and the Court's Docket Control Order (Dkt. No. 89),

Plaintiff Entropic Communications, LLC and Defendant Charter Communications, Inc. hereby

submit the Joint Claim Construction Chart attached as Exhibit A.

Dated:  June 2, 2023

 */s/ James Shimota (with permission)*
James Shimota - LEAD ATTORNEY
Jason Engel
George Summerfield
Katherine Allor
**K&L GATES LLP**
70 W. Madison Street, Suite 3300 Chicago,
IL 60602
Jim.Shimota@klgates.com
Jason.Engel@klgates.com
George.Summerfield@klgates.com
Katy.Allor@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Nicholas.Lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**

Respectfully submitted,

 */s/ Elizabeth Long*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

David Benyacar
Daniel L. Reisner
Albert J. Boardman
Melissa Brown
Elizabeth Long
**ARNOLD & PORTER KAYE SCHOLER
LLP**
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: david.benyacar@arnoldporter.com
Email: daniel.reisner@arnoldporter.com

2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.Ghavimi@klgates.com
Matthew.Blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

*Attorneys for Plaintiff Entropic Communications, LLC*

Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com
Email: elizabeth.long@arnoldporter.com

Amy DeWitt
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Email: Amy.DeWitt@arnoldporter.com

*Attorneys for Defendant Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system on June 2, 2023.

*/s/ Elizabeth Long*
Elizabeth Long