IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**AMENDED PATENT RULE 4-5(d) JOINT CLAIM CONSTRUCTION CHART**

Plaintiff Entropic Communications, LLC and Defendant Charter Communications, Inc. hereby submit, as Exhibit A hereto, an Amendment to the parties' Joint Claim Construction Chart (Dkt. No. 114).  The change to the chart is on page 3, and reflects the parties' agreement on the construction of the term "operable to" in the claims of U.S. Patent No. 8,792,008.

Dated:  June 6, 2023

 */s/ James Shimota (with permission)* 
James Shimota - LEAD ATTORNEY
Jason Engel
George Summerfield
Katherine Allor
**K&L GATES LLP**
70 W. Madison Street, Suite 3300 Chicago, IL 60602
Jim.Shimota@klgates.com
Jason.Engel@klgates.com
George.Summerfield@klgates.com
Katy.Allor@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Nicholas.Lenning@klgates.com

Darlene Ghavimi

Respectfully submitted,

 */s/ Elizabeth Long* 
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

David Benyacar
Daniel L. Reisner
Albert J. Boardman
Melissa Brown
Elizabeth Long
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000

| | |
|---|---|
| Matthew Blair<br>**K&L GATES LLP**<br>2801 Via Fortuna<br>Suite #650<br>Austin, Texas 78746<br>Darlene.Ghavimi@klgates.com<br>Matthew.Blair@klgates.com | Email: david.benyacar@arnoldporter.com<br>Email: daniel.reisner@arnoldporter.com<br>Email: albert.boardman@arnoldporter.com<br>Email: melissa.brown@arnoldporter.com<br>Email: elizabeth.long@arnoldporter.com |
| Wesley Hill<br>Texas Bar No. 24032294<br>Andrea Fair<br>Texas Bar No. 24078488<br>**WARD, SMITH & HILL, PLLC**<br>1507 Bill Owens Pkwy<br>Longview, TX 75604<br>Tel: (903) 757-6400<br>wh@wsfirm.com<br>andrea@wsfirm.com | Amy DeWitt<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>Email: Amy.DeWitt@arnoldporter.com<br><br>*Attorneys for Defendant Charter Communications, Inc.* |
| *Attorneys for Plaintiff Entropic Communications, LLC* | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on all counsel of record via the Court's ECF system on June 7, 2023.

*/s/ Elizabeth Long*
Elizabeth Long