**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>        v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**DECLARATION OF DANIEL REISNER IN SUPPORT OF DEFENDANT'S REPLY IN FURTHER SUPPORT OF ITS OPPOSED MOTION TO CONSOLIDATE THIS ACTION WITH NO. 2:23-CV-00052-JRG AND TO AMEND THE CASE SCHEDULE**

I, Daniel Reisner, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in the declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am a member of the firm Arnold & Porter Kaye Scholer, LLP, counsel of record for Defendant, Charter Communications, Inc. ("Defendant" or "CCI"). I am licensed to practice law in the State of New York, and have been admitted *pro hac vice* to this Court.

3. I make this Declaration based on my personal knowledge and in support of CCI's Reply Brief In Further Support of its Opposed Motion to Consolidate This Action With Action No. 2:23-CV-00052-JRG and to Amend The Case Schedule.

4. On or around April 21, 2023, I conferred with James Shimota, counsel for plaintiff Entropic Communications, LLC ("Entropic") regarding the possibility of consolidating this Action with Action No. 2:23-CV-00052-JRG (together, the "Actions").

5. During the meet and confer, counsel for Entropic stated Entropic would be amendable to consolidation of the two Actions but only if CCI agreed to maintain the existing case and trial schedule for this action.

6. During the meet and confer, counsel for Entropic never represented that it opposed consolidation because the "breadth of infringement across the two cases," Dkt. 113 at 2, rendered the two actions too big to be consolidated.

Executed on June 8, 2023 in Denver, Colorado.

/s/ Daniel Reisner
Daniel Reisner

1

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on June 8, 2023.

                                                    */s/ Daniel Reisner*
                                                    Daniel Reisner