# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.;<br>SPECTRUM ADVANCED SERVICES,<br>LLC; and<br>SPECTRUM MANAGEMENT HOLDING<br>COMPANY, LLC.,<br><br>    Defendants. | Civil Action No. 2:22-cv-00125-JRG |

## NOTICE OF CORRECTED EXHIBIT 7 TO PLAINTIFF'S OPENING CLAIM CONSTRUCTION BRIEF (ECF NO. 97-7)

In preparation for the claim construction hearing, it has come to Plaintiff's attention that an incomplete copy of Exhibit 7 to Plaintiff's Claim Construction Opening Brief (ECF No. 97-7) was originally uploaded with the filing.  The corrected Exhibit 7 is attached hereto.  Exhibit 7 consists of the rebuttal expert declaration and accompanying exhibits A-D of Plaintiff's rebuttal claim construction expert, Dr. Kramer.  In the original, incorrect version of Exhibit 7, exhibits A-D were inadvertently omitted.  A complete copy of the declaration with all exhibits was served on counsel for Defendants on April 14, 2023.

Dated: June 12, 2023                              Respectfully submitted,

                                                  */s/ James Shimota by permission Wesley Hill*
                                                  James Shimota – LEAD ATTORNEY
                                                  Jason Engel
                                                  George Summerfield
                                                  Devon Beane (*pro hac vice* forthcoming)
                                                  **K&L GATES LLP**
                                                  70 W. Madison Street, Suite 3300
                                                  Chicago, IL 60602
                                                  Jim.shimota@klgates.com
                                                  Jason.engel@klgates.com
                                                  George.summerfield@klgates.com
                                                  Devon.beane@klgates.com

                                                  Nicholas F. Lenning
                                                  **K&L Gates LLP**
                                                  925 Fourth Avenue, Suite 2900
                                                  Seattle, WA 98104-1158
                                                  nicholas.lenning@klgates.com

                                                  Darlene Ghavimi
                                                  Matthew Blair
                                                  **K&L GATES LLP**
                                                  2801 Via Fortuna
                                                  Suite #650
                                                  Austin, Texas 78746
                                                  Darlene.ghavimi@klgates.com
                                                  Matthew.blair@klgates.com

                                                  Wesley Hill
                                                  Texas Bar No. 24032294
                                                  Andrea Fair
                                                  Texas Bar No. 24078488
                                                  **WARD, SMITH & HILL, PLLC**
                                                  1507 Bill Owens Pkwy
                                                  Longview, TX 75604
                                                  Tel:  (903) 757-6400
                                                  Fax  (903) 757-2323
                                                  wh@wsfirm.com
                                                  andrea@wsfirm.com

ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 12th day of June, 2023.

*/s/ Wesley Hill*
Wesley Hill