IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC §
§
v. § CASE NO. 2:22-cv-00125-JRG
§
CHARTER COMMUNICATIONS, INC. §

MINUTES FOR MARKMAN HEARING
HELD BEFORE U. S. DISTRICT JUDGE RODNEY GILSTRAP
June 13, 2023

**OPEN:** 09:02 AM  **ADJOURN:** 12:49 PM

ATTORNEYS FOR PLAINTIFF:   See attached

ATTORNEYS FOR DEFENDANT:   See attached

TECHNICAL ADVISOR:   David Keyzer

LAW CLERK:   Jeffrey Jacobsen

COURT REPORTER:   Shelly Holmes, CSR, TCRR

COURTROOM DEPUTY:   Andrea Brunson, CP

| TIME | MINUTE ENTRY |
|---|---|
| 09:02 AM | Court opened. |
| 09:03 AM | Court called for announcements from counsel. |
| 09:04 AM | On behalf of Plaintiff, Mr. Hill advised the Court of a recent filing for a replacement exhibit to the claim construction opening brief. No objection by Defendant. Court noted correction. |
| 09:05 AM | Court began hearing claim construction arguments on a claim-by-claim basis.<br>• Presented argument on behalf of Plaintiff: Ms. Allor, Mr. Engel, Mr. Shimota and Mr. Bridges.<br>• Presented argument on behalf of Defendant: Mr. Benyacar. |
| 10:53 AM | Recess. |
| 11:05 AM | Court reconvened. |
| 11:05 AM | Continuation of claim construction arguments. |
| 12:48 PM | Arguments concluded. |
| 12:49 PM | Court to take claim construction under submission. |
| 12:49 PM | Court adjourned. |