

**2:22-cv-00125-JRG**
**Entropic Communications LLC v Charter Communications Inc**
June 13, 2023 at 9:00 AM
## Markman Hearing

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| WESLEY HILL | PLAINTIFF |
| JAMES SHIMOTA | PLAINTIFF |
| KEN BRIDGES | PLAINTIFF |
| KATY ALLOR | PLAINTIFF |
| JASON ENGEL | PLAINTIFF |
| CONNOR MEGGS | PLAINTIFF |
| MATT BLAIR | PLAINTIFF |
| Deron Dacus | Charter |
| David Benyacar | ⌐ |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| | |
| | |
| | |
| | |
| | |