AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Entropic Communications, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-00125-JRG |
| Charter Communications, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charter Communications, Inc.

Date:  06/22/2023

/s/ Paul Margulies
*Attorney's signature*

Paul Margulies; New York Bar No. 4573044
*Printed name and bar number*
601 Massachusetts Ave., NW
Washington, DC 20001-3743

*Address*

Paul.Margulies@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*