AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Entropic Communications, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.  2:22-cv-0125-JRG |
| Charter Communications, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Charter Communications, Inc.

Date:  06/27/2023

/s/ Jacob Michael Bass
*Attorney's signature*

Jacob Michael Bass; New York Bar No. 5576178
*Printed name and bar number*

250 W. 55th Street
New York, New York 10019
*Address*

Jacob.Bass@arnoldporter.com
*E-mail address*

(212) 836-8000
*Telephone number*

(212) 836-8689
*FAX number*