**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO.  2:22-CV-00125-JRG** |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

The Court previously appointed Mr. David Keyzer as the technical advisor to the Court in the above-captioned case with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. (Dkt. No. 100). The Court has received Mr. Keyzer's invoice for services through June 27, 2023, in the amount of $41,152.32 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff: $20,576.16

Defendants: $20,576.16

TOTAL: $41,152.32

**So ORDERED and SIGNED this 10th day of July, 2023.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE