IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:22-cv-00125-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the Joint Motion for Leave to Supplement Infringement and Invalidity Contentions (the "Motion"). (Dkt. No. 71.) In the Motion, Plaintiff and Defendant ask the Court for leave to supplement their infringement and invalidity contentions, respectively. (*Id.* at 3.)

Having considered the Motion, and noting its joint nature, the Court finds that good cause exists to grant the requested leave to amend infringement and invalidity contentions in the above-captioned case. Accordingly, the Motion is hereby **GRANTED**.

**So Ordered this**

**Jul 13, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE