UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT CHARTER COMMUNICATIONS, INC.'S
UNOPPOSED MOTION TO COMPEL RESPONSES
TO INTERROGATORIES 8, 16, 23, AND 29**

　　　Before the Court is Defendant Charter Communications, Inc.'s Unopposed Motion to Compel Plaintiff Entropic Communications, LLC to respond to Interrogatories Nos. 8, 16, 23, and 29 pursuant to Rule 33(d) by producing all responsive non-privileged documents constituting agreements provided to Entropic by MaxLinear in its possession. Having considered the arguments therein, and the unopposed nature of the Motion, the Court **GRANTS** the Motion.

　　　Plaintiff Entropic Communications, LLC is hereby **ORDERED** to provide further responses to Interrogatories Nos. 8, 16, 23, and 29 pursuant to Rule 33(d) by producing all responsive non-privileged documents constituting agreements provided to Entropic by MaxLinear in its possession no later than seven (7) days from the date of this Order.