UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Case No. 2:22-cv-00125-JRG **JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is the Parties' Joint Motion to Complete Limited Fact Discovery Out of Time. Having considered the Motion, including its agreed nature, the Court GRANTS the Motion.