IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:22-cv-00125-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion to Complete Limited Fact Discovery Out of Time (the "Motion"). (Dkt. No. 136.) In the Motion, Plaintiff and Defendant ask the Court for leave to complete limited fact discovery out of time. (*Id.* at 1.) The deadline to complete fact discovery was Friday, July 21, 2023, and the parties request that the Court allow the parties to complete the following discovery on or before August 11, 2023:

1. Charter to complete obtaining documents from Broadcom, MaxLinear, and Cathleen Quigley and producing the same to Entropic;

2. Charter to complete production of documents relating to the Charter / MaxLinear Collaboration Agreement;

3. Upon the Court's ruling on the unopposed Motion to Compel, (Dkt. No. 130), Entropic to produce documents it indicated were responsive to Charter's Interrogatories pursuant to Rule 33(d), as described in such motion, and which documents Entropic has not produced, and the Court has not ruled on the Unopposed Motion to Compel;

4. Charter to provide Entropic with color copies of all Charter-produced documents that were used as exhibits in depositions in this action, including the following

documents: CHARTER_ENTROPIC00007936–63, CHARTER_ENTROPIC00046513–15, CHARTER_ENTROPIC00046516–22, CHARTER_ENTROPIC00046543–57, CHARTER_ENTROPIC00055244–439, CHARTER_ENTROPIC00059364, CHARTER_ENTROPIC00060276, CHARTER_ENTROPIC00067870–9318, CHARTER_ENTROPIC00121438–71, CHARTER_ENTROPIC00172508, CHARTER_ENTROPIC00175434–42, CHARTER_ENTROPIC00216674, CHARTER_ENTROPIC00275774, CHARTER_ENTROPIC00276055, CHARTER_ENTROPIC00276056–62, CHARTER_ENTROPIC00281828–40, CHARTER_ENTROPIC00093852, CHARTER_ENTROPIC00146711–808, CHARTER_ENTROPIC00146458–95, CHARTER_ENTROPIC00146414–57, CHARTER_ENTROPIC00146533–62, CHARTER_ENTROPIC00150174–209, CHARTER_ENTROPIC00158898–949, CHARTER_ENTROPIC00146635–65, CHARTER_ENTROPIC00146563–95, CHARTER_ENTROPIC00158551–622, CHARTER_ENTROPIC00093373, CHARTER_ENTROPIC00103771, CHARTER_ENTROPIC00103805, CHARTER_ENTROPIC00103812, CHARTER_ENTROPIC00103818, CHARTER_ENTROPIC00103824, CHARTER_ENTROPIC00103829, CHARTER_ENTROPIC00103911, CHARTER_ENTROPIC00375192, CHARTER_ENTROPIC00375197, CHARTER_ENTROPIC00103751, CHARTER_ENTROPIC00103818, CHARTER_ENTROPIC00103812, and CHARTER_ENTROPIC00375185;

5. Charter to produce a copy of https://www.spectrum.net/support/general/energy-usage-your-charter-equipment;

6. Charter to make a good faith effort to search for, and to produce to the extent they exist, the following documents referenced in Entropic's letter to Charter, dated July 19, 2023, at pages 2–3: the document referenced by CHARTER_ENTROPIC00093395; the document referenced by CHARTER_ENTROPIC0010960; three documents referenced at the Roger Stafford deposition; attachments to the following documents: CHARTER_ENTROPIC00099761–75, CHARTER_ENTROPIC00099848–51, CHARTER_ENTROPIC00099825–26, and CHARTER_ENTROPIC00099835–36; and documents sufficient to describe the operation and/or functionality of Autonoma;

7. Charter may challenge Entropic's privilege log and seek documents in response to Charter's request for documents regarding Cathleen Quigley; and

8. Entropic to take the depositions of (i) two Rule 30(b)(6) designees of Charter, Farrell Moseley on August 8, 2023, and Daniel Boglioli on August 11, 2023; (ii) a witness for third-party Broadcom Inc.; and (iii) third-party Cathleen Quigley on July 26, 2023.

(*Id.* at 1–3.) The parties represent that this discovery will not delay the current trial schedule. (*Id.* at 3.) Moreover, the Motion is jointly filed. (*See id.* at 1, 4–5.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be, and hereby is, **GRANTED**. Accordingly, the Court **ORDERS** that the parties conduct additional discovery as agreed to in the Motion and listed above, and that such additional discovery shall conclude on August 11, 2023.

**So Ordered this**

**Jul 25, 2023**

                                                                                    _____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE