## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

    Plaintiff,

      v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 2:22-cv-00125-JRG

**JURY TRIAL DEMANDED**

## UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL

Defendant Charter Communications, Inc. ("Defendant") hereby respectfully moves the Court to withdraw its Motion to Compel Responses to Interrogatories 8, 16, 23, and 29.  Dkt. 130. Defendant respectfully represents that the Motion to Compel is now moot because third-party MaxLinear, Inc. has produced the documents sought through the Motion to Compel.

Defendant has conferred with counsel for Entropic and this motion is unopposed.

**WHEREFORE**, Defendant respectfully requests that the Court grant its motion and issues an order withdrawing the Motion to Compel pending at Docket No. 130.

Dated: July 27, 2023

Respectfully submitted,

*/s/  Elizabeth Long (with permission)*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117

Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Jacob Bass
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email:  elizabeth.long@arnoldporter.com
Email:  albert.boardman@arnoldporter.com
Email:  melissa.brown@arnoldporter.com
Email:  jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
Paul I. Margulies
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Email:  marc.cohn@arnoldporter.com
Email:  amy.dewitt@arnoldporter.com
Email:  paul.margulies@arnoldporter.com

***Attorneys for Defendant
Charter Communications, Inc.***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email and the Court's ECF system on July 27, 2023.

*/s/ Elizabeth Long*
Elizabeth Long

**<u>CERTIFICATE OF CONFERENCE</u>**

The undersigned hereby certifies that counsel for Defendant has complied with the meet and confer requirement in Local Rule CV-7(h).  Counsel for Plaintiff indicated that it does not oppose the relief sought in this motion.

*/s/ Elizabeth Long*
Elizabeth Long
