UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANT CHARTER COMMUNICATIONS, INC.'S UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL RESPONSES TO INTERROGATORIES 8, 16, 23, AND 29**

Before the Court is Defendant Charter Communications, Inc.'s Unopposed Motion to Withdraw its Motion to Compel Plaintiff Entropic Communications, LLC to respond to Interrogatories Nos. 8, 16, 23, and 29 (Dkt. 130). Having considered the Motion, and its unopposed nature, the Court **GRANTS** the Motion.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion is WITHDRAWN and the Clerk of the Court is directed to withdraw the Motion to Compel pending at Docket No. 130.