IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Before the Court is the Unopposed Motion to Withdraw Motion to Compel (the "Motion") filed by Defendant Charter Communications, Inc. ("Defendant"). (Dkt. No. 139.) In the Motion, Defendant moves to withdraw its Motion to Compel Responses to Interrogatories 8, 16, 23, and 29 (the "Motion to Compel") (Dkt. No. 130). (Dkt. No. 139 at 1.) Defendant represents that the Motion to Compel is now moot because third-party MaxLinear, Inc. has produced the documents sought through the Motion to Compel. (*Id.*) The Motion is unopposed. (*Id.* at 1, 3.)

Having considered the Motion, and noting its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the Motion to Compel (Dkt. No. 130) is **withdrawn**. The Clerk of the Court is directed to withdraw the Motion to Compel.

**So Ordered this**
Jul 28, 2023

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE