# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING ENTROPIC'S MOTION TO DISQUALIFY CATHLEEN QUIGLEY

Before this Court is Entropic's Motion to Disqualify Cathleen Quigley. Having considered the matter, the Court GRANTS the motion.