# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR LEAVE TO SUPPLEMENT EXPERT REPORTS

Plaintiff Entropic Communication, LLC ("Entropic") and Defendant Charter Communications, Inc. ("Charter") file this Joint Motion for Leave for Charter to serve a Supplemental Opening Expert Report of Steven H. Goldberg Regarding Invalidity of Claims 3–6 of U.S. Patent No. 8,792,008 (the "'008 Patent") and for Entropic to serve a Supplemental Rebuttal Expert Report of Matthew A. Pooley Regarding Validity of Claims 3–6 of '008 Patent (the "Motion").

Entropic served its infringement contentions on Charter on July 5, 2022, pursuant to Local Patent Rule 3-1 and the Docket Control Order. On September 2, 2022, pursuant to Local Patent Rule 3-3 and the Docket Control Order, Charter served its invalidity contentions. On May 31, 2023, this Court granted Entropic's request to supplement its infringement contentions (*see* Dkt. 111), which Entropic had previously served on Charter on March 10, 2023.

On July 13, 2023, this Court granted the parties' Joint Motion for Leave to Supplement Infringement and Invalidity Contentions (*see* Dkt. 132) which granted (1) Entropic's request to supplement its infringement contentions, which it had previously served on June 30, 2023 and which, among other things, asserted additional claims from the '008 Patent (claims 3–6 in addition

to previously asserted claims 1–2), and (2) Charter's request to serve its supplemental invalidity contentions on claims 3–6 of the '008 Patent by August 10, 2023.

The parties have agreed that both sides will provide supplemental expert reports on claims 3–6 of the '008 Patent.  Charter served its supplemental invalidity contentions on claims 3–6 of the '008 Patent on August 4, 2023 and will serve its Supplemental Opening Expert Report of Steven H. Goldberg Regarding Invalidity of Claims 3–6 of the '008 Patent on August 14, 2023. Entropic will serve its Supplemental Rebuttal Expert Report of Matthew A. Pooley Regarding Validity of Claims 3–6 of '008 Patent on August 18, 2023.

The parties have conferred on the timing of expert depositions and have agreed that on August 22, 2023, Entropic will take the deposition of Dr. Goldberg on both the Opening Expert Report of Steven H. Goldberg Regarding Invalidity of U.S. Patent Nos. 8,223,775; 8,284,690; 8,792,008; 9,210,362; 9,825,826; and 10,135,682, and the Supplemental Opening Expert Report of Steven H. Goldberg Regarding Invalidity of Claims 3–6 of the '008 Patent.  The parties have also agreed that Charter will take the deposition of Dr. Pooley on August 22, 2023, on both the Rebuttal Expert Report of Matthew A. Pooley Regarding Validity of U.S. Patent Nos. 8,792,008 and 9,825,826, and the Supplemental Rebuttal Expert Report of Matthew A. Pooley Regarding Validity of Claims 3–6 of '008 Patent.  Therefore, no extension to the deadline for expert discovery is necessary to accommodate this Motion.

### **Charter's Statement Of Good Cause To Serve A Supplemental Opening Expert Report of Steven H. Goldberg Regarding Invalidity of Claims 3–6 of the '008 Patent**

Good cause exists for the Court to grant this Motion with respect to Charter's request to supplement the Opening Expert Report of Steven H. Goldberg Regarding Invalidity of Claims 3–6 of the '008 Patent.

Dr. Goldberg's opening expert report regarding invalidity of, *inter alia,* the '008 Patent was served on July 21, 2023 and addressed only claims 1 and 2 of the '008 Patent because Dr. Goldberg did not have sufficient time to consider newly asserted claims 3–6. The motion to supplement the infringement contentions to add these new claims was not granted until July 13, 2023 and Entropic did not identify these claims until June 23, 2023. Per the parties' prior agreement, Charter supplemented its invalidity contentions on claims 3–6 of the '008 Patent on August 4, 2023. Supplementation of Dr. Goldberg's opening expert report is now necessary in order for him to address claims 3–6 of the '008 Patent. Moreover, Entropic does not oppose Charter's supplementation.

**Entropic's Statement Of Good Cause To Serve a Supplemental Rebuttal Expert Report of Matthew A. Pooley Regarding Validity of Claims 3–6 of '008 Patent**

Good cause exists for the Court to grant this Motion with respect to Entropic's request to supplement the Rebuttal Expert Report of Matthew A. Pooley regarding Validity of Claims 3–6 of the '008 Patent.

The Court previously granted Entropic's motion to supplement its infringement contentions to add claims 3–6 of the '008 Patent. Charter needed additional time to address its position on the validity of these claims, and will be serving a supplemental report from Dr. Goldberg to address these claims on August 14, 2023. Thus, claims 3–6 of the '008 Patent were not included in Dr. Goldberg's opening report served on July 21, 2023. On August 11, 2023, Dr. Pooley served his rebuttal expert report on the validity of claims 1 and 2 of the '008 Patent. Therefore, supplementation of Dr. Pooley's rebuttal expert report is now necessary in order for him to address the validity claims 3–6 of the '008 Patent. Moreover, Charter does not oppose Entropic's supplementation.

For these reasons, Entropic and Charter respectfully request the Court grant their Motion.

Dated: August 14, 2023 

Respectfully submitted,

*/s/ James Shimota*
James Shimota - LEAD ATTORNEY
Jason Engel
George Summerfield
Katherine Allor
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com
Katy.allor@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

/s/ Elizabeth Long
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Elizabeth Long
Jacob Bass
ARNOLD & PORTER KAY SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
Daniel.reisner@arnoldporter.com
David.benyacar@arnoldporter.com
Elizabeth.long@arnoldporter.com
Albert.boardman@arnoldporter.com
Melissa.brown@arnoldporter.com
Elizabeth.long@arnoldporter.com
Jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
Paul I. Margulies
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Marc.cohn@arnoldporter.com
Amy.dewitt@arnoldporter.com
Paul.margulies@arnoldporter.com

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on August 14, 2023.

                                                      */s/ Elizabeth Long*
                                                     Elizabeth Long

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

                                                      */s/ Elizabeth Long*
                                                     Elizabeth Long