# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Case No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is the Parties' Joint Motion for Leave to Supplement Expert Reports. Having considered the Motion, including its agreed nature, the Court GRANTS the Motion.

1