# EXHIBIT 1

# Filed Under Seal Pursuant to Protective Order

# EXHIBIT 2

# Filed Under Seal Pursuant to Protective Order

# EXHIBIT 3

# Filed Under Seal Pursuant to Protective Order

# EXHIBIT 4
# Filed Under Seal Pursuant to Protective Order

# EXHIBIT 5

# Filed Under Seal Pursuant to Protective Order

# EXHIBIT 6

# Filed Under Seal Pursuant to Protective Order