# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| *Plaintiff*, | § § § | |
| v. | § | CASE NO. 2:22-cv-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Joint Motion for Leave to Supplement Expert Reports (the "Motion"). (Dkt. No. 145.) In the Motion, the parties jointly ask the Court for leave to supplement their respective expert reports. (*Id.* at 2–3.)

Having considered the Motion, and noting its joint nature, the Court finds that good cause exists to grant each party the requested leave to supplement its expert reports. Accordingly, the Motion is hereby **GRANTED**.

**So Ordered this**

**Aug 15, 2023**



RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE