# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**DECLARATION OF PAUL MARGULIES IN SUPPORT OF
DEFENDANT'S SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFF'S MOTION
<u>FOR LEAVE TO SUPPLEMENT INFRINGEMENT CONTENTIONS</u>**

I, Paul Margulies, declare as follows:

1.     I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in the declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2.     I am counsel at Arnold & Porter Kaye Scholer, LLP, counsel of record for Defendant, Charter Communications, Inc. ("Defendant"). I am licensed to practice law in the State of New York, the District of Columbia, and this Court.

3.     Attached hereto as **Exhibit 7** is a true and correct copy of U.S. Patent No. 8,284,690.

4.     Attached hereto as **Exhibit 8** is a true and correct copy of excerpts from the DOCSIS 3.1 Physical Layer Specification (CHARTER_ENTROPIC003665510), CM-SP-PHYv3.1-I07-150910, also cited in Defendant's opposition brief at page 8 & 8 n.6.

5.     Attached hereto as **Exhibit 9** is a true and correct copy of excerpts from the deposition of a CommScope deponent, Craig Coogan, dated July 20, 2023.

Executed on August 22, 2023 in Washington, D.C.

>                              */s/ Paul Margulies*
>                              Paul Margulies

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email and the Court's ECF system on August 22, 2023.

<u>/s/ Paul Margulies</u><br>
Paul Margulies

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

Pursuant to Local Rule CV-5, the undersigned counsel hereby certifies that authorization for filing under seal has been previously granted by the Court in the Protective Order (Dkt. 36) entered in this case on August 10, 2022.

<u>/s/ Paul Margulies</u><br>
Paul Margulies