# EXHIBIT 8

# Data-Over-Cable Service Interface Specifications
# DOCSIS® 3.1

## Physical Layer Specification

## CM-SP-PHYv3.1-I07-150910

**ISSUED**

**Notice**

This DOCSIS® specification is the result of a cooperative effort undertaken at the direction of Cable Television Laboratories, Inc. for the benefit of the cable industry and its customers. You may download, copy, distribute, and reference the documents herein only for the purpose of developing products or services in accordance with such documents, and educational use. Except as granted by CableLabs® in a separate written license agreement, no license is granted to modify the documents herein (except via the Engineering Change process), or to use, copy, modify or distribute the documents for any other purpose.

This document may contain references to other documents not owned or controlled by CableLabs. Use and understanding of this document may require access to such other documents. Designing, manufacturing, distributing, using, selling, or servicing products, or providing services, based on this document may require intellectual property licenses from third parties for technology referenced in this document. To the extent this document contains or refers to documents of third parties, you agree to abide by the terms of any licenses associated with such third party documents, including open source licenses, if any.

© Cable Television Laboratories, Inc. 2013-2015

# DISCLAIMER

This document is furnished on an "AS IS" basis and neither CableLabs nor its members provides any representation or warranty, express or implied, regarding the accuracy, completeness, noninfringement, or fitness for a particular purpose of this document, or any document referenced herein. Any use or reliance on the information or opinion in this document is at the risk of the user, and CableLabs and its members shall not be liable for any damage or injury incurred by any person arising out of the completeness, accuracy, or utility of any information or opinion contained in the document.

CableLabs reserves the right to revise this document for any reason including, but not limited to, changes in laws, regulations, or standards promulgated by various entities, technology advances, or changes in equipment design, manufacturing techniques, or operating procedures described, or referred to, herein.

This document is not to be construed to suggest that any company modify or change any of its products or procedures, nor does this document represent a commitment by CableLabs or any of its members to purchase any product whether or not it meets the characteristics described in the document. Unless granted in a separate written agreement from CableLabs, nothing contained herein shall be construed to confer any license or right to any intellectual property. This document is not to be construed as an endorsement of any product or company or as the adoption or promulgation of any guidelines, standards, or recommendations.

# Document Status Sheet

| | |
|---|---|
| **Document Control Number:** | CM-SP-PHYv3.1-I07-150910 |
| **Document Title:** | Physical Layer Specification |
| **Revision History:** | I01 – Released 10/29/13 |
| | I02 – Released 03/20/14 |
| | I03 – Released 06/10/14 |
| | I04 – Released 12/18/14 |
| | I05 – Released 03/26/15 |
| | I06 – Released 06/11/15 |
| | I07 – Released 09/10/15 |
| **Date:** | September 10, 2015 |
| **Status:** | ~~Work in Progress~~ ~~Draft~~ **Issued** ~~Closed~~ |
| **Distribution Restrictions:** | ~~Author Only~~ ~~CL/Member~~ ~~CL/Member/Vendor~~ **Public** |

## Key to Document Status Codes

| | |
|---|---|
| **Work in Progress** | An incomplete document, designed to guide discussion and generate feedback that may include several alternative requirements for consideration. |
| **Draft** | A document in specification format considered largely complete, but lacking review by Members and vendors. Drafts are susceptible to substantial change during the review process. |
| **Issued** | A generally public document that has undergone Member and Technology Supplier review, cross-vendor interoperability, and is for Certification testing if applicable. Issued Specifications are subject to the Engineering Change Process. |
| **Closed** | A static document, reviewed, tested, validated, and closed to further engineering changes. |

## Trademarks

CableLabs® is a registered trademark of Cable Television Laboratories, Inc. Other CableLabs marks are listed at http://www.cablelabs.com/certqual/trademarks. All other marks are the property of their respective owners.

CHARTER_ENTROPIC00366553

# Contents

| | | |
|---|---|---|
| 1 | SCOPE | 13 |
| 1.1 | Introduction and Purpose | 13 |
| 1.2 | Background | 13 |
| 1.2.1 | Broadband Access Network | 13 |
| 1.2.2 | Network and System Architecture | 14 |
| 1.2.3 | Service Goals | 15 |
| 1.2.4 | Statement of Compatibility | 15 |
| 1.2.5 | Reference Architecture | 16 |
| 1.2.6 | DOCSIS 3.1 Documents | 16 |
| 1.3 | Requirements | 17 |
| 1.4 | Conventions | 17 |
| 1.5 | Organization of Document | 18 |
| 2 | REFERENCES | 19 |
| 2.1 | Normative References | 19 |
| 2.2 | Informative References | 20 |
| 2.3 | Reference Acquisition | 20 |
| 3 | TERMS AND DEFINITIONS | 21 |
| 4 | ABBREVIATIONS AND ACRONYMS | 34 |
| 5 | OVERVIEW AND FUNCTIONAL ASSUMPTIONS | 39 |
| 5.1 | Overview | 39 |
| 5.2 | Functional Assumptions | 40 |
| 5.2.1 | Equipment Assumptions | 40 |
| 5.2.2 | RF Channel Assumptions | 41 |
| 5.2.3 | Transmission Levels | 43 |
| 5.2.4 | Frequency Inversion | 43 |
| 6 | PHY SUBLAYER FOR SC-QAM | 44 |
| 6.1 | Scope | 44 |
| 6.2 | Upstream Transmit and Receive | 44 |
| 6.2.1 | Overview | 44 |
| 6.2.2 | Signal Processing Requirements | 44 |
| 6.2.3 | Modulation Formats | 44 |
| 6.2.4 | R-S Encode | 45 |
| 6.2.5 | Upstream R-S Frame Structure (Multiple Transmit Channel Mode Enabled) | 45 |
| 6.2.6 | Upstream R-S Frame Structure (Multiple Transmit Channel Mode Disabled) | 45 |
| 6.2.7 | TDMA Byte Interleaver | 45 |
| 6.2.8 | Scrambler (randomizer) | 45 |
| 6.2.9 | TCM Encoder | 45 |
| 6.2.10 | Preamble Prepend | 45 |
| 6.2.11 | Modulation Rates | 45 |
| 6.2.12 | S-CDMA Framer and Interleaver | 45 |
| 6.2.13 | S-CDMA Framer | 45 |
| 6.2.14 | Symbol Mapping | 45 |
| 6.2.15 | S-CDMA Spreader | 45 |
| 6.2.16 | Transmit Pre-Equalizer | 45 |
| 6.2.17 | Spectral Shaping | 45 |
| 6.2.18 | Relative Processing Delays | 45 |
| 6.2.19 | Transmit Power Requirements | 46 |

CHARTER_ENTROPIC00366554

    6.2.20    Burst Profiles ........................................................................................................................ 46
    6.2.21    Burst Timing Convention ..................................................................................................... 46
    6.2.22    Fidelity Requirements ........................................................................................................... 46
    6.2.23    Upstream Demodulator Input Power Characteristics .......................................................... 46
    6.2.24    Upstream Electrical Output from the CM ............................................................................ 46
    6.2.25    Upstream CM Transmitter Capabilities ............................................................................... 47
  6.3   Downstream Transmit ................................................................................................................... 47
    6.3.1    Downstream Protocol ............................................................................................................ 47
    6.3.2    Spectrum Format ................................................................................................................... 47
    6.3.3    Scaleable Interleaving to Support Video and High-Speed Data Services ............................ 47
    6.3.4    Downstream Frequency Plan ................................................................................................ 47
    6.3.5    DRFI Output Electrical ......................................................................................................... 47
    6.3.6    CMTS or EQAM Clock Generation ...................................................................................... 48
    6.3.7    Downstream Symbol Clock Jitter for Synchronous Operation ............................................ 48
    6.3.8    Downstream Symbol Clock Drift for Synchronous Operation ............................................. 48
    6.3.9    Timestamp Jitter .................................................................................................................... 48
  6.4   Downstream Receive ..................................................................................................................... 48
    6.4.1    Downstream Protocol and Interleaving Support .................................................................. 48
    6.4.2    Downstream Electrical Input to the CM ............................................................................... 48
    6.4.3    CM BER Performance ........................................................................................................... 48
    6.4.4    Downstream Multiple Receiver Capabilities ........................................................................ 48
    6.4.5    Non-Synchronous DS Channel Support ................................................................................ 48
7   PHY SUBLAYER FOR OFDM ....................................................................................................... 49
  7.1   Scope ............................................................................................................................................. 49
  7.2   Upstream and Downstream Frequency Plan ................................................................................. 49
    7.2.1    Downstream CM Spectrum .................................................................................................... 49
    7.2.2    Downstream CMTS Spectrum ................................................................................................ 49
    7.2.3    Upstream CM Spectrum ......................................................................................................... 50
    7.2.4    Upstream CMTS Spectrum ..................................................................................................... 50
    7.2.5    Channel Band Rules ............................................................................................................... 50
  7.3   OFDM Numerology ....................................................................................................................... 52
    7.3.1    Downstream OFDM Numerology .......................................................................................... 52
    7.3.2    Upstream OFDMA Numerology ............................................................................................ 53
    7.3.3    Subcarrier Clocking ............................................................................................................... 54
  7.4   Upstream Transmit and Receive .................................................................................................... 54
    7.4.1    Signal Processing Requirements ........................................................................................... 54
    7.4.2    Time and Frequency Synchronization ................................................................................... 57
    7.4.3    Forward Error Correction .................................................................................................... 58
    7.4.4    Data Randomization .............................................................................................................. 64
    7.4.5    Time and Frequency Interleaving and De-interleaving ........................................................ 64
    7.4.6    Mapping of Bits to Cell Words .............................................................................................. 71
    7.4.7    Mapping and De-mapping Bits to/from QAM Subcarriers ................................................... 72
    7.4.8    REQ Messages ....................................................................................................................... 73
    7.4.9    IDFT ....................................................................................................................................... 73
    7.4.10    Cyclic Prefix and Windowing .............................................................................................. 74
    7.4.11    Burst Timing Convention ..................................................................................................... 80
    7.4.12    Fidelity Requirements .......................................................................................................... 80
    7.4.13    Cable Modem Transmitter Output Requirements ............................................................... 95
    7.4.14    CMTS Receiver Capabilities ................................................................................................ 96
    7.4.15    Ranging ................................................................................................................................. 98
    7.4.16    Upstream Pilot Structure ................................................................................................... 113
    7.4.17    Upstream Pre-Equalization ............................................................................................... 119
  7.5   Downstream Transmit and Receive ............................................................................................. 120
    7.5.1    Overview .............................................................................................................................. 120
    7.5.2    Signal Processing ................................................................................................................ 121

CHARTER_ENTROPIC00366555

7.5.3     Time and Frequency Synchronization ................................................................................................. 124
7.5.4     Downstream Forward Error Correction ............................................................................................ 126
7.5.5     Mapping Bits to QAM Constellations ................................................................................................ 133
7.5.6     Interleaving and De-interleaving ....................................................................................................... 143
7.5.7     IDFT ................................................................................................................................................... 148
7.5.8     Cyclic Prefix and Windowing ............................................................................................................. 150
7.5.9     Fidelity Requirements ......................................................................................................................... 151
7.5.10    Independence of Individual Channels Within Multiple Channels on a Single RF Port ..................... 159
7.5.11    Cable Modem Receiver Input Requirements ...................................................................................... 161
7.5.12    Cable Modem Receiver Capabilities .................................................................................................. 162
7.5.13    Physical Layer Link Channel (PLC) .................................................................................................. 163
7.5.14    Next Codeword Pointer ...................................................................................................................... 174
7.5.15    Downstream Pilot Patterns ................................................................................................................ 181

**8   PHY–MAC CONVERGENCE .................................................................................................................. 192**

8.1   Scope ....................................................................................................................................................... 192
8.2   Upstream ................................................................................................................................................. 192
   8.2.1     Profiles ............................................................................................................................................... 192
   8.2.2     Upstream Subcarrier Numbering Conventions .................................................................................. 192
   8.2.3     Minislots ............................................................................................................................................. 192
   8.2.4     Subslots .............................................................................................................................................. 195
8.3   Downstream ............................................................................................................................................ 196
   8.3.1     Operation ........................................................................................................................................... 196
   8.3.2     MAC Frame to Codewords ................................................................................................................ 198
   8.3.3     Subcarrier Numbering Conventions .................................................................................................. 199
   8.3.4     Next Codeword Pointer ...................................................................................................................... 199

**9   PROACTIVE NETWORK MAINTENANCE .......................................................................................... 207**

9.1   Scope ....................................................................................................................................................... 207
9.2   System Description ................................................................................................................................. 207
9.3   Downstream PNM Requirements ........................................................................................................... 208
   9.3.1     Downstream Symbol Capture ............................................................................................................ 208
   9.3.2     Downstream Wideband Spectrum Analysis ....................................................................................... 208
   9.3.3     Downstream Noise Power Ratio (NPR) Measurement ...................................................................... 208
   9.3.4     Downstream Channel Estimate Coefficients ..................................................................................... 209
   9.3.5     Downstream Constellation Display ................................................................................................... 209
   9.3.6     Downstream Receive Modulation Error Ratio (RxMER) Per Subcarrier ......................................... 209
   9.3.7     Downstream FEC Statistics ............................................................................................................... 211
   9.3.8     Downstream Histogram ..................................................................................................................... 212
   9.3.9     Downstream Received Power ............................................................................................................ 212
9.4   Upstream PNM Requirements ................................................................................................................ 213
   9.4.1     Upstream Capture for Active and Quiet Probe ................................................................................. 213
   9.4.2     Upstream Triggered Spectrum Analysis ............................................................................................ 214
   9.4.3     Upstream Impulse Noise Statistics .................................................................................................... 215
   9.4.4     Upstream Equalizer Coefficients ....................................................................................................... 215
   9.4.5     Upstream FEC Statistics .................................................................................................................... 215
   9.4.6     Upstream Histogram .......................................................................................................................... 216
   9.4.7     Upstream Channel Power .................................................................................................................. 216
   9.4.8     Upstream Receive Modulation Error Ratio (RxMER) Per Subcarrier ............................................. 217

**ANNEX A     QAM CONSTELLATION MAPPINGS (NORMATIVE) .......................................................... 218**

A.1   QAM Constellations ............................................................................................................................... 218
A.2   QAM Constellation Scaling ................................................................................................................... 228

**ANNEX B     RFOG OPERATING MODE (NORMATIVE) .......................................................................... 229**

CHARTER_ENTROPIC00366556

ANNEX C      ADDITIONS AND MODIFICATIONS FOR EUROPEAN SPECIFICATION WITH SC-QAM OPERATION (NORMATIVE) ................................................................................................................230

ANNEX D      ADDITIONS AND MODIFICATIONS FOR CHINESE SPECIFICATION WITH SC-QAM OPERATION (NORMATIVE) ................................................................................................................231

ANNEX E      24-BIT CYCLIC REDUNDANCY CHECK (CRC) CODE (NORMATIVE) ............................232

APPENDIX I      DOWNSTREAM FREQUENCY INTERLEAVER SAMPLE C CODE (INFORMATIVE) 233

APPENDIX II      USE CASES: MAXIMUM NUMBER OF SIMULTANEOUS TRANSMITTERS (INFORMATIVE)235

APPENDIX III      UPSTREAM TIME AND FREQUENCY INTERLEAVER SAMPLE C CODE (INFORMATIVE)236

APPENDIX IV      FEC CODEWORD SELECTION ALGORITHM UPSTREAM TIME AND FREQUENCY INTERLEAVER SAMPLE C CODE (INFORMATIVE) ........................................................237

APPENDIX V      CMTS PROPOSED CONFIGURATION PARAMETERS (INFORMATIVE) .................240

APPENDIX VI      SUGGESTED ALGORITHM TO COMPUTE SIGNAL-TO-NOISE RATIO (SNR) MARGIN FOR CANDIDATE PROFILE (INFORMATIVE) ...............................................................241

APPENDIX VII      ACKNOWLEDGEMENTS (INFORMATIVE) .........................................................242

APPENDIX VIII      REVISION HISTORY (INFORMATIVE) .................................................................243

    VIII.1      Engineering Change for CM-SP-PHYv3.1-I02-140320 ...............................................................243
    VIII.2      Engineering Change for CM-SP-PHYv3.1-I03-140606 ...............................................................243
    VIII.3      Engineering Changes for CM-SP-PHYv3.1-I04-141218 .............................................................243
    VIII.4      Engineering Changes for CM-SP-PHYv3.1-I05-150326 .............................................................244
    VIII.5      Engineering Changes for CM-SP-PHYv3.1-I06-150611 .............................................................244
    VIII.6      Engineering Changes for CM-SP-PHYv3.1-I07-150910 .............................................................244

CHARTER_ENTROPIC00366557

# Figures

Figure 1-1 - The DOCSIS Network ..................................................................................................................................14
Figure 1-2 - Transparent IP Traffic Through the Data-Over-Cable System ....................................................................15
Figure 1-3 - Data-Over-Cable Reference Architecture ....................................................................................................16
Figure 7-1 - OFDMA Frame Structure ............................................................................................................................55
Figure 7-2 - Upstream transmitter block diagram............................................................................................................55
Figure 7-3 - Upstream Transmitter Block Diagram .........................................................................................................56
Figure 7-4 - Upstream Data Randomizer .........................................................................................................................64
Figure 7-5 - Calculating Number of Minislots in Each Block for Upstream Interleaving...............................................65
Figure 7-6 - Illustrating Minislots of a Grant over which Interleaving is Performed ......................................................66
Figure 7-7 - Sample Interleaver Block Diagram ..............................................................................................................67
Figure 7-8 - Interleaving a Grant within an OFDMA Frame...........................................................................................69
Figure 7-9 - Bit-Reversed Counter Implementation ........................................................................................................71
Figure 7-10 - Bitstream to QAM M-Tuple Mapping .......................................................................................................72
Figure 7-11 - REQ Messages Processing .........................................................................................................................73
Figure 7-12 - Inverse Discrete Fourier Transform ...........................................................................................................74
Figure 7-13 - Signal with Micro-Reflection at the Receiver ...........................................................................................75
Figure 7-14 - Cyclic Prefix and Windowing Algorithm ..................................................................................................77
Figure 7-15 - Tapering Window .......................................................................................................................................78
Figure 7-16 - Time References for OFDMA Symbol and Frame ....................................................................................80
Figure 7-17 - Ranging Steps .............................................................................................................................................99
Figure 7-18 - Initial Ranging Zone ...................................................................................................................................99
Figure 7-19 - Initial Ranging Signal ...............................................................................................................................100
Figure 7-20 - Initial Ranging Admission Slot Structure ................................................................................................100
Figure 7-21 - Block Diagram of Initial Ranging Transmitter Processing......................................................................101
Figure 7-22 - LDPC Two-Period Puncturing Encoder for Initial Ranging FEC............................................................102
Figure 7-23 - Initial Ranging Symbol Pair Structure .....................................................................................................103
Figure 7-24 - Initial Ranging with Exclusions and Unused Subcarriers........................................................................104
Figure 7-25 - Initial Ranging Preamble and an Exclusion Band ...................................................................................104
Figure 7-26 - Fine Ranging Signal .................................................................................................................................105
Figure 7-27 - Fine Ranging Signal Transmission ..........................................................................................................106
Figure 7-28 - Fine Ranging Transmitter Processing ......................................................................................................107
Figure 7-29 - Shortening and Puncturing Encoder for the Fine Ranging FEC ..............................................................108
Figure 7-30 - Fine Ranging and Exclusion Bands .........................................................................................................109
Figure 7-31 - Fine Ranging Preamble and an Exclusion Band......................................................................................109
Figure 7-32 - Polynomial Sequence for Pseudorandom Binary Sequence Generation.................................................111
Figure 7-33 - 4K FFT Example, All Subcarriers Used for Probing, no Skipping .........................................................112
Figure 7-34 - 4K FFT Example, Alternate Subcarriers Used for Probing .....................................................................112
Figure 7-35 - Edge and Body Minislots in a Transmission Burst..................................................................................113
Figure 7-36 - Pilot Patterns 1-4 for Minislots with 8 Subcarriers..................................................................................114
Figure 7-37 - Pilot Patterns 5-7 for Minislots with 8 Subcarriers..................................................................................115
Figure 7-38 - Pilot Patterns 8-11 for Minislots with 16 Subcarriers..............................................................................116
Figure 7-39 - Pilot Patterns 12-14 for Minislots with 16 Subcarriers............................................................................117

CHARTER_ENTROPIC00366558

Figure 7-40 - Pilot Pattern for Subslots with 8 Subcarriers ...................................................................................... 118
Figure 7-41 - Pilot Pattern for Subslots with 16 Subcarriers .................................................................................... 118
Figure 7-42 - Downstream PHY Processing ............................................................................................................ 122
Figure 7-43 - Codeword Shortening Process ........................................................................................................... 128
Figure 7-44 - Padding Process ................................................................................................................................. 129
Figure 7-45 - Bit De-interleaver Block for a Shortened Codeword .......................................................................... 132
Figure 7-46 - FEC Decoding Process ....................................................................................................................... 133
Figure 7-47 - Bits to QAM Constellation Mapping ................................................................................................. 134
Figure 7-48 - Bit-to-Cell Word Demultiplexer ........................................................................................................ 135
Figure 7-49 - Linear Feedback Shift Register for Randomization Sequence ........................................................... 138
Figure 7-50 - Bit Loading, Symbol Mapping, and Interleaving ............................................................................... 141
Figure 7-51 - NCP Insertion ..................................................................................................................................... 143
Figure 7-52 - Time Interleaver Structure ................................................................................................................. 144
Figure 7-53 - Two-Dimensional Block Structure .................................................................................................... 146
Figure 7-54 - Linear Feedback Shift Register .......................................................................................................... 146
Figure 7-55 - Frequency Interleaver Rotation Definition ........................................................................................ 147
Figure 7-56 - Inverse Discrete Fourier Transform ................................................................................................... 149
Figure 7-57 - Structure of the PLC .......................................................................................................................... 164
Figure 7-58 - Examples of PLC placement .............................................................................................................. 165
Figure 7-59 - Physical Layer Operations for Forming the PLC Subcarriers ........................................................... 166
Figure 7-60 - Mapping Bytes into a Bitstream for FEC Encoding ........................................................................... 168
Figure 7-61 - Puncturing Encoder for the PLC FEC ................................................................................................ 169
Figure 7-62 - Mapping Encoded Bitstream into a Stream of Nibbles ...................................................................... 169
Figure 7-63 - Block Interleaving of PLC Subcarriers for 4K FFT ........................................................................... 170
Figure 7-64 - Block Interleaving of PLC Subcarriers for 8K FFT ........................................................................... 171
Figure 7-65 - Linear Feedback Shift Register for PLC Randomization ................................................................... 172
Figure 7-66 - Time - Frequency Plane Representation of PLC Timestamp Synchronization ................................. 173
Figure 7-67 - Time Domain Representation of PLC Timestamp Synchronization .................................................. 174
Figure 7-68 - Mapping NCP Bytes into a Bitstream for FEC Encoding .................................................................. 175
Figure 7-69 - Mapping FEC Encoded NCP Bytes into a Bitstream ......................................................................... 175
Figure 7-70 - Polynomial Sequence for CRC-24-D Encoding ................................................................................. 176
Figure 7-71 - Mapping NCP Data into the CRC-24-D Encoder ............................................................................... 176
Figure 7-72 - Mapping FEC Encoded CRC-NCP Bytes into a Bitstream ............................................................... 177
Figure 7-73 - Shortening and Puncturing Encoder for the NCP FEC ...................................................................... 178
Figure 7-74 - 64-QAM Constellation Mapping of $\{y_i, 0y_i, 1y_i, 2y_i, 3y_i, 4y_i, 5\}$ .................................................... 179
Figure 7-75 - 16QAM Constellation Mapping of $\{y_i, 0\ y_i, 1\ y_i, 2\ y_i, 3\}$ ................................................................ 180
Figure 7-76 - QPSK Constellation Mapping of $\{y_i, 0y_i, 1\}$ ................................................................................... 180
Figure 7-77 - 4K FFT Downstream Pilot Pattern ..................................................................................................... 182
Figure 7-78 - A Downstream Scattered Pilot Pattern for 8K FFT (for Explanation Purposes Only) ....................... 184
Figure 7-79 - 8K FFT Downstream Scattered Pilot Pattern ..................................................................................... 186
Figure 7-80 - Placement of Predefined Continuous Pilots around the PLC ............................................................. 188
Figure 7-81 - 13-Bit Linear Feedback Shift Register for the Pilot Modulation Pseudo-Random Sequence ............ 190
Figure 8-1 - Minislot Data Bit Ordering .................................................................................................................. 195
Figure 8-2 - Subslot Structure .................................................................................................................................. 195

CHARTER_ENTROPIC00366559

Figure 8-3 - Data Mapping for a 4x8 Subslot ..................................................................................................................196
Figure 8-4 - Data Mapping for a 2x16 Subslot ................................................................................................................196
Figure 8-5 - Downstream Convergence Layer Block Diagram .......................................................................................197
Figure 8-6 - DOCSIS Frame to Codeword Mapping .......................................................................................................198
Figure 8-7 - Data and NCP Prior to Interleaving .............................................................................................................200
Figure 8-8 - NCP Data Message Block ...........................................................................................................................200
Figure 8-9 - NCP Profile Update Bit Setting Immediately Preceding an NCP Bit Loading Profile Change ............202
Figure 8-10 - NCP CRC Message Block ........................................................................................................................203
Figure 8-11 - NCP Message Blocks Field with FEC .....................................................................................................203
Figure 8-12 - NCP Examples ..........................................................................................................................................205
Figure 9-1 - Test points in CM and CMTS Supporting Proactive Network Maintenance ........................................207
Figure 9-2 - Computation of Received Modulation Error Ratio (RxMER) for a given subcarrier ...........................210
Figure A–1 - BPSK Constellation Mapping of $\{y0\}$ ..................................................................................................218
Figure A–2 - QPSK Constellation Mapping of $\{y0 y1\}$ ............................................................................................218
Figure A–3 - 8-QAM Constellation Mapping of $\{y0\ y1\ y2\}$ ....................................................................................219
Figure A–4 - 16-QAM Constellation Mapping of $\{y0\ y1\ y2\ y3\}$ ............................................................................219
Figure A–5 - 32-QAM Constellation Mapping of $\{y0 y1 y2 y3 y4\}$ ..........................................................................219
Figure A–6 - 64-QAM Constellation Mapping of $\{y0 y1 y2 y3 y4 y5\}$ .....................................................................220
Figure A–7 - 128-QAM Constellation mapping of $\{y0 y1 y2 y3 y4 y5 y6\}$ ...............................................................220
Figure A–8 - Mapping of Bits $\{y0\ y1\}$ of $\{y0\ y1, \dots, ym-1\}$ for Constellation with only one Quadrant Defined
   ........................................................................................................................................................................................221
Figure A–9 - Reflective Mapping of bits $\{y2\ y3, \dots, ym-1\}$ for All Constellations (except BPSK) ....................221
Figure A–10 - 256-QAM Constellation Mapping of $\{y2 y3 y4 y5 y6 y7\}$ on to Quadrant 1 .....................................222
Figure A–11 - 512-QAM Constellation Mapping of $\{y2 y3 y4 y5 y6 y7 y8\}$ on to Quadrant 1 .................................222
Figure A–12 - 1024-QAM Constellation Mapping of $\{y2 y3 y4 y5 y6 y7 y8 y9\}$ on to Quadrant 1 ..........................223
Figure A–13 - 2048-QAM Constellation Mapping of $\{y2 y3 y4 y5 y6 y7 y8 y9 y10\}$ on to Quadrant 1 ..................224
Figure A–14 - 4096-QAM Constellation Mapping of $\{y2 y3 y4 y5 y6 y7 y8 y9 y10 y11\}$ on to Quadrant 1 ...........225
Figure A–15 - 8192-QAM Constellation Mapping of $\{y2 y3 y4 y5 y6 y7 y8 y9 y10 y11 y12\}$ on to Quadrant 1 ....226
Figure A–16 - 16384-QAM Constellation Mapping of $\{y2 y3 y4 y5 y6 y7 y8 y9 y10 y11 y12 y13\}$ on to Quadrant 1
   ........................................................................................................................................................................................227

# Tables

Table 1–1 - DOCSIS 3.1 Series of Specifications ............................................................................................................16
Table 1–2 - DOCSIS 3.1 Related Specifications .............................................................................................................17
Table 5–1 - Typical Downstream RF Channel Transmission Characteristics ..............................................................41
Table 5–2 - Typical Upstream RF Channel Transmission Characteristics ...................................................................42
Table 6–1 - CM Transmitter Output Signal Characteristics for SC-QAM channels ...................................................46
Table 7–1 - Downstream OFDM parameters ..................................................................................................................52
Table 7–2 - Upstream OFDMA Parameters ....................................................................................................................53
Table 7–3 - Upstream Codeword Parameters .................................................................................................................58
Table 7–4 - Upstream Cyclic Prefix (CP) Values ...........................................................................................................75
Table 7–5 - Upstream Roll-Off Period (RP) Values .......................................................................................................76
Table 7–6 - Spurious Emissions .......................................................................................................................................89

CHARTER_ENTROPIC00366560

Table 7–7 - Spurious Emissions Requirements in the Upstream Frequency Range for Grants of Under-grant Hold Bandwidth and Larger[1] ..................................................................................................................91
Table 7–8 - Adjacent Channel Spurious Emissions Requirements Relative to the Per Channel Transmitted Burst Power Level for Each Channel ..................................................................................................93
Table 7–9 - Upstream MER Requirements (with Pre-Equalization) ................................................................95
Table 7–10 - Upstream MER Requirements (no Pre-Equalization) ................................................................95
Table 7–11 - CM Transmitter Output Signal Characteristics ..........................................................................95
Table 7–12 - Upstream Channel Demodulator Input Power Characteristics ...................................................97
Table 7–13 - CMTS Minimum CNR Performance in AWGN Channel .........................................................98
Table 7–14 - (160,80) LDPC code Parity Check Matrix ...............................................................................101
Table 7–15 - Cyclic Prefix and Roll–Off Samples for Initial Ranging ..........................................................103
Table 7–16 - (480, 288) LDPC Code Parity Check Matrix ...........................................................................107
Table 7–17 - Mixed Modulation with 1.5 dB SNR Granularity ....................................................................126
Table 7–18 - Coding Parameters (for Short Codewords $N_{ldpc}$ = 16,200 and Code Rate 8/9) ......................127
Table 7–19 - Bit Interleaver Structure ...........................................................................................................130
Table 7–20 - Column Twisting Parameter $t_c$ (columns 0 - 11) ....................................................................130
Table 7–21 - Column Twisting Parameter $t_c$ (columns 12-23) ....................................................................131
Table 7–22 - Column Twisting Parameter $t_c$ (columns 0-11) ......................................................................131
Table 7–23 - Column Twisting Parameter $t_c$ (columns 12-23) ....................................................................131
Table 7–24 - Column Twisting Parameter $t_c$ (columns 0 - 11) ....................................................................132
Table 7–25 - Column Twisting Parameter $t_c$ (columns 12 - 23) ..................................................................132
Table 7–26 - Parameters for Bit-Mapping onto Constellations .....................................................................134
Table 7–27 - Number of Sub-Streams in Demultiplexer ...............................................................................135
Table 7–28 - Parameters for Demultiplexing of Bits to Sub-Streams for 8/9 Code Rate with 128-QAM ....136
Table 7–29 - Parameters for Demultiplexing of Bits to Sub-Streams for 8/9 Code Rate with 512-QAM ....136
Table 7–30 - Parameters for Demultiplexing of Bits to Sub-Streams for 8/9 Code Rate with 2048-QAM ..136
Table 7–31 - Parameters for Demultiplexing of Bits to Sub-Streams for 8/9 Code Rate with 8192-QAM ..136
Table 7–32 - Parameters for Demultiplexing of Bits to Sub-Streams for 8/9 Code Rate with 16384-QAM 136
Table 7–33 - Subcarrier Spacing ....................................................................................................................149
Table 7–34 - Downstream Cyclic Prefix (CP) Values ...................................................................................150
Table 7–35 - Downstream Roll-off Period (RP) Values ................................................................................151
Table 7–36 - RF Output Electrical Requirements ..........................................................................................152
Table 7–37 - CMTS Output Power .................................................................................................................154
Table 7–38 - CMTS Output Out-of-Band Noise and Spurious Emissions Requirements .............................158
Table 7–39 - CMTS OFDM Channel Characteristic .....................................................................................159
Table 7–40 - Electrical Input to CM ...............................................................................................................161
Table 7–41 - CM Minimum CNR Performance in AWGN Channel .............................................................163
Table 7–42 - PLC components .......................................................................................................................163
Table 7–43 - PLC preamble for 4K FFT ........................................................................................................166
Table 7–44 - PLC preamble for 8K FFT ........................................................................................................166
Table 7–45 - Subcarrier Distances for Placement of Predefined Pilots .........................................................188
Table 8–1 - Minislot Parameters ....................................................................................................................193
Table 8–2 - Data Codeword Definition ..........................................................................................................198
Table 8–3 - NCP Parameters ..........................................................................................................................201
Table A–1 - QAM Constellation Scaling Factors ..........................................................................................228

CHARTER_ENTROPIC00366561

Table V–1 - CMTS Proposed Configuration Parameters ........................................................................................240

CHARTER_ENTROPIC00366562

# 1 SCOPE

## 1.1 Introduction and Purpose[1]

This specification is part of the DOCSIS® family of specifications developed by Cable Television Laboratories (CableLabs). In particular, this specification is part of a series of specifications that defines the fifth generation of high-speed data-over-cable systems, commonly referred to as the DOCSIS 3.1 specifications. This specification was developed for the benefit of the cable industry, and includes contributions by operators and vendors from North and South America, Europe and Asia.

This generation of the DOCSIS specifications builds upon the previous generations of DOCSIS specifications (commonly referred to as the DOCSIS 3.0 and earlier specifications), leveraging the existing Media Access Control (MAC) and Physical (PHY) layers, but with the addition of a new PHY layer designed to improve spectral efficiency and provide better scaling for larger bandwidths (and appropriate updates to the MAC and management layers to support the new PHY layer). It includes backward compatibility for the existing PHY layers in order to enable a seamless migration to the new technology.

There are differences in the cable spectrum planning practices adopted for different networks in the world. For the new PHY layer defined in this specification, there is flexibility to deploy the technology in any spectrum plan; therefore, no special accommodation for different regions of the world is required for this new PHY layer.

However, due to the inclusion of the DOCSIS 3.0 PHY layers for backward compatibility purposes, there is still a need for different region-specific physical layer technologies. Therefore, three options for physical layer technologies are included in this specification, which have equal priority and are not required to be interoperable. One technology option is based on the downstream channel identification plan that is deployed in North America using 6 MHz spacing. The second technology option is based on the corresponding European multi-program television distribution. The third technology option is based on the corresponding Chinese multi-program television distribution. All three options have the same status, notwithstanding that the document structure does not reflect this equal priority. The first of these options is defined in Sections 5 and 6, whereas the second is defined by replacing the content of those sections with the content of Annex C. The third is defined by replacing the content of those sections with the content of Annex D. Correspondingly, [ITU-T J.83-B] and [CEA-542] apply only to the first option, and [EN 300 429] apply to the second and third. Compliance with this document requires compliance with one of these implementations, but not with all three. It is not required that equipment built to one option shall interoperate with equipment built to the other.

Compliance with frequency planning and EMC requirements is not covered by this specification and remains the operators' responsibility. In this respect, [FCC15] and [FCC76] are relevant to the USA; [CAN/CSA CISPR 22-10] and [ICES 003 Class A] to Canada; [EG 201 212], [EN 50083-1], [EN 50083-2], [EN 50083-7], [EN 61000-6-1], and [EN 61000-6-3] are relevant to the European Union; [GB 8898-2011] and [GB/T 11318.1-1996] are relevant to China.

## 1.2 Background

### 1.2.1 Broadband Access Network

A coaxial-based broadband access network is assumed. This may take the form of either an all-coax or hybrid-fiber/coax (HFC) network. The generic term "cable network" is used here to cover all cases.

A cable network uses a tree-and-branch architecture with analog transmission. The key functional characteristics assumed in this document are the following:

- Two-way transmission.
- A maximum optical/electrical spacing between the CMTS and the most distant CM of 50 miles (80 km) in each direction, although typical maximum separation may be 15 miles (24 km).

---

[1] Revised per PHYv3.1-N-14.1202-3 on 12/11/14 by JB.

CHARTER_ENTROPIC00366563

- A maximum differential optical/electrical spacing between the closest and most distant modems of 50 miles (80 km) in each direction, although this would typically be limited to 15 miles (24 km).

At a propagation velocity in fiber of approximately 1.5 ns/ft. (5 ns/m), 50 miles (80 km) of fiber in each direction results in a round-trip delay of approximately 0.8 ms. This is the maximum propagation delay assumed by this specification.

### 1.2.2  Network and System Architecture

#### 1.2.2.1  The DOCSIS Network

The elements that participate in the provisioning of DOCSIS services are shown in the following figure:



*Figure 1-1 - The DOCSIS Network*

The CM connects to the operator's HFC network and to a home network, bridging packets between them. Many CPEs can connect to the CMs' LAN interfaces. CPE can be embedded with the CM in a single device, or they can be separated into standalone devices, as shown in Figure 1–1. CPE may use IPv4, IPv6 or both forms of IP addressing. Examples of typical CPE are gateways, home routers, set-top devices, personal computers, etc.

The CMTS connects the operator's back office and core network to the HFC network. The CMTS's main function is to forward packets between these two domains, and between upstream and downstream channels on the HFC network.

Various applications are used to provide back office configuration and other support to the devices on the DOCSIS network. These applications use IPv4 and/or IPv6 as appropriate to the particular operator's deployment. The following applications include:

**Provisioning Systems:**

- The DHCP servers provide the CM with initial configuration information, including the device IP address(es), when the CM boots.
- The Config File server is used to download configuration files to CMs when they boot. Configuration files are in binary format and permit the configuration of the CM's parameters.
- The Software Download server is used to download software upgrades to the CM.
- The Time Protocol server provides Time Protocol clients, typically CMs, with the current time of day.

CHARTER_ENTROPIC00366564

- Certificate Revocation server provides certificate status.

**Network Management System (NMS):**

- The SNMP Manager allows the operator to configure and monitor SNMP Agents, typically the CM and the CMTS.
- The Syslog server collects messages pertaining to the operation of devices.
- The IPDR Collector server allows the operator to collect bulk statistics in an efficient manner.

### 1.2.3  Service Goals

As cable operators have widely deployed high-speed data services on cable television systems, the demand for bandwidth has increased. To this end, CableLabs' member companies have decided to add new features to the DOCSIS specification for the purpose of increasing capacity, increasing peak speeds, improving scalability, enhancing network maintenance practices and deploying new service offerings.

The DOCSIS system allows transparent bi-directional transfer of Internet Protocol (IP) traffic, between the cable system headend and customer locations, over an all-coaxial or HFC cable network. This is shown in simplified form in Figure 1-2.



*Figure 1-2 - Transparent IP Traffic Through the Data-Over-Cable System*

### 1.2.4  Statement of Compatibility

This specification defines the DOCSIS 3.1 interface. Prior generations of DOCSIS were commonly referred to as the DOCSIS 1.0, 1.1, 2.0, and 3.0 interfaces. DOCSIS 3.1 is backward-compatible with equipment built to the previous specifications with the exception of DOCSIS 1.0 CMs. DOCSIS 3.1-compliant CMs interoperate seamlessly with DOCSIS 3.0, 2.0, 1.1, and 1.0 CMTSs. DOCSIS 3.1-compliant CMTSs seamlessly support DOCSIS 3.0, DOCSIS 2.0, and DOCSIS 1.1 CMs.

CHARTER_ENTROPIC00366565

*7.4.15.2.6 Allowed Values and Ranges for Configuration Parameters for Fine Ranging[38]*

The CMTS MUST configure the fine ranging signal with the following limitations:The maximum number of subcarriers for the fine ranging signal ($N_{fr}$) is 256 subcarriers with 50 kHz subcarrier spacing not including the subcarriers in the guardband.

- The maximum number of subcarriers for the fine ranging signal ($N_{fr}$) is 512 subcarriers with 25 kHz subcarrier spacing not including the subcarriers in the guardband.
- The maximum preamble sequence size is 512 bits (64 Bytes) with both 50 kHz and 25 kHz subcarrier spacing.
- The number of preamble symbols (before duplication) is 1.

*7.4.15.2.7 Power and Time Adjustments*

Algorithms for power and time adjustments (such as number of fine ranging trials, frequency allocations, etc.) are vendor-specific implementation.

### 7.4.15.3 Probing

Probing is used during admission and steady state for pre-equalization configuration and periodic transmission power and time-shift ranging.

*7.4.15.3.1 Probing Frame*

A probing frame consists of K contiguous probing symbols (OFDM symbols), where K is the number of symbols in the minislot. The probing frame is aligned with the minislot boundaries in the time domain.

*7.4.15.3.2 Probing Symbol Pilots*

Probing symbol pilots are BPSK subcarriers, generated from the PRBS generation scheme described in Section 7.4.15.3.3.

The CM MUST use the generation scheme detailed in Section 7.4.15.3.3 to generate 2048/4096 subcarriers for 2K/4K FFT.

The CM MUST use the same BPSK modulation for a specific subcarrier in all probing symbols.

The CM MUST transmit zero valued subcarriers in exclusion subcarriers.

Probing symbol pilot *i* is always associated with the *i*-th subcarrier number, where:

   $i = 0, 1, \ldots, 2047$ for 2K FFT

and

   $i = 0, 1, \ldots, 4095$ for 4K FFT

(Subcarriers are numbered in ascending order starting from 0.)

*7.4.15.3.3 PRBS generation scheme*

The polynomial definition for the PRBS scheme is $X^{12} + X^9 + X^8 + X^5 + 1$, where the seed is 3071. The period of the PRBS is $2^{12}-1$ bits, which is sufficient to create one probe symbol without repetitions. The sequence is illustrated in Figure 7-32.

The CM's linear feedback shift register MUST be clocked after every subcarrier starting at subcarrier 0, i.e., subcarrier with k=0 in the IDFT equation of Section 7.4.9.

---

[38] Revised per PHYv3.1-N-14.1210-1 on 12/11/14 by JB.

CHARTER_ENTROPIC00366660





*Figure 7-32 - Polynomial Sequence for Pseudorandom Binary Sequence Generation*

The PRBS sequence for 4K FFT is:
1 1 1 1 1 1 1 1 1 1 0 1 0 1 1 1 … 1 1 1 0 0 1 0 1 0 0 0 1 0 1

The PRBS sequence for 2K FFT is:
1 1 1 1 1 1 1 1 1 1 0 1 0 1 1 1 … 0 0 1 0 0 1 1 0 0 0 0 0 1 1

The PRBS sequence is mapped to the BPSK pilots as follows:

    0 is mapped to a BPSK pilot of 1

    1 is mapped to a BPSK pilot of -1

### 7.4.15.3.4 Probing Information

The CMTS MUST allocate a specific probing symbol within the probing frame and instruct the CM to transmit the probing sequence in that symbol.

The CMTS MUST specify the probing symbol within the probing frame through the parameter "Symbol in Frame".

The CMTS MUST send three parameters to the CM: "st", "Start Subcarrier", and "Subcarrier Skipping".

The CM MUST support staggering pattern [DOCSIS MULPIv3.1] for probing, when the staggering bit "st" is set to one, when "st" is set to zero, the staggering is off.

The CMTS MUST define a probing pattern consisting of either the pilots from all the subcarriers of the assigned probing symbol, or a set of pilots from scattered subcarriers of the assigned probing symbol. Please refer to section 6.4.4 in [DOCSIS MULPIv3.1] for detailed probe mapping.

The range of "start subcarrier" is from 0 to 7. The range of "subcarrier skipping" is from 0 to 7. Figure 7-33 and Figure 7-34 illustrate the use of these parameters.

The CM MUST use the *start subcarrier* and *subcarrier skipping* parameters to determine which subcarriers are to be used for probing transmission, as follows:

- The "start subcarrier" parameter is the starting subcarrier number.

- The "subcarrier skipping" parameter is the number of subcarriers to be skipped between successive pilots. "Subcarrier skipping" = 0 implies no skipping of subcarriers (i.e., all subcarriers in a single symbol belong to a single transmitter).

The CM MUST NOT transmit the probing sequence using excluded subcarriers. Excluded subcarriers are those subcarriers in which no CM is allowed to transmit, generally because they are frequencies used by other systems (including guard-band subcarriers). The CM MUST transmit the probing sequence using both used and unused subcarriers.

CHARTER_ENTROPIC00366661



Figure 7-33 - *4K FFT Example, All Subcarriers Used for Probing, no Skipping*



Figure 7-34 - *4K FFT Example, Alternate Subcarriers Used for Probing*

The CMTS MUST NOT configure more than a single type of probe ("st", "Start Subcarrier", "Subcarrier Skipping" and PW value) on the same OFDMA frame per CM.

The CMTS MUST have the ability to scale the transmission power per subcarrier by configuring the PW bit in the P-IE [DOCSIS MULPIv3.1].

The CM MUST scale its transmission power per subcarrier when transmitting the probe as required by the CMTS in the P-IE [DOCSIS MULPIv3.1]. The range of the scaling values is Probedelta_n = -2 to -9 dB. See Section 7.4.12.3.

CHARTER_ENTROPIC00366662