IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO.  2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant*. | § § | |

**ORDER**

Before the Court is Entropic's Unopposed Motion for Leave to Take Third-Party Deposition of Vantiva USA LLC (the "Motion") filed by Plaintiff Entropic Communications, LLC ("Entropic"). (Dkt. No. 159.) In the Motion, Entropic requests leave to take the deposition of third party Vantiva USA LLC ("Vantiva") on September 6, 2023, which is after the July 21, 2023 deadline to complete fact discovery. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 1, 5.)

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. It is hereby **ORDERED** that Entropic be given leave to take the deposition of third party Vantiva out of time.

**So ORDERED and SIGNED this 1st day of September, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE