UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  *Plaintiff*,<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  *Defendant*. | Case No. 2:22-cv-00125-JRG |

## JOINT NOTICE REGARDING MEDIATION

Plaintiff Entropic Communication, LLC ("Entropic") and Defendant Charter Communications, Inc. ("Charter") file this Joint Notice Regarding Mediation. Pursuant to the Docket Control Order, the parties have conferred and agree that this case should be referred for mediation. The parties have also agreed on the following mediator for the Court's consideration:

> Gary McGowan
> McGowan Arbitration and Dispute Resolution
> 4305 Yoakum Boulevard
> Houston, Texas 77006
> 713-552-1855 T
> 713-552-1859 F
> gary@mcgowan-adr.com

The parties also acknowledge that this notice is being submitted more than fourteen days after the Court's claim construction order issued June 26, 2023. The parties regret having overlooked the deadline and, therefore, submit this notice now to comply with the order at their earliest opportunity upon recognizing the mistake.

Dated: September 7, 2023                                      Respectfully submitted,

                                                                 */s/ Wesley Hill*
James Shimota - LEAD ATTORNEY
Jason Engel
George Summerfield
Katherine Allor
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com
Katy.allor@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

*/s/ Deron Dacus*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Elizabeth Long
Jacob Bass
ARNOLD & PORTER KAY SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
Daniel.reisner@arnoldporter.com
David.benyacar@arnoldporter.com
Elizabeth.long@arnoldporter.com
Albert.boardman@arnoldporter.com
Melissa.brown@arnoldporter.com
Elizabeth.long@arnoldporter.com
Jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
Paul I. Margulies
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Marc.cohn@arnoldporter.com
Amy.dewitt@arnoldporter.com
Paul.margulies@arnoldporter.com

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on September 7, 2023.

/s/ Wesley Hill