# EXHIBIT B

Page 1

1              IN THE UNITED STATES DISTRICT COURT
2                   EASTERN DISTRICT OF TEXAS
3                       MARSHALL DIVISION
4
5    ENTROPIC COMMUNICATIONS, LLC,        )
            Plaintiff,                     )
6                                          )   Case No.:
        vs.                                )   2:22-cv-00125-JRG
7                                          )
     CHARTER COMMUNICATIONS, INC.,         )
8         Defendants.                      )
     _____)
9
10
11
12
13         VIDEO-RECORDED REMOTE DEPOSITION OF
14              STEVEN GOLDBERG, Ph.D.EE
15               Cupertino, California
16         Tuesday, August 22, 2023; 7:58 a.m.
17
18
19         TAKEN IN BEHALF OF THE PLAINTIFFS
20
21
22   REPORTED BY:
23   Victoria A. Guerrero, CSR, RDR, RMR, CRR
24   Job No. 6060655
25   Pages 1 through 263

Page 2

1                IN THE UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF TEXAS

3                        MARSHALL DIVISION

4

5    ENTROPIC COMMUNICATIONS, LLC,        )

          Plaintiff,                      )

6                                         )   Case No.:

      vs.                                 )   2:22-cv-00125-JRG

7                                         )

     CHARTER COMMUNICATIONS, INC.,        )

8         Defendants.                     )

     _____  )

9

10

11

12

13

14

15        BE IT REMEMBERED that, pursuant to Federal

16   Rules of Civil Procedure, the deposition of STEVEN

17   GOLDBERG, Ph.D.EE was taken before Victoria A.

18   Guerrero, California Certified Shorthand Reporter,

19   Registered Diplomate Reporter, Registered Merit

20   Reporter, and Certified Realtime Reporter, on

21   Tuesday, August 22, 2023, commencing at the hour of

22   7:58 a.m., the witness responding to questions by

23   videoconference from Cupertino, California; the

24   questions being propounded and proceedings reported

25   remotely via videoconference.

Page 3

```
 1   R E M O T E   A P P E A R A N C E S:
 2   FOR THE PLAINTIFF:
 3            K & L GATES LLP
             JAMES SHIMOTA
 4            SAMUEL P. RICHEY
             70 West Madison Street, Suite 3300
 5            Chicago, Illinois  60602
             312.372.1121
 6            james.shimota@klgates.com
             samuel.richey@klgates.com
 7
 8   FOR THE DEFENDANT:
 9            ARNOLD & PORTER
             DAVID BENYACAR
10            250 West 55th Street
             New York, New York  10019
11            david.benyacar@arnoldporter.com
12
13
14   ALSO PRESENT:
15            Sean Grant, Videographer
16
17
18
19
20
21
22
23
24
25
```

```
                                            Page 4
 1                 INDEX TO EXAMINATION

 2          WITNESS:  STEVEN GOLDBERG, Ph.D.EE

 3

 4   EXAMINATION:                        PAGE    LINE

     By Mr. Shimota                        9       1

 5

     By Mr. Benyacar                     244      10

 6

     By Mr. Shimota                      256       7

 7

 8

 9                        *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 5

```
 1                    INDEX TO EXHIBITS
 2                 STEVEN GOLDBERG, Ph.D.EE
 3     Entropic Communications vs. Charter Communications
 4                  Tuesday, August 22, 2023
 5         Victoria A. Guerrero, CSR, RPR, RMR, CRR
 6
       MARKED                DESCRIPTION              PAGE   LINE
 7
       Exhibit 1         CV of Steven H. Goldberg      26     2
 8                       (No Bates)
 9     Exhibit 2         Opening Expert Report of      48     20
                         Steven H. Goldberg Regarding
10                       Invalidity of US Patent Nos.
                         '775, '690, '008, '826, and
11                       '682 (No Bates)
12     Exhibit 3         DOCSIS 2.0 PHY;               59     5
                         CHARTER_ENTROPIC00380721
13                       through 381260
14     Exhibit 4         US Patent No. 8,284,690       56     10
                         (No Bates)
15
       Exhibit 5         US Patent Application         93     15
16                       Publication 2004/01600945 A1
                         (No Bates)
17
       Exhibit 6         US Patent No. 8,223,775       93     25
18                       (No Bates)
19     Exhibit 7         US Patent Application         94     4
                         Publication No. US
20                       2001/0039600 A1 (Brooks)
                         (No Bates)
21
       Exhibit 8         US Patent No. 8,792,008      160     8
22                       (No Bates)
23     Exhibit 9         US Patent No. 9,825,826      162     12
                         (No Bates)
24
25            (EXHIBITS CONTINUE NEXT PAGE.)
```

Page 6

1                     INDEX TO EXHIBITS (cont'd)
2                      STEVEN GOLDBERG, Ph.D.EE
3          Entropic Communications vs. Charter Communications
4                        Tuesday, August 22, 2023
5              Victoria A. Guerrero, CSR, RPR, RMR, CRR
6

| MARKED | DESCRIPTION | PAGE | LINE |
|--------|-------------|------|------|
| Exhibit 10 | US Patent Application Publication No. US 2007/0286311 A1 (Coyne); CHARTER_ENTROPIC00033947 through 33957 | 151 | 7 |
| Exhibit 11 | US Patent No. 5,874,992 (Caporizzo) (No Bates) | 162 | 14 |
| Exhibit 12 | US Patent No. 7,528,888 (Narita) (No Bates) | 162 | 16 |
| Exhibit 13 | US Patent No. 9,210,362 (No Bates) | 180 | 17 |
| Exhibit 14 | US Patent No. 6,704,372 (Zhang) (No Bates) | 180 | 19 |
| Exhibit 15 | US Patent Application Publication No. US 2007/0098089 A1 (Li) (No Bates) | 180 | 21 |
| Exhibit 16 | US Patent No. 10,135,682 (No Bates) | 224 | 22 |
| Exhibit 17 | US Patent Application Publication No. 2013/0041990 A1 (Thibeault) (No Bates) | 225 | 1 |
| Exhibit 18 | US Patent Application Publication No. US 202/0269242 A1 (Prodan) (No Bates) | 225 | 4 |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25                         * * *

|  |  |  |
|---|---|---|
| 1 | Tuesday, August 22, 2023; 7:58 a.m. | |
| 2 | Cupertino, California | |
| 3 | ooOoo | |
| 4 | THE VIDEOGRAPHER:  Good morning.  We're | 07:58:32 |
| 5 | going on the record.  The time is 7:58 a.m. and | 07:58:33 |
| 6 | the date is August 22nd, 2023.  Please note | 07:58:37 |
| 7 | that this deposition is being conducted | 07:58:42 |
| 8 | virtually.  Quality of recording depends on the | 07:58:44 |
| 9 | quality of camera and internet connection of | 07:58:47 |
| 10 | participants.  What is seen from the witness | 07:58:49 |
| 11 | and heard is what will be recorded.  Audio and | 07:58:51 |
| 12 | video recording will continue to take place | 07:58:55 |
| 13 | unless all parties agree to go off. | 07:58:57 |
| 14 | This is Media Unit 1 of the video-recorded | 07:58:59 |
| 15 | deposition of Dr. Steven Goldberg taken by | 07:59:02 |
| 16 | counsel for the plaintiff in the matter of | 07:59:04 |
| 17 | Entropic Communications, LLC., vs Charter | 07:59:07 |
| 18 | Communications, Inc., filed in the United | 07:59:07 |
| 19 | States District Court for the Eastern District | 07:59:11 |
| 20 | of Texas, Marshall Division, Case No. | 07:59:13 |
| 21 | 2:22-cv-00125 and is being conducted remotely | 07:59:17 |
| 22 | using virtual technology. | 07:59:27 |
| 23 | My name is Sean Grant, videographer, of | 07:59:30 |
| 24 | Veritext.  The court reporter is Victoria | 07:59:31 |
| 25 | Guerrero also of Veritext.  I'm not related to | 07:59:33 |

Page 8

| | | |
|---|---|---|
| 1 | any party, nor am I financially interested in | 07:59:35 |
| 2 | the outcome. | 07:59:37 |
| 3 | If there are any objections to proceeding, | 07:59:38 |
| 4 | please state them at the time of your | 07:59:39 |
| 5 | appearance.  Counsel and all present, including | 07:59:42 |
| 6 | remotely, will now state their appearances and | 07:59:43 |
| 7 | affiliations for the record beginning with the | 07:59:46 |
| 8 | noticing attorney. | 07:59:48 |
| 9 | MR. SHIMOTA:  James Shimota of the law | 07:59:52 |
| 10 | firm K & L Gates appearing on behalf of | 07:59:54 |
| 11 | Entropic Communications LLC, joined as well by | 07:59:57 |
| 12 | my colleague Pat Richey also from the law firm | 07:59:59 |
| 13 | K & L Gates. | 08:00:04 |
| 14 | MR. BENYACAR:  David Benyacar of the | 08:00:05 |
| 15 | Arnold & Porter firm for the Charter | 08:00:08 |
| 16 | defendants. | 08:00:10 |
| 17 | THE VIDEOGRAPHER:  Thank you.  Will the | 08:00:11 |
| 18 | certified court reporter please swear in the | 08:00:12 |
| 19 | witness. | 08:00:13 |
| 20 | ooOoo | 08:00:13 |
| 21 | Whereupon, STEVEN GOLDBERG, Ph.D.EE, having | 08:00:13 |
| 22 | first been sworn by the California | 08:00:13 |
| 23 | Certified Shorthand Reporter, testified | 08:00:13 |
| 24 | under oath as follows: | 08:00:13 |
| 25 | /// | 08:00:13 |

Page 114

1    been talking about.                              11:42:47
2        A    You mean element 26?                    11:42:48
3        Q    Element 26.  Right.  I misspoke.  Right.  11:42:53
4    Right.                                           11:42:55
5            You know, you use figure 26 or figure 1 in  11:42:56
6    your report, right?  That's part of your opinions,  11:43:01
7    correct?                                         11:43:04
8        A    I talk about element 26, right, in my   11:43:05
9    report.                                          11:43:12
10       Q    Yeah.  So I'm just wondering where you   11:43:12
11   would point to the cable modem engine processor, the  11:43:14
12   DOCSIS MAC controller, and the DOCSIS MAC processor.  11:43:19
13   What elements would you -- if you had to explain   11:43:22
14   this to a jury and say where those things are in   11:43:25
15   block -- element 26, block 26, where would you show  11:43:28
16   those things to them or what would you draw circles  11:43:32
17   around?                                          11:43:35
18       A    Yeah.  I talk about that in some detail in  11:43:36
19   my report.  And you asked a much broader question  11:43:38
20   just now.  And so I think it's important to go to my  11:43:43
21   report and address that.  I've already stated that  11:43:48
22   figure 1 -- I think it's figure 1, right?  It is   11:43:55
23   figure 1.  Is a functional description.            11:43:57
24            I went on to say that, a POSITA guided by  11:44:03
25   statements made by Dong would understand that those  11:44:06

Page 115

| | | |
|---|---|---|
| 1 | functional elements are implemented with at least | 11:44:09 |
| 2 | one processor programs with software.  I say that in | 11:44:12 |
| 3 | paragraph 54. | 11:44:18 |
| 4 | Q    Uh-huh. | 11:44:19 |
| 5 | A    And then you asked me again in block 26, I | 11:44:20 |
| 6 | think you just asked about more things in this | 11:44:27 |
| 7 | latest question about the processors.  I spend a lot | 11:44:29 |
| 8 | of time, and I think it might be appropriate now to | 11:44:39 |
| 9 | go to section -- in order to answer your question, | 11:44:42 |
| 10 | so we need to go to the claim construction. | 11:45:04 |
| 11 | Can you go to my paragraph 77 in my section | 11:45:06 |
| 12 | under USC, 35 USC 112.  I talk quite a bit about | 11:45:10 |
| 13 | what the -- the Court's construction.  And the issue | 11:45:25 |
| 14 | as to whether in the cable modem functions | 11:45:35 |
| 15 | whether -- and I'm quoting from my report, | 11:45:41 |
| 16 | paragraph 77. | 11:45:44 |
| 17 | The Court further interpreted the claim | 11:45:45 |
| 18 | phrase, quote, wherein the cable modem functions | 11:45:48 |
| 19 | performed by the cable modem engine are completely | 11:45:51 |
| 20 | partitioned from the home networking functions | 11:45:54 |
| 21 | performed by the data networking engine to mean, | 11:45:56 |
| 22 | wherein, the cable modem and data networking engine | 11:46:01 |
| 23 | are not necessarily physically separate, but are | 11:46:04 |
| 24 | functionally separate, such that the cable modem | 11:46:07 |
| 25 | functions are performed only by the cable modem and | 11:46:11 |

Page 116

1    the home networking functions are performed only by          11:46:13

2    the data networking engine.                                   11:46:17

3         So I want to point out that the Court                    11:46:19

4    basically noted they don't have to be physically             11:46:31

5    separate.  So when you say draw circles around them,         11:46:36

6    it doesn't -- that doesn't -- it's not consistent            11:46:40

7    with what the Court described.                                11:46:44

8         Q    Okay.  So you're talking about -- there            11:46:47

9    you're talking about the home networking engine and          11:46:50

10   the cable networking engine, right?                          11:46:52

11        A    No.  I'm talking here about -- let's go            11:47:03

12   even further.  Here I talk about, in paragraph 79,           11:47:06

13   although the Court ruled that a DOCSIS MAC and                11:47:21

14   DOCSIS controller are well known by those of                 11:47:24

15   ordinary skill-in-the-art, I disagree.                       11:47:27

16        The Court itself stated, quote, the absence             11:47:30

17   of involvement of the DOCSIS controller in this              11:47:33

18   particular operation does not preclude the DOCSIS            11:47:35

19   controller from being involved with other MAC               11:47:37

20   functions.                                                    11:47:39

21        Consistent with the Court's statement, the              11:47:41

22   industry has a general sense of what this term means         11:47:43

23   but provides no clear delineation between the two.           11:47:47

24   And I go on about another topic.                             11:47:50

25        But the punchline is, and the important                 11:47:52

Page 117

| | | |
|---|---|---|
| 1 | opinion here is, is that the Court's construction | 11:47:55 |
| 2 | makes it difficult or impossible to draw circles -- | 11:48:00 |
| 3 | impossible, basically, to draw circles around the | 11:48:04 |
| 4 | MAC processor and the DOCSIS controller that's | 11:48:07 |
| 5 | specified. | 11:48:13 |
| 6 | And I go on to say in paragraph 80, There | 11:48:14 |
| 7 | is not any written description or enablement on how | 11:48:17 |
| 8 | to perform the control limitation, "The DOCSIS mass | 11:48:20 |
| 9 | processor configured to process downstream PDU | 11:48:25 |
| 10 | packets and forward the processed packets directly | 11:48:29 |
| 11 | to the data networking engine without the | 11:48:33 |
| 12 | involvement of the DOCSIS controller." | 11:48:35 |
| 13 | Q    Okay.  Let's just flip back to page 12 of | 11:48:40 |
| 14 | your report there.  You've got the Court's | 11:48:42 |
| 15 | constructs there. | 11:48:44 |
| 16 | A    Okay. | 11:48:50 |
| 17 | Q    You see DOCSIS MAC processor and DOCSIS MAC | 11:48:51 |
| 18 | controller there at the bottom, right? | 11:48:54 |
| 19 | A    Yes. | 11:48:56 |
| 20 | Q    Where is all that stuff about you can't | 11:48:56 |
| 21 | separate the functions of the DOCSIS MAC processor | 11:48:58 |
| 22 | and the DOCSIS MAC controller?  Where is that? | 11:49:01 |
| 23 | Where are you getting that from?  I don't see it. | 11:49:03 |
| 24 | A    No.  The -- | 11:49:10 |
| 25 | MR. BENYACAR:  Objection.  Argumentative. | 11:49:11 |

Veritext Legal Solutions

www.veritext.com                                                                888-391-3376

Page 127

```
 1    that there is no clear distinction between the        12:07:23
 2    DOCSIS MAC functions and the DOCSIS controller        12:07:26
 3    functions; you see that?                              12:07:28
 4        A    Yes.  In reading 66 or 67?                    12:07:44
 5        Q    Yeah, 66.  There's no clear functional        12:07:49
 6    delineation between the two terms?                     12:07:51
 7        A    That's what I -- I said there's no clear      12:07:55
 8    distinction, yes.                                      12:08:00
 9        Q    Right.  And that's not in the Court's         12:08:04
10    construction, it's in the Court's opinion, correct?   12:08:06
11    You're quoting from the Court's opinion, that's       12:08:09
12    claim construction opinion, right?                    12:08:12
13            The absence of involvement of the DOCSIS       12:08:15
14    controller in this particular operation does not     12:08:17
15    preclude the DOCSIS controller from being involved   12:08:21
16    with other MAC functions; do you see that?            12:08:23
17        A    Yes.  And just to answer your question, I'm   12:08:26
18    not an attorney, I know we've established that, and   12:08:28
19    that the Court did construe plain and ordinary        12:08:33
20    meaning.  And what I was trying to do is I'm working  12:08:37
21    with the Court's construction.  I'm just explaining   12:08:39
22    the issue of plain and ordinary meaning.              12:08:42
23        Q    Right.  But you're quoting something there,   12:08:47
24    right?  From the Court, right?  The quote is the      12:08:49
25    absence of involvement of the DOCSIS controller in    12:08:51
```

Page 128

| | | |
|---|---|---|
| 1 | this particular operation does not preclude the | 12:08:53 |
| 2 | DOCSIS controller from being involved with other MAC | 12:08:56 |
| 3 | functions, right?  That's from the Court, isn't it? | 12:08:59 |
| 4 | A    Yes. | 12:09:01 |
| 5 | Q    That's the Court's opinion, right? | 12:09:03 |
| 6 | A    You're asking me a legal question.  I can't | 12:09:06 |
| 7 | answer what it actually -- it came from the Court. | 12:09:09 |
| 8 | Q    Well, your opinions here are intended to be | 12:09:12 |
| 9 | what, you know, to describe the opinions you're | 12:09:15 |
| 10 | going to offer to the jury at trial, correct? | 12:09:16 |
| 11 | Right? | 12:09:19 |
| 12 | A    Yes. | 12:09:20 |
| 13 | Q    And so I take it, then, that you're going | 12:09:22 |
| 14 | to explain to the jury that based on the Court's -- | 12:09:25 |
| 15 | the information provided by the Court, there's no | 12:09:28 |
| 16 | clear delineation between the DOCSIS MAC processor | 12:09:33 |
| 17 | and the DOCSIS MAC controller, right?  That's going | 12:09:36 |
| 18 | to be one of your opinions to the jury? | 12:09:38 |
| 19 | A    My opinion is very close to that stated in | 12:09:40 |
| 20 | at least paragraph 66, yes. | 12:09:45 |
| 21 | Q    Okay.  And that -- and as a consequence of | 12:09:47 |
| 22 | that, you're going to say this is how I analyzed | 12:09:50 |
| 23 | Dong, right? | 12:09:52 |
| 24 | As a consequence of a lack of a clear | 12:09:55 |
| 25 | delineation occasioned by the Court's analysis, this | 12:09:58 |

Page 129

| | | |
|---|---|---|
| 1 | is the way in which I analyzed Dong, the cable modem | 12:10:01 |
| 2 | engine block 26? | 12:10:05 |
| 3 | A    And that's kind of what I said in the first | 12:10:07 |
| 4 | sentence of paragraph 67. | 12:10:10 |
| 5 | Q    Okay.  Just not to put too fine a point on | 12:10:17 |
| 6 | it, you're not going to show up at trial and put | 12:10:19 |
| 7 | figure 1 up on an ELMO for a jury and draw a circle | 12:10:22 |
| 8 | around something and say this is the DOCSIS MAC | 12:10:26 |
| 9 | processor and draw another circle and say there's | 12:10:29 |
| 10 | the DOCSIS MAC controller, right, block 26? | 12:10:31 |
| 11 | MR. BENYACAR:  Objection.  Misstates the | 12:10:34 |
| 12 | testimony. | 12:10:35 |
| 13 | THE WITNESS:  That's not what I said.  I | 12:10:36 |
| 14 | gave an example of how Dong could be | 12:10:42 |
| 15 | partitioned that meets the claim language. | 12:10:45 |
| 16 | Because the claim language also needs to | 12:10:46 |
| 17 | include bypassing, seconding PDU packet -- I'm | 12:10:48 |
| 18 | paraphrasing here.  That bypass the DOCSIS -- | 12:10:52 |
| 19 | that bypass the DOCSIS controller. | 12:10:56 |
| 20 | And so my testimony has been that there -- | 12:11:02 |
| 21 | that Dong does disclose a DOCSIS MAC and DOCSIS | 12:11:07 |
| 22 | control partition such that PDU packets bypass | 12:11:19 |
| 23 | the DOCSIS controller. | 12:11:23 |
| 24 | BY MR. SHIMOTA: | 12:11:24 |
| 25 | Q    So where is the partition?  You said that | 12:11:24 |

Page 157

```
 1      A    I do.                                    14:05:45
 2      Q    And can you tell me where it is in Coyne  14:05:46
 3   there's an explicit disclosure of a plurality of  14:05:49
 4   television channels?                              14:05:51
 5      A    Okay.  Well, first of all, Coyne says it  14:06:04
 6   can be used in any application.                   14:06:13
 7           Second of all, I'll come down, so in 251 I  14:06:15
 8   talk about, Coyne teaches that a device called a  14:06:20
 9   combiner combines incoming radiofrequency signals,  14:06:23
10   which are analog signals, to a wideband or ultra  14:06:27
11   wideband spectral space and outputs them to an    14:06:30
12   analog-to-digital converter.                      14:06:34
13           This converter provides a digital          14:06:36
14   representation of the combined signal to the      14:06:38
15   channelizer which converts, that is demultiplexes,  14:06:42
16   that digital signal into one or more channel       14:06:46
17   outputs.                                           14:06:49
18           Then I go on.  This channelizer outputs to  14:06:50
19   a digital signal spanning an entire television     14:06:53
20   spectrum, quote/unquote.  Per Coyne, if channelizer  14:06:55
21   240 is used to generate multiple channel outputs,  14:07:03
22   each may span a desired portion of the entire      14:07:06
23   frequency -- entire frequency spectrum of interest.  14:07:09
24           Coyne also discloses this channelizer has a  14:07:14
25   filter bank in which each filter possesses a pass  14:07:17
```

Page 158

| | | |
|---|---|---|
| 1 | band spanning some portion of the frequency spectrum | 14:07:20 |
| 2 | of interest.  Coyne instructs that the pass bands of | 14:07:24 |
| 3 | all filters span the complete spectrum of interest. | 14:07:28 |
| 4 | Now, then I go on and say, a POSITA would | 14:07:32 |
| 5 | understand that the complete spectrum of interest, | 14:07:37 |
| 6 | in quotes, includes the entire television spectrum, | 14:07:40 |
| 7 | in quotes, claimed by the '008 patent.  Although, | 14:07:43 |
| 8 | the '008 patent does not define the term, quote, | 14:07:48 |
| 9 | entire television spectrum, it states that the, | 14:07:51 |
| 10 | quote, entire cable downstream occurs at frequencies | 14:07:54 |
| 11 | in a range from approximately 55 megahertz to 102 | 14:07:58 |
| 12 | megahertz. | 14:08:04 |
| 13 | And that for satellite television, the | 14:08:06 |
| 14 | frequency range is 1 gigahertz to 2 gigahertz, '008 | 14:08:09 |
| 15 | 556 to 565.  The '008 patent does not disclose a | 14:08:14 |
| 16 | television spectrum with frequencies outside these | 14:08:18 |
| 17 | ranges. | 14:08:20 |
| 18 | So these frequencies disclosed by Coyne. | 14:08:21 |
| 19 | He teaches that some embodiment -- Coyne teaches | 14:08:25 |
| 20 | that some embodiments of the invention may be | 14:08:29 |
| 21 | wideband.  Which we talked about, e G up to | 14:08:31 |
| 22 | 5-megahertz or ultra wideband up to two gigahertz. | 14:08:37 |
| 23 | Coyne knows these frequencies may be | 14:08:42 |
| 24 | divided up in different ways.  And I talk some more. | 14:08:44 |
| 25 | So in my opinion, a POSITA would readily understand | 14:08:48 |

Page 159

| | | |
|---|---|---|
| 1 | that this range starts at 1 megahertz and ends at | 14:08:52 |
| 2 | 512, even though Coyne does not specifically use | 14:08:55 |
| 3 | this language. | 14:08:59 |
| 4 | A POSITA would readily extrapolate from | 14:09:00 |
| 5 | this example to determine that the particular range | 14:09:02 |
| 6 | as disclosed by Coyne, which is as great as 2 | 14:09:05 |
| 7 | gigahertz, constitute the entire television spectrum | 14:09:09 |
| 8 | claimed by the '008. | 14:09:13 |
| 9 | So a lot of words there, but you can see | 14:09:14 |
| 10 | what I said at the end, that a POSITA would readily | 14:09:16 |
| 11 | extrapolate. | 14:09:19 |
| 12 | Q    Thank you for reading your report to me.  I | 14:09:21 |
| 13 | see at the end you talk about the entire television | 14:09:23 |
| 14 | spectrum.  But my question before you read your | 14:09:26 |
| 15 | report to me was, where does Coyne describe anywhere | 14:09:28 |
| 16 | television channels? | 14:09:33 |
| 17 | Can you point me to that specifically? | 14:09:35 |
| 18 | And you don't need to read your report to | 14:09:37 |
| 19 | me again.  Tell me where it is in Coyne where they | 14:09:39 |
| 20 | talk about television channels. | 14:09:42 |
| 21 | A    He talks about spectrum, he talks about | 14:09:44 |
| 22 | channelizing, and he talks about that it can be used | 14:09:46 |
| 23 | anywhere. | 14:09:49 |
| 24 | Q    You understand TV channels to mean, like, | 14:09:53 |
| 25 | ESPN and HBO and things like that, right?  Context | 14:09:55 |

Page 213

```
 1   do this function, you look at mixers.                16:02:47

 2       Q    Is there anything else you would look at to  16:02:53

 3   do that function that you're aware of?  You say you   16:02:55

 4   haven't done that analysis.                           16:02:55

 5       A    Not that I know of.  Oh, I didn't say I      16:02:56

 6   haven't done that.  I mean, I said I haven't done     16:02:59

 7   the exhaustive search of what you could do.  But I    16:03:01

 8   absolutely, throughout my career, did this.  And you  16:03:04

 9   always look to mixers.  In my -- again, in the        16:03:07

10   commercial and industrial applications related to     16:03:15

11   Zhang and certainly the '362.                         16:03:18

12       Q    Okay.  Well, looking at paragraph 374 of     16:03:23

13   your report, do you see that?  I think that's a       16:03:31

14   summary of your opinions.  Invalidity over Zhang or   16:03:37

15   Zhang in combination with Favrat; do you see that?    16:03:40

16       A    37 what?                                     16:03:46

17       Q    374 of your report on page 111.              16:03:59

18       A    Okay.  I'm there.  That's 374 is the         16:03:59

19   beginning of the section.                             16:04:05

20       Q    Yeah, right.  I think it's just a summary    16:04:06

21   of what you opine, ultimately.                        16:04:08

22       A    Yeah.                                        16:04:17

23       Q    Am I correct you don't offer an opinion in   16:04:17

24   which you combine Zhang with the Li reference in      16:04:19

25   terms of an obviousness combination?                  16:04:23
```

Page 214

```
 1      A    That's correct.  Li was brought in as      16:04:38
 2   support for the use of a mixer.  Just that it's     16:04:40
 3   obvious to a person of ordinary skill in the art.  I  16:04:44
 4   don't think any of my headings in my report -- but   16:04:47
 5   I'll double-check that.  Let me just -- before I     16:04:52
 6   give you, quote/unquote, my final answer.            16:04:55
 7           Well, I state that in my opinion claims 11   16:05:33
 8   and 12 -- in my paragraph 374 -- are invalid --      16:05:36
 9   claims 11 and 12 of the '362 patent are invalid over 16:05:41
10   US Patent No. -- and I'll shorten it -- '372 Zhang   16:05:47
11   alone, or Zhang in combination with US Patent No.    16:05:52
12   '792 Favrat.                                         16:05:54
13           It's also my opinion claims 11 and 12 of    16:06:01
14   the '362 are invalid over US Patent '901, Dauphinee. 16:06:03
15   That's my opinion.                                   16:06:10
16      Q    Right.  So I guess not to be -- put too      16:06:11
17   fine a point on it, but you don't offer an opinion   16:06:15
18   that the claims -- claims 11 and 12 of '362 patent   16:06:18
19   are obvious when combining Zhang with Li, correct?   16:06:23
20      A    I think Li -- Li was used -- and if you'll   16:06:46
21   look at the last sentence in 393, Li was used as     16:06:52
22   support to, quote/unquote, and I quote from my       16:06:56
23   report, confirms my understanding that Zhang's       16:06:58
24   frequency block converter are mixers or mixer        16:07:01
25   modules within the meaning of the '362 patent.       16:07:05
```

Page 215

| | | |
|---|---|---|
| 1 | That's how Li was used. | 16:07:08 |
| 2 | Q    Right.  You're not offering an opinion that | 16:07:16 |
| 3 | one of ordinary skill-in-the-art would combine Zhang | 16:07:18 |
| 4 | and Li to find that the '362 claims 11 and 12 are | 16:07:22 |
| 5 | obvious, right? | 16:07:26 |
| 6 | A    I don't think that's anywhere in my report. | 16:07:27 |
| 7 | I said how I used Li.  Li confirms my understanding. | 16:07:30 |
| 8 | Q    Okay.  Thank you.  If you could look at | 16:07:42 |
| 9 | paragraph 389.  I think we already talked about this | 16:07:44 |
| 10 | a little bit.  And there there's the reference that | 16:07:47 |
| 11 | you talked about, the undesired -- we talked earlier | 16:07:51 |
| 12 | about undesired channels; do you remember that? | 16:07:52 |
| 13 | A    We did. | 16:07:55 |
| 14 | Q    Right.  Can you explain to me in there | 16:07:58 |
| 15 | where it is that Zhang discloses undesired channels | 16:08:01 |
| 16 | explicitly? | 16:08:05 |
| 17 | A    Sure.  In 389 it says selects one or | 16:08:07 |
| 18 | more -- this is the quote from Zhang.  Selects one | 16:08:28 |
| 19 | or more of the RF channels, D1 to DM, from one or | 16:08:34 |
| 20 | more of the digital RF channels, C1 through CN.  So | 16:08:38 |
| 21 | there's a larger grouping and a smaller grouping and | 16:08:47 |
| 22 | there's a selection process. | 16:08:50 |
| 23 | Q    Yeah.  But why does that explicitly mean | 16:08:55 |
| 24 | that they are undesired channels?  How does that | 16:08:57 |
| 25 | follow? | 16:09:01 |

Page 216

```
 1      A     All right.  Give me one second, please.    16:09:01

 2      Q     Sure.                                       16:09:04

 3      A     Well, paragraph 6 of Zhang, lines 18        16:10:46

 4    through 34, you know, give more color.  And there's 16:10:51

 5    even -- it gets pretty specific about -- let's just 16:10:56

 6    say there's 35 separate RF channels, C1 to C35.  I'm 16:10:59

 7    reading from line 29 of column 6.                   16:11:08

 8          For example, in figure 6 there are 35         16:11:11

 9    separate RF channels, C1 to C35.  Of those channels, 16:11:15

10    20 RF channels, D1 to D20, are selected.  Those 20   16:11:19

11    selected RF channels are sent to a set of            16:11:25

12    demodulators for demodulation.                       16:11:29

13          I think a person of ordinary                   16:11:33

14    skill-in-the-art would understand the ones you       16:11:35

15    selected were the desired ones and the other ones    16:11:36

16    were undesired.  You didn't need them.               16:11:40

17      Q    Well, wouldn't it be possible that you       16:11:42

18    wouldn't have enough -- there would be some order    16:11:44

19    where you would have less demodulators than you      16:11:46

20    would have channels?                                 16:11:49

21      A    Let me just go to my report.  All right.  I  16:12:02

22    just need a minute here.  I'm going back to the      16:12:39

23    '362.  In the '362 it almost is a perfect map        16:12:42

24    between Zhang and the '362.                           16:13:13

25          If you look it says, line 29, column 1,        16:13:16
```

Page 217

| | | |
|---|---|---|
| 1 | Because the swath of channels is not contiguous, | 16:13:21 |
| 2 | this swath includes the desired channels as well as | 16:13:24 |
| 3 | the undesired channels.  The demodulator employs a | 16:13:29 |
| 4 | high speed data converter to capture the swath of | 16:13:32 |
| 5 | desired and undesired channels in the digital domain | 16:13:34 |
| 6 | and subsequently filters out the desired channels. | 16:13:37 |
| 7 | That's what Zhang does.  It's almost a | 16:13:41 |
| 8 | direct -- | 16:13:47 |
| 9 | Q    Where does it say that in Zhang? | 16:13:48 |
| 10 | A    Oh, I was just there.  I'll go back to | 16:13:50 |
| 11 | Zhang.  Yeah.  It was column 6.  It says, line 31 | 16:13:53 |
| 12 | through 34, of those RF channels, 20 RF channels, D1 | 16:14:30 |
| 13 | to D20, are selected.  Those selected channels are | 16:14:35 |
| 14 | sent to a set of demodulators.  That's exact -- | 16:14:38 |
| 15 | that's not exactly, but that's almost directly what | 16:14:41 |
| 16 | '362 says. | 16:14:46 |
| 17 | Q    Right.  There's two pieces in there.  It | 16:14:53 |
| 18 | doesn't say that there's -- that the undesired -- | 16:14:55 |
| 19 | that nothing is done with the other channels, right? | 16:14:57 |
| 20 | That those other channels are undesired, correct? | 16:15:01 |
| 21 | Anywhere in Zhang. | 16:15:03 |
| 22 | A    Well -- | 16:15:06 |
| 23 | Q    You're inferring that, correct? | 16:15:07 |
| 24 | A    Zhang -- I did a search on.  My favorite | 16:15:10 |
| 25 | thing, just do the search on Zhang.  And I think if | 16:15:16 |