# EXHIBIT C

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF TEXAS

3                 MARSHALL DIVISION

4

5   ENTROPIC COMMUNICATIONS, LLC,        )

         Plaintiff,                      )

6                                        )  Case No.:

      vs.                                )  2:22-cv-00125-JRG

7                                        )

8   CHARTER COMMUNICATIONS, INC.,        )

         Defendants.                     )

    _____)

9

10

11

12

13        VIDEO-RECORDED REMOTE DEPOSITION OF

14            STEVEN GOLDBERG, Ph.D.EE

15              Cupertino, California

16        Tuesday, August 22, 2023; 7:58 a.m.

17

18

19        TAKEN IN BEHALF OF THE PLAINTIFFS

20

21

22   REPORTED BY:

23   Victoria A. Guerrero, CSR, RDR, RMR, CRR

24   Job No. 6060655

25   Pages 1 through 263

Page 2

1              IN THE UNITED STATES DISTRICT COURT

2                  EASTERN DISTRICT OF TEXAS

3                      MARSHALL DIVISION

4

5    ENTROPIC COMMUNICATIONS, LLC,       )

          Plaintiff,                     )

6                                        )   Case No.:

     vs.                                 )   2:22-cv-00125-JRG

7                                        )

     CHARTER COMMUNICATIONS, INC.,       )

8         Defendants.                    )

     _____)

9

10

11

12

13

14

15        BE IT REMEMBERED that, pursuant to Federal

16   Rules of Civil Procedure, the deposition of STEVEN

17   GOLDBERG, Ph.D.EE was taken before Victoria A.

18   Guerrero, California Certified Shorthand Reporter,

19   Registered Diplomate Reporter, Registered Merit

20   Reporter, and Certified Realtime Reporter, on

21   Tuesday, August 22, 2023, commencing at the hour of

22   7:58 a.m., the witness responding to questions by

23   videoconference from Cupertino, California; the

24   questions being propounded and proceedings reported

25   remotely via videoconference.

Page 3

1  R E M O T E   A P P E A R A N C E S:

2  FOR THE PLAINTIFF:

3          K & L GATES LLP
         JAMES SHIMOTA

4          SAMUEL P. RICHEY
         70 West Madison Street, Suite 3300

5          Chicago, Illinois  60602
         312.372.1121

6          james.shimota@klgates.com
         samuel.richey@klgates.com

7

8  FOR THE DEFENDANT:

9          ARNOLD & PORTER
         DAVID BENYACAR

10         250 West 55th Street
         New York, New York  10019

11         david.benyacar@arnoldporter.com

12

13

14  ALSO PRESENT:

15         Sean Grant, Videographer

16

17

18

19

20

21

22

23

24

25

Page 4

1                    INDEX TO EXAMINATION

2          WITNESS:  STEVEN GOLDBERG, Ph.D.EE

3

4    EXAMINATION:                          PAGE    LINE

     By Mr. Shimota                          9       1

5

     By Mr. Benyacar                       244      10

6

     By Mr. Shimota                        256       7

7

8

9                         *  *  *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1                    INDEX TO EXHIBITS
 2                  STEVEN GOLDBERG, Ph.D.EE
 3       Entropic Communications vs. Charter Communications
 4                  Tuesday, August 22, 2023
 5          Victoria A. Guerrero, CSR, RPR, RMR, CRR
 6
     MARKED                DESCRIPTION              PAGE   LINE
 7
     Exhibit 1         CV of Steven H. Goldberg       26     2
 8                     (No Bates)
 9   Exhibit 2         Opening Expert Report of       48     20
                       Steven H. Goldberg Regarding
10                     Invalidity of US Patent Nos.
                       '775, '690, '008, '826, and
11                     '682 (No Bates)
12   Exhibit 3         DOCSIS 2.0 PHY;                59     5
                       CHARTER_ENTROPIC00380721
13                     through 381260
14   Exhibit 4         US Patent No. 8,284,690        56     10
                       (No Bates)
15
     Exhibit 5         US Patent Application          93     15
16                     Publication 2004/01600945 A1
                       (No Bates)
17
     Exhibit 6         US Patent No. 8,223,775        93     25
18                     (No Bates)
19   Exhibit 7         US Patent Application          94     4
                       Publication No. US
20                     2001/0039600 A1 (Brooks)
                       (No Bates)
21
     Exhibit 8         US Patent No. 8,792,008       160     8
22                     (No Bates)
23   Exhibit 9         US Patent No. 9,825,826       162     12
                       (No Bates)
24
25          (EXHIBITS CONTINUE NEXT PAGE.)
```

```
                                                      Page 6
  1                 INDEX TO EXHIBITS (cont'd)
  2                 STEVEN GOLDBERG, Ph.D.EE
  3      Entropic Communications vs. Charter Communications
  4                  Tuesday, August 22, 2023
  5          Victoria A. Guerrero, CSR, RPR, RMR, CRR
  6

       MARKED                DESCRIPTION           PAGE    LINE
  7
       Exhibit 10       US Patent Application       151      7
  8                     Publication No. US
                        2007/0286311 A1 (Coyne);
  9                     CHARTER_ENTROPIC00033947
                        through 33957
 10
       Exhibit 11       US Patent No. 5,874,992     162     14
 11                     (Caporizzo) (No Bates)
 12    Exhibit 12       US Patent No. 7,528,888     162     16
                        (Narita) (No Bates)
 13
       Exhibit 13       US Patent No. 9,210,362     180     17
 14                     (No Bates)
 15    Exhibit 14       US Patent No. 6,704,372     180     19
                        (Zhang) (No Bates)
 16
       Exhibit 15       US Patent Application       180     21
 17                     Publication No. US
                        2007/0098089 A1 (Li)
 18                     (No Bates)
 19    Exhibit 16       US Patent No. 10,135,682    224     22
                        (No Bates)
 20
       Exhibit 17       US Patent Application       225      1
 21                     Publication No. 2013/0041990
                        A1 (Thibeault) (No Bates)
 22
       Exhibit 18       US Patent Application       225      4
 23                     Publication No. US 202/0269242
                        A1 (Prodan) (No Bates)
 24
 25                          * * *
```

Page 7

1          Tuesday, August 22, 2023; 7:58 a.m.

2              Cupertino, California

3                  ooOoo

4          THE VIDEOGRAPHER:  Good morning.  We're          07:58:32

5      going on the record.  The time is 7:58 a.m. and      07:58:33

6      the date is August 22nd, 2023.  Please note          07:58:37

7      that this deposition is being conducted              07:58:42

8      virtually.  Quality of recording depends on the      07:58:44

9      quality of camera and internet connection of         07:58:47

10     participants.  What is seen from the witness         07:58:49

11     and heard is what will be recorded.  Audio and       07:58:51

12     video recording will continue to take place          07:58:55

13     unless all parties agree to go off.                  07:58:57

14         This is Media Unit 1 of the video-recorded       07:58:59

15     deposition of Dr. Steven Goldberg taken by           07:59:02

16     counsel for the plaintiff in the matter of           07:59:04

17     Entropic Communications, LLC., vs Charter            07:59:07

18     Communications, Inc., filed in the United            07:59:07

19     States District Court for the Eastern District       07:59:11

20     of Texas, Marshall Division, Case No.                07:59:13

21     2:22-cv-00125 and is being conducted remotely        07:59:17

22     using virtual technology.                            07:59:27

23         My name is Sean Grant, videographer, of          07:59:30

24     Veritext.  The court reporter is Victoria            07:59:31

25     Guerrero also of Veritext.  I'm not related to       07:59:33

Page 8

| | | |
|---|---|---|
| 1 | any party, nor am I financially interested in | 07:59:35 |
| 2 | the outcome. | 07:59:37 |
| 3 | If there are any objections to proceeding, | 07:59:38 |
| 4 | please state them at the time of your | 07:59:39 |
| 5 | appearance.  Counsel and all present, including | 07:59:42 |
| 6 | remotely, will now state their appearances and | 07:59:43 |
| 7 | affiliations for the record beginning with the | 07:59:46 |
| 8 | noticing attorney. | 07:59:48 |
| 9 | MR. SHIMOTA:  James Shimota of the law | 07:59:52 |
| 10 | firm K & L Gates appearing on behalf of | 07:59:54 |
| 11 | Entropic Communications LLC, joined as well by | 07:59:57 |
| 12 | my colleague Pat Richey also from the law firm | 07:59:59 |
| 13 | K & L Gates. | 08:00:04 |
| 14 | MR. BENYACAR:  David Benyacar of the | 08:00:05 |
| 15 | Arnold & Porter firm for the Charter | 08:00:08 |
| 16 | defendants. | 08:00:10 |
| 17 | THE VIDEOGRAPHER:  Thank you.  Will the | 08:00:11 |
| 18 | certified court reporter please swear in the | 08:00:12 |
| 19 | witness. | 08:00:13 |
| 20 | ooOoo | 08:00:13 |
| 21 | Whereupon, STEVEN GOLDBERG, Ph.D.EE, having | 08:00:13 |
| 22 | first been sworn by the California | 08:00:13 |
| 23 | Certified Shorthand Reporter, testified | 08:00:13 |
| 24 | under oath as follows: | 08:00:13 |
| 25 | /// | 08:00:13 |

Veritext Legal Solutions

Page 97

| | | |
|---|---|---|
| 1 | understand that this ability to program the MAC | 10:58:32 |
| 2 | functions to support evolving standards to disclose | 10:58:35 |
| 3 | "the cable modem engine configured to enable | 10:58:38 |
| 4 | upgrades to its software in a manner that is | 10:58:42 |
| 5 | independent of upgrades to the software of the data | 10:58:44 |
| 6 | networking engine." | 10:58:47 |
| 7 | A POSITA would understand this remote | 10:58:49 |
| 8 | programmability functionality to deliver software | 10:58:50 |
| 9 | upgrades could easily be integrated in the DOCSIS | 10:58:54 |
| 10 | interface of Dong.  Remote software upgrades were | 10:58:58 |
| 11 | well known to the industry far in advance of the | 10:59:02 |
| 12 | priority date of this patent. | 10:59:10 |
| 13 | Q    So I take it the answer to my question, | 10:59:12 |
| 14 | then, is that paragraphs 63 and 64 are the | 10:59:13 |
| 15 | paragraphs in which you offer opinions concerning -- | 10:59:15 |
| 16 | that's what you identify today as where you describe | 10:59:17 |
| 17 | the reasons for the motivation to combine the | 10:59:21 |
| 18 | references? | 10:59:23 |
| 19 | A    That wasn't my testimony.  I said at least. | 10:59:24 |
| 20 | I'm very sure I said that. | 10:59:26 |
| 21 | Q    Okay.  What else?  I want to find it. | 10:59:28 |
| 22 | A    I'm looking.  And if I -- | 10:59:32 |
| 23 | Q    Good. | 10:59:34 |
| 24 | A    Just going to refresh my recollection here. | 10:59:35 |
| 25 | Well, certainly -- I just searched on upgrades.  The | 11:06:28 |

Page 98

| | | |
|---|---|---|
| 1 | relevant -- it seems the relevant -- the majority of | 11:06:31 |
| 2 | my opinion is in -- what did we say?  63 and 64? | 11:06:36 |
| 3 | That was your question? | 11:06:45 |
| 4 | Q    No.  I want to be clear on this because you | 11:06:49 |
| 5 | spent about 15 minutes reading your report.  And | 11:06:51 |
| 6 | you've identified 63 and 64 as where you say | 11:06:53 |
| 7 | motivation to combine is described with respect to | 11:06:56 |
| 8 | Dong and Brooks. | 11:06:59 |
| 9 | And I want to know after that 15 minutes of | 11:07:00 |
| 10 | review if there's anything else? | 11:07:03 |
| 11 | A    Well, I would just basically say, you know, | 11:07:05 |
| 12 | a person of ordinary skill-in-the-art, I go through | 11:07:07 |
| 13 | what Dong does.  And that's in many sections of this | 11:07:10 |
| 14 | particular -- that's in many paragraphs of this | 11:07:14 |
| 15 | particular section of what Dong is doing with | 11:07:17 |
| 16 | regards to DOCSIS and the, you know, the element 26, | 11:07:19 |
| 17 | I think he calls the MTA.  And the MTA is the data | 11:07:31 |
| 18 | networking engine, he calls the other block.  Let me | 11:07:46 |
| 19 | see. | 11:07:49 |
| 20 | Q    So if you were in front of the Court right | 11:08:00 |
| 21 | now and the Court asked you what paragraphs in which | 11:08:01 |
| 22 | you describe the motivation to combine Dong and | 11:08:04 |
| 23 | Brooks, what would be the specific paragraphs that | 11:08:10 |
| 24 | you would direct the Court to? | 11:08:12 |
| 25 | A    63 and 64. | 11:08:14 |

Page 149

```
 1    section.                                            13:48:20

 2       Q    Where?  In that section, where?  What      13:48:23

 3    sentence are you referring to?                     13:48:27

 4       A    I'm referring to -- I'm referring to -- I'm 13:48:28

 5    referring to limitation 1B, a signal monitor       13:48:52

 6    operable to analyze set digitized signal to        13:48:56

 7    determine a characteristic of said digitized signal. 13:48:59

 8    And I talk in 256, paragraph 257, 258 and 259 and  13:49:03

 9    260.                                               13:49:14

10         I state at the end, A POSITA would readily     13:49:18

11    understand that such functionality would be         13:49:21

12    necessary for the system to operate and that Coyne  13:49:23

13    discloses this limitation.                          13:49:25

14       Q    Right.                                      13:49:33

15       A    Yeah.  I understand that.  And you asked    13:49:34

16    me -- I understand.  You asked me where do I say a  13:49:36

17    person of ordinary skill in the art would combine   13:49:40

18    Coyne with Narita, that's the open question?        13:49:42

19       Q    No.  Where would one of skill-in-the-art be 13:49:45

20    motivated, not that they would, but where in your   13:49:48

21    report do you opine that one skilled would be       13:49:51

22    motivated to combine Coyne and Narita?              13:49:54

23         Direct me to the paragraph or sentence.        13:49:58

24    Where is that?                                      13:49:59

25       A    Well, Narita talks about characteristic of  13:50:01
```

Page 150

| | | |
|---|---|---|
| 1 | signals, signal strength, desire to unwanted -- | 13:50:06 |
| 2 | desired signal to unwanted signal ratio, the carrier | 13:50:11 |
| 3 | noise ratio. | 13:50:15 |
| 4 | And Narita discloses these values or | 13:50:29 |
| 5 | reported to a controller that determines these | 13:50:32 |
| 6 | characteristics.  So Narita is focused on, you know, | 13:50:34 |
| 7 | very much the problem that we're discussing here. | 13:50:39 |
| 8 | So 265, Coyne understanding Narita, but I | 13:50:52 |
| 9 | did not explicitly say a POSITA would look at them | 13:50:57 |
| 10 | together.  What I said was they're both focused on | 13:51:03 |
| 11 | the same signal areas.  They were focused on the | 13:51:06 |
| 12 | same area of technology. | 13:51:13 |
| 13 | Q    Is it fair to say, then, that you don't | 13:51:18 |
| 14 | explicitly say in your report that one of ordinary | 13:51:20 |
| 15 | skill-in-the-art would be motivated to combine Coyne | 13:51:23 |
| 16 | with Narita? | 13:51:26 |
| 17 | A    Let me just -- I understand your question. | 13:51:27 |
| 18 | Let me just make sure I was complete in looking at | 13:51:29 |
| 19 | my report.  In those paragraphs, 256 through 265, I | 13:51:32 |
| 20 | don't explicitly talk about a motivation to combine | 13:53:08 |
| 21 | Narita and Coyne. | 13:53:13 |
| 22 | Q    Right.  Not to put too fine a point on it, | 13:53:15 |
| 23 | but you don't discuss anywhere in your report, | 13:53:18 |
| 24 | explicitly, a motivation to combine Coyne and | 13:53:20 |
| 25 | Narita, correct? | 13:53:23 |

```
                                                    Page 151
 1      A    I use Narita in places.  So what I'm        13:53:59

 2   checking now is -- oh, in claim 2.  I just did a    13:54:07

 3   quick search of Narita and I didn't see any other   13:56:06

 4   places.                                             13:56:09

 5      Q    Okay.  Thank you.  Let's take a look at     13:56:10

 6   Coyne now.  That's Exhibit 10 in the Exhibit Share. 13:56:14

 7           (Exhibit 10, US Patent Application          13:56:29

 8           Publication No. US 2007/0286311 A1 (Coyne); 13:56:30

 9           CHARTER_ENTROPIC00033947 through 33957, was 13:56:30

10           marked.)                                    13:56:30

11           THE WITNESS:  Yes, I'm there.               13:56:32

12   BY MR. SHIMOTA:                                     13:56:33

13      Q    And would you agree with me, at least in    13:56:33

14   the specific embodiments in the patents, Coyne is   13:56:35

15   discussing a military application?                  13:56:40

16      A    No, I wouldn't agree.                       13:56:45

17      Q    You don't agree that there are embodiments  13:56:51

18   in which they're describing the use of the system on 13:56:54

19   a military vehicle, for example?                    13:56:57

20      A    Oh, if you're asking me are there           13:56:59

21   embodiments?  If you would like to point me to those 13:57:02

22   embodiments.  If that's the question, that's a      13:57:07

23   different question than I first understood.         13:57:09

24      Q    Right.  Right.  Are there embodiments that  13:57:12

25   are describing the use of the system in Coyne in    13:57:14
```

Page 203

```
 1   was three --                                    15:36:21
 2       Q    319.  And my question is, let's start  15:36:22
 3   there, at the time frame you talked about, were 15:36:24
 4   there other techniques aside from mixers that could 15:36:28
 5   be used for down conversion?                    15:36:31
 6       A    No.  I want to point out a couple of   15:36:37
 7   things.  Zhang has an analog front end which means 15:36:38
 8   the boxes to the left -- the box to the left of the 15:36:44
 9   analog-to-digital converter.                    15:36:48
10           There really weren't many -- I'm really 15:36:52
11   scratching my head because I worked in this area for 15:36:59
12   decades.  And I actually designed block down    15:37:02
13   converters in multiple jobs as an engineer, as a 15:37:06
14   person of ordinary skill-in-the-art, and especially 15:37:11
15   in satellite systems.                           15:37:13
16           A block down converter always used a mixer. 15:37:14
17   If you ask me a more broad question, are there other 15:37:18
18   techniques that can down convert signals independent 15:37:22
19   of whether it's analog or digital?  That's a very 15:37:26
20   different question.                             15:37:31
21           But we're talking about something to the 15:37:31
22   left of the A-to-D converter in Zhang which means 15:37:34
23   it's analog.                                    15:37:37
24       Q    Okay.  In the analog domain, were there 15:37:40
25   other techniques other than using a mixer to down 15:37:44
```

Page 204

```
 1    convert at the time of the '362 patent?              15:37:46

 2         A    Well, what I said was -- let me see here.   15:38:48

 3    I talk about it paragraph 329 and I reference         15:39:11

 4    another piece of art which actually shows the mixers  15:39:14

 5    doing the down conversion.  It's not the question     15:39:16

 6    you asked and I'm going to answer it here.            15:39:20

 7         Q    Correct.                                    15:39:23

 8         A    I guess what I would say, I see my report.  15:40:56

 9    And as a person of ordinary skill-in-the-art or one   15:40:58

10    of greater ordinary skill-in-the-art, I say in 391,   15:41:00

11    In my view, however, a POSITA would have understood   15:41:04

12    that a down converter 210, in the architecture        15:41:08

13    taught by Zhang, would be implemented as a mixer,     15:41:11

14    which was well-known.                                 15:41:14

15         And that "well-known" doesn't even begin        15:41:17

16    to -- it's like I didn't say inherent, I didn't use   15:41:20

17    that word.  I said would understand it was            15:41:29

18    well-known.                                           15:41:30

19         I mean, it's the first thing that comes to      15:41:31

20    mind.  When you say block down converter you think    15:41:33

21    of a local loss leader in a mixer.  If you were a     15:41:36

22    person of ordinary skill-in-the-art in that time,     15:41:39

23    which I was, and I was for many years, so I stand by  15:41:40

24    my statement.                                         15:41:46

25         You're asking me -- and I didn't prepare        15:41:47
```

Page 205

```
 1   this for -- because if you look at my opinion, I          15:41:49
 2   didn't prepare exhaustively where there's some            15:41:52
 3   esoteric down conversion techniques that weren't          15:41:57
 4   mixers.  I didn't make that statement.  And I didn't      15:42:00
 5   prepare that for this deposition.                         15:42:04
 6           But I would strongly state that when you          15:42:07
 7   use the term "block down converter," it was               15:42:10
 8   strong -- it would be understood as a mixer.  And         15:42:14
 9   that's what I said.                                       15:42:22
10      Q    I'm sorry if I cut you off.  Are you              15:42:23
11   finished?                                                 15:42:24
12      A    I just say that's what I say in my report         15:42:25
13   in paragraph 391.  And then an example -- I'm sorry.      15:42:27
14   I gave an example of this other art, the US Patent        15:42:31
15   Application Publication 089 by Li discloses a             15:42:42
16   receiver and it shows a mixer.  It's very common, it      15:42:48
17   understates it.  You know, almost universal except        15:42:53
18   maybe in university labs or something where they do       15:43:00
19   something different.                                      15:43:03
20      Q    Are you done?                                     15:43:10
21      A    I am.                                             15:43:10
22      Q    I just want to be clear.  What I understood       15:43:11
23   you to say is in 391 you're not arguing that a --         15:43:12
24   that the disclosure of a down converter means             15:43:17
25   that -- that it's inherent, then; that there had          15:43:20
```

Page 206

```
 1   been a mixer, right?  You're not making that        15:43:23

 2   argument?                                            15:43:25

 3       A    I didn't use the word "inherent" in my     15:43:25

 4   report.                                              15:43:28

 5       Q    Well, are you making that argument that     15:43:29

 6   it's inherent?                                       15:43:31

 7       A    If you listen to what I said, I said        15:43:32

 8   overwhelmingly.  Well-known is -- I said             15:43:35

 9   "well-known" in my report and I'm adding now that    15:43:41

10   it's overwhelmingly understood by people of ordinary 15:43:45

11   skill.  If you say a block down converter, you're    15:43:49

12   talking about the use of a mixer.                    15:43:52

13           Even though I understand that if I do a      15:43:54

14   search on -- if I go to Zhang and I do a             15:44:00

15   search on --                                         15:44:06

16       Q    Why is that different than inherent, that   15:44:14

17   it's exceedingly well-known?                         15:44:16

18       A    Well, I understand that -- and we can go to 15:44:24

19   my report.  Inherent is a very strong statement that 15:44:25

20   it's inherently there.  It's necessarily there.      15:44:28

21       Q    You're right.  That's a hundred percent     15:44:32

22   correct.                                             15:44:33

23       A    Thank you.  My attorneys taught me well.  I 15:44:34

24   think that's what's in the section.  What I'm saying  15:44:41

25   here, and what my report says, a person of ordinary  15:44:43
```

Page 207

| | | |
|---|---|---|
| 1 | skill-in-the-art looking at this reference would | 15:44:46 |
| 2 | understand that a mixer would be used. | 15:44:49 |
| 3 | Q    Right.  But you wouldn't necessarily have | 15:44:55 |
| 4 | to use a mixer.  You're just saying it would be | 15:44:57 |
| 5 | exceedingly well-known? | 15:44:59 |
| 6 | A    I'm telling you here if you didn't use a | 15:45:01 |
| 7 | mixer, I don't know what you use.  Sitting here | 15:45:03 |
| 8 | today, I don't know what else you would use. | 15:45:05 |
| 9 | Q    Could you use a multiplier? | 15:45:08 |
| 10 | A    A multiplier and a mixer are -- so | 15:45:10 |
| 11 | multipliers -- okay.  Great question.  And I can | 15:45:16 |
| 12 | give you an answer. | 15:45:21 |
| 13 | A mixer produces a multiplying function. | 15:45:24 |
| 14 | So a mixer does a multiplication.  It multiplies the | 15:45:29 |
| 15 | two signals together.  Now, it turns out it does | 15:45:33 |
| 16 | other things.  But if you want to -- in my mind as a | 15:45:39 |
| 17 | person of ordinary skill-in-the-art, if you said | 15:45:42 |
| 18 | analog multiplier, that gets implemented as a mixer. | 15:45:44 |
| 19 | Q    Okay.  Could you use a Hall effect sensor? | 15:45:49 |
| 20 | A    I didn't come prepared to talk about that. | 15:45:58 |
| 21 | I've heard the term before -- like I said, if you're | 15:46:00 |
| 22 | trying to push me into a corner to say -- and I was | 15:46:08 |
| 23 | very clear about this. | 15:46:11 |
| 24 | I said in the Zhang application with a | 15:46:12 |
| 25 | block down converter for the applications that he's | 15:46:15 |

Page 208

| | | |
|---|---|---|
| 1 | talking about, it's almost always a mixer.  And I | 15:46:18 |
| 2 | said I didn't know what it would be if it wasn't. | 15:46:22 |
| 3 | And if you come up with some esoteric like a Hall | 15:46:25 |
| 4 | effect sensor, I don't ever remember in all the | 15:46:29 |
| 5 | companies I've seen, in all the receivers I've seen | 15:46:34 |
| 6 | over my 50 years have I ever seen that used. | 15:46:37 |
| 7 | Q    Could you use an analog circuit to | 15:46:42 |
| 8 | implement a discrete Fourier Transform to perform | 15:46:44 |
| 9 | the down converting function? | 15:46:46 |
| 10 | A    Remember, we're in the analog domain. | 15:46:50 |
| 11 | Q    Right.  Could you use an analog circuit to | 15:46:54 |
| 12 | implement a discrete Fourier function? | 15:46:58 |
| 13 | A    Would you use an analog circuit to do | 15:47:00 |
| 14 | a Fourier Transform? | 15:47:04 |
| 15 | Q    Correct.  Yes.  Sorry.  I misspoke. | 15:47:06 |
| 16 | (Reporter requests clarification.) | 15:47:07 |
| 17 | THE WITNESS:  First of all, I think that's | 15:47:16 |
| 18 | a non sequitur question.  Because, could you | 15:47:30 |
| 19 | use one?  I don't know in what -- I didn't come | 15:47:34 |
| 20 | prepared to talk about that. | 15:47:38 |
| 21 | I mean, I know exactly what a Fourier | 15:47:39 |
| 22 | Transform is, but I didn't come here today | 15:47:41 |
| 23 | prepared to do engineering on the Zhang | 15:47:44 |
| 24 | circuit.  I'm just telling you what I stated in | 15:47:47 |
| 25 | my report and I stand by my report.  Let me | 15:47:49 |

Page 209

```
 1      just go back here.                              15:48:00

 2          It was paragraph, which one we said?        15:48:25

 3   BY MR. SHIMOTA:                                    15:48:26

 4      Q   391.                                        15:48:27

 5      A   I say I note that the specification of      15:48:32

 6   Zhang does not use the term "mixer" in connection  15:48:34

 7   with its frequency block down converter, such as   15:48:37

 8   frequency block down converter 210 depicted in     15:48:40

 9   figure 2.                                          15:48:43

10          In my view, however, a POSITA would have    15:48:44

11   understood that a down converter 210, and I will   15:48:47

12   add, in the content of the Zhang patent, in the    15:48:52

13   architecture taught by Zhang, would be implemented 15:48:55

14   as a mixer, which was a well-known technique for   15:48:57

15   down converting RF signals at the time of Zhang and 15:49:01

16   well before the alleged priority date of the patent. 15:49:04

17   I stand by that statement.                         15:49:07

18      Q   Right.  And I think your testimony just was 15:49:10

19   it would almost always be implemented as a mixer in 15:49:13

20   Zhang, but you're not -- as I understand it, you're 15:49:16

21   not prepared to testify today that it would        15:49:18

22   necessarily always be implemented as a mixer, right? 15:49:22

23   You're just not ready, you don't know this esoteric 15:49:24

24   thing?                                             15:49:28

25      A   I didn't prepare in this report if it was   15:49:29
```

```
                                                      Page 210
 1   some other esoteric thing that could do that.  And I      15:49:30

 2   didn't say that in my report.                              15:49:33

 3      Q    Right.  Okay.  So you're just -- you're            15:49:35

 4   saying it likely would be, but you're not saying it        15:49:35

 5   would necessarily have to be a mixer in the                15:49:37

 6   architecture of Zhang, correct?                            15:49:41

 7      A    Yeah.  I've said it in other places in the         15:49:43

 8   report.  If I meant inherent necessarily, I would          15:49:46

 9   have said it.  I didn't say that.                          15:49:48

10      Q    Gotcha.  Fair enough.  That's all.  Let's          15:49:50

11   go to 392.                                                 15:49:53

12      A    Can we take a ten-minute break?                    15:49:56

13      Q    Sure.                                              15:49:58

14      A    Thank you.                                         15:49:59

15         THE VIDEOGRAPHER:  Going off the record.             15:50:00

16      The time is 3:50 p.m.                                   15:50:01

17         (Off the record.)                                    15:50:03

18         THE VIDEOGRAPHER:  Back on the record.               15:59:59

19      The time is 4:00 p.m.                                   15:59:59

20   BY MR. SHIMOTA:                                            16:00:04

21      Q    Welcome back.  Can I direct your attention         16:00:04

22   to paragraph 374, please?                                  16:00:07

23      A    May I please add one piece of information          16:00:08

24   to my testimony, please?                                   16:00:10

25      Q    Sure.                                              16:00:11
```

Page 214

```
 1      A     That's correct.  Li was brought in as        16:04:38
 2   support for the use of a mixer.  Just that it's       16:04:40
 3   obvious to a person of ordinary skill in the art.  I  16:04:44
 4   don't think any of my headings in my report -- but    16:04:47
 5   I'll double-check that.  Let me just -- before I      16:04:52
 6   give you, quote/unquote, my final answer.             16:04:55
 7         Well, I state that in my opinion claims 11      16:05:33
 8   and 12 -- in my paragraph 374 -- are invalid --       16:05:36
 9   claims 11 and 12 of the '362 patent are invalid over  16:05:41
10   US Patent No. -- and I'll shorten it -- '372 Zhang    16:05:47
11   alone, or Zhang in combination with US Patent No.     16:05:52
12   '792 Favrat.                                          16:05:54
13         It's also my opinion claims 11 and 12 of        16:06:01
14   the '362 are invalid over US Patent '901, Dauphinee.  16:06:03
15   That's my opinion.                                    16:06:10
16      Q     Right.  So I guess not to be -- put too      16:06:11
17   fine a point on it, but you don't offer an opinion    16:06:15
18   that the claims -- claims 11 and 12 of '362 patent    16:06:18
19   are obvious when combining Zhang with Li, correct?    16:06:23
20      A     I think Li -- Li was used -- and if you'll   16:06:46
21   look at the last sentence in 393, Li was used as      16:06:52
22   support to, quote/unquote, and I quote from my        16:06:56
23   report, confirms my understanding that Zhang's        16:06:58
24   frequency block converter are mixers or mixer         16:07:01
25   modules within the meaning of the '362 patent.        16:07:05
```

Page 215

```
 1    That's how Li was used.                          16:07:08
 2      Q    Right.  You're not offering an opinion that  16:07:16
 3    one of ordinary skill-in-the-art would combine Zhang  16:07:18
 4    and Li to find that the '362 claims 11 and 12 are    16:07:22
 5    obvious, right?                                  16:07:26
 6      A    I don't think that's anywhere in my report.  16:07:27
 7    I said how I used Li.  Li confirms my understanding.  16:07:30
 8      Q    Okay.  Thank you.  If you could look at     16:07:42
 9    paragraph 389.  I think we already talked about this  16:07:44
10    a little bit.  And there there's the reference that  16:07:47
11    you talked about, the undesired -- we talked earlier  16:07:51
12    about undesired channels; do you remember that?      16:07:52
13      A    We did.                                    16:07:55
14      Q    Right.  Can you explain to me in there     16:07:58
15    where it is that Zhang discloses undesired channels  16:08:01
16    explicitly?                                      16:08:05
17      A    Sure.  In 389 it says selects one or       16:08:07
18    more -- this is the quote from Zhang.  Selects one   16:08:28
19    or more of the RF channels, D1 to DM, from one or    16:08:34
20    more of the digital RF channels, C1 through CN.  So  16:08:38
21    there's a larger grouping and a smaller grouping and  16:08:47
22    there's a selection process.                     16:08:50
23      Q    Yeah.  But why does that explicitly mean   16:08:55
24    that they are undesired channels?  How does that     16:08:57
25    follow?                                          16:09:01
```