**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Case No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is Plaintiff Entropic Communications, LLC's Motion for Summary Judgment of No Invalidity Under 35 U.S.C. §§ 102 and 103. Having considered the Motion, the Court GRANTS the Motion.