UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is Plaintiff Entropic Communications, LLC's Motion for Summary Judgement of Validity Under 35 U.S.C. § 101. Having considered the Motion, the Court GRANTS the Motion.