**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**AGREED MOTION TO AMEND DOCKET CONTROL ORDER**

Plaintiff Entropic Communications, LLC, with Defendant Charter Communications, Inc.'s agreement, hereby moves to amend the Docket Control Order (Dkt. 40), in its current form of the Fifth Amended Docket Control Order (Dkt. 165), to extend the deadline to complete expert discovery by four (4) days.

Good cause exists for these extensions due to the need to comprehensively incorporate information from recent third-party discovery into supplemental expert reports and complete expert discovery. This extension will allow the parties to agree on a comprehensive expert supplementation and discovery schedule that allows both sides to address or rebut necessary issues on a briefing schedule that will still close several weeks in advance of the October 30, 2023 pretrial conference. Specifically, the parties have agreed that Entropic's damages expert Stephen Dell will supplement his expert report no later than September 19, 2023, and that Charter's damages expert Christopher Bakewell will supplement his expert report in rebuttal no later than September 25, 2023. Entropic may also serve a short supplemental expert report from Dr. Kramer to address the same limited issues from new discovery. The parties agree that if this occurs then Charter's expert Dr. Almeroth may serve a short rebuttal to Dr. Kramer's report. This proposed amendment avoids

what would otherwise likely be competing opposed motions for leave or to strike supplementation occasioned by the recent fact discovery. The amendment to the expert discovery deadline will allow the parties to incorporate new material into their supplemental reports and avoid the need to submit follow-on reports.

This extension will not affect any of the other remaining deadlines or the trial date in this action. Counsel for the Parties have conferred on this extension and are in agreement.

Accordingly, the Parties respectfully request that the Court amend its Docket Control Order to extend the deadline to complete expert discovery by four (4) days. This extension is reflected in the proposed Amended Docket Control Order submitted herewith.

Dated: September 18, 2023                                       Respectfully submitted,

*/s/ James Shimota*
James Shimota
Jason Engel
George Summerfield
Katherine L. Allor
Samuel P. Richey
Ketajh Brown
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com
samuel.richey@klgates.com
ketajh.brown@klgates.com

Nicholas F. Lenning
Courtney Neufeld
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158

Nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna, Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Christina N. Goodrich
Connor J. Meggs
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5031
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604

*Attorneys for Plaintiff Entropic Communications, LLC*

*/s/ with permission Elizabeth Long*
Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Jacob Bass
**ARNOLD & PORTER KAY SCHOLER LLP**
250 West 55th Street
New York, New York 10019-9710
daniel.reisner@arnoldporter.com
david.benyacar@arnoldporter.com
elizabeth.long@arnoldporter.com

3

albert.boardman@arnoldporter.com
melissa.brown@arnoldporter.com
jacob.bass@arnoldporter.com

Deron R. Dacus
State Bar No. 00790553
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com

Marc A. Cohn
Amy L. DeWitt
Paul I. Margulies
**ARNOLD & PORTER KAY SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
marc.cohn@arnoldporter.com
amy.dewitt@arnoldporter.com
paul.margulies@arnoldporter.com

*Attorneys for Defendant Charter Communications, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 18th day of September, 2023.

>                             */s/ James Shimota*
>                             James Shimota

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

>                             */s/ James Shimota*
>                             James Shimota