**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT
OF CHARTER'S MOTION TO STRIKE DR. SOURI'S IMPROPER OPINIONS**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Motion to Strike Dr. Souri's Improper Opinions.

3. **Exhibit A** is a true and correct copy of excerpts of the Expert Report of Shurki Souri, Ph.D. Regarding Infringement of U.S. Patent Nos. 8,792,008, 10,135,682, 8,284,690, 9,825,826, dated July 21, 2023.

4. **Exhibit B** is a true and correct copy of excerpts of the Supplemental Expert Report of Shurki Souri, Ph.D. Regarding Infringement of U.S. Patent Nos. 8,792,008 and 10,135,682 and Non-Infringing Alternatives, dated August 29, 2023.

1

5. **Exhibit C** is a true and correct copy of Exhibit F to Entropic's Second Supplemental Infringement Contentions, served June 23, 2023.

6. **Exhibit D** is a true and correct copy of an excerpted transcript of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

7. **Exhibit E** is a true and correct copy of an excerpted transcript of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

8. **Exhibit F** is a true and correct copy of U.S. Patent No. 8,792,008 B2 ("'008 patent").

I declare under penalty of perjury that the above is true and correct.

Dated: September 11, 2023   Respectfully submitted,

*/s/ Elizabeth Long*
Elizabeth Long