# CONFIDENTIAL
# FILED UNDER SEAL

## EXHIBIT C