UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING CHARTER'S MOTION TO STRIKE
DR. SOURI'S IMPROPER OPINIONS**

Before the Court is Charter's Motion to Strike Dr. Souri's Improper Opinions. After considering the briefing, the Court hereby **GRANTS** the motion.