UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>█████████ |

**DECLARATION OF ELIZABETH LONG IN SUPPORT
OF CHARTER'S MOTION TO STRIKE DR. KRAMER'S IMPROPER OPINIONS**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Motion to Strike Dr. Kramer's Improper Opinions.

3. **Exhibit A** is a true and correct copy of excerpts of the Expert Report of Dr. Richard A. Kramer Concerning Infringement of U.S. Patent No. 8,223,775 and U.S. Patent No. 9,210,362, dated July 21, 2023.

4. **Exhibit B** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Richard A. Kramer Concerning Validity of U.S. Patent Nos. 8,223,775 and 9,210,362 and

1

Alleged Non-Infringing Alternatives of U.S. Patent No. 8,223,775 and U.S. Patent No. 9,210,362, dated August 11, 2023.

5. **Exhibit C** is a true and correct copy of an excerpted transcript of the August 24, 2023 deposition of Richard A. Kramer.

6. **Exhibit D** is a true and correct copy of CHARTER_ENTROPIC00219123–CHARTER_ENTROPIC00219125.

I declare under penalty of perjury that the above is true and correct.

Dated: September 11, 2023                    Respectfully submitted,

                                                                                          */s/ Elizbeth Long*
                                                                                          Elizabeth Long