# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

### ORDER GRANTING CHARTER'S MOTION TO STRIKE
### DR. KRAMER'S IMPROPER OPINIONS

Before the Court is Charter's Motion to Strike Dr. Kramer's Improper Opinions. After considering the briefing, the Court hereby **GRANTS** the motion.