UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S MOTION TO EXCLUDE THE EXPERT OPINIONS OF STEPHEN DELL**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Motion to Exclude the Expert Opinions of Stephen Dell.

3. **Exhibit A** is a true and correct copy of excerpts of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. **Exhibit B** is a true and correct copy of excerpts of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

1

5. **Exhibit C** is a true and correct copy of excerpts of the ███████████ ████████████████████████████████████████████████████████████████ ████████████████████████.

6. **Exhibit D** is a true and correct copy of an excerpted transcript of the █████ ████████████████████████████████.

7. **Exhibit E** is a true and correct copy of excerpts of ███████████████████ ████████████████████████████████████████████████████████████████ ██.

8. **Exhibit F** is a true and correct copy of excerpts of the ███████████████ ████████████████████████████████████████████████████████████████ ████████████.

9. **Exhibit G** is a true and correct copy of an excerpted transcript of the █████ ████████████████████████████████.

10. **Exhibit H** is a true and correct copy of ███████████████████████████████.

11. **Exhibit I** is a true and correct copy of an excerpted transcript of the ██████ ████████████████████████████.

12. **Exhibit J** is a true and correct copy of excerpts of ██████████████████ ███████████████████████████████████████████████.

13. **Exhibit K** is a true and correct copy of excerpts of the █████████████████ ████████████████████████████████████████████████████████████████,
███████████████████████████.

I declare under penalty of perjury that the above is true and correct.

Dated: September 11, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Elizabeth Long*
　　　　　　　　　　　　　　　　　　　　　　Elizabeth Long