# CONFIDENTIAL FILED UNDER SEAL

# EXHIBIT G