# CONFIDENTIAL
# FILED UNDER SEAL
## EXHIBIT I