UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>      Plaintiff<br><br>      v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>      Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING CHARTER'S MOTION TO EXCLUDE**
**THE EXPERT OPINIONS OF STEPHEN DELL**

  Before the Court is Charter's Motion to Exclude the Expert Opinions of Stephen Dell. After considering the briefing, the Court hereby **GRANTS** the motion.