# CONFIDENTIAL
# FILED UNDER SEAL

# EXHIBIT P