UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF
CHARTER'S MOTION FOR SUMMARY JUDGMENT OF
INVALIDITY OF THE ASSERTED CLAIMS OF THE '362 PATENT**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Motion for Summary Judgement of Invalidity of the Asserted Claims of the '362 Patent.

3. **Exhibit A** is a true and correct copy of U.S. Patent No. 9,210,362 B2 (the "'362 patent").

4. **Exhibit B** is a true and correct copy of an excerpted transcript of the July 14, 2023 deposition of Madhukar Reddy.

5. **Exhibit C** is a true and correct copy of an excerpted transcript of the July 19, 2023 deposition of Timothy Gallagher.

1

6. **Exhibit D** is a true and correct copy of an excerpted transcript of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7. **Exhibit E** is a true and correct copy of excerpts of the Opening Expert Report of Steven H. Goldberg Regarding Invalidity of U.S. Patent Nos. 8,223,775; 8,284,690; 8,792,008; 9,210,362; 9,825,826; and 10,135,682, dated July 21, 2023.

8. **Exhibit F** is a true and correct copy of the September 8, 2023 Declaration of Stephen H. Goldberg.

9. **Exhibit G** is a true and correct copy of an excerpted transcript of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

10. **Exhibit H** is a true and correct copy of excerpts of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

11. **Exhibit I** is a true and correct copy of U.S. Patent No. 6,704,372 ("Zhang").

12. **Exhibit J** is a true and correct copy of U.S. Patent No. 7,265,792 ("Favrat").

13. **Exhibit K** is a true and correct copy of an excerpt of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

I declare under penalty of perjury that the above is true and correct.

Dated: September 11, 2023                    Respectfully submitted,

                                             */s/ Elizabeth Long*
                                             Elizabeth Long