# Exhibit B

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF TEXAS
 3                     MARSHALL DIVISION
 4
 5
 6    ENTROPIC COMMUNICATIONS, LLC,
 7              Plaintiff,
 8         vs.                    No. 2:22-cv-00125-JRG
 9    CHARTER COMMUNICATIONS, INC.,
10              Defendant.
      _____/
11
12
13
14
15     VIDEO-RECORDED DEPOSITION OF MADHUKAR REDDY, PH.D.
16                  Remote Zoom Proceedings
17                    Irvine, California
18                  Friday, July 14, 2023
19
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25
```

Page 2

```
 1      UNITED STATES DISTRICT COURT
 2     FOR THE EASTERN DISTRICT OF TEXAS
 3           MARSHALL DIVISION
 4
 5
 6  ENTROPIC COMMUNICATIONS, LLC,
 7        Plaintiff,
 8     vs.           No. 2:22-cv-00125-JRG
 9  CHARTER COMMUNICATIONS, INC.,
10        Defendant.
    _____/
11
12
13
14     Video-recorded deposition of MADHUKAR REDDY,
15  PH.D., taken on behalf of Defendant, Remote Zoom
16  Proceedings from Irvine, California, beginning at
17  12:36 p.m. Pacific Daylight Time and ending at 2:04 p.m.
18  Pacific Daylight Time, on Friday, July 14, 2023, before
19  Leslie Rockwood Rosas, RPR, Certified Shorthand Reporter
20  No. 3462.
21
22
23
24
25
```

Page 4

```
 1  APPEARANCES (Continued):
 2
 3  Also Present:
 4     David West, Videographer
 5     Matthew Laurence, Concierge
```

Page 3

```
 1  APPEARANCES:
 2
 3  FOR THE PLAINTIFF:
 4     K&L GATES
 5     BY: KATHERINE L. ALLOR, ESQ.
 6     70 West Madison Street, Suite 3300
 7     Chicago, Illinois 60602
 8     (312) 807-4325
 9     katy.allor@klgates.com
10
11  FOR THE DEFENDANT:
12     ARNOLD & PORTER
13     BY: MARC A. COHN, ESQ.
14     601 Massachusetts Avenue, NW
15     Washington, DC 20001-3743
16     (212) 942-5797
17     marc.cohn@arnoldporter.com
18
19  FOR THE WITNESS:
20     KATZ LAW OFFICE
21     BY: MICHAEL I. KATZ, ESQ.
22     650 Town Center, Suite 1500
23     Costa Mesa, California 92626
24     (949) 659-3341
25     mkatz@katzruby.com
```

Page 5

```
 1                I N D E X
 2
 3
 4  Friday, July 14, 2023
 5
 6  WITNESS                        EXAMINATION
 7
 8  MADHUKAR REDDY, PH.D.
 9
10    BY MR. COHN                        9
11
12
13
14     QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER:
15          (None)
16
17
18
19        TOTAL TIME ON RECORD:
20  MR. COHN:  1 hour, 19 minutes
21  MS. ALLOR:  (None)
```

Page 6

```
 1          DEPOSITION EXHIBITS
 2          MADHUKAR REDDY, PH.D.
 3   NUMBER        DESCRIPTION          IDENTIFIED
 4   Exhibit 1  Subpoena to Testify at a       7
 5              Deposition in a Civil Action for
 6              Madhukar Reddy, 04/27/23
 7   Exhibit 2  Madhukar Reddy LinkedIn Profile  7
 8   Exhibit 3  MaxLinear Management, Meet Our   7
 9              Leadership Team, Kishore
10              Seendripu, Ph.D., Chief Executive
11              Officer
12   Exhibit 4  United States Patent No. 9,210,362  7
13              B2, 12/08/15
14   Exhibit 5  MaxLinear Full-Spectrum Capture    29
15              Technology, February 2014,
16              MXL001951 - 958
17   Exhibit 6  MaxLinear Puma 7 Developer Kit,   37
18              CHARTER-ENTROPIC00382260 - 261
```

Page 7

```
 1       Irvine, California; Friday, July 14, 2023
 2            12:36 p.m. Pacific Daylight Time
 3
 4                  PROCEEDINGS
 5                     --oOo--
 6       (Exhibit 1, Subpoena to Testify at a Deposition
 7       in a Civil Action for Madhukar Reddy, 04/27/23,
 8       was marked for identification by counsel
 9       electronically.)
10       (Exhibit 2, Madhukar Reddy LinkedIn Profile, was
11       marked for identification by counsel
12       electronically.)
13       (Exhibit 3, MaxLinear Management, Meet Our
14       Leadership Team, Kishore Seendripu, Ph.D., Chief
15       Executive Officer, was marked for identification
16       by counsel electronically.)
17       (Exhibit 4, United States Patent No. 9,210,362
18       B2, 12/08/15, was marked for identification by
19       counsel electronically.)
20          THE VIDEOGRAPHER:  Good afternoon.  We are on    12:35:46
21   the record.  The time is 12:36 p.m., and that is Pacific
22   Daylight Time.  The date today is July 14, 2023.
23          Please note that this deposition is being
24   conducted virtually.  Quality of recording depends on the
25   quality of camera and internet connection of            12:37:06
```

Page 8

```
 1   participants.
 2          What is seen from the witness and heard on
 3   screen is what will be recorded.  Audio and video
 4   recording will continue to take place unless all parties
 5   agree to go off the record.                              12:37:19
 6          This is Media Unit 1 of the video-recorded
 7   deposition of Madhukar Reddy, Ph.D., taken by counsel for
 8   defendant in the matter of Entropic Communications, LLC,
 9   versus Charter Communications, Inc., filed in the United
10   States District Court, Eastern District of Texas,        12:37:40
11   Marshall Division.  The case number is 2:22-cv-00125-JRG.
12          The deposition is being conducted remotely using
13   virtual technology.  My name is David West.  I am the
14   videographer.  The court reporter is Leslie Rosas.  We
15   represent Veritext Legal Solutions.                      12:38:01
16          I am not related to any party in this action,
17   nor am I financially interested in the outcome.
18          If there are any objections to proceeding,
19   please state them at the time of your appearance.
20          Counsel will now state their appearances and      12:38:14
21   affiliations for the record, beginning with the noticing
22   attorney.
23          MR. COHN:  This is Marc Cohn with Arnold &
24   Porter, in Washington, DC, for the defendant.
25          MS. ALLOR:  Katy Allor from K&L Gates on behalf   12:38:27
```

Page 9

```
 1   of the plaintiff Entropic Communications, LLC.
 2          MR. KATZ:  Michael Katz of Katz Law Office on
 3   behalf of the witness.
 4          THE VIDEOGRAPHER:  Thank you.
 5          The court reporter may now swear the witness in   12:38:38
 6   and we will continue.
 7          THE REPORTER:  Thank you.
 8          Would you raise your right hand, please,
 9   Dr. Reddy.  Thank you, sir.
10          You do solemnly state that the evidence you
11   shall give in this matter shall be the truth, the whole
12   truth, and nothing but the truth, so help you God?
13          THE WITNESS:  I do.
14          THE REPORTER:  Thank you, sir.
15          You may proceed, Counsel.                          12:38:58
16
17                  EXAMINATION
18   BY MR. COHN:
19       Q. Good afternoon, Dr. Reddy.  Can you let us know
20   what city you're in right now?                            12:39:05
21       A. It's in Irvine, California.
22       Q. And have you given deposition testimony before?
23       A. Yes.
24       Q. When was the last time you did that?
25       A. There was -- I don't remember when exactly, but   12:39:18
```

3 (Pages 6 - 9)

Page 46

1  to go to the text to know that those ADCs are
2  analog-to-digital converters?
3    A. I just want to be sure. So we can go down if
4  you'd like.
5    Q. If you look at column 5.            13:56:39
6    A. Yeah, column 5. Analog-to-digital converters,
7  ADC 1 8 and are high speed --
8       (Discussion off the record.)
9       THE WITNESS: Okay, I'll repeat that.
10      Analog-to-digital converters, ADC 1-218 and ADC   13:56:54
11  2-228 are high-speed converters to maximize the dynamic
12  range.
13      So that's where the reference is to
14  analog-to-digital converters.
15   Q. Okay. So back to figure 2.          13:57:07
16   A. Yeah. Okay.
17   Q. ADC 1 and ADC 2 are analog-to-digital
18  converters; right, in figure 2?
19   A. Correct, correct.
20   Q. All right. And it's showing that they are   13:57:27
21  converting a signal that has a bandwidth of BW 1 divided
22  by two.
23      Do you see that?
24   A. Correct.
25   Q. And that means that -- yes, go ahead.   13:57:39

Page 47

1    A. Yeah, BW 1 divided by two, yes.
2    Q. Okay. So the analog-to-digital converters are
3  digitizing a signal with half of the bandwidth of BW 1;
4  correct?
5    A. That's what -- that's what it's referring to.   13:57:55
6    Q. Okay. And --
7    A. In this example, that's what it's referring to,
8  yes.
9    Q. Now I'll invite you to look through the rest of
10  the figures, but are there any figures that depict   13:58:21
11  digitizing more than half of the bandwidth received at
12  the RF input?
13   A. So maybe you can find the specific figures.
14  Figure -- figure 4, I see something. Figure 4 does not
15  show any -- does not mention anything. It shows a   13:58:59
16  bandwidth 1.
17      I'm looking at figure 6, and figure 6 shows
18  ADCs. There is a tuner 1 and a tuner 2. Again, it does
19  not -- it shows the bandwidth presented at the input, RF
20  input. So, again, you have to go back to the description   13:59:44
21  and see what -- what is mentioned here.
22   Q. So based on your review of this patent to
23  prepare for today, you don't recall seeing an example, a
24  specific example, where the entire spectrum received at
25  the RF input was digitized.                 14:00:13

Page 48

1    Q. Is that fair?
2    A. Can you repeat the question?
3    Q. Sure.
4       Based on your review of this patent to prepare
5  for today's deposition, you don't recall seeing a   14:00:23
6  specific example where the entire spectrum received at
7  the RF input was digitized?
8    A. Inside the patent, there are a few examples
9  provided; right? In those examples, it's showing various
10  ways of implementing how the receiver is, but it also   14:00:46
11  mentions that there are many other possibilities to take
12  this idea further.
13   Q. I understand that, but you didn't see a specific
14  example --
15   A. In the examples -- in the examples within the   14:01:06
16  patent, there are three examples. I think figure, 2, 4,
17  and 6 we just reviewed that is showing certain
18  implementation of the receiver.
19   Q. And it doesn't show digitizing the entire
20  spectrum received at the RF input in those examples?   14:01:23
21   A. It's showing ADCs present, and the ADCs are
22  digitizing whatever signal is presented to them. And if
23  you see ADC 1, ADC 2, ADC 3, and ADC 4 on figure 6, they
24  are digitizing all the signals presented in front of it.
25  What that is depends on the implementation, and it could   14:01:53

Page 49

1  be anything that is sections of the channels that are
2  presented in the input of the -- the receiver.
3    Q. And you didn't see the phrases "full band" or
4  "full spectrum" when you reviewed this patent; right?
5    A. I'd have to go through it looking for that --   14:02:15
6  for that --
7    Q. You don't recall, based on your review you did
8  before the depo, seeing that; correct?
9    A. In my cursory glance, I -- I -- I don't remember
10  seeing -- seeing that specific word.          14:02:28
11   Q. Okay. You're aware that if Entropic wins this
12  case, that MaxLinear is entitled to a share of the
13  proceeds?
14   A. I don't know the details.
15   Q. Do you know that -- of that basic fact?   14:02:54
16   A. I know of -- I don't know the -- I don't know
17  the -- I don't know all the details. I know we sold the
18  patents, and there are some details that are inside the
19  contract. So I'm not sure of what are in the details.
20   Q. Do you know that MaxLinear has an interest in   14:03:14
21  this case?
22   A. I -- I don't know one way or the other.
23      MR. COHN: All right. I will pass the witness.
24      THE WITNESS: Okay.
25      MS. ALLOR: I don't have any follow-up   14:03:30

13 (Pages 46 - 49)

Page 50

1  questions.
2      MR. KATZ:  I have no questions of my own
3  witness.
4      MR. COHN:  Okay.  We are done, Dr. Reddy.  Thank
5  you.                                     14:03:40
6      THE WITNESS:  Thank you.
7      MR. COHN:  Just stick around for a moment.
8  We're going to do some formalities.  It will only take a
9  few minutes.
10     THE WITNESS:  Sure.                   14:03:52
11     THE VIDEOGRAPHER:  Okay.  Let me take you off
12 the record.
13     This will conclude the deposition of Madhukar
14 Reddy, Ph.D. the total number of media units used in the
15 deposition today was two and will be retained by Veritext   14:04:02
16 Legal Solutions.
17     We are off the record.  The time is 2:04 p.m.
18 Pacific Daylight Time.  Thank you.
19     (Time noted:  2:04 p.m. Pacific Daylight Time.)
20            --oOo--
21
22
23
24
25

Page 51

1  STATE OF CALIFORNIA    ) ss:
2  COUNTY OF MARIN        )
3
4     I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3452, do
5  hereby certify:
6      That the foregoing deposition testimony was
7  taken before me at the time and place therein set forth
8  and at which time the witness was administered the oath;
9      That testimony of the witness and all objections
10 made by counsel at the time of the examination were
11 recorded stenographically by me, and were thereafter
12 transcribed under my direction and supervision, and that
13 the foregoing pages contain a full, true and accurate
14 record of all proceedings and testimony to the best of my
15 skill and ability.
16     I further certify that I am neither counsel for
17 any party to said action, nor am I related to any party
18 to said action, nor am I in any way interested in the
19 outcome thereof.
20     IN WITNESS WHEREOF, I have subscribed my name
21 this 26th day of July, 2023.
22
23        [signature]
24     LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
25

Page 52

1  MICHAEL I. KATZ, ESQ.
2  mkatz@katzruby.com
3         July 26, 2023
4  RE:  Entropic Communications, LLC v. Charter
       Communications, Inc., Et Al
5  7/14/2023, Madhukar Reddy, Ph.D. (#5999052)
6    The above-referenced transcript is available for
7  review.
8    Within the applicable timeframe, the witness should
9  read the testimony to verify its accuracy. If there are
10 any changes, the witness should note those with the
11 reason, on the attached Errata Sheet.
12   The witness should sign the Acknowledgment of
13 Deponent and Errata and return to the deposing attorney.
14 Copies should be sent to all counsel, and to Veritext at
15 cs-ny@veritext.com
16
17  Return completed errata within 30 days from
18 receipt of testimony.
19  If the witness fails to do so within the time
20 allotted, the transcript may be used as if signed.
21
22       Yours,
23       Veritext Legal Solutions
24
25

Page 53

1  Entropic Communications, LLC v. Charter Communications, Inc.
2  Madhukar Reddy, Ph.D. (#5999052)
3         E R R A T A  S H E E T
4  PAGE_____ LINE_____ CHANGE_____
5  _____
6  REASON_____
7  PAGE_____ LINE_____ CHANGE_____
8  _____
9  REASON_____
10 PAGE_____ LINE_____ CHANGE_____
11 _____
12 REASON_____
13 PAGE_____ LINE_____ CHANGE_____
14 _____
15 REASON_____
16 PAGE_____ LINE_____ CHANGE_____
17 _____
18 REASON_____
19 PAGE_____ LINE_____ CHANGE_____
20 _____
21 REASON_____
22
23 _____  _____
24 Madhukar Reddy, Ph.D.           Date
25

14 (Pages 50 - 53)