# Exhibit C

Page 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,      )
    Plaintiff,                      )
                                   ) Case No.:
    vs.                             ) 2:22-cv-00125-JRG
                                   )
CHARTER COMMUNICATIONS, INC.,      )
    Defendants.                     )
_____)

VIDEO-RECORDED REMOTE DEPOSITION OF
TIMOTHY GALLAGHER
Woodinville, Washington
Wednesday, July 19, 2023; 8:36 a.m.

REPORTED BY:
Victoria A. Guerrero, CSR, RDR, RMR, CRR
Job No. 6018492
Pages 1 through 59

Page 2

```
 1        IN THE UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF TEXAS
 3                  MARSHALL DIVISION
 4
 5   ENTROPIC COMMUNICATIONS, LLC,    )
        Plaintiff,                    )
 6                                    ) Case No.:
        vs.                           ) 2:22-cv-00125-JRG
 7                                    )
     CHARTER COMMUNICATIONS, INC.,    )
 8      Defendants.                   )
     _____)
 9
10
11
12
13
14
15       BE IT REMEMBERED that, pursuant to Federal
16   Rules of Civil Procedure, the deposition of TIMOTHY
17   GALLAGHER was taken before Victoria A. Guerrero,
18   California Certified Shorthand Reporter, Registered
19   Diplomate Reporter, Registered Merit Reporter, and
20   Certified Realtime Reporter, on Wednesday, July 19,
21   2023, commencing at the hour of 8:36 a.m., the
22   witness responding to questions by videoconference
23   from Woodinville, Washington; the questions being
24   propounded and proceedings reported remotely via
25   videoconference.
```

Page 3

```
 1   R E M O T E   A P P E A R A N C E S:
 2
 3   FOR THE PLAINTIFF:
 4
         K & L GATES LLP
 5       KATHERINE L. ALLOR
         70 West Madison Street, Suite 3300
 6       Chicago, Illinois  60602
         312.372.1121
 7       katy.allor@klgates.com
 8
 9   FOR THE DEFENDANT:
10
         ARNOLD & PORTER
11       MARC COHN
         601 Massachusetts Avenue, NW
12       Washington, DC  20001
         202.942.6990
13       marc.cohn@arnoldporter.com
14
15
16
17   ALSO PRESENT:
18       Terry Weiss, Videographer
19       Jake Franks, Concierge tech
20
21
22
23
24
25
```

Page 4

```
 1                  INDEX TO EXAMINATION
 2              WITNESS:  TIMOTHY GALLAGHER
 3
 4   EXAMINATION:                       PAGE   LINE
     By Mr. Cohn                          7     19
 5
 6
 7                       * * *
```

Page 5

```
                    INDEX TO EXHIBITS
                    TIMOTHY GALLAGHER
                   Entropic vs. Charter
                  Wednesday, July 19, 2023
             Victoria A. Guerrero, CSR, RPR, RMR, CRR

     MARKED          DESCRIPTION              PAGE  LINE

     Exhibit 1    US Patent 9,825,826         17    19

     Exhibit 2    US Patent 8,792,008 B2      18    21

     Exhibit 3    US Patent 9,210,262 B2      43     8

     Exhibit 4    US Patent 10,135,682 B2     49    11

                       * * *
```

2 (Pages 2 - 5)

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400

|  | Page 6 |  | Page 8 |
|---|---|---|---|
| 1 | Wednesday, July 19, 2023; 8:36 a.m. | 1 | A   I don't think so. Not that I recall,   08:38:10 |
| 2 | Woodinville, Washington | 2 | anyway.   08:38:12 |
| 3 | ooOoo | 3 | Q   So let me just run through the ground rules   08:38:14 |
| 4 | THE VIDEOGRAPHER: Good morning. We are   08:36:20 | 4 | real quick. I'm going to ask you questions. You   08:38:16 |
| 5 | on the record at 8:36 a.m. on July 19, 2023.   08:36:20 | 5 | are free and encouraged to tell me if you don't   08:38:19 |
| 6 | Audio and video recording will continue to take   08:36:26 | 6 | understand my question or if it's vague or anything   08:38:22 |
| 7 | place unless all parties agree to go off the   08:36:30 | 7 | like that. You're not under compulsion to answer   08:38:24 |
| 8 | record. The quality of the recording depends   08:36:32 | 8 | anything by making assumptions or anything like   08:38:27 |
| 9 | on the quality of the camera, of the witness,   08:36:34 | 9 | that. So please feel free to say "I don't   08:38:29 |
| 10 | and the internet connection of the   08:36:37 | 10 | understand your question" or "Can you rephrase it"   08:38:33 |
| 11 | participants.   08:36:38 | 11 | or "Can you repeat it," that kind of stuff.   08:38:36 |
| 12 | This is the video-recorded deposition of   08:36:39 | 12 | Does that make sense?   08:38:38 |
| 13 | Timothy Gallagher in the matter of Entropic   08:36:41 | 13 | A   Yes.   08:38:39 |
| 14 | Communications vs Charter Communications filed   08:36:46 | 14 | Q   If you need -- I tend to break every hour.   08:38:40 |
| 15 | in the United States District Court, Eastern   08:36:48 | 15 | If you need water, coffee, any kind of break, let me   08:38:42 |
| 16 | District of Texas. Case No. 2:22-cv-00125.   08:36:50 | 16 | know. You're allowed to ask for that, too. I might   08:38:45 |
| 17 | This deposition is being held via Zoom   08:36:58 | 17 | ask us to kind of finish out a line of questions,   08:38:48 |
| 18 | remote meeting. My name is Terry Weiss from   08:37:01 | 18 | but we can take a break if you need one.   08:38:52 |
| 19 | the firm of Veritext Legal Solutions and I'm   08:37:04 | 19 | Every now and then a lawyer might object.   08:38:54 |
| 20 | the videographer. Our court reporter today is   08:37:08 | 20 | And so I'll ask a question, you might hear something   08:38:57 |
| 21 | Victoria Guerrero from the firm of Veritext   08:37:10 | 21 | like "Objection. Form" from -- probably Ms. Allor   08:39:00 |
| 22 | Legal Solutions.   08:37:12 | 22 | because I don't see another counsel on the call.   08:39:08 |
| 23 | I am not related to any party in this   08:37:12 | 23 | There's no judge here. You're not going to   08:39:10 |
| 24 | action, nor am I financially interested in the   08:37:15 | 24 | hear "sustained," "overruled," or anything like   08:39:12 |
| 25 | outcome. Counsel and everyone attending   08:37:17 | 25 | that. Those objections are for the lawyers and the   08:39:14 |

|  | Page 7 |  | Page 9 |
|---|---|---|---|
| 1 | remotely will now state their appearances and   08:37:20 | 1 | Court to figure out at a later time.   08:39:16 |
| 2 | affiliations for the record. If there are any   08:37:22 | 2 | So for purposes of today, if you hear an   08:39:18 |
| 3 | objections to proceeding, please state them at   08:37:24 | 3 | objection you can just go ahead and answer the   08:39:20 |
| 4 | the time of your appearance beginning with the   08:37:27 | 4 | question after the objection. You don't need to   08:39:24 |
| 5 | noticing attorney.   08:37:30 | 5 | wait for us to prompt you. You don't need to wait   08:39:25 |
| 6 | MR. COHN: This is Marc Cohn with Arnold &   08:37:31 | 6 | for anyone to say "go ahead." It will save a lot of   08:39:27 |
| 7 | Porter in Washington DC for the defendant.   08:37:33 | 7 | time for us to not have to say "go ahead" after each   08:39:30 |
| 8 | MS. ALLOR: Katie Allor from K & L Gates   08:37:38 | 8 | objection.   08:39:33 |
| 9 | on behalf of plaintiff Entropic Communications,   08:37:41 | 9 | That said, I might ask a couple bad   08:39:34 |
| 10 | LLC.   08:37:42 | 10 | questions today. If I ask a question, there's an   08:39:38 |
| 11 | THE VIDEOGRAPHER: Will the court reporter   08:37:45 | 11 | objection, you don't understand my question, then   08:39:40 |
| 12 | please swear in the witness.   08:37:45 | 12 | just tell me that you don't understand it or ask me   08:39:43 |
| 13 | ooOoo   08:37:46 | 13 | to repeat it.   08:39:45 |
| 14 | Whereupon, TIMOTHY GALLAGHER, having first   08:37:46 | 14 | Does that make sense?   08:39:46 |
| 15 | been sworn by the California Certified   08:37:46 | 15 | A   Yes. Got it.   08:39:48 |
| 16 | Shorthand Reporter, testified under oath as   08:37:46 | 16 | Q   I'm going to show you some documents today   08:39:49 |
| 17 | follows:   08:37:46 | 17 | through the Exhibit Share. I'm hoping that you are   08:39:52 |
| 18 | 08:37:46 | 18 | able to download them and have control over which   08:39:55 |
| 19 | EXAMINATION   08:37:47 | 19 | page you're looking at. So please let me know if   08:39:59 |
| 20 | 08:37:47 | 20 | you can't do that. I want you to be able to have   08:40:02 |
| 21 | BY MR. COHN:   08:38:02 | 21 | the freedom to look at other parts of the document   08:40:05 |
| 22 | Q   Good morning, Mr. Gallagher.   08:38:05 | 22 | if you need to.   08:40:07 |
| 23 | A   Good morning.   08:38:06 | 23 | Does that make sense?   08:40:08 |
| 24 | Q   Thank you for being with us today.   08:38:06 | 24 | A   Sure.   08:40:09 |
| 25 | Have you given deposition testimony before?   08:38:08 | 25 | Q   Okay. Then I have to ask this of   08:40:10 |

Page 46

```
 1    bandwidth looks like half.  But when you         09:54:41
 2    process them in quadrature you get the full      09:54:43
 3    bandwidth.  At least that's what I think         09:54:47
 4    they're trying to say here.  I haven't looked    09:54:50
 5    at this in a long time.                          09:54:53
 6        Okay.  Do you have other questions?          09:55:06
 7    BY MR. COHN:                                     09:55:13
 8    Q   Yeah.  I'm thinking of a follow-up.          09:55:14
 9        So each of the ADCs are digitizing half the  09:55:17
10    spectrum in terms of bandwidth?                  09:55:21
11    A   I guess you can think of it that way.  It's  09:55:30
12    not quite technically correct.  Yeah, you can kind 09:55:32
13    of think of it that way.                         09:55:40
14    Q   Was it your understanding that this device   09:55:45
15    was meant to digitize the entire spectrum being  09:55:47
16    received at the RF input?                        09:55:50
17    A   This looks like the architecture of the      09:55:56
18    earlier product line where we were digitizing on the 09:55:59
19    order of 100 megahertz.  Although, there's no reason 09:56:07
20    you couldn't use the same sort of architecture to 09:56:10
21    digitize the entire spectrum.  In the end we didn't 09:56:12
22    use this in our products for the so-called full  09:56:16
23    spectrum products, did not use this architecture. 09:56:20
24    Q   The MaxLinear full spectrum products did     09:56:25
25    not use the architecture in this '362 patent; is 09:56:28
```

Page 47

```
 1    that what you remember?                          09:56:34
 2        MS. ALLOR:  Object to the form.              09:56:37
 3        THE WITNESS:  I'm looking at the other --    09:56:41
 4    to see if the other figures are all kind of the  09:56:42
 5    same.                                            09:56:45
 6        So there are aspects that are -- that were   09:56:50
 7    used and other aspects that are different in     09:56:53
 8    the products that I recall.                      09:56:56
 9    BY MR. COHN:                                     09:56:58
10    Q   Okay.  What aspects that you see in the      09:56:58
11    '362 patent were used in the MaxLinear product that 09:57:02
12    you remember?                                    09:57:05
13    A   So this, what's called IQ sampling, where    09:57:08
14    you have two ADCs, that's the architecture we used 09:57:10
15    for the so-called wideband products.  The ones that 09:57:13
16    preceded, that came before the so-called full    09:57:17
17    spectrum.                                        09:57:19
18        Then the full-spectrum capture ones we had   09:57:23
19    somewhat similar or we shared a lot of the concepts 09:57:28
20    of the digital front end.  It wasn't identical, but 09:57:33
21    a lot of similar ideas.                          09:57:36
22    Q   The radio front end was different for the    09:57:42
23    full spectrum products than what's shown in this 09:57:44
24    patent, right?                                   09:57:47
25    A   Yes.  That's correct.                        09:57:48
```

Page 48

```
 1    Q   Using two ADCs to digitize the I and the Q   09:57:56
 2    signals, was that something new that you guys had 09:58:01
 3    come up with?  Or was that something that had been 09:58:03
 4    known for a time?                                09:58:05
 5    A   No.  That was pretty standard signal         09:58:07
 6    processing.  This concept of having a mixer and then 09:58:09
 7    IQ sampling, I had seen that many years before I was 09:58:12
 8    at MaxLinear.                                    09:58:15
 9    Q   Okay.  Is that known as quadrature?          09:58:17
10    A   Yeah.  Quadrature sampling sometimes         09:58:20
11    referred to that, yeah.                          09:58:25
12    Q   When you said the radio front end            09:58:32
13    architecture of this '362 patent was used in the 09:58:33
14    so-called wideband MaxLinear products, you mean the 09:58:36
15    ones that had the 96 or the 192 megahertz sampling 09:58:39
16    rate?                                            09:58:42
17    A   Those bandwidths, yes.  Process those        09:58:45
18    bandwidths.  What I recall is -- I don't recall  09:58:47
19    there being -- there were two parallel paths, each 09:58:51
20    having 100 megahertz bandwidth.  Something like  09:58:55
21    that.  Those are the very early ones I worked on in 09:58:59
22    2010 and '11.                                    09:59:01
23    Q   And at least with the example you see in     09:59:49
24    this patent, it doesn't show the radio front end 09:59:51
25    digitizing the entire spectrum at the RF input,  09:59:54
```

Page 49

```
 1    right?  Just a portion of it?                    09:59:58
 2    A   Right.  That's what I see in the figures     10:00:02
 3    and so on, yes.                                  10:00:05
 4    Q   Okay.                                        10:00:09
 5    A   Although, just to be clear, there's nothing  10:00:15
 6    restrict -- I mean, you could use this architecture 10:00:19
 7    to capture the entire spectrum.  It's just that it 10:00:22
 8    doesn't really talk about it.  I haven't looked at 10:00:25
 9    the claims, but it doesn't show it in the figures. 10:00:27
10    Q   Let's look at Gallagher Exhibit 4.           10:00:51
11        (Exhibit 4, US Patent 10,135,682 B2, was     10:00:56
12    marked.)                                         10:00:56
13    BY MR. COHN:                                     10:00:57
14    Q   Which, for the record, is US Patent          10:00:57
15    10,135,682 B2.                                   10:00:58
16    A   Okay.                                        10:01:10
17    Q   Do you see that you're the third listed      10:01:16
18    inventor on this patent?                         10:01:19
19    A   Correct.                                     10:01:20
20    Q   Do you remember what your contribution was   10:01:21
21    to the -- well, let me back up.                  10:01:23
22        Is this one of the patents you reviewed      10:01:25
23    before today?                                    10:01:27
24    A   Yes.  I spent less time on this one than     10:01:35
25    the other two, but I did look at it briefly.     10:01:37
```

13 (Pages 46 - 49)

Page 58

```
 1    A   I was not really involved in those sorts of   10:16:50
 2    discussions.  I remember talk of that kind of thing,  10:16:52
 3    but it wasn't really my area of, you know, focus or  10:16:56
 4    expertise.                                           10:17:01
 5       I think you're talking about whether you're     10:17:02
 6    required to license the patent or provide the patent 10:17:07
 7    license-free or -- I remember there were several    10:17:12
 8    policies that were being discussed between various  10:17:15
 9    different standards bodies.  But I don't remember,  10:17:19
10    you know, specifically with DOCSIS what the rules   10:17:22
11    were there.                                         10:17:26
12       MR. COHN:  Okay.  I will pass the witness.      10:17:58
13       MS. ALLOR:  I don't have any questions for     10:18:02
14    Mr. Gallagher.                                      10:18:03
15       MR. COHN:  All right.                          10:18:06
16       THE VIDEOGRAPHER:  Okay.  This concludes       10:18:11
17    today's deposition of Timothy Gallagher.  We're     10:18:13
18    now going off the record.  The time is 10:18.       10:18:16
19       MR. COHN:  Thank you, Mr. Gallagher.           10:18:20
20    (Proceedings ended at 10:18 a.m.)
21    (Signature reserved.)
22
23
24
25
```

Page 59

```
 1             REPORTER'S CERTIFICATE
 2       I, VICTORIA A. GUERRERO, California Certified Shorthand
 3    Reporter, Registered Diplomate Reporter, Registered Merit
 4    Reporter, Certified Realtime Reporter, do hereby certify
 5    that, pursuant to Federal Rules of Civil Procedure, TIMOTHY
 6    GALLAGHER appeared remotely before me at the time and place
 7    mentioned in the caption herein; that the witness was, by
 8    me, first duly sworn/affirmed under oath and examined upon
 9    oral interrogatories propounded by counsel;
10       that said examination together with the testimony of
11    said witness was taken down by me in stenotype and
12    transcribed through computer-aided transcription; I further
13    certify that I am not a relative or employee of any attorney
14    of the parties, nor financially interested in the action;
15       and the foregoing transcript, pages 1 through 58,
16    review not requested by the witness or a party, constitutes
17    a full, true, and correct record of such testimony adduced
18    and oral proceedings had and of the whole thereof.
19       WITNESS MY HAND AND DIGITAL SIGNATURE this Friday, July
20    21, 2023.
21
22    [signature]
23    Victoria A. Guerrero, CSR, RDR, RMR, CRR
      Oregon CSR No. 14-0428   (exp. 9-30-2024)
24    Washington CCR No. 3293  (exp. 3-15-2024)
      California CSR No. 8370  (exp. 3-15-2024)
25    Hawaii CSR No. 490      (exp. 12-31-2023)
```

Page 60

```
 1    Katherine L. Allor, Esq.
 2    katy.allor@klgates.com
 3             July 21, 2023.
 4    RE: Entropic Communications, LLC v. Charter Communications,
      Inc., et al
 5    7/19/2023, Timothy Gallagher (#6018492)
 6    The above-referenced transcript is available for
 7    review.
 8    Within the applicable timeframe, the witness should
 9    read the testimony to verify its accuracy. If there are
10    any changes, the witness should note those with the
11    reason, on the attached Errata Sheet.
12    The witness should sign the Acknowledgment of
13    Deponent and Errata and return to the deposing attorney.
14    Copies should be sent to all counsel, and to Veritext at
15    cs-ny@veritext.com.
16
17    Return completed errata within 30 days from
18    receipt of testimony.
19    If the witness fails to do so within the time
20    allotted, the transcript may be used as if signed.
21
22       Yours,
23       Veritext Legal Solutions
24
25
```

Page 61

```
 1    Entropic Communications, LLC v. Charter Communications, Inc., et
      al
 2    Timothy Gallagher (#6018492)
 3           E R R A T A  S H E E T
 4    PAGE_____ LINE_____ CHANGE_____
 5    _____
 6    REASON_____
 7    PAGE_____ LINE_____ CHANGE_____
 8    _____
 9    REASON_____
10    PAGE_____ LINE_____ CHANGE_____
11    _____
12    REASON_____
13    PAGE_____ LINE_____ CHANGE_____
14    _____
15    REASON_____
16    PAGE_____ LINE_____ CHANGE_____
17    _____
18    REASON_____
19    PAGE_____ LINE_____ CHANGE_____
20    _____
21    REASON_____
22
23    _____  _____
24    Timothy Gallagher               Date
25
```

16 (Pages 58 - 61)