# CONFIDENTIAL FILED UNDER SEAL

# EXHIBIT F

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG |

I, Steven H. Goldberg, declare as follows:

1. I previously submitted the Opening Expert Report of Steven H. Goldberg Regarding Invalidity of U.S. Patent Nos. 8,223,775; 8,284,690; 8,792,008; 9,210,362; 9,825,826; and 10,135,682 in the above-captioned matter on July 21, 2023.

2. I declare under penalty of perjury that paragraphs 380–411, 414, 421, and 473–78 of the Opening Expert Report of Steven H. Goldberg Regarding Invalidity of U.S. Patent Nos. 8,223,775; 8,284,690; 8,792,008; 9,210,362; 9,825,826; and 10,135,682, and the foregoing, are true and correct.

Executed on September 8, 2023

_____
Steven H. Goldberg