# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff | |
| v. | Civil Action No. 2:22-cv-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

### ORDER GRANTING CHARTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '362 PATENT

Before the Court is Charter's Motion for Summary Judgment of Invalidity of the Asserted Claims of the '362 Patent. After considering the briefing, the Court hereby **GRANTS** the motion.