UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '682 AND '690 PATENTS**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Motion for Summary Judgement of Non-Infringement of the Asserted Claims of the '682 Patent.

3. **Exhibit A** is a true and correct copy of excerpts of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4. **Exhibit B** is a true and correct copy of U.S. Patent No. 10,135,682 B2 ("'682 patent").

1

5. **Exhibit C** is a true and correct copy of excerpts of the ███████████████████████████████████████████████████████████████

6. **Exhibit D** is a true and correct copy of U.S. Patent No. 8,284,690 ("'690 patent").

7. **Exhibit E** is a true and correct copy of email correspondence from ███████████████████████████.

8. **Exhibit F** is a true and correct copy of excerpts of the ███████████████████████████████████████████████████████████.

9. **Exhibit G** is a true and correct copy of the ███████████████████████.

10. **Exhibit H** is a true and correct copy of an excerpted transcript of the ███████████████████████.

11. **Exhibit I** is a true and correct copy of excerpts of ███████████████████████.

12. **Exhibit J** is a true and correct copy of an excerpted transcript of the ███████████████████████.

13. **Exhibit K** is a true and correct copy of an excerpted transcript of the ███████████████████████.

14. **Exhibit L** is a true and correct copy of an excerpted transcript of the ███████████████████████.

15. **Exhibit M** is a true and correct copy of ███████████████████████.

16. **Exhibit N** is a true and correct copy of an excerpted transcript of the ███████████████████████████████████.

17. **Exhibit O** is a true and correct copy of excerpts of ███████████████████████.

18. **Exhibit P** is a true and correct copy of an excerpted transcript of the ████████ ███████████████████████.

19. **Exhibit Q** is a true and correct copy of the errata to the ███████████████ ███████████████████████.

20. **Exhibit R** is a true and correct copy of excerpts of ███████████████ ███████████████████████████████████████████████████████████.

21. **Exhibit S** is a true and correct copy of the ███████████████████████ ███████████.

22. **Exhibit T** is a true and correct copy of an excerpted transcript of the ████████ ███████████████████████.

23. **Exhibit U** is a true and correct copy of excerpts of CHARTER_ENTROPIC00101872.

24. **Exhibit V** is a true and correct copy of excerpts of excerpts of CHARTER_ENTROPIC00214282.

I declare under penalty of perjury that the above is true and correct.

Dated: September 11, 2023                        Respectfully submitted,

                                                 */s/ Elizabeth Long*
                                                 Elizabeth Long

3