UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED**<br><br>**FILED UNDER SEAL** |

**ORDER GRANTING CHARTER'S MOTION FOR SUMMARY JUDGMENT OF
NON-INFRINGEMENT OF THE ASSERTED CLAIMS
OF THE '682 AND '690 PATENTS**

Before the Court is Charter's Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '682 and '690 Patents. After considering the briefing, the Court hereby **GRANTS** the motion.