UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Case No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is Defendant Charter Communications, Inc.'s Motion for Partial Summary Judgment of No Pre-Suit Damages. Having considered the Motion, the Court DENIES the Motion.