# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant.* | Case No. 2:22-cv-00125-JRG |

# **ORDER**

Before the Court is Charter Communications, Inc.'s Motion for Summary Judgment of Invalidity of the Asserted Claims of the '362 Patent. Having considered the Motion, the Court DENIES the Motion.