UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br> Plaintiff<br><br> v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF
CHARTER'S BRIEF IN OPPOSITION TO ENTROPIC'S MOTION FOR
SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. § 101**

I, Elizabeth Long, declare:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. Attached as **Exhibit C** is a true and correct copy of U.S. Patent No. 8,284,690 ('690 patent).

3. Attached as **Exhibit D** is an excerpted transcript of the August 23, 2023 deposition of John Holobinko.

4. Attached as **Exhibit E** is a true and correct copy of U.S. Patent No. 8,792,008 ('008 patent).

5. Attached as **Exhibit F** is a true and correct copy of U.S. Patent No. 9,825,826 ('826 patent).

6. Attached as **Exhibit G** is a true and correct copy of U.S. Patent No. 5,874,992 (Caporizzo).

7. Attached as **Exhibit H** is a true and correct copy of U.S. Patent No. 9,210,362 ('362 patent).

1

8.  Attached as **Exhibit I** is a true and correct copy of U.S. Patent No. 6,704,372 (Zhang).

9.  Attached as **Exhibit J** is a true and correct copy of U.S. Patent No. 10,135,682 ('682 patent).

I declare under penalty of perjury that the above is true and correct.

Dated: September 25, 2023                               Respectfully submitted,

                                                        */s/ Elizabeth Long*
                                                        Elizabeth Long