UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. § 101**

Before the Court is Plaintiff Entropic Communications, LLC's Motion For Summary Judgment Of Validity Under 35 U.S.C. § 101 (Dkt. 178). After considering the briefing, the Court hereby **DENIES** the motion.