UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>  Plaintiff<br><br>  v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>  Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S
OPPOSED MOTION TO AMEND THE DOCKET CONTROL ORDER**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Opposed Motion to Amend The Docket Control Order.

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from an email chain, dated September 25-26, 2023, between Nicholas Lenning, counsel for Entropic, and myself as counsel for Charter.

4. Attached hereto as **Exhibit B** is a true and correct copy of earlier portions of the same email chain between Nicholas Lenning, counsel for Entropic, and myself as counsel for Charter.

1

5. Unrelated to the present motion, the parties previously met and conferred on September 22, 2023 regarding Entropic's request to file an out-of-time motion to compel. During the meet-and-confer, Charter informed Entropic that it opposed the motion.

6. On September 26, 2023, the parties held a telephonic meet-and-confer concerning the present motion to amend. I attended with Deron Dacus and Daniel Reisner, as counsel for Charter. Mr. Lenning attended on behalf of Entropic. During the meet-and-confer, Mr. Lenning informed us of Entropic's position that it would only agree not to oppose the requested amendment to the Court's Docket Control Order only if Charter would agree to permit Entropic to file its unrelated motion to compel.

I declare under penalty of perjury that the above is true and correct.

Dated: September 26, 2023

Respectfully submitted,

*/s/ Elizbeth Long*
Elizabeth Long