# Exhibit A

| | |
|---|---|
| **From:** | Long, Betsy |
| **Sent:** | Tuesday, September 26, 2023 6:03 PM |
| **To:** | Lenning, Nicholas F.; EntropicKLG; zzz.External.wh@wsfirm.com; zzz.External.andrea@wsfirm.com |
| **Cc:** | zzz.External.ddacus@dacusfirm.com; Charter-Entropic 22cv125 |
| **Subject:** | RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report |

Hi Nick,

We can meet at 6:30ET tonight.  I will send an invite.

Best,
Betsy

_____

Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Tuesday, September 26, 2023 4:30 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

External E-mail

Hi Betsy,

Entropic does not agree to a *nunc pro tunc* extension of the expert discovery deadline that expired yesterday. Charter reached out well after business hours seeking an extension the day-of, and has not provided any explanation of why Mr. Almeroth's report was not filed yesterday, particularly because his opinions apparently were formed enough for Mr. Bakewell to interview Dr. Almeroth on them.

1

We are willing, however, to meet and confer on this issue and see if the parties can reach agreement. We can be available to discuss between now and 4 pm pacific today.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Tuesday, September 26, 2023 12:58 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Hi Nick,

We will be serving Dr. Almeroth's report today.  Attached is an updated agreed motion to extend expert discovery by one day.

Please let us know if we have your permission to sign so we can get it on file today.

Thanks,
Betsy

_____
Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Monday, September 25, 2023 10:29 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Hi Nick,

We are going to serve Dr. Almeroth's rebuttal on September 27.

I have attached a draft agreed motion to amend the DCO stating as much for your review.

Best,
Betsy

_____

Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Monday, September 18, 2023 4:26 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Hi Nick,

Thanks for sending the draft. We would like to reserve a rebuttal report for Dr. Almeroth and added a sentence in the attached saying as much.

Aside from that edit, we are good with the proposed motion.

Best,
Betsy

_____

Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Monday, September 18, 2023 12:10 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-