# Exhibit B

| | |
|---|---|
| **From:** | Lenning, Nicholas F. <Nicholas.Lenning@klgates.com> |
| **Sent:** | Monday, September 18, 2023 4:26 PM |
| **To:** | Long, Betsy; EntropicKLG; zzz.External.wh@wsfirm.com; zzz.External.andrea@wsfirm.com |
| **Cc:** | zzz.External.ddacus@dacusfirm.com; Charter-Entropic 22cv125 |
| **Subject:** | RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report |

External E-mail

Understood, thank you Betsy. We will get this on file.

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Monday, September 18, 2023 1:26 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report


Hi Nick,

Thanks for sending the draft.  We would like to reserve a rebuttal report for Dr. Almeroth and added a sentence in the attached saying as much.

Aside from that edit, we are good with the proposed motion.

Best,
Betsy

_____
Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

1

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Monday, September 18, 2023 12:10 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

External E-mail

Hi Betsy,

A draft motion to extend the DCO is attached. Please let us know if you have edits, otherwise we will get on file this morning.

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Friday, September 15, 2023 1:41 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Thanks, Betsy. We will get a DCO extension motion over to you as soon as possible. I'll also note that we may serve a very short supplement from Dr. Kramer, solely limited to Vantiva as with Mr. Dell's report. We will note that in the DCO motion just so the Court knows what is going on -- and we of course agree Charter is reserving the right to move to strike such a supplement after seeing it, the same as Charter is with respect to Mr. Dell's supplement, and Entropic is with respect to Mr. Bakewell's supplement.

We'll send the draft motion shortly.

Nick Lenning
K&L Gates LLP
(206) 370-6685

2

He/Him/His

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Friday, September 15, 2023 12:37 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Hi Nick,

We can agree to Mr. Dell's report on the 19th and Mr. Bakewell's report on the 25th.

Best,
Betsy

_____

Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Friday, September 15, 2023 2:27 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

External E-mail

Hi Betsy, thank you. We're fine with a commensurate extension for Mr. Bakewell's report as well. The 25th, however, would be two days (from the 21st), but only one day for Mr. Dell. Can we do the 22nd for Mr. Bakewell's supplement? Or in the alternative, the 19th for Mr. Dell and then the 25th for Mr. Bakewell, so the extensions are the same? Let me know what you think.

Best,

3

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Friday, September 15, 2023 11:22 AM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Nick,

We are fine with the extension for Mr. Dell's report, but that will also necessitate an extension for Mr. Bakewell's rebuttal, until September 25.

Please circulate a draft agreed motion to amend the docket control order reflecting the above today.

Best,
Betsy

_____
Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

---

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Friday, September 15, 2023 12:46 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

External E-mail

Hi Betsy,

May we have a one day extension on Mr. Dell's supplement to Monday?

4

Best,

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Thursday, September 07, 2023 6:32 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

No worries.  Your edits are good with us.

Can we put Jim's signature for filing?

_____
Betsy Long
Counsel | Bio

Arnold & Porter

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Thursday, September 7, 2023 9:25 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

External E-mail

Hi Betsy, sorry was offline for a bit getting kids. Our minor edits are attached. This is okay to file from our perspective.

Nick Lenning
K&L Gates LLP
(206) 370-6685

5

He/Him/His

---

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Thursday, September 07, 2023 6:22 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Hi Nick,

When can we expect your revisions?

Thanks,
Betsy

_____

Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Thursday, September 7, 2023 7:19 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

External E-mail

Hi Betsy - we'll send back some proposed revisions as soon as possible.

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Thursday, September 07, 2023 4:06 PM
**To:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>; EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Hi Nick,

Per our call, please find a draft agreed motion to modify the DCO with highlighting for the language we discussed might need editing.

Thanks,
Betsy

_____

Betsy Long
Counsel | Bio

Arnold & Porter

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

**From:** Lenning, Nicholas F. <Nicholas.Lenning@klgates.com>
**Sent:** Thursday, September 7, 2023 5:51 PM
**To:** Long, Betsy <Elizabeth.Long@arnoldporter.com>; EntropicKLG <EntropicKLG@klgates.com>; zzz.External.wh@wsfirm.com <wh@wsfirm.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>
**Cc:** zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** RE: Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

External E-mail

Hi Betsy,

Of course. We also intend to serve a short supplemental report from at least Mr. Dell regarding yesterday's deposition of Vantiva. I know the parties already agreed to supplementation based on the late third-party depositions, but just wanted to flag that. I'll revert back shortly on a proposed date for that supplement but we're working to get that served as quickly as possible.

Best,

7

Nick Lenning
K&L Gates LLP
(206) 370-6685
He/Him/His

---

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Thursday, September 07, 2023 2:40 PM
**To:** EntropicKLG <EntropicKLG@klgates.com>; wh@wsfirm.com; andrea@wsfirm.com
**Cc:** Dacus, Deron (EXTERNAL) <ddacus@dacusfirm.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>
**Subject:** Entropic v. Charter I One day extension for Mr. Bakewell's supplemental rebuttal report

Dear Counsel,

May we have an extension until tomorrow to serve Mr. Bakewell's supplemental rebuttal report?

We will circulate a draft motion to amend the DCO and proposed amended DCO for your review.

Thank you,
Betsy

_____

Betsy Long
Counsel | Bio

**Arnold & Porter**

250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn | Twitter

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly proh bited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicholas.Lenning@klgates.com.