# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**CHARTER COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF NO <u>UNCLEAN HANDS DEFENSE</u>**

**TABLE OF CONTENTS**

I.   INTRODUCTION AND SUMMARY OF THE ARGUMENT ............................................ 1

II.   CHARTER'S RESPONSE TO ENTROPIC'S STATEMENT OF ISSUES .......................... 1

III.   CHARTER'S RESPONSE TO ENTROPIC'S STATEMENT OF UNDISPUTED FACTS ................................................................................................. 1

IV.   ADDITIONAL UNDISPUTED MATERIAL FACTS ......................................................... 2

     A.   █████████████████████████████████ ........................................ 2

     B.   Charter and ████████████████████████ ............................................... 7

V.   LEGAL STANDARD ............................................................................................................ 7

VI.   ARGUMENT ........................................................................................................................ 8

     A.   Charter Properly Relies on the Acts of ████████ ................................................ 8

     B.   Charter Points to Egregious Conduct to Support its Defense ................................ 9

VII.   CONCLUSION .................................................................................................................. 10

# TABLE OF AUTHORITIES

**Cases**

*Gilead Scis., Inc. v. Merck & Co.*,
　888 F.3d 1231 (Fed. Cir. 2018) .......................................................................................... 7, 9

*Therasense, Inc. v. Becton, Dickinson & Co.*,
　649 F.3d 1276 (Fed. Cir. 2011) ............................................................................................. 8

I.  **INTRODUCTION AND SUMMARY OF THE ARGUMENT**[1]

Charter opposes Entropic's Motion for Summary Judgment of No Unclean Hands Defense (Dkt. 180, "Mot.") as there remain genuine issues of material fact concerning whether the asserted patents are unenforceable against Charter because ████████ breached its implied covenant of good faith and fair dealing and had unclean hands when it assigned the asserted patents to Entropic.

II. **CHARTER'S RESPONSE TO ENTROPIC'S STATEMENT OF ISSUES**

Charter agrees with Entropic's recitation of the issues to be decided by the Court.

III. **CHARTER'S RESPONSE TO ENTROPIC'S STATEMENT OF UNDISPUTED FACTS**

1. Disputed as incomplete. Charter's witness stated ████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
█████████" ████████████████████████████ █████████████████████████████
███████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

2. Disputed as incomplete. ████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
████████████████████████████████

3–7. Undisputed.

---

[1] Emphasis is added herein, unless specified otherwise.
[2] Exhibits A–C were filed with Entropic's opening motion (Dkt. 180).
[3] "Ex." refers to Exhibits to the Declaration of Elizabeth Long In Support Of Charter's Opposition To Entropic's Motion For Summary Judgment Of No Unclean Hands Defense, filed herewith.

    8.    Disputed as incomplete. Charter's witness stated "█████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████ (Ex. D at 190:17–22.)

    9.    Disputed as incomplete. ████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

    10–11.  Undisputed.

    12.    Disputed as incomplete. The basis for Charter's defense of unclean hands is that

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████.

████████████████████████████████.

    13.    Disputed as incomplete. ████████████████████████████████

████████████████████████████

    14.    Disputed as incomplete. ████████████████████████████████

**IV.**    **ADDITIONAL UNDISPUTED MATERIAL FACTS**

    **A.**    ████████████████████████████████████████

    1.    ████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████

██████████████████████████████████

3

2. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████

3. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

4. █████████████████████████████████████
███████████████████████████████████████████
██████████████████

5. ████████████████████████████████

6. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

7. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

8. █████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

3

9. ███████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████

10. ██████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████

11. ██████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████ ██ █████

███████████████████████████████████████████████████

██████████████████████████████████)

12. ██████████████████████████████████████

███████████████████████████████████████████████████

███████

13. ██████████████████████████████████████

███████████████████████████████████████████████████

███████

14. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

15. ███████████████████████████████████████████
██████████████████████████

16. ███████████████████████████████████████████
█████████████████████████████████████████

17. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████

18. ███████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████████████████████████████

19. ███████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

20. ███████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████████████

21. ███████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

████████ █ ████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

██████████████████████████

22. ███████████████████████████████████████████████

████████████████

23. ███████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

6

██████████████████████████████████████████████████████

████████████████████████████████

24. ██████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████

25. ██████████████████████████████████

████████████████████████████████████████████████

B.  **Charter and** ████████████████████████

26. ██████████████████████████████

27. ████████████████████████████████████

████████████████████████████████████████████████

██████████████████████████████████████████████████

▪ ██████████████████████████████████

██████████████████████████████

▪ ██████████████████████████████████

████████████████████████████

▪ ██████████████████████████████████

### V.  LEGAL STANDARD

The unclean hands doctrine bars recovery "when misconduct of a party seeking relief has immediate and necessary relation to the equity that he seeks in respect of the matter in litigation." *Gilead Scis., Inc. v. Merck & Co.*, 888 F.3d 1231, 1239 (Fed. Cir. 2018) (citation omitted). Pre-litigation business conduct and litigation misconduct are sufficient to invoke unclean hands,

7

*Gilead*, 888 F.3d at 1240–1247, and there is no materiality requirement for unclean hands, *Therasense, Inc. v. Becton, Dickinson & Co.*, 649 F.3d 1276, 1287 (Fed. Cir. 2011) (en banc).

## VI. ARGUMENT

### A. Charter Properly Relies on the Acts of ▮

Entropic argues that Charter ▮ and improperly relies on acts of ▮. (Mot. at 4–6.) Charter's allegations give rise to a plausible inference that its defense does not target the property right but the parties who committed the misconduct, including Entropic.

*First*, Entropic mischaracterizes Charter's defense by arguing that its ▮ forms the basis of Charter's unclean hands defense." (Mot. at 6.) The basis for Charter's defense is that ▮ Resp. to SUF ¶ 12; Add'l Facts ¶¶ 1–23, 26–30; Dkt. 180-2.

*Second*, ▮

---

4 ▮

8

██████████████████████████████████████████████████

████████████████████████████████. ████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████ have not "acted fairly and without fraud or deceit as to the controversy at issue." *Gilead*, 888 F.3d at 1239.

### B. Charter Points to Egregious Conduct to Support its Defense

While Entropic alleges that Charter fails to articulate egregious facts for its unclean hands defense ████████████████████," (Mot. at 6), Charter has pointed to egregious conduct by ████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

9



Entropic's argument that "▮▮▮" misses the point. (Mot at 6.) It was not Charter's duty to inform ▮▮▮ of its conduct and Entropic has cited no case law that supports this argument. Even so, while notice is not required, Charter's corporate witness testified that ▮▮▮." *Id.* at ¶ 25.

## VII. CONCLUSION

For these reasons, Charter respectfully asks that the Court deny Entropic's motion for summary judgment of no unclean hands defense.

---

5 ▮▮▮

Dated: September 25, 2023                    Respectfully submitted,

/s/ Daniel Reisner by permission Elizabeth Long
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Jacob Bass
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com
Email: jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
Paul I. Margulies
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Email: marc.cohn@arnoldporter.com
Email: amy.dewitt@arnoldporter.com
Email: paul.margulies@arnoldporter.com

**Attorneys for Defendant**
**Charter Communications, Inc.**

11

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served September 25, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ Elizabeth Long
Elizabeth Long