**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ENTROPIC COMMUNICATIONS, LLC,

    Plaintiff

    v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 2:22-cv-00125-JRG

**JURY TRIAL DEMANDED**

███████████████████

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF NO UNCLEAN HANDS DEFENSE**

I, Elizabeth Long, declare:

1.    I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2.    Attached as **Exhibit D** is a true and correct copy of an excerpted transcript of the ████ ████████████████████████████ .

3.    Attached as **Exhibit E** is a true and correct copy of an excerpted transcript of the ████ ████████████ ███████ .

4.    Attached as **Exhibit F** is a true and correct copy of ████████████████ .

5.    Attached as **Exhibit G** is a true and correct copy of an excerpted transcript of the ████ ████████████████████ .

6.      Attached as **Exhibit H** is a true and correct copy of ██████████.

7.      Attached as **Exhibit I** is a true and correct copy of an excerpted transcript of the ████ ████████████████.

8.      Attached as **Exhibit J** is a true and correct copy of an excerpted transcript of the ████, ██████████████████.

9.      Attached as **Exhibit K** is a true and correct copy of █████████████

10.     Attached as **Exhibit L** is a true and correct copy of an excerpted transcript of the ████ ████████████████.

11.     Attached as **Exhibit M** is a true and correct copy of ██████████████████.

12.     Attached as **Exhibit N** is a true and correct copy of ██████████████████

13.     Attached as **Exhibit O** is a true and correct copy of ██████████████████.

14.     Attached as **Exhibit P** is a true and correct copy of ██████████████████

15.     Attached as **Exhibit Q** is a true and correct copy of ██████████████████.

16.     Attached as **Exhibit R** is a true and correct copy of ██████████████████.

I declare under penalty of perjury that the above is true and correct.

Dated: September 25, 2023                                  Respectfully submitted,

                                                          */s/ Elizabeth Long*
                                                          Elizabeth Long