# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF NO UNCLEAN HANDS DEFENSE**

Before the Court is Plaintiff Entropic Communications, LLC's Motion For Summary Judgment Of No Unclean Hands Defense (Dkt. 180). After considering the briefing, the Court hereby **DENIES** the motion.