UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. §§ 102 AND 103**

I, Elizabeth Long, declare:

1.  I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2.  Attached as **Exhibit E** is a true and correct copy of an excerpted transcript of the August 24, 2023 deposition of Dr. Richard A. Kramer.

I declare under penalty of perjury that the above is true and correct.

Dated: September 25, 2023

Respectfully submitted,

*/s/ Elizabeth Long*
Elizabeth Long

1