## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING ENTROPIC'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. §§ 102 AND 103**

Before the Court is Entropic's Motion For Summary Judgment Of Validity Under 35 U.S.C. §§ 102 And 103 (Dkt. 168). After considering the briefing, the Court hereby **DENIES** the motion.