**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S BRIEF IN OPPOSITION TO ENTROPIC'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT DEVICES WITH MAXLINEAR CHIPS ARE NOT NON-INFRINGING ALTERNATIVES AFFECTING THE REASONABLE ROYALTY RATE**

I, Elizabeth Long, declare:

1.     I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2.     Attached as **Exhibit G** is a true and correct copy of an excerpt from the transcript of the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

3.     Attached as **Exhibit H** is a true and correct copy of a PDF of Exhibit 2, an excel spreadsheet, from the ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬.

4.     Attached as **Exhibit I** is a true and correct copy of an excerpt from the transcript of the ▬▬▬▬▬▬▬▬▬▬▬▬.

1

5. Attached as **Exhibit J** is a true and correct copy of ███████████████.

6. Attached as **Exhibit K** is a true and correct copy of ███████████████.

7. Attached as **Exhibit L** is a true and correct copy of ███████████████.

8. Attached as **Exhibit M** is a true and correct copy of ███████████████.

9. Attached as **Exhibit N** is a true and correct copy of C███████████████.

I declare under penalty of perjury that the above is true and correct.

Dated: September 25, 2023                                              Respectfully submitted,

                                                                                     */s/ Elizabeth Long*
                                                                                     Elizabeth Long