# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AD