# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AE