# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AF