# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AG