# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AH