# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AI