# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AK