# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AL