# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AM