# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AN