# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AR