# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AS