# CONFIDENTIAL FILED UNDER SEAL EXHIBIT AT