# CONFIDENTIAL
# FILED UNDER SEAL
# EXHIBIT AU