UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**ORDER DENYING ENTROPIC'S MOTION TO STRIKE
OPINIONS OF CHRISTOPHER BAKEWELL**

Before the Court is Plaintiff Entropic Communications, LLC's Motion To Strike Opinions of Christopher Bakewell (Dkt. 174). After considering the briefing, the Court hereby **DENIES** the motion.