UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S BRIEF IN OPPOSITION TO ENTROPIC'S MOTION TO STRIKE OPINIONS OF STEVEN GOLDBERG

I, Elizabeth Long, declare:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. Attached as **Exhibit G** is a true and correct copy of excerpts of the August 11, 2023 Rebuttal Expert Report of Dr. Richard A. Kramer Concerning Validity of U.S. Patent Nos. 8,223,775 and 9,210,362 and Alleged Non-Infringing Alternatives of U.S. Patent No. 8,223,775 and U.S. Patent No. 9,210,362.

3. Attached as **Exhibit H** is a true and correct copy of U.S. Patent No. 6,704,372 (Zhang).

4. Attached as **Exhibit I** is a true and correct copy of an excerpted transcript of the August 22, 2023 deposition of Steven Goldberg.

1

5. Attached as **Exhibit J** is a true and correct copy of an excerpted transcript of the August 24, 2023 deposition of Richard A. Kramer.

6. Attached as **Exhibit K** is a true and correct copy of U.S. Patent No. 9,210,362 ('362 patent).

7. Attached as **Exhibit L** is a true and correct copy of an August 17, 2023 email from Entropic's counsel.

I declare under penalty of perjury that the above is true and correct.

Dated: September 25, 2023                                Respectfully submitted,

                                                         */s/ Elizabeth Long*
                                                         Elizabeth Long