# EXHIBIT I

```
                                                              Page 1

 1            IN THE UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF TEXAS
 3                    MARSHALL DIVISION
 4
 5   ENTROPIC COMMUNICATIONS, LLC,      )
         Plaintiff,                     )
 6                                      )  Case No.:
        vs.                             )  2:22-cv-00125-JRG
 7                                      )
     CHARTER COMMUNICATIONS, INC.,      )
 8       Defendants.                    )
     _____)
 9
10
11
12
13         VIDEO-RECORDED REMOTE DEPOSITION OF
14                STEVEN GOLDBERG, Ph.D.EE
15                  Cupertino, California
16         Tuesday, August 22, 2023; 7:58 a.m.
17
18
19         TAKEN IN BEHALF OF THE PLAINTIFFS
20
21
22   REPORTED BY:
23   Victoria A. Guerrero, CSR, RDR, RMR, CRR
24   Job No. 6060655
25   Pages 1 through 263
```

Page 2

```
 1          IN THE UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF TEXAS
 3                  MARSHALL DIVISION
 4
 5   ENTROPIC COMMUNICATIONS, LLC,    )
        Plaintiff,                    )
 6                                    )  Case No.:
        vs.                           )  2:22-cv-00125-JRG
 7                                    )
     CHARTER COMMUNICATIONS, INC.,    )
 8      Defendants.                   )
     _____)
 9
10
11
12
13
14
15      BE IT REMEMBERED that, pursuant to Federal
16   Rules of Civil Procedure, the deposition of STEVEN
17   GOLDBERG, Ph.D.EE was taken before Victoria A.
18   Guerrero, California Certified Shorthand Reporter,
19   Registered Diplomate Reporter, Registered Merit
20   Reporter, and Certified Realtime Reporter, on
21   Tuesday, August 22, 2023, commencing at the hour of
22   7:58 a.m., the witness responding to questions by
23   videoconference from Cupertino, California; the
24   questions being propounded and proceedings reported
25   remotely via videoconference.
```

Page 4

```
 1                 INDEX TO EXAMINATION
 2          WITNESS:  STEVEN GOLDBERG, Ph.D.EE
 3
 4   EXAMINATION:                         PAGE   LINE
       By Mr. Shimota                       9     1
 5
       By Mr. Benyacar                    244    10
 6
       By Mr. Shimota                     256     7
 7
 8
 9                       * * *
10
```

Page 3

```
 1   R E M O T E   A P P E A R A N C E S:
 2   FOR THE PLAINTIFF:
 3      K & L GATES LLP
        JAMES SHIMOTA
 4      SAMUEL P. RICHEY
        70 West Madison Street, Suite 3300
 5      Chicago, Illinois  60602
        312.372.1121
 6      james.shimota@klgates.com
        samuel.richey@klgates.com
 7
 8   FOR THE DEFENDANT:
 9      ARNOLD & PORTER
        DAVID BENYACAR
10      250 West 55th Street
        New York, New York  10019
11      david.benyacar@arnoldporter.com
12
13
14   ALSO PRESENT:
15      Sean Grant, Videographer
```

Page 5

```
 1                   INDEX TO EXHIBITS
 2             STEVEN GOLDBERG, Ph.D.EE
 3   Entropic Communications vs. Charter Communications
 4             Tuesday, August 22, 2023
 5       Victoria A. Guerrero, CSR, RPR, RMR, CRR
 6
     MARKED          DESCRIPTION           PAGE   LINE
 7
     Exhibit 1     CV of Steven H. Goldberg   26    2
 8               (No Bates)
 9   Exhibit 2     Opening Expert Report of   48   20
                 Steven H. Goldberg Regarding
10               Invalidity of US Patent Nos.
                 '775, '690, '008, '826, and
11               '682 (No Bates)
12   Exhibit 3     DOCSIS 2.0 PHY;            59    5
                 CHARTER_ENTROPIC00380721
13               through 381260
14   Exhibit 4     US Patent No. 8,284,690    56   10
                 (No Bates)
15
     Exhibit 5     US Patent Application      93   15
16               Publication 2004/01600945 A1
                 (No Bates)
17
     Exhibit 6     US Patent No. 8,223,775    93   25
18               (No Bates)
19   Exhibit 7     US Patent Application      94    4
                 Publication No. US
20               2001/0039600 A1 (Brooks)
                 (No Bates)
21
     Exhibit 8     US Patent No. 8,792,008   160    8
22               (No Bates)
23   Exhibit 9     US Patent No. 9,825,826   162   12
                 (No Bates)
24
25       (EXHIBITS CONTINUE NEXT PAGE.)
```

Page 154

1  A  Yes. It's important -- a person of            14:00:38
2  ordinary skill-in-the-art would read, for example, 14:00:40
3  paragraph 16 where it says, In this respect,      14:00:43
4  embodiments of the invention may be employed in any 14:00:46
5  setting in which a system adapted to perform both 14:00:50
6  signal detection and communications functions is  14:00:54
7  useful such as for commercial and/or civil uses.  14:00:58
8  The invention is not limited to being implemented in 14:01:04
9  any particular setting. Explicit disclosure there. 14:01:06
10     If you follow paragraph 17 it gives more      14:01:12
11 detail about an embodiment, a generic embodiment. 14:01:15
12 Some embodiments of the invention may provide     14:01:21
13 wideband, for example, up to 512 megahertz, or ultra 14:01:24
14 wideband, for example, up to 2 gigahertz,         14:01:28
15 communications capability. And it goes on and I   14:01:30
16 won't read that unless you want me to.            14:01:36
17     And then 18 talks more about                  14:01:46
18 implementation. Yeah. So there's a fairly needy   14:01:48
19 section here on talking about what the -- as it   14:01:56
20 says, the range of the particular -- it actually  14:01:59
21 says the invention's not limited to being         14:02:06
22 implemented in any particular setting and it kind of 14:02:10
23 talks about what the range -- what some of the    14:02:13
24 characteristics of that range of settings is.     14:02:15
25  Q  And so it's your opinion that those          14:02:20

Page 155

1  sections in paragraph 16 and 17, those constitute an 14:02:23
2  explicit disclosure of the use of the system in   14:02:27
3  connection with the coaxial cable network?        14:02:30
4   A  That was not my testimony at all, no.        14:02:32
5   Q  Okay. So are you saying it's an implied     14:02:36
6  disclosure that this could be used in a coaxial   14:02:39
7  cable network there?                              14:02:42
8   A  Well, first of all, it says it could be     14:02:45
9  used in many places. And a person of ordinary    14:02:49
10 skill-in-the-art would understand what different  14:02:54
11 technologies out there are and where they could be 14:02:57
12 used. It gave a little bit more of an example in  14:03:00
13 terms of talking about frequency ranges.          14:03:05
14     And then if I go to my report.               14:03:11
15  Q  Uh-huh.                                      14:03:23
16  A  I'm going to my report now. Just a moment,  14:03:24
17 please.                                           14:03:26
18  Q  Sure.                                        14:03:26
19  A  So if I look at paragraph 248, well,        14:03:50
20 specifically 249, Coyne actually discloses a      14:03:52
21 communication system comprise -- I say, comprises an 14:04:01
22 analog-to-digital converter, a channelizer, and at 14:04:05
23 least one circuit. Coyne -- in paragraph 7.       14:04:08
24     Coyne further instructs that, quote, the    14:04:11
25 analog-to-digital converter receives an analog    14:04:13

Page 156

1  signal input and produces a digital representation 14:04:17
2  of the analog signal -- the analog input signal.  14:04:20
3      Coyne teaches these -- also teaches the use 14:04:25
4  of a channelizer in the system that, quote, receives 14:04:27
5  the digital representation of the analog input    14:04:31
6  signal and produces a plurality of digital output 14:04:34
7  signals. Each digital output signal representing a 14:04:37
8  frequency band within a band within the analog    14:04:40
9  signal.                                           14:04:44
10     You know, Coyne discloses that. And I can   14:04:45
11 go on with all of the other limitations that I talk 14:04:47
12 about. So I talk in each limitation what Coyne    14:04:51
13 actually discloses related to the limitations in the 14:05:03
14 '008.                                             14:05:08
15  Q  Okay. We'll keep working through there.     14:05:13
16 So first, staying there at 2, which is above      14:05:14
17 paragraph 250, you see there's a reference to a   14:05:18
18 plurality of television channels; do you see that? 14:05:22
19  A  I'm sorry. Where are you pointing?          14:05:26
20  Q  Yeah. It's element 2. So it's system        14:05:28
21 comprising, then you get to 1A. An                14:05:30
22 analog-to-digital converter operable to digitize and 14:05:32
23 a received signal spanning an entire television   14:05:36
24 spectrum comprising a plurality of television     14:05:38
25 channels; do you see that?                        14:05:42

Page 157

1  A  I do.                                         14:05:45
2  Q  And can you tell me where it is in Coyne    14:05:46
3  there's an explicit disclosure of a plurality of  14:05:49
4  television channels?                              14:05:51
5  A  Okay. Well, first of all, Coyne says it    14:06:04
6  can be used in any application.                   14:06:13
7      Second of all, I'll come down, so in 251 I 14:06:15
8  talk about, Coyne teaches that a device called a  14:06:20
9  combiner combines incoming radiofrequency signals, 14:06:23
10 which are analog signals, to a wideband or ultra  14:06:27
11 wideband spectral space and outputs them to an    14:06:30
12 analog-to-digital converter.                      14:06:34
13     This converter provides a digital           14:06:36
14 representation of the combined signal to the      14:06:38
15 channelizer which converts, that is demultiplexes, 14:06:42
16 that digital signal into one or more channel      14:06:46
17 outputs.                                          14:06:49
18     Then I go on. This channelizer outputs to  14:06:50
19 a digital signal spanning an entire television    14:06:53
20 spectrum, quote/unquote. Per Coyne, if channelizer 14:06:55
21 240 is used to generate multiple channel outputs, 14:07:03
22 each may span a desired portion of the entire     14:07:06
23 frequency -- entire frequency spectrum of interest. 14:07:09
24     Coyne also discloses this channelizer has a 14:07:14
25 filter bank in which each filter possesses a pass 14:07:17

40 (Pages 154 - 157)

### Page 162

```
 1  doesn't say anything about ESPN, right?           14:14:08
 2       So, likewise, there, does Coyne ever say     14:14:10
 3  anything about television explicitly anywhere?  Does  14:14:12
 4  it use the word "television" anywhere?           14:14:19
 5    A   Let me go to Coyne.  Coyne is which one?   14:14:23
 6    Q   Yeah.  You can look.  I want to clarify the  14:14:34
 7  record, too.  So I marked for the record as     14:14:36
 8  Exhibit 8 the '008 patent, Exhibit 9 is the '826  14:14:39
 9  patent, Exhibit 10 is Coyne, Exhibit 11 is      14:14:42
10  Caporizzo, and Exhibit 12 is Narita.  But that's not  14:14:45
11  for you.                                         14:14:50
12       (Exhibit 9, US Patent No. 9,825,826 (No    14:14:51
13       Bates), was marked.)                       14:14:52
14       (Exhibit 11, US Patent No. 5,874,992       14:14:53
15       (Caporizzo) (No Bates), was marked.)       14:14:56
16       (Exhibit 12, US Patent No. 7,528,888       14:14:58
17       (Narita) (No Bates), was marked.)          14:14:58
18  BY MR. SHIMOTA:                                  14:15:09
19    Q   Do you remember my question?              14:15:09
20    A   I do.                                      14:15:10
21    Q   Are you using the search function to search  14:15:11
22  through Coyne for "television"?                  14:15:15
23    A   I am.  Absolutely.  Faster for you.       14:15:17
24    Q   Totally.                                   14:15:20
25    A   I feel your pain.  I understand.          14:15:21
```

### Page 163

```
 1       So I did a search for "television."  I     14:15:22
 2  didn't see it.  But as I will not read it again and  14:15:24
 3  again, but I read you several paragraphs from Coyne  14:15:29
 4  that talked about the wide range of commercial  14:15:32
 5  applications that it envisions.  And I didn't see an  14:15:35
 6  explicit term of TV.  But it talked about a very  14:15:40
 7  wide range of signals.                           14:15:44
 8       And a person of ordinary skill-in-the-art  14:15:47
 9  would understand television is structured that way.  14:15:49
10    Q   Structured what way?                       14:15:55
11    A   In terms of channels.                      14:15:57
12    Q   Like television, content, TV and things?  14:16:00
13  Does it describe anything about, like, consumers?  I  14:16:03
14  see where it describes consumer applications.   14:16:07
15       Does it describe any -- does it describe   14:16:11
16  with specificity anywhere a consumer application of  14:16:13
17  the Coyne invention?                             14:16:15
18    A   Well, I'm going back.  And remember, I took  14:16:18
19  you to paragraph 17 which directly followed,    14:16:22
20  obviously, paragraph 16.  16 was this invention is  14:16:32
21  not limited to being implemented in any particular  14:16:36
22  setting.  Then it goes on to kind of characterize  14:16:39
23  with a different view what kind of settings might it  14:16:44
24  be relevant to.                                  14:16:47
25       And we know what Coyne does.  You know,   14:16:49
```

### Page 164

```
 1  it's got a channelizer, et cetera, et cetera.  And  14:16:55
 2  then it talks about the frequency ranges that aren't  14:16:58
 3  military, that are commercial, and are other, and  14:17:02
 4  talks about those frequency ranges.              14:17:06
 5       So there's pretty good guidance that it   14:17:08
 6  would be applicable for TV or cable.             14:17:11
 7    Q   Well, are those frequency ranges like --  14:17:14
 8  I'm sorry.  Finish your answer.                  14:17:17
 9    A   To a person of ordinary skill.             14:17:19
10    Q   Are those frequency ranges exclusive to   14:17:21
11  cable networks, are the only applications that use  14:17:24
12  those frequency ranges?                          14:17:28
13    A   Well, there's -- I understand the question.  14:17:32
14  And the appropriate answer would be, you know, you  14:17:36
15  can have a cable that uses those frequencies and you  14:17:43
16  can wirelessly transmit them.  You can have those  14:17:47
17  frequencies modulated on an optical carrier, you can  14:17:52
18  use those frequencies in multiple places.  That  14:17:57
19  concept of band of frequencies.                  14:18:00
20    Q   Right.                                      14:18:03
21    A   But keep in mind what Coyne does and what  14:18:03
22  the '008 does.                                   14:18:06
23    Q   Right.  But those frequencies, are those  14:18:09
24  frequencies actually used in commercial applications  14:18:12
25  wirelessly?                                      14:18:15
```

### Page 165

```
 1    A   Yes.                                        14:18:18
 2    Q   And are those frequencies used in actual   14:18:21
 3  applications over optical transmission media?   14:18:23
 4    A   In terms of modulation band, yes.         14:18:27
 5    Q   All right.  And let's take a look at -- you  14:18:30
 6  point in your report to figure 2.  You can look at  14:18:35
 7  figure 2, but in your report you show that there.  14:18:37
 8    A   I've got figure 2 open in Coyne.  I have to  14:18:43
 9  look sideways, but I can see it.                 14:18:46
10    Q   And it's underneath paragraph 250 of your  14:18:48
11  report.                                          14:18:51
12    A   Okay.  Well, I'll go to my report, then.  14:18:55
13    Q   Either way.  Same difference.  On the far  14:18:57
14  left side you see the little triangles labeled 205A,  14:19:04
15  205B, 205 -- correct, see those?                14:19:11
16    A   I do.                                       14:19:16
17    Q   Are those antennas?                         14:19:16
18    A   Yes.  That's meant to represent an antenna.  14:19:18
19  The POSITA would see that as an antenna.        14:19:24
20    Q   Right.  And this embodiment, that's a     14:19:28
21  wireless embodiment, right?  The data received is  14:19:30
22  coming over a wireless channel, correct?        14:19:34
23    A   Okay.  Yeah.  Paragraph 21 of Coyne in the  14:20:00
24  example shown, receiver adapter 201 includes    14:20:05
25  combiner 220 which receives incoming radiofrequency  14:20:09
```

Veritext Legal Solutions
www.veritext.com                                888-391-3376

Page 202

```
 1   Q   There you state, I note that the              15:34:42
 2   specification of Zhang does not use the term "mixer"   15:34:43
 3   in connection with its frequency block down           15:34:45
 4   converter, such as frequency block down converter      15:34:48
 5   210 depicted in figure 2.                              15:34:53
 6        In my view, however, a POSITA would have         15:34:55
 7   understood that down converter 210, in the            15:34:57
 8   architecture taught by Zhang, would be implemented    15:35:00
 9   as a mixer, which was well-known -- which was a       15:35:03
10   well-known technique for down converting RF signals   15:35:05
11   at the time of Zhang, and well before the alleged    15:35:09
12   priority date of the '362 patent; do you see that?   15:35:13
13   A   I do.                                             15:35:17
14   Q   Were there other techniques aside from           15:35:18
15   mixers for down converting at the time of Zhang?     15:35:20
16   A   Let me go back and look at the priority         15:35:29
17   date of Zhang.                                        15:35:31
18        Yeah, around 250. Yeah. So -- so the '362      15:35:42
19   patent claims the date of priority April 17, 2009.   15:35:49
20   Okay. That gives us a general range. So the         15:35:56
21   question is, if you're asking me a technical         15:36:01
22   question in general, not related to Zhang, but in   15:36:07
23   general, and I want to be very clear here, that a    15:36:11
24   person of ordinary skill-in-the-art reading Zhang -- 15:36:14
25   which paragraph did you take me to, by the way? It  15:36:17
```

Page 203

```
 1   was three --                                          15:36:21
 2   Q   319. And my question is, let's start            15:36:22
 3   there, at the time frame you talked about, were      15:36:24
 4   there other techniques aside from mixers that could  15:36:28
 5   be used for down conversion?                         15:36:31
 6   A   No. I want to point out a couple of            15:36:37
 7   things. Zhang has an analog front end which means    15:36:38
 8   the boxes to the left -- the box to the left of the  15:36:44
 9   analog-to-digital converter.                         15:36:48
10        There really weren't many -- I'm really        15:36:52
11   scratching my head because I worked in this area for 15:36:59
12   decades. And I actually designed block down         15:37:02
13   converters in multiple jobs as an engineer, as a     15:37:06
14   person of ordinary skill-in-the-art, and especially  15:37:11
15   in satellite systems.                                15:37:13
16        A block down converter always used a mixer.    15:37:14
17   If you ask me a more broad question, are there other 15:37:18
18   techniques that can down convert signals independent 15:37:22
19   of whether it's analog or digital? That's a very   15:37:26
20   different question.                                  15:37:31
21        But we're talking about something to the       15:37:31
22   left of the A-to-D converter in Zhang which means   15:37:34
23   it's analog.                                         15:37:37
24   Q   Okay. In the analog domain, were there         15:37:40
25   other techniques other than using a mixer to down   15:37:44
```

Page 204

```
 1   convert at the time of the '362 patent?              15:37:46
 2   A   Well, what I said was -- let me see here.       15:38:48
 3   I talk about it paragraph 329 and I reference        15:39:11
 4   another piece of art which actually shows the mixers 15:39:14
 5   doing the down conversion. It's not the question   15:39:16
 6   you asked and I'm going to answer it here.           15:39:20
 7   Q   Correct.                                         15:39:23
 8   A   I guess what I would say, I see my report.      15:40:56
 9   And as a person of ordinary skill-in-the-art or one  15:40:58
10   of greater ordinary skill-in-the-art, I say in 391,  15:41:00
11   In my view, however, a POSITA would have understood  15:41:04
12   that a down converter 210, in the architecture       15:41:08
13   taught by Zhang, would be implemented as a mixer,   15:41:11
14   which was well-known.                                15:41:14
15        And that "well-known" doesn't even begin      15:41:17
16   to -- it's like I didn't say inherent, I didn't use  15:41:20
17   that word. I said would understand it was          15:41:29
18   well-known.                                          15:41:30
19        I mean, it's the first thing that comes to     15:41:31
20   mind. When you say block down converter you think   15:41:33
21   of a local loss leader in a mixer. If you were a    15:41:36
22   person of ordinary skill-in-the-art in that time,   15:41:39
23   which I was, and I was for many years, so I stand by 15:41:40
24   my statement.                                        15:41:46
25        You're asking me -- and I didn't prepare       15:41:47
```

Page 205

```
 1   this for -- because if you look at my opinion, I    15:41:49
 2   didn't prepare exhaustively where there's some      15:41:52
 3   esoteric down conversion techniques that weren't    15:41:57
 4   mixers. I didn't make that statement. And I didn't 15:42:00
 5   prepare that for this deposition.                   15:42:04
 6        But I would strongly state that when you      15:42:07
 7   use the term "block down converter," it was         15:42:10
 8   strong -- it would be understood as a mixer. And   15:42:14
 9   that's what I said.                                  15:42:22
10   Q   I'm sorry if I cut you off. Are you           15:42:23
11   finished?                                            15:42:24
12   A   I just say that's what I say in my report     15:42:25
13   in paragraph 391. And then an example -- I'm sorry. 15:42:27
14   I gave an example of this other art, the US Patent  15:42:31
15   Application Publication 089 by Li discloses a       15:42:42
16   receiver and it shows a mixer. It's very common, it 15:42:48
17   understates it. You know, almost universal except  15:42:53
18   maybe in university labs or something where they do 15:43:00
19   something different.                                 15:43:03
20   Q   Are you done?                                    15:43:10
21   A   I am.                                            15:43:10
22   Q   I just want to be clear. What I understood    15:43:11
23   you to say is in 391 you're not arguing that a --   15:43:12
24   that the disclosure of a down converter means       15:43:17
25   that -- that it's inherent, then; that there had   15:43:20
```

52 (Pages 202 - 205)

Page 206

1  been a mixer, right? You're not making that          15:43:23
2  argument?                                            15:43:25
3      A   I didn't use the word "inherent" in my       15:43:25
4  report.                                              15:43:28
5      Q   Well, are you making that argument that      15:43:29
6  it's inherent?                                       15:43:31
7      A   If you listen to what I said, I said         15:43:32
8  overwhelmingly. Well-known is -- I said              15:43:35
9  "well-known" in my report and I'm adding now that    15:43:41
10 it's overwhelmingly understood by people of ordinary 15:43:45
11 skill. If you say a block down converter, you're     15:43:49
12 talking about the use of a mixer.                    15:43:52
13         Even though I understand that if I do a     15:43:54
14 search on -- if I go to Zhang and I do a             15:44:00
15 search on --                                         15:44:06
16     Q   Why is that different than inherent, that    15:44:14
17 it's exceedingly well-known?                         15:44:16
18     A   Well, I understand that -- and we can go to  15:44:24
19 my report. Inherent is a very strong statement that  15:44:25
20 it's inherently there. It's necessarily there.       15:44:28
21     Q   You're right. That's a hundred percent       15:44:32
22 correct.                                             15:44:33
23     A   Thank you. My attorneys taught me well. I    15:44:34
24 think that's what's in the section. What I'm saying  15:44:41
25 here, and what my report says, a person of ordinary  15:44:43

Page 207

1  skill-in-the-art looking at this reference would     15:44:46
2  understand that a mixer would be used.               15:44:49
3      Q   Right. But you wouldn't necessarily have     15:44:55
4  to use a mixer. You're just saying it would be       15:44:57
5  exceedingly well-known?                              15:44:59
6      A   I'm telling you here if you didn't use a     15:45:01
7  mixer, I don't know what you use. Sitting here       15:45:03
8  today, I don't know what else you would use.         15:45:05
9      Q   Could you use a multiplier?                  15:45:08
10     A   A multiplier and a mixer are -- so           15:45:10
11 multipliers -- okay. Great question. And I can       15:45:16
12 give you an answer.                                  15:45:21
13         A mixer produces a multiplying function.    15:45:24
14 So a mixer does a multiplication. It multiplies the  15:45:29
15 two signals together. Now, it turns out it does      15:45:33
16 other things. But if you want to -- in my mind as a  15:45:39
17 person of ordinary skill-in-the-art, if you said     15:45:42
18 analog multiplier, that gets implemented as a mixer. 15:45:44
19     Q   Okay. Could you use a Hall effect sensor?    15:45:49
20     A   I didn't come prepared to talk about that.   15:45:58
21 I've heard the term before -- like I said, if you're 15:46:00
22 trying to push me into a corner to say -- and I was  15:46:08
23 very clear about this.                               15:46:11
24         I said in the Zhang application with a      15:46:12
25 block down converter for the applications that he's  15:46:15

Page 208

1  talking about, it's almost always a mixer. And I     15:46:18
2  said I didn't know what it would be if it wasn't.    15:46:22
3  And if you come up with some esoteric like a Hall    15:46:25
4  effect sensor, I don't ever remember in all the      15:46:29
5  companies I've seen, in all the receivers I've seen  15:46:34
6  over my 50 years have I ever seen that used.         15:46:37
7      Q   Could you use an analog circuit to           15:46:42
8  implement a discrete Fourier Transform to perform    15:46:44
9  the down converting function?                        15:46:46
10     A   Remember, we're in the analog domain.        15:46:50
11     Q   Right. Could you use an analog circuit to    15:46:54
12 implement a discrete Fourier function?               15:46:58
13     A   Would you use an analog circuit to do        15:47:00
14 a Fourier Transform?                                 15:47:04
15     Q   Correct. Yes. Sorry. I misspoke.             15:47:06
16         (Reporter requests clarification.)          15:47:07
17         THE WITNESS: First of all, I think that's   15:47:16
18 a non sequitur question. Because, could you          15:47:30
19 use one? I don't know in what -- I didn't come       15:47:34
20 prepared to talk about that.                         15:47:38
21         I mean, I know exactly what a Fourier       15:47:39
22 Transform is, but I didn't come here today           15:47:41
23 prepared to do engineering on the Zhang              15:47:44
24 circuit. I'm just telling you what I stated in       15:47:47
25 my report and I stand by my report. Let me           15:47:49

Page 209

1  just go back here.                                   15:48:00
2          It was paragraph, which one we said?        15:48:25
3  BY MR. SHIMOTA:                                      15:48:26
4      Q   391.                                         15:48:27
5      A   I say I note that the specification of       15:48:32
6  Zhang does not use the term "mixer" in connection    15:48:34
7  with its frequency block down converter, such as     15:48:37
8  frequency block down converter 210 depicted in       15:48:40
9  figure 2.                                            15:48:43
10         In my view, however, a POSITA would have    15:48:44
11 understood that a down converter 210, and I will     15:48:47
12 add, in the content of the Zhang patent, in the      15:48:52
13 architecture taught by Zhang, would be implemented   15:48:55
14 as a mixer, which was a well-known technique for     15:48:57
15 down converting RF signals at the time of Zhang and  15:49:01
16 well before the alleged priority date of the patent. 15:49:04
17 I stand by that statement.                           15:49:07
18     Q   Right. And I think your testimony just was   15:49:10
19 it would almost always be implemented as a mixer in  15:49:13
20 Zhang, but you're not -- as I understand it, you're  15:49:16
21 not prepared to testify today that it would          15:49:18
22 necessarily always be implemented as a mixer, right? 15:49:22
23 You're just not ready, you don't know this esoteric  15:49:24
24 thing?                                               15:49:28
25     A   I didn't prepare in this report if it was    15:49:29

Page 210

```
 1  some other esoteric thing that could do that. And I     15:49:30
 2  didn't say that in my report.                           15:49:33
 3    Q   Right. Okay. So you're just -- you're             15:49:35
 4  saying it likely would be, but you're not saying it     15:49:35
 5  would necessarily have to be a mixer in the             15:49:37
 6  architecture of Zhang, correct?                         15:49:41
 7    A   Yeah. I've said it in other places in the         15:49:43
 8  report. If I meant inherent necessarily, I would        15:49:46
 9  have said it. I didn't say that.                        15:49:48
10    Q   Gotcha. Fair enough. That's all. Let's            15:49:50
11  go to 392.                                              15:49:53
12    A   Can we take a ten-minute break?                   15:49:56
13    Q   Sure.                                             15:49:58
14    A   Thank you.                                        15:49:59
15        THE VIDEOGRAPHER: Going off the record.           15:50:00
16     The time is 3:50 p.m.                                15:50:01
17        (Off the record.)                                 15:50:03
18        THE VIDEOGRAPHER: Back on the record.             15:59:59
19     The time is 4:00 p.m.                                15:59:59
20  BY MR. SHIMOTA:                                         16:00:04
21    Q   Welcome back. Can I direct your attention         16:00:04
22  to paragraph 374, please?                               16:00:07
23    A   May I please add one piece of information         16:00:08
24  to my testimony, please?                                16:00:10
25    Q   Sure.                                             16:00:11
```

Page 211

```
 1    A   You had asked me about a multiplier and           16:00:12
 2  that triggered my thinking. If you go back to           16:00:14
 3  Zhang, column 3, lines 30 to 40 -- and we actually      16:00:18
 4  looked at this and talked about. It says, More          16:00:31
 5  specifically, the multichannel analog RF signal is      16:00:33
 6  multiplied by a reference signal to a lower             16:00:35
 7  frequency.                                              16:00:38
 8        So to me, at a minimum, what this does is         16:00:39
 9  rules out anything that doesn't do a multiplication     16:00:43
10  function. Now, keep in mind, and a POSITA would         16:00:48
11  know this, multipliers are typically used at much       16:00:52
12  lower frequencies. They just multiply signals           16:00:55
13  together.                                               16:00:59
14        The way signals are multiplied in the             16:00:59
15  mainstream low-cost commercial industrial world is      16:01:02
16  using mixers. You get the multiplication function.      16:01:07
17  You get other things. The mixer is a non-linear         16:01:13
18  device. It doesn't give you only the sum and            16:01:16
19  difference or the multiplied signal -- well, it         16:01:17
20  gives you the multiplied signal.                        16:01:20
21        It doesn't give you always the                    16:01:21
22  down-converted signal and the up-converted signal.      16:01:22
23  It gives you other things which need to be filtered     16:01:25
24  out.                                                    16:01:28
25        So I just want to point out that as strong        16:01:29
```

Page 212

```
 1  as I was about that it needs to be -- that it's a       16:01:32
 2  mixer, it's even stronger reading that section of       16:01:35
 3  column 3. It rules out anything that doesn't do         16:01:41
 4  multiplication in the analog domain which is            16:01:43
 5  overwhelmingly done as a mixer.                         16:01:47
 6    Q   Right. That doesn't change your opinion --        16:01:51
 7  that doesn't change your opinion that there's no        16:01:53
 8  inherency there, correct?                               16:01:55
 9    A   But it -- yes. But it basically takes it          16:01:57
10  to -- infinitesimally in that -- you know, to an        16:02:00
11  infinitesimal distance to that.                         16:02:05
12    Q   So you're not --                                  16:02:10
13    A   As I understand the law.                          16:02:11
14    Q   And you haven't considered whether there's        16:02:17
15  anything that could have been used in combination       16:02:18
16  with the multiplier to perform that function or         16:02:19
17  whether the multiplier does that function on its        16:02:22
18  own?                                                    16:02:25
19    A   You're just repeating what I said.                16:02:26
20        A mixer does the multiplication function at       16:02:27
21  frequencies that Zhang talks about. You really          16:02:30
22  wouldn't talk about an RF component as a multiplier.    16:02:37
23  It doesn't multiply a function.                         16:02:40
24        But if you look in data sheets at the time        16:02:42
25  of this patent, and you look in the marketplace, to     16:02:43
```

Page 213

```
 1  do this function, you look at mixers.                   16:02:47
 2    Q   Is there anything else you would look at to       16:02:53
 3  do that function that you're aware of? You say you      16:02:55
 4  haven't done that analysis.                             16:02:55
 5    A   Not that I know of. Oh, I didn't say I            16:02:56
 6  haven't done that. I mean, I said I haven't done        16:02:59
 7  the exhaustive search of what you could do. But I       16:03:01
 8  absolutely, throughout my career, did this. And you     16:03:04
 9  always look to mixers. In my -- again, in the           16:03:07
10  commercial and industrial applications related to       16:03:15
11  Zhang and certainly the '362.                           16:03:18
12    Q   Okay. Well, looking at paragraph 374 of           16:03:23
13  your report, do you see that? I think that's a          16:03:31
14  summary of your opinions. Invalidity over Zhang or      16:03:37
15  Zhang in combination with Favrat; do you see that?      16:03:40
16    A   37 what?                                          16:03:46
17    Q   374 of your report on page 111.                   16:03:59
18    A   Okay. I'm there. That's 374 is the                16:03:59
19  beginning of the section.                               16:04:05
20    Q   Yeah, right. I think it's just a summary          16:04:06
21  of what you opine, ultimately.                          16:04:08
22    A   Yeah.                                             16:04:17
23    Q   ==Am I correct you don't offer an opinion in==    16:04:17
24  ==which you combine Zhang with the Li reference in==    16:04:19
25  ==terms of an obviousness combination?==                16:04:23
```

54 (Pages 210 - 213)

Page 214

```
 1   A   That's correct.  Li was brought in as          16:04:38
 2   support for the use of a mixer.  Just that it's    16:04:40
 3   obvious to a person of ordinary skill in the art.  I  16:04:44
 4   don't think any of my headings in my report -- but  16:04:47
 5   I'll double-check that.  Let me just -- before I   16:04:52
 6   give you, quote/unquote, my final answer.          16:04:55
 7        Well, I state that in my opinion claims 11    16:05:33
 8   and 12 -- in my paragraph 374 -- are invalid --    16:05:36
 9   claims 11 and 12 of the '362 patent are invalid over  16:05:41
10   US Patent No. -- and I'll shorten it -- '372 Zhang 16:05:47
11   alone, or Zhang in combination with US Patent No.  16:05:52
12   '792 Favrat.                                       16:05:54
13        It's also my opinion claims 11 and 12 of      16:06:01
14   the '362 are invalid over US Patent '901, Dauphinee.  16:06:03
15   That's my opinion.                                 16:06:10
16   Q   Right.  So I guess not to be -- put too        16:06:11
17   fine a point on it, but you don't offer an opinion 16:06:15
18   that the claims -- claims 11 and 12 of '362 patent 16:06:18
19   are obvious when combining Zhang with Li, correct? 16:06:23
20   A   I think Li -- Li was used -- and if you'll     16:06:46
21   look at the last sentence in 393, Li was used as   16:06:52
22   support to, quote/unquote, and I quote from my     16:06:56
23   report, confirms my understanding that Zhang's     16:06:58
24   frequency block converter are mixers or mixer      16:07:01
25   modules within the meaning of the '362 patent.     16:07:05
```

Page 215

```
 1   That's how Li was used.                            16:07:08
 2   Q   Right.  You're not offering an opinion that    16:07:16
 3   one of ordinary skill-in-the-art would combine Zhang  16:07:18
 4   and Li to find that the '362 claims 11 and 12 are  16:07:22
 5   obvious, right?                                    16:07:26
 6   A   I don't think that's anywhere in my report.    16:07:27
 7   I said how I used Li.  Li confirms my understanding.  16:07:30
 8   Q   Okay.  Thank you.  If you could look at        16:07:42
 9   paragraph 389.  I think we already talked about this  16:07:44
10   a little bit.  And there there's the reference that  16:07:47
11   you talked about, the undesired -- we talked earlier  16:07:51
12   about undesired channels; do you remember that?    16:07:52
13   A   We did.                                        16:07:55
14   Q   Right.  Can you explain to me in there         16:07:58
15   where it is that Zhang discloses undesired channels  16:08:01
16   explicitly?                                        16:08:05
17   A   Sure.  In 389 it says selects one or           16:08:07
18   more -- this is the quote from Zhang.  Selects one  16:08:28
19   or more of the RF channels, D1 to DM, from one or  16:08:34
20   more of the digital RF channels, C1 through CN.  So  16:08:38
21   there's a larger grouping and a smaller grouping and  16:08:47
22   there's a selection process.                       16:08:50
23   Q   Yeah.  But why does that explicitly mean       16:08:55
24   that they are undesired channels?  How does that   16:08:57
25   follow?                                            16:09:01
```

Page 216

```
 1   A   All right.  Give me one second, please.        16:09:01
 2   Q   Sure.                                          16:09:04
 3   A   Well, paragraph 6 of Zhang, lines 18           16:10:46
 4   through 34, you know, give more color.  And there's  16:10:51
 5   even -- it gets pretty specific about -- let's just  16:10:56
 6   say there's 35 separate RF channels, C1 to C35.  I'm  16:10:59
 7   reading from line 29 of column 6.                  16:11:08
 8        For example, in figure 6 there are 35         16:11:11
 9   separate RF channels, C1 to C35.  Of those channels,  16:11:15
10   20 RF channels, D1 to D20, are selected.  Those 20 16:11:19
11   selected RF channels are sent to a set of          16:11:25
12   demodulators for demodulation.                     16:11:29
13        I think a person of ordinary                  16:11:33
14   skill-in-the-art would understand the ones you     16:11:35
15   selected were the desired ones and the other ones  16:11:36
16   were undesired.  You didn't need them.             16:11:40
17   Q   Well, wouldn't it be possible that you         16:11:42
18   wouldn't have enough -- there would be some order  16:11:44
19   where you would have less demodulators than you    16:11:46
20   would have channels?                               16:11:49
21   A   Let me just go to my report.  All right.  I    16:12:02
22   just need a minute here.  I'm going back to the    16:12:39
23   '362.  In the '362 it almost is a perfect map      16:12:42
24   between Zhang and the '362.                        16:13:13
25        If you look it says, line 29, column 1,       16:13:16
```

Page 217

```
 1   Because the swath of channels is not contiguous,   16:13:21
 2   this swath includes the desired channels as well as  16:13:24
 3   the undesired channels.  The demodulator employs a 16:13:29
 4   high speed data converter to capture the swath of  16:13:32
 5   desired and undesired channels in the digital domain  16:13:34
 6   and subsequently filters out the desired channels. 16:13:37
 7        That's what Zhang does.  It's almost a        16:13:41
 8   direct --                                          16:13:47
 9   Q   Where does it say that in Zhang?               16:13:48
10   A   Oh, I was just there.  I'll go back to         16:13:50
11   Zhang.  Yeah.  It was column 6.  It says, line 31  16:13:53
12   through 34, of those RF channels, 20 RF channels, D1  16:14:30
13   to D20, are selected.  Those selected channels are 16:14:35
14   sent to a set of demodulators.  That's exact --    16:14:38
15   that's not exactly, but that's almost directly what  16:14:41
16   '362 says.                                         16:14:46
17   Q   Right.  There's two pieces in there.  It       16:14:53
18   doesn't say that there's -- that the undesired --  16:14:55
19   that nothing is done with the other channels, right?  16:14:57
20   That those other channels are undesired, correct?  16:15:01
21   Anywhere in Zhang.                                 16:15:03
22   A   Well --                                        16:15:06
23   Q   You're inferring that, correct?                16:15:07
24   A   Zhang -- I did a search on.  My favorite       16:15:10
25   thing, just do the search on Zhang.  And I think if  16:15:16
```

55 (Pages 214 - 217)

Page 262

1    MR. BENYACAR:  Thank you, Dr. Goldberg.    17:22:42
2    THE WITNESS:  Thank you.    17:22:44
3    MR. SHIMOTA:  Thank you.    17:22:45
4    THE VIDEOGRAPHER:  This concludes today's    17:22:46
5  video-recorded deposition of Dr. Steven    17:22:47
6  Goldberg.  We're off the record at 5:22 p.m.    17:22:50
7  The number of media used is seven and will be    17:22:51
8  retained by Veritext.  Thank you.    17:22:56
9    (Proceedings ended at 5:23 p.m.)
10    (Signature reserved.)

Page 263

1        REPORTER'S CERTIFICATE
2    I, VICTORIA A. GUERRERO, California Certified Shorthand
3  Reporter, Registered Diplomate Reporter, Registered Merit
4  Reporter, Certified Realtime Reporter, do hereby certify
5  that, pursuant to Federal Rules of Civil Procedure, STEVEN
6  GOLDBERG, Ph.D.EE appeared remotely before me at the time
7  and place mentioned in the caption herein; that the witness
8  was, by me, first duly sworn/affirmed under oath and
9  examined upon oral interrogatories propounded by counsel;
10    that said examination together with the testimony of
11  said witness was taken down by me in stenotype and
12  transcribed through computer-aided transcription; I further
13  certify that I am not a relative or employee of any attorney
14  of the parties, nor financially interested in the action;
15    and the foregoing transcript, pages 1 through 262,
16  review requested by the witness or a party, constitutes a
17  full, true, and correct record of such testimony adduced and
18  oral proceedings had and of the whole thereof.
19    WITNESS MY HAND AND DIGITAL SIGNATURE this Thursday,
20  August 24, 2023.
21
22  _____
23  Victoria A. Guerrero, CSR, RDR, RMR, CRR
    Oregon CSR No. 14-0428   (exp. 9-30-2024)
24  Washington CCR No. 3293  (exp. 3-15-2024)
    California CSR No. 8370  (exp. 3-15-2024)
25  Hawaii CSR No. 490       (exp. 12-31-2023)

Page 264

1       Veritext Legal Solutions
        1100 Superior Ave
2       Suite 1820
        Cleveland, Ohio 44114
3       Phone: 216-523-1313
4
        August 29, 2023
5
        To: David Benyacar, Esq.
6
        Case Name: Entropic Communications, LLC v. Charter Communications,
7       Inc., et al
8       Veritext Reference Number: 6060655
9       Witness:  Steven Goldberg, Ph.D.EE   Deposition Date:  8/22/2023
10
        Dear Sir/Madam:
11
12      Enclosed please find a deposition transcript.  Please have the witness
13      review the transcript and note any changes or corrections on the
14      included errata sheet, indicating the page, line number, change, and
15      the reason for the change.  Have the witness' signature notarized and
16      forward the completed page(s) back to us at the Production address
        shown
17
        above, or email to production-midwest@veritext.com.
18
19      If the errata is not returned within thirty days of your receipt of
20      this letter, the reading and signing will be deemed waived.
21
        Sincerely,
22
        Production Department
23
24
25      NO NOTARY REQUIRED IN CA

Page 265

1       DEPOSITION REVIEW
        CERTIFICATION OF WITNESS
2
        ASSIGNMENT REFERENCE NO: 6060655
3       CASE NAME: Entropic Communications, LLC v. Charter
        Communications, Inc., et al
        DATE OF DEPOSITION: 8/22/2023
4       WITNESS' NAME: Steven Goldberg, Ph.D.EE
5       In accordance with the Rules of Civil
        Procedure, I have read the entire transcript of
6       my testimony or it has been read to me.
7       I have made no changes to the testimony
        as transcribed by the court reporter.
8
9       _____   _____
        Date              Steven Goldberg, Ph.D.EE
10      Sworn to and subscribed before me, a
        Notary Public in and for the State and County,
11      the referenced witness did personally appear
        and acknowledge that:
12
        They have read the transcript;
13      They signed the foregoing Sworn
            Statement; and
14      Their execution of this Statement is of
            their free act and deed.
15
        I have affixed my name and official seal
16
        this _____ day of_____, 20____.
17
        _____
18      Notary Public
19      _____
        Commission Expiration Date
20
21
22
23
24
25