UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S
<u>MOTION TO STRIKE OPINIONS OF STEVEN GOLDBERG</u>**

Before the Court is Plaintiff Entropic Communications, LLC's Motion To Strike Opinions Of Steven Goldberg (Dkt. 168). After considering the briefing, the Court hereby **DENIES** the motion.