UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S
BRIEF IN OPPOSITION TO ENTROPIC'S MOTION FOR SUMMARY
JUDGMENT OF NO LICENSE DEFENSE BASED ON DOCSIS**

I, Elizabeth Long, declare:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. Attached as **Exhibit E** is a true and correct copy of excerpts of the Opening Expert Report of David O. Taylor Regarding Charter's Defenses, served on July 21, 2023.

3. Attached as **Exhibit F** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Shukri Souri Regarding Licensing and Non-Infringing Alternatives, served on August 11, 2023.

4. Attached as **Exhibit G** is a true and correct copy of excerpts of the deposition transcript of

█████████████████████████

1

5. Attached as **Exhibit H** is a true and correct copy of excerpts of the Opening Expert Report of Dr. Shukri Souri Regarding Infringement of the '008, '682, '690, and '826 Patents, served on July 21, 2023.

6. Attached as **Exhibit I** is a true and correct copy of ████████████████████.

7. Attached as **Exhibit J** is a true and correct copy of ████████████████████.

8. Attached as **Exhibit K** is a true and correct copy of excerpts of the deposition transcript of ████████████████████

9. Attached as **Exhibit L** is a true and correct copy of excerpts of the deposition transcript of ████████████████████.

10. Attached as **Exhibit M** is a true and correct copy of ████████████████████

11. Attached as **Exhibit N** is a true and correct copy of ████████████████████

12. Attached as **Exhibit O** is a true and correct copy of ████████████████████

13. Attached as **Exhibit P** is a true and correct copy of excerpts of the deposition transcript of Dr. Kevin Almeroth, dated August 23, 2023. Dkt. 177-4.

14. Attached as **Exhibit Q** is a true and correct copy of excerpts of the Declaration of Dr. Kevin Almeroth Regarding Claim Construction, dated April 4, 2023.

15. Attached as **Exhibit R** is a true and correct copy of excerpts of the Opening Expert Report of Dr. Richard A. Kramer Regarding Infringement, dated July 21, 2023.

16. Attached as **Exhibit S** is a true and correct copy of United States Patent No. 8,792,008.

17. Attached as **Exhibit T** is a true and correct copy of United States Patent No. 9,825,826.

18. Attached as **Exhibit U** is a true and correct copy of ████████████████████

19. Attached as **Exhibit V** is a true and correct copy of excerpts of the deposition transcript of Dr. Shukri Souri, dated August 18, 2023.

20. Attached as **Exhibit W** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Kevin Almeroth Regarding Non-Infringement, dated August 11, 2023.

21. Attached as **Exhibit X** is a true and correct copy of Exhibit F from Entropic's 2nd Supplemental Infringement Contentions, dated June 23, 2023.

I declare under penalty of perjury that the above is true and correct.

Dated: September 25, 2023                                  Respectfully submitted,

                                                          */s/ Elizabeth Long*
                                                          Elizabeth Long