# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S OPPOSITION TO ENTROPIC'S MOTION TO STRIKE OPINIONS OF KEVIN ALMEROTH

I, Elizabeth Long, declare:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. Attached as **Exhibit K** is a true and correct copy of ▮▮▮▮▮

3. Attached as **Exhibit L** is a true and correct copy of excerpts of the July 21, 2023 Expert Report Of Dr. Kevin Almeroth Regarding Licensing And Non-Infringing Alternatives.

4. Attached as **Exhibit M** is a true and correct copy of an excerpted transcript of the ▮▮▮▮▮

5. Attached as **Exhibit N** is a true and correct copy of a PDF of Exhibit 2, an ▮▮▮▮▮.

6. Attached as **Exhibit O** is a true and correct copy of excerpts of the August 11, 2023 Rebuttal Expert Report Of Dr. Kevin C. Almeroth Regarding Non-Infringement.

7. Attached as **Exhibit P** is a true and correct copy of an excerpted transcript of the August 23, 2023 deposition of Kevin Almeroth.

8. Attached as **Exhibit Q** is a true and correct copy of excerpts of Defendant's Fifth Supplemental Objections And Responses To Plaintiff's Second Set Of Interrogatories (No. 7), served August 10, 2023.

9. Attached as **Exhibit R** is a true and correct copy of excerpts of the August 29, 2023 Supplemental Expert Report Of Shukri Souri, Ph.D. Regarding Infringement Of U.S. Patent Nos. 8,792,008 And 10,135,682 And Noninfringing Alternatives.

10. Attached as **Exhibit S** is a true and correct copy of excerpts of the July 21, 2023 Expert Report Of Stephen E. Dell, CVA Relating To Damages.

11. Attached as **Exhibit T** is a true and correct copy of an excerpted transcript of the ███████ ████████████████████████ .

I declare under penalty of perjury that the above is true and correct.

Dated: September 25, 2023                              Respectfully submitted,

                                                       */s/ Elizabeth Long*
                                                       Elizabeth Long