# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

### ORDER DENYING PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION TO STRIKE OPINIONS OF DR. KEVIN ALMEROTH

Before the Court is Plaintiff Entropic Communications, LLC's Motion To Strike Opinions Of Dr. Kevin Almeroth (Dkt. 175). After considering the briefing, the Court hereby **DENIES** the motion.