# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff | |
| v. | Civil Action No. 2:22-cv-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | **JURY TRIAL DEMANDED** |
| Defendant. | |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '682 AND '690 PATENTS**

I, Elizabeth Long, declare as follows:

1.      I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2.      I make this declaration in support of Charter's Reply Brief in Support of Its Motion for Summary Judgement of Non-Infringement of the Asserted Claims of the '682 Patent.

3.      **Exhibit W** is a true and correct copy of excerpts of CHARTER_ENTROPIC00370553.

4.      **Exhibit X** is a true and correct copy of excerpts of CHARTER_ENTROPIC00380721.

1

I declare under penalty of perjury that the above is true and correct.


Dated: October 3, 2023                    Respectfully submitted,

                                          */s/ Elizabeth Long*
                                          Elizabeth Long

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served October 3, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

*/s/ Elizabeth Long*
Elizabeth Long

3