# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Civil Action No. 2:22-CV-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

# DECLARATION OF JAMES A. SHIMOTA IN SUPPORT OF ENTROPIC'S REPLY IN SUPPORT OF ENTROPIC'S MOTION FOR SUMMARY JUDGMENT OF VALIDITY UNDER 35 U.S.C. § 101

I, James A. Shimota, declare:

1. I am a Partner with the law firm of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC ("Entropic") in the above-captioned matter. I am submitting this declaration in support of Entropic's Reply Brief in Support of Entropic's Motion for Summary Judgment of Validity Under 35 U.S.C. § 101. I have personal knowledge of the matters stated herein and, if called to testify to such matters, I could and would testify hereto.

2. Attached as Exhibit C is an excerpted copy of the transcript of the claim construction hearing that took place on June 13, 2023.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true and correct. Signed this 3rd day of October, 2023.

*/s/ James A. Shimota*
James A. Shimota
