# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

### DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT OF NO PRE-SUIT DAMAGES

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Reply Brief in Support of Its Motion for Partial Summary Judgement of No Pre-Suit Damages.

3. **Exhibit Q** is a true and correct copy of an excerpt of the September 19, 2023 Second Supplemental Expert Report Of Stephen E. Dell, CVA, Relating To Damages.

I declare under penalty of perjury that the above is true and correct.

Dated: October 2, 2023

Respectfully submitted,

*/s/ Elizabeth Long*
Elizabeth Long

1