**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF**
**CHARTER'S MOTION TO STRIKE ENTROPIC'S**
**IMPROPER SECONDARY CONSIDERATIONS POSITIONS**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. ("Charter") in the above captioned action. I am also serving as counsel to third party ▮▮▮▮▮ in connection with subpoenas received in this matter. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Reply Brief In Support of Its Motion to Strike Entropic's Improper Secondary Considerations Positions.

3. On January 13, 2023, counsel for Charter produced to Entropic Communications, LLC ("Entropic"), *inter alia*, documents bearing Bates numbers CHARTER_ENTROPIC00099186 and CHARTER_ENTROPIC00097617.

4. On March 31, 2023, counsel for Charter produced to Entropic, *inter alia*, documents bearing Bates numbers:

CHARTER_ENTROPIC00103988; CHARTER_ENTROPIC00150174;

CHARTER_ENTROPIC00216348; CHARTER_ENTROPIC00215485;

CHARTER_ENTROPIC00184343; CHARTER_ENTROPIC00186339;

CHARTER_ENTROPIC00213907; CHARTER_ENTROPIC00213927;

CHARTER_ENTROPIC00213931; CHARTER_ENTROPIC00214820;

CHARTER_ENTROPIC00214821; CHARTER_ENTROPIC00216387;

CHARTER_ENTROPIC00216592; CHARTER_ENTROPIC00213900;

CHARTER_ENTROPIC00216502; CHARTER_ENTROPIC00124915;

CHARTER_ENTROPIC00147269; CHARTER_ENTROPIC00153016;

CHARTER_ENTROPIC00153452; CHARTER_ENTROPIC00153612;

CHARTER_ENTROPIC00153943; CHARTER_ENTROPIC00154463;

CHARTER_ENTROPIC00164612; CHARTER_ENTROPIC00166033;

CHARTER_ENTROPIC00169349; CHARTER_ENTROPIC00184224; and

CHARTER_ENTROPIC00185498.

5. On April 11, 2023, counsel for Charter produced to Entropic, *inter alia*, documents bearing Bates numbers:

CHARTER_ENTROPIC00219123; CHARTER_ENTROPIC00219129;

CHARTER_ENTROPIC00219131; CHARTER_ENTROPIC00219133;

CHARTER_ENTROPIC00219136; CHARTER_ENTROPIC00219148; and

CHARTER_ENTROPIC00219186.

6. On May 2, 2023, counsel for Charter produced to Entropic, *inter alia*, documents bearing Bates numbers:

CHARTER_ENTROPIC00246460; CHARTER_ENTROPIC00246321;

CHARTER_ENTROPIC00239565; and CHARTER_ENTROPIC00239763.

7. On May 24, 2023, counsel for Charter produced to Entropic, *inter alia*, documents bearing Bates numbers CHARTER_ENTROPIC00284089 and CHARTER_ENTROPIC00285205.

8. On June 1, 2023, counsel for Charter produced to Entropic, *inter alia*, documents bearing Bates numbers CHARTER_ENTROPIC00287913 and CHARTER_ENTROPIC00288800.

9. On June 6, 2023, counsel for Charter produced to Entropic, *inter alia*, documents bearing Bates number CHARTER_ENTROPIC00351497, CHARTER_ENTROPIC00350440, and CHARTER_ENTROPIC00348423.

10. On June 23, 2023, third party ▮▮▮▮▮ produced to Entropic, *inter alia*, documents bearing Bates numbers ▮▮▮▮▮▮▮▮▮▮.

11. On July 12, 2023, counsel for Entropic served on Charter, *inter alia*, documents produced by third party ▮▮▮▮▮ ▮▮▮▮▮ bearing Bates numbers ▮▮▮▮▮▮▮▮▮▮.

I declare under penalty of perjury that the above is true and correct.

Dated: October 3, 2023                              Respectfully submitted,

                                                    */s/ Elizabeth Long*
                                                    Elizabeth Long