UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE THE OPINIONS OF STEPHEN DELL**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Reply in Support of Its Motion to Exclude the Opinions of Stephen Dell.

3. **Exhibit L** is a true and correct copy of an excerpted transcript of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

4. **Exhibit M** is a true and correct copy of the September 25, 2023 Second Supplemental Expert Report Regarding Damages of W. Christopher Bakewell.

1

I declare under penalty of perjury that the above is true and correct.

Dated: October 3, 2023                                  Respectfully submitted,

*/s/ Elizabeth Long*
Elizabeth Long