# EXHIBIT L

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

    Plaintiff,

vs.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Case No. 2:22-cv-00125-JRG

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

REMOTE VIDEO DEPOSITION OF
RICHARD A. KRAMER

August 24, 2023
10:08 a.m. Central

Stenographically Reported By:
Deanna Amore - CRR, RPR, CSR - 084-003999

Page 54

```
 1  matter, what you call the process of taking one
 2  signal and making an I and a Q signal out of it?
 3      A.  I'm generally certainly aware, yes.
 4  Assign a specific term and contemplate what else
 5  that term may be and what would be the most
 6  accurate term to provide for you to explain that,
 7  I would prefer not to speculate on the fly.
 8      Q.  In Figure 2 of the '362 patent, I and Q
 9  signals based on the RF input are generated prior
10  to digitation; correct?                  12:01:58
11      A.  Signals 216 and 226, the I and Q signals,
12  are inputs into the ADC --
13      Q.  Is there a --
14          (Simultaneous speaking.)
15      THE WITNESS:  -- ADC1 and an ADC2 to be
16  accurate.  Forgive me.
17  BY MR. COHN:
18      Q.  Is there any figure that shows
19  digitization of a signal other than an I and a Q
20  signal?                                   12:02:36
21      A.  I prefer not to speculate.  Yes, there's,
22  I think, nine figures, if I'm not mistaken, in
23  here.  I'd have to go through all of them.
24      Q.  Yeah, there are nine figures.  I'll invite
25  you to go through the nine figures in the '362
```

Page 55

```
 1  patent and let me know if any of the figures depict
 2  digitizing the signal before generation of I and Q
 3  signals.
 4      A.  Respectfully, can you show me where
 5  Dr. Goldberg says that all of these figures -- if
 6  he has that particular opinion because I --
 7  I didn't research all of these figures to answer
 8  that question.  I'm not prepared to answer that
 9  question without speculating.
10      Q.  Is there any embodiment shown in the nine   12:03:49
11  figures of the '362 patent where the RF input is
12  digitized before I and Q signals are generated?
13      Go ahead and look at the figures, if you
14  want, and let me know.
15      A.  So, right, some of these figures I'd have
16  to go through the specification, and the
17  specification is not limited to just the figures
18  alone.  So I'm not prepared to answer that question
19  without speculating.
20      Q.  Is there any embodiment described in the    12:04:26
21  '362 patent where the RF input is digitized before
22  being processed into I and Q signals?
23      MR. MEGGS:  Objection to form.
24  BY MR. COHN:
25      Q.  And can you point me to it, if there is
```

Page 56

```
 1  one?
 2      A.  And I would ask where does Dr. Goldberg
 3  provide that opinion?
 4      Q.  I'm asking about whether you have that
 5  opinion and whether you can identify me any
 6  embodiment.  Feel free to look at your report, if
 7  you would like.
 8      A.  I rebutted Dr. Goldberg's report.  I don't
 9  recall that being raised.  Perhaps I'm wrong.  If
10  you'd like to point me to where that is, I'd be    12:05:18
11  glad to address that at your direction.
12      Q.  Sitting here today with the '362 patent in
13  front of you and having done all the work that
14  you've done in this case, can you take the time you
15  need to flip through the patent and identify for
16  me, if you can, any embodiments described in which
17  the RF input signal is digitized before being
18  processed into I and Q signals?
19      MR. MEGGS:  Objection.  Form.
20      THE WITNESS:  Sir, I've done an extensive       12:06:00
21  review of the '362 patent in this matter.  It
22  wasn't a trivial effort.  I took it very seriously.
23  I can't give you an answer that's speculatively on
24  the fly.
25      And the claims themselves speak for themselves,
```

Page 57

```
 1  and one skilled in the art, in my opinion, would
 2  recognize the claims.  And it could be any
 3  combination of embodiments or description or things
 4  put together within the specification that informs
 5  a POSITA, person of ordinary skill in the art.
 6      I'm not prepared to speculate.  Your question
 7  is new to me.  It's not one that's been raised,
 8  that I'm aware of.  Certainly, this is the first
 9  time I've heard of it from you, and I'm not
10  prepared to answer that question here today without 12:06:56
11  having to speculate.
12  BY MR. COHN:
13      Q.  Okay.  Are you able to identify any
14  embodiment in the '362 patent, either in the
15  figures or the specifications, that does not
16  down-convert the incoming analog signal before
17  analog-to-digital conversion?
18      A.  It appears Figures 2, 4, perhaps Figure 6
19  have elements of down-converting after
20  analog-to-digital converting if that's what your    12:09:20
21  question is.
22      Q.  That was not my question.
23      A.  Sorry.
24      Q.  I think we all agree that the figures show
25  that there is down-converting after digitization.
```

15 (Pages 54 - 57)

Page 90

 1  want to be clear about what we're talking about,
 2  the serial interface for claim 12 is a serial
 3  interface that's a data -- digital datastream via a
 4  serial interface relative to the output marked as
 5  claim 11b, which is, by said digital circuitry of
 6  said wideband receiver system, said selected
 7  plurality of television channels to a demodulator
 8  as a digital datastream.
 9      So it's just not a generic serial
10  interface.  I just want to be really clear about          14:25:38
11  that.
12    Q.  So there's digital circuitry of the
13  wideband receiver system -- right? -- and that
14  outputs a digital datastream to a demodulator;
15  right?  And in claim 12 that output is to a serial
16  interface.  Did I get that right?
17    A.  It's a dependent claim that depends on all
18  the other preceding claim elements, but the end
19  result is that based on all of the preceding claim
20  elements in that context, then there would be a      14:26:45
21  said plurality of television channels amongst the
22  desired and undesired as based on the
23  down-converting digitizing selecting steps and
24  outputting steps, and then based on all of that,
25  then claim 12 depends on those, comprising,

Page 91

 1  outputting by said digital circuitry of said
 2  wideband receiver system said digital datastream
 3  via a serial interface.
 4      So it's in that context.
 5    Q.  The serial interface mentioned in claim 12
 6  can be implemented according to commonly known
 7  methods for such interfaces; right?
 8    A.  Disagree.
 9    Q.  You disagree with what I just said?
10    A.  Yes, sir.                                  14:27:53
11    Q.  Did you render opinions in this case on
12  what you believe the benefit is of claim 11 of the
13  '362 patent?
14    MR. MEGGS:  Objection to form.
15    THE WITNESS:  I believe that at least on
16  paragraph 53, paragraph 157 to paragraph 159, cover
17  my rebuttal with respect to Dr. Goldberg's failure
18  to consider secondary considerations of
19  nonobviousness.  I believe in there is mentioned
20  praise and skepticism.                           14:31:18
21    I also know that I did an infringement report
22  where I talked about the advantages, for instance,
23  and some of it is actually repeated here on page --
24  the benefits, on page 54, for instance, the ability
25  to replace nine tuners and the fact that one of the

Page 92

 1  witnesses that was deposed said we could sprinkle
 2  tuners, and they otherwise would have been cost
 3  prohibitive.  I list benefits including power
 4  consumption and the lower cost.  Those are just
 5  examples.
 6    I know there was an article that something was
 7  -- to the effect of why Broadcom's tuners are cool.
 8  There's certainly a fair amount of published
 9  benefits.
10  BY MR. COHN:                                     14:32:51
11    Q.  Benefits with respect to the accused
12  product?  Is that what you mean?
13    A.  Benefits to what?
14    Q.  With respect to the accused products in
15  this case?
16      You referred to Broadcom's and Charter's
17  tuner as being so cool.  You're referring to some
18  products; right?
19    A.  Yes, sir.  I looked at it based on the
20  implementation and the realization of the         14:33:11
21  inventions themselves, not just the product, but
22  the patents speak for themselves.  I know that
23  Mr. Ling, Dr. Ling -- forgive me -- experienced
24  skepticism when they presented what they were able
25  to accomplish.

Page 93

 1    Q.  Let's look at now the '775 patent.  This
 2  is the other patent you rendered opinions on?
 3    A.  Yes.
 4    Q.  Actually, since we are switching, do you
 5  mind if we take a quick break?  I can clear my
 6  table off of a lot of things.  Three days of
 7  depositions, I've used up all my paper for writing
 8  notes.  So I need that too.  So let's take five
 9  minutes.
10    THE VIDEOGRAPHER:  Going off the record.  The   14:34:35
11  time is 2:34 p.m.
12      (A short break was taken.)
13    THE VIDEOGRAPHER:  We are going back on the
14  video record.  The time is 2:43 p.m.
15  BY MR. COHN:
16    Q.  I want to talk about the '775 patent.
17  That's the other patent you rendered validity
18  opinions on; correct?
19    A.  Yes, sir.
20    Q.  And if you could turn to your expert       14:43:42
21  report to page 14, please, there's a table,
22  Table 2.
23    A.  Okay.  I have the Court's claim
24  construction that I am looking at Table 2.
25    Q.  Fourth row down, not counting the title,