# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>*Plaintiff*,<br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Civil Action No. 2:22-CV-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Charter Communications, Inc.'s Opposed Motion to Amend the Docket Control Order (Dkt. No. 216). After consideration, the Court finds that Defendant's Motion to Amend is DENIED.