# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## DECLARATION OF JAMES A. SHIMOTA IN SUPPORT OF PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF NO LICENSE BASED ON DOCSIS

I, James A. Shimota, declare:

1. I am a Partner with the law firm of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC ("Entropic") in the above-captioned matter. I am submitting this declaration in support of Entropic's Motion for Summary Judgment of No License Defense Based on DOCSIS. I have personal knowledge of the matters stated herein and, if called to testify to such matters, I could and would testify hereto.

2. Attached as Exhibit A is a true and correct copy of an alleged executed DOCSIS License produced by third party CableLabs bearing the Bates Number CABLELABS00000001 - CABLELABS00000010.

3. Attached as Exhibit B is a true and correct copy of selected excerpts of the deposition transcript of Daniel Boglioli as 30(b)(6) witness of Defendant Charter taken on August 11, 2023.

4.     Attached as Exhibit C is a true and correct copy of selected excerpts of the deposition transcript of Kevin Almeroth, Ph.D, expert witness for Defendant Charter, taken on August 23, 2023.

5.     Attached as Exhibit D is a true and correct copy of the Expert Report of Dr. Kevin Almeroth Regarding Licensing and Non-Infringing Alternatives.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true and correct. Signed this 11th day of September, 2023.

*/s/ James A. Shimota*
James A. Shimota
