UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JAMES A. SHIMOTA IN SUPPORT OF PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S MOTION FOR SUMMARY JUDGMENT OF NO UNCLEAN HANDS DEFENSE**

I, James A. Shimota, declare:

1. I am a Partner with the law firm of K&L Gates LLP, and I am counsel of record for Plaintiff Entropic Communications, LLC ("Entropic") in the above-captioned matter. I am submitting this declaration in support of Entropic's Motion for Summary Judgment of No Unclean Hands Defense. I have personal knowledge of the matters stated herein and, if called to testify to such matters, I could and would testify hereto.

2. Attached as Exhibit A is a true and correct copy of Defendant Charter Communications, Inc.'s ("Charter") Supplemental Objections and Responses to Plaintiff's Fourth Set of Interrogatories (Nos. 37 & 38).

3. Attached as Exhibit B is a true and correct copy of selected excerpts of the deposition transcript of Daniel Boglioli as 30(b)(6) witness of Charter taken on August 11, 2023.

4. Attached as Exhibit C is a true and correct copy of a Patent Purchase Agreement bearing Bates Numbers ENTROPIC_CHARTER_0004986 - ENTROPIC_CHARTER_0005140.

I certify under penalty of perjury under the laws of the United States that the foregoing statements are true and correct. Signed this 11th day of September, 2023.

*/s/ James A. Shimota*
James A. Shimota
