**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| *Plaintiff*, | Case No. 2:22-cv-00125-JRG |
| v. | |
| CHARTER COMMUNICATIONS, INC., | **JURY TRIAL DEMANDED** |
| *Defendant*. | |

**NOTICE OF REQUEST FOR DAILY TRIAL TRANSCRIPTS AND REAL TIME
REPORTING OF COURT PROCEEDINGS**

Plaintiff Entropic Communications, LLC, hereby requests daily transcripts and real-time

reporting of the court proceedings during the trial of this action. Further, a copy of this request was

also sent via electronic mail to the Court Reporter, Mr. Shawn McRoberts, at

shawn_mcroberts@txed.uscourts.gov.

Dated: October 12, 2023                          Respectfully submitted,

                                                 */s/ James Shimota w/permission Andrea
                                                 Fair*
                                                 James Shimota - LEAD ATTORNEY
                                                 Jason Engel
                                                 George Summerfield
                                                 Katherine Allor
                                                 **K&L GATES LLP**
                                                 70 W. Madison Street, Suite 3300
                                                 Chicago, IL 60602
                                                 Jim.shimota@klgates.com
                                                 Jason.engel@klgates.com
                                                 George.summerfield@klgates.com
                                                 Katy.allor@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 12th day of October, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Andrea Fair*
Andrea Fair

2