AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| ENTROPIC COMMUNICATIONS, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:22-cv-125-JRG |
| CHARTER COMMUNICATIONS, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ENTROPIC COMMUNICATIONS, LLC                                                                                        .

Date:    10/13/2023

/s/ T. John Ward, Jr.
*Attorney's signature*

T. John Ward, Jr.; State Bar No. 00794818
*Printed name and bar number*

1507 Bill Owens Parkway
Longview, Texas 75604

*Address*

jw@wsfirm.com
*E-mail address*

(903) 757-6400
*Telephone number*

(903) 757-2323
*FAX number*