# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Case No. 2:22-cv-00125-JRG **JURY TRIAL DEMANDED** |

# PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S OPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME PLAINTIFF'S SUPPLEMENTAL MOTION TO STRIKE OPINIONS OF CHRISTOPHER BAKEWELL

Plaintiff Entropic Communications, LLC ("Entropic") respectfully requests that the Court grant Entropic leave to file its Supplemental Motion to Strike Opinions of Christopher Bakewell out of time for good cause shown. Entropic's underlying supplemental motion concerns Mr. Bakewell's Second Supplemental Expert Report Regarding Damages, which was served on September 25, 2023—two weeks after the deadline to file motions to strike. *See* Dkt. 195; *see* Shimota Decl., ¶ 2, Ex. A. Entropic's Supplemental Motion to Strike is contingent upon this Court's denial of Charter Communications, Inc.'s ("Charter") Opposed Motion to Amend the Docket Control Order, which was filed on September 26, 2023. *See* Dkt. 216. In Charter's Opposed Motion to Amend the Docket Control Order, Charter seeks leave to serve Dr. Almeroth's supplemental rebuttal expert report after the close of expert discovery. *Id.* at 1–3. Although the Court has yet to decide Charter's Opposed Motion, Charter served Dr. Almeroth's Second Supplemental Expert Report on September 26, 2023. Shimota Decl., ¶ 3, Ex. B. On October 11, 2023, Entropic filed its opposition to Charter's Opposed Motion for failure to show good cause. *See* Dkt. 259. The following day, Entropic reached out to Charter to request a meet and confer on this supplemental motion. Shimota Decl., ¶¶ 4–5, Exs. C–D. On October 13, 2023, the parties met and conferred. *Id.* at ¶ 5. Entropic then diligently filed this Motion for Leave the same day.

Entropic has met the good cause standard. Entropic could not have filed this motion by the September 11, 2023 deadline because Charter served Mr. Bakewell's Second Supplemental Expert Report two weeks after this deadline. Additionally, Entropic's Supplemental Motion to Strike is inextricably intertwined with Charter's Opposed Motion to Amend the Docket Control Order. If Charter's Opposed Motion is denied, Mr. Bakewell will have no technical basis for certain opinions within his Second Supplemental Expert Report because Dr. Almeroth's Second Supplemental Exert Report will be excluded. This Opposed Motion remains pending before this

1

Court. For these reasons, Entropic respectfully requests that this Court grant Entropic's Motion for Leave.

Dated: October 13, 2023    Respectfully submitted,

/s/ James A. Shimota
James Shimota
Jason Engel
George Summerfield
Katherine L. Allor
Samuel P. Richey
Ketajh Brown
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com
samuel.richey@klgates.com
ketajh.brown@klgates.com

Nicholas F. Lenning
Courtney Neufeld
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Darlene Ghavimi
Matthew A. Blair
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

Christina N. Goodrich
Connor J. Meggs
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor

        Los Angeles, CA 90067
Tel: (310) 552-5031
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter E. Soskin
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8046
Fax: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
Charles Everingham, IV
Texas Bar No. 787447
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on October 13, 2023.

*/s/ James A. Shimota*
James A. Shimota

**CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL**

This is to certify that the exhibits referenced in this motion and filed concurrently should be filed under seal because it contains material designated by the parties as confidential pursuant to the Protective Order entered in this case (Dkt. 36).

*/s/ James A. Shimota*
James A. Shimota

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Entropic has complied with Local Rule CV-7(h). Counsel for Entropic Communications, LLC and Charter Communications, Inc. met and conferred with local counsel on October 13, 2023. Charter opposes the relief sought in this Motion.

*/s/ James A. Shimota*
James A. Shimota
