# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff,* v. CHARTER COMMUNICATIONS, INC., *Defendant.* | Case No. 2:22-cv-00125-JRG |

## ORDER

Before the Court is Entropic Communications, LLC's Opposed Motion for Leave to File Out of Time Plaintiff's Supplemental Motion to Strike Opinions of Christopher Bakewell. Having considered the Motion, the Court GRANTS the Motion.