# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC | Civil Action No. 2:22-CV-00125-JRG |
| *Plaintiff*, | |
| v. | **JURY TRIAL DEMANDED** |
| CHARTER COMMUNICATIONS, INC., | |
| *Defendant.* | |

## PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S SUPPLEMENTAL
## MOTION TO STRIKE OPINIONS OF CHRISTOPHER BAKEWELL

## I.    INTRODUCTION

Plaintiff Entropic Communications, LLC ("Entropic") files this motion to supplement Entropic's Motion to Strike Opinions of Christopher Bakewell (Dkt. 174) and Entropic's Reply (Dkt. 240) in light of Mr. Bakewell's Second Supplemental Expert Report Regarding Damages served on September 25, 2023. This Supplemental Motion to Strike is contingent upon the denial of Charter Communications, Inc.'s ("Charter") Opposed Motion to Amend the Docket Control Order, which was filed on September 26, 2023. *See* Dkt. 216.

## II.    ARGUMENT

On September 25, 2023, Charter served Mr. Bakewell's Second Supplemental Expert Report. Shimota Decl., ¶ 2, Ex. A In paragraphs 17, 19, 24, 26, 30, and 34–36, Mr. Bakewell relies solely on an "interview" with Dr. Almeroth as the basis for his opinions. *Id.* at ¶¶ 17, 19, 24, 26, 30, and 34–36. However, these opinions were not disclosed in Dr. Almeroth's own expert report prior to the close of expert discovery. Instead, these opinions lie within Dr. Almeroth's Second Supplemental Rebuttal Expert Report, which was served *after* the close of expert discovery on September 26, 2023. Shimota Decl., ¶ 3, Ex. B.

If Charter's Opposed Motion to Amend the Docket Control Order is denied and Dr. Almeroth's Second Supplemental Expert Report is excluded, Mr. Bakewell's opinions in his Second Supplemental Expert Report Regarding Damages will lack the necessary technical support. *See* Dkt. 216. While a damages expert may rely on a technical expert's opinions, "this is not carte blanche for a damages expert to introduce undisclosed opinions of the technical expert." *Finalrod IP, LLC v. Endurance Lift Sols., Inc.*, No. 2:20-cv-00189-JRG-RSP, 2021 WL 4906217, at *2 (E.D. Tex. Oct. 20, 2021); *see Cedillo v. Sec'y of HHS*, 617 F.3d 1328, 1341–42 (Fed. Cir. 2010); *see also ClearValue Inc. v. Pear River Polymers, Inc.*, 560 F.3d 1291, 1302 (Fed. Cir. 2009).

Charter should not be permitted to "backdoor otherwise undisclosed technical opinions in this case." Order, *General Access Sols., Ltd. v. Sprint Spectrum LLC*, No. 2:20-CV-00007-RWS (E.D. Tex. Aug. 6, 2021).

## III.   CONCLUSION

If Charter's Opposed Motion to Amend the Docket Control Order is denied, Entropic requests that the Court strike paragraphs 17, 19, 24, 26, 30, and 34–36 from Mr. Bakewell's Second Supplemental Expert Report Regarding Damages.

Dated: October 13, 2023                     Respectfully submitted,

                                            */s/ James A. Shimota*
                                            James Shimota
                                            Jason Engel
                                            George Summerfield
                                            Katherine L. Allor
                                            Samuel P. Richey
                                            Ketajh Brown
                                            **K&L GATES LLP**
                                            70 W. Madison Street, Suite 3300
                                            Chicago, IL 60602
                                            Tel: (312) 807-4299
                                            Fax: (312) 827-8000
                                            jim.shimota@klgates.com
                                            jason.engel@klgates.com
                                            george.summerfield@klgates.com
                                            katy.allor@klgates.com
                                            samuel.richey@klgates.com
                                            ketajh.brown@klgates.com

                                            Nicholas F. Lenning
                                            Courtney Neufeld
                                            **K&L GATES LLP**
                                            925 Fourth Avenue, Suite 2900
                                            Seattle, WA 98104-1158
                                            Tel: (206) 623-7580
                                            Fax: (206) 623-7022
                                            nicholas.lenning@klgates.com
                                            courtney.neufeld@klgates.com

                                            Darlene Ghavimi
                                            Matthew A. Blair
                                            **K&L GATES LLP**
                                            2801 Via Fortuna, Suite 650
                                            Austin, Texas 78746
                                            Tel: (512) 482-6800
                                            darlene.ghavimi@klgates.com
                                            matthew.blair@klgates.com

                                            Christina N. Goodrich
                                            Connor J. Meggs
                                            **K&L GATES LLP**
                                            10100 Santa Monica Blvd., 8th Floor
                                            Los Angeles, CA 90067
                                            Tel: (310) 552-5031

Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter E. Soskin
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8046
Fax: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
Charles Everingham, IV
Texas Bar No. 787447
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

**ATTORNEYS FOR PLAINTIFF**
**ENTROPIC COMMUNICATIONS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on October 13, 2023.

/s/ James A. Shimota
James A. Shimota

## CERTIFICATE OF AUTHORIZATION TO FILE UNDER SEAL

This is to certify that the exhibits referenced in this motion and filed concurrently should be filed under seal because it contains material designated by the parties as confidential pursuant to the Protective Order entered in this case (Dkt. 36).

/s/ James A. Shimota
James A. Shimota