## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff,* v. CHARTER COMMUNICATIONS, INC., *Defendant.* | Case No. 2:22-cv-00125-JRG |

## ORDER

Before the Court is Entropic Communications, LLC's Supplemental Motion to Strike Opinions of Christopher Bakewell. Having considered the Motion, the Court GRANTS the Motion.