**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Case No. 2:22-cv-00125-JRG **JURY TRIAL DEMANDED** |

**ENTROPIC COMMUNICATIONS, LLC'S OPPOSED MOTION FOR LEAVE TO SERVE MR. DELL'S THIRD SUPPLEMENTAL EXPERT REPORT OUT OF TIME**

1

I. **INTRODUCTION**

Plaintiff Entropic Communications, LLC ("Entropic") hereby requests leave to serve Mr. Dell's third supplemental expert report after the close of expert discovery. On September 25, 2023, in response to Defendant Charter Communications, Inc.'s ("Charter") motion for partial summary judgment of no pre-suit damages, Entropic conceded in its Opposition Brief that it was not seeking pre-suit damages for U.S. Patent Nos. 8,792,008 (the "'008 Patent) and 8,223,775 (the "'775 Patent"). *See* Dkt. 197 at 1. Since Entropic's damages expert, Mr. Dell, previously included calculations for pre-suit damages in his report for the '008 Patent and the '775 Patent, his calculations need to be updated to reflect this concession.[1] Therefore, good cause exists for this motion for leave to supplement Mr. Dell's report in order to update his prior calculations to reflect no pre-suit damages for the '008 Patent and the '775 Patent.

II. **LEGAL STANDARD**

To determine whether a party may supplement an expert report after the close of expert discovery, the Court considers four factors: "(1) the explanation, if any, for the party's failure to comply with the discovery order; (2) the prejudice to the opposing party of allowing the witness[] to testify; (3) the possibility of curing such prejudice by granting a continuance; and (4) the importance of the witness[]' testimony." *Image Processing Techs., LLC v. Samsung Elecs. Co., Ltd.*, No. 2:20-cv-00050-JRG-RSP, 2020 WL 2395928, at *2 (E.D. Tex. May 12, 2020) (quoting *Raytheon Co. v. Indigo Sys. Corp.*, No. 4:07-cv-109, 2009 WL 413081, at *1–2 (E.D. Tex. Feb. 18, 2009)).

III. **ARGUMENT**

---

[1] Mr. Dell's opening report on damages included an alternative damages calculation related to Charter's defense of marking with respect to the '775 Patent. *See* Ex. B to Allor Decl. at 3. Therefore, his third supplemental report simply refers back to that previous calculation.

2

Entropic conceded marking on the '008 Patent and the '775 Patent the same day expert discovery closed (*i.e.*, September 25, 2023). *See* Dkt. 197 at 1; Dkt. 195. Upon notification of this concession, Entropic's damages expert worked diligently to supplement his expert report to reflect the change in the damages period for these patents. On October 13, 2023, Entropic and Charter met and conferred regarding Entropic's intent to file this Motion. Allor Decl., ¶ 2; *see also* Ex. A to Allor Decl. at 2–5. Charter indicated it opposed Entropic's Motion. *Id*. That same day, Entropic served on Charter the Third Supplemental Expert Report of Stephen E. Dell, CVA, Relating to Damages. Allor Decl., ¶ 3; *see also* Ex. B to Allor Decl. Mr. Dell's third supplemental expert report contains no new facts or theories. *See generally* Ex. B to Allor Decl. Mr. Dell simply adjusted his calculations to reflect Entropic's concession. *Id.* Within its service email, Entropic indicated that it would give Charter until October 16, 2023 to review Mr. Dell's third supplemental expert report, and asked Charter to confirm that it still opposed the present motion. Ex. A to Allor Decl. at 1–2. On October 16, 2023, Charter confirmed its opposition. Allor Decl., ¶ 4; *see also* Ex. A to Allor Decl. at 1.

Charter will not be prejudiced if Entropic's Motion is granted. The sole purpose of Mr. Dell's supplemental expert report is to adjust his prior calculations to reflect updates in the case since his opening report. Indeed, Mr. Dell's adjustments **reduce** the total damages amount.

Because Mr. Dell's supplemental expert report reflects the limited adjustment of calculations regarding pre-suit damages, granting Entropic's Motion will not delay the current trial schedule.

Mr. Dell's supplemental expert report provides the Court and Charter with Mr. Dell's updated damages calculations in advance of trial. Thus, Mr. Dell's supplemental expert report will streamline trial presentation and mitigate any confusion regarding pre-suit damages.

## IV.     CONCLUSION

Accordingly, Entropic respectfully requests that it be granted leave to serve Mr. Dell's third supplemental expert report out of time.

Dated: October 16, 2023                              Respectfully submitted,

*/s/ James A. Shimota*
James Shimota
Jason Engel
George Summerfield
Katherine L. Allor
Samuel P. Richey
Ketajh Brown
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com
samuel.richey@klgates.com
ketajh.brown@klgates.com

Nicholas F. Lenning
Courtney Neufeld
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Darlene Ghavimi
Matthew A. Blair
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

Christina N. Goodrich
Connor J. Meggs
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5031

Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter E. Soskin
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8046
Fax: (415) 882-8220
peter.soskin@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
Charles Everingham, IV
Texas Bar No. 787447
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record on October 16, 2023.

*/s/ James A. Shimota*
James A. Shimota

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Entropic has complied with Local Rule CV-7(h). Counsel for Entropic Communications, LLC and Charter Communications, Inc. met and conferred on October 13, 2023. Charter opposes the relief sought in this Motion.

*/s/ James A. Shimota*
James A. Shimota
