# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant.* | Case No. 2:22-cv-00125-JRG |

# **ORDER**

Before the Court is Entropic Communications, LLC's Opposed Motion for Leave to Serve Mr. Dell's Third Supplemental Expert Report Out of Time. Having considered the Motion, the Court GRANTS the Motion.