UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF MELISSA A. BROWN IN SUPPORT OF
CHARTER'S MOTIONS *IN LIMINE***

I, Melissa A. Brown, declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness, I could and would testify truthfully under oath to each of the statements in the declaration. I make each statement below based on my personal knowledge or after investigation of the relevant information.

2. I am an attorney at Arnold & Porter Kaye Scholer, LLP, counsel of record for Defendant, Charter Communications, Inc. ("Charter"). I am licensed to practice law in the States of New York and New Jersey, and have been admitted *pro hac vice* to this Court.

3. I make this Declaration based on my personal knowledge and in support of Charter's Motions *in Limine*.

4. **Exhibit A** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Richard A. Kramer Concerning Validity of U.S. Patent Nos. 8,223,775 and 9,210,362 and

1

Alleged Non-Infringing Alternatives of U.S. Patent No. 8,223,775 and U.S. Patent No. 9,210,362, dated August 11, 2023.

5. **Exhibit B** is a true and correct copy of U.S. Patent No. 9,210,362.

6. **Exhibit C** is a true and correct copy of the excerpted transcript of the August 24, 2023 deposition of Richard A. Kramer.

7. **Exhibit D** is a true and correct copy of the excerpted transcript of the July 20, 2023 deposition of William Torgerson.

8. **Exhibit E** is a true and correct copy of the excerpted transcript of the August 11, 2023 deposition of Daniel Boglioli.

9. **Exhibit F** is a true and correct copy of the excerpted transcript of the July 19, 2023 deposition of Boris Teksler.

10. **Exhibit G** is a true and correct copy of the excerpted transcript of the July 12, 2023 deposition of Curtis Ling, PhD.

11. **Exhibit H** is a true and correct copy of CHARTER_ENTROPIC00385720, a March 29, 2023 Letter from Charter to Entropic Communications, LLC.

12. **Exhibit I** is a true and correct copy of CHARTER_ENTROPIC00386388, a March 9, 2023 Letter from Entropic Communications, LLC to Charter.

13. **Exhibit J** is a true and correct copy of CHARTER_ENTROPIC00385636, a January 25, 2023 Letter from Charter to Entropic Communications, LLC.

14. **Exhibit K** is a true and correct copy of CHARTER_ENTROPIC00385725, a March 30, 2023 Letter from Charter to Entropic Communications, LLC.

15. **Exhibit L** is a true and correct copy of CHARTER_ENTROPIC00385727, an April 10, 2023 Letter from Entropic Communications, LLC to Charter.

16. **Exhibit M** is a true and correct copy of CHARTER_ENTROPIC00385730, an April 11, 2023 Letter from Charter to Entropic Communications, LLC.

17. **Exhibit N** is a true and correct copy of CHARTER_ENTROPIC00385737, an April 26, 2023 Letter from Charter to Entropic Communications, LLC.

18. **Exhibit O** is a true and correct copy of CHARTER_ENTROPIC00385588, an April 26, 2023 Email from Charter to Entropic Communications, LLC.

I declare under penalty of perjury that the above is true and correct.

Dated: October 10, 2023                     Respectfully submitted,

*/s/ Melissa A. Brown*
Melissa A. Brown

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document and attachments thereto have been served on all counsel of record via email and the Court's ECF system on October 10, 2023.

/s/ *Melissa A. Brown*
Melissa A. Brown