# CONFIDENTIAL
# FILED UNDER SEAL
# EXHIBIT D

# CONFIDENTIAL FILED UNDER SEAL

# EXHIBIT E

# CONFIDENTIAL
# FILED UNDER SEAL

# EXHIBIT F

# CONFIDENTIAL
# FILED UNDER SEAL
# EXHIBIT G

# CONFIDENTIAL
# FILED UNDER SEAL
# EXHIBIT H

# CONFIDENTIAL
# FILED UNDER SEAL
# EXHIBIT I

# CONFIDENTIAL
# FILED UNDER SEAL
# EXHIBIT J

# CONFIDENTIAL
# FILED UNDER SEAL

# EXHIBIT K

# CONFIDENTIAL
# FILED UNDER SEAL
## EXHIBIT L

# CONFIDENTIAL
# FILED UNDER SEAL

# EXHIBIT M

# CONFIDENTIAL FILED UNDER SEAL

## EXHIBIT N

# CONFIDENTIAL
# FILED UNDER SEAL

## EXHIBIT O