## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG |

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTIONS *IN LIMINE*

The Court, having considered Defendant Charter Communications, Inc.'s Motions *in Limine*, and supporting documents attached thereto, hereby **GRANTS** the motion in its entirety.

It is therefore **ORDERED** that Plaintiff Entropic Communications, LLC is precluded at trial from introducing evidence, testimony, or argument:

1. that '362 claim 11 requires or is limited to "hundreds" of channels as well as evidence or argument beyond the scope of Dr. Kramer's rebuttal report; and

2. regarding litigation or settlement conduct.