# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Case No. 2:22-cv-00125-JRG |

## DEFENDANT'S UNOPPOSED MOTION FOR WITHDRAWAL
## OF PAUL MARGULIES AS COUNSEL

Defendant Charter Communications, Inc. files this unopposed Motion for Withdrawal of Paul Margulies as counsel in the above-referenced matter. Mr. Margulies will be leaving Arnold & Porter Kaye Scholer LLP and should no longer be listed as counsel in this matter. Defendant will continue to be represented by other counsel from Arnold & Porter Kaye Scholer LLP and The Dacus Firm, P.C. This withdrawal is not opposed by Plaintiff.

Therefore, Defendant requests that this Unopposed Motion for Withdrawal of Paul Margulies as counsel be granted and he be removed from the official service list in this case.

DATED:  October 18, 2023    Respectfully submitted,

/s/ Elizabeth Long
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Jacob Bass
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com
Email: jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
Paul I. Margulies
William O. Young, Jr
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Email: marc.cohn@arnoldporter.com
Email: amy.dewitt@arnoldporter.com
Email: paul.margulies@arnoldporter.com
Email: william.young@arnoldporter.com

**Attorneys for Defendant Charter Communications, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on October 18, 2023 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

*/s/ Elizabeth Long*
Elizabeth Long

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is unopposed.

*/s/ Elizabeth Long*
Elizabeth Long