UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Case No. 2:22-cv-00125-JRG |

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE OF PAUL MARGULIES**

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendant Charter Communications, Inc., hereby grants the Motion.

It is, therefore, ORDERED that Paul Margulies is withdrawn as counsel for Defendant in the above-captioned matter.

It is further ORDERED that the Clerk of the Court terminate any further ECF notices to Paul Margulies in this matter.