IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO.  2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendants*. | § § § | |

**ORDER**

Before the Court is the Defendant Charter Communications, Inc.'s ("Charter") Unopposed Motion for Withdrawal of Paul Margulies as Counsel (the "Motion"). (Dkt. No. 313.) In the Motion, Charter requests that attorney Paul Margulies be permitted to withdraw as counsel of record in the above-captioned case. (*Id.* at 1.) The Motion is unopposed. (*Id.*)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that attorney Paul Margulies be permitted to **withdraw** as counsel of record for Charter in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** attorney Paul Margulies as counsel of record and all electronic notifications to the same.

**So Ordered this**

**Oct 19, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE