UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME PLAINTIFF'S MOTION TO COMPEL (DKT. 244)**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Opposition to Plaintiff's Motion For Leave To File Out Of Time Plaintiff's Motion To Compel (Dkt. 244).

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness ████████, which was taken on August 11, 2023.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of Defendant's Second Supplemental Objections And Responses To Plaintiff's Fourth Set Of Interrogatories (No. 23), dated August 28, 2023.

1

5. Attached hereto as **Exhibit C** is a true and correct copy of an August 22, 2023 email from Entropic counsel to Charter counsel.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness ▮▮▮▮▮▮, which was taken on May 11, 2023.

7. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness ▮▮▮▮▮▮, which was taken on June 27, 2023.

8. Attached hereto as **Exhibit F** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness ▮▮▮▮▮▮, which was taken on June 16, 2023.

I declare under penalty of perjury that the above is true and correct.

Dated: October 18, 2023

Respectfully submitted,

*/s/ Elizbeth Long*
Elizabeth Long