## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | |
| Plaintiff | |
| v. | Civil Action No. 2:22-cv-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME PLAINTIFF'S MOTION TO COMPEL (DKT. 244)

Before the Court is Plaintiff Entropic Communications, LLC's Motion For Leave to File Out of Time Plaintiff's Motion to Compel Testimony and Documents Improperly Withheld as Privileged (Dkt. 244). After considering the briefing, the Court hereby **DENIES** the Motion.