UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFF'S OPPOSED MOTION TO COMPEL (DKT. 245)**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Opposition to Plaintiff's Opposed Motion to Compel (Dkt. 245).

3. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness ███████, which was taken on August 8, 2023.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts of Charter's First Supplemental Objections and Responses to Plaintiff's Second Set or Interrogatories (Nos. 6–21), dated July 3, 2023.

1

5.      Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness ███████, which was taken on June 27, 2023.

6.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness ███████, which was taken on August 11, 2023.

I declare under penalty of perjury that the above is true and correct.

Dated: October 18, 2023                                  Respectfully submitted,

*/s/ Elizbeth Long*
Elizabeth Long