# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Civil Action No. 2:22-cv-00125-JRG |

## ORDER DENYING PLAINTIFF'S MOTION TO COMPEL (DKT. 245)

Before the Court is Plaintiff Entropic Communications, LLC's Motion to Compel Testimony and Documents Improperly Withheld as Privileged (Dkt. 245). After considering the briefing, the Court hereby **DENIES** the Motion.