UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF
CHARTER'S RESPONSE TO ENTROPIC'S MOTIONS IN LIMINE**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Response to Entropic's Motions in Limine.

3. Attached hereto as **Exhibit I** is a true and correct copy of excerpts of the Expert Report of Stephen E. Dell, CVA, Relating To Damages, dated July 21, 2023.

4. Attached hereto as **Exhibit J** is a true and correct copy of excerpts of the Expert Report of Dr. Richard A. Kramer Concerning Infringement Of U.S. Patent No. 8,223,775 And U.S. Patent No. 9,210,362, dated July 21, 2023.

1

5.      Attached hereto as **Exhibit K** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Kevin C. Almeroth Regarding Non-Infringement, dated August 11, 2023.

6.      Attached hereto as **Exhibit L** is a true and correct copy of excerpts of the Supplemental Expert Report of Stephen E. Dell, CVA, Relating To Damages, dated August 29, 2023.

7.      Attached hereto as **Exhibit M** is a true and correct copy of excerpts of the Rebuttal Expert Report Regarding Damages of W. Christopher Bakewell, dated August 11, 2023.

8.      Attached hereto as **Exhibit N** is a true and correct copy of a PDF of Entropic's Initial Exhibit List, served September 28, 2023.

9.      Attached hereto as **Exhibit O** is a true and correct copy of a PDF of Entropic's Updated Exhibit List, served October 19, 2023.

I declare under penalty of perjury that the above is true and correct.

Dated: October 23, 2023                                  Respectfully submitted,

                                                                      */s/ Elizbeth Long*
                                                                      Elizabeth Long