# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**ORDER DENYING PLAINTIFF'S OPPOSED MOTIONS *IN LIMINE* (DKT. 258)**

Before the Court is Plaintiff Entropic Communications, LLC's Opposed Motions *in Limine* (Dkt. 258). After considering the briefing, the Court hereby **DENIES** the Motion.