**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
TO FILE OUT OF TIME PLAINTIFF'S SUPPLEMENTAL MOTION TO STRIKE
OPINIONS OF CHRISTOPER BAKEWELL (DKT. 287)**

　　Before the Court is Plaintiff Entropic Communications, LLC's Motion for Leave to File Out of Time Plaintiff's Supplemental Motion to Strike Opinions of Christopher Bakewell (Dkt. 287). After considering the briefing, the Court hereby **DENIES** the Motion.