# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE
TO SERVE MR. DELL'S THIRD SUPPLEMENTAL
<u>EXPERT REPORT OUT OF TIME (DKT. 302)</u>**

　　Before the Court is Plaintiff Entropic Communications, LLC's Motion For Leave To Serve Mr. Dell's Third Supplemental Expert Report Out Of Time (Dkt. 302). After considering the briefing, the Court hereby **DENIES** the Motion.