IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF MICHAEL T. PIEJA IN SUPPORT OF
PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S OPPOSITION TO
DEFENDANT CHARTER COMMUNICATIONS, INC.'S MOTIONS *IN LIMINE***

I, Michael T. Pieja, hereby declare:

1. I am a partner at the law firm Goldman Ismail Tomaselli Brennan & Baum LLP. I am counsel of record for Plaintiff Entropic Communications, LLC in this matter. I submit this declaration in support of Plaintiff Entropic Communications, LLC's Opposition to Defendant Charter Communications, Inc.'s Motions *in Limine*.

2. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the statements in this declaration, which are based on my personal knowledge and conversations with individuals at my law firm who participated in the events recited herein.

3. Attached as Exhibit P is an excerpted true and correct copy of the Expert Report of Steven H. Goldberg, dated July 21, 2023, excluding attachments thereto.

2

███████████████████████████████████████████████

████████████████████████████

4.      Attached as Exhibit Q is an excerpted true and correct copy of Defendants' Objections and Responses to Plaintiff's First Set of Interrogatories (Nos. 1–5), dated October 11, 2022. This exhibit contains highly confidential information and is accordingly being filed under seal pursuant to the Protective Order entered in this case (ECF No. 36).

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2023, in Chicago, Illinois.

*/s/ Michael T. Pieja*
Michael T. Pieja
