IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

This matter is before the Court on Defendant Charter Communications, Inc.'s Motions *in Limine* Nos. 1–2. After considering the briefing and oral argument and for good cause shown, Defendant's Motion is hereby DENIED in its entirety.