# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendant.* | § | |

## ORDER

The Court issues this Order *sua sponte*. The Court hereby **REFERS** the above-captioned case to the Honorable Roy S. Payne for the limited and sole purpose of resolving any pretrial matters at a date to be set by the Magistrate Judge. It is **ORDERED** that the November 6, 2023 pretrial conference before the undersigned are **canceled**. The Magistrate Judge will schedule future hearings and conferences as he deems proper.

**So Ordered this**

**Oct 30, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE