UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>JURY TRIAL DEMANDED |

**DEFENDANT'S NOTICE PURSUANT TO 35 U.S.C. § 282**

Charter Communications, Inc. ("Charter") hereby provides and/or confirms its written notice pursuant to 35 U.S.C. § 282(c) of the patents, publications, and persons that it may rely upon to demonstrate anticipation, obviousness, and/or to describe the state of the art with respect to U.S. Patent Nos. 8,223,775 ("the '775 Patent"); 8,284,690 ("the '690 Patent"); 8,792,008 ("the '008 Patent"); 9,210,362 ("the '362 Patent"); 9,825,826 ("the '826 Patent"); and 10,135,682 ("the '682 Patent") (collectively, "the patents-in-suit").

Charter has already provided notice of the identity of certain patents, publications, and persons within the ambit of § 282, through its pleadings, correspondence, and other documents in this case, including, but not limited to, its initial and supplemental invalidity contentions and materials cited therein, its expert witness reports and materials cited therein, its expert witness testimony, and its pretrial filings including, but not limited to, Charter's Trial Witness List and the parties' Joint Trial Exhibit List. Charter expressly incorporates by reference herein all of those documents, as well as the patents, publications, and identification of persons within the ambit of § 282(c) cited therein.

1

In addition to the foregoing, for the sake of clarity, Charter provides the following list of patents, publications, and persons. The identification of a patent, publication, or person below or in Charter's prior notices is not a representation that Charter will use all of these references and/or persons in its presentation of evidence at trial, which of course may change after Charter has considered Entropic's trial presentation. Nor should any implication arise from the list that all of the identified references and/or persons are necessary for, or important to, Charter's defenses and counterclaims. Charter reserves the right to rely on any reference and/or person identified in one of Charter's prior notices described above, including in the Trial Witness List and/or Joint Trial Exhibit List, as well as any other reference and/or person which was or is produced in response to the parties' discovery requests or to satisfy Charter's obligations under the Court's Patent Rules, whether or not included in the lists below. Charter reserves the right to amend and/or supplement this notice in the future pursuant to 35 U.S.C. § 282 and/or in view of any rulings from the Court.

I.   **PATENTS AND PUBLISHED PATENT APPLICATIONS**[1]

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
|---|---|---|---|
| U.S. Patent No. 4,450,534 | US | May 22, 1984 | Duane Solimeno |
| U.S. Patent No. 5,008,903 | US | April 16, 1991 | William L. Betts |
| U.S. Patent No. 5,535,240 | US | July 9, 1996 | Ronald R. Carney |
| U.S. Patent No. 5,808,671 | US | September 15, 1998 | John Charles Maycock |
| U.S. Patent No. 5,719,867 | US | February 17, 1999 | Ramin Borazjani |
| U.S. Patent No. 5,874,992 | US | February 23, 1999 | Louis Caporizzo |
| U.S. Patent No. 6,031,878 | US | February 29, 2000 | Martin Tomasz |
| U.S. Patent No. 6,118,499 | US | September 12, 2000 | George Fang |

---

[1] Highlighted rows indicate prior art that Charter intends to rely on as a ground for invalidity (either anticipation or obviousness), with the remaining rows to show state of the art.

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
|---|---|---|---|
| U.S. Patent No. 6,332,210 | US | December 18, 2001 | Shan Barkataki |
| U.S. Patent No. 6,356,539 | US | March 12, 2002 | Michael Zuliani |
| EU Patent No. 0883934 B1 | EU | August 28, 2002 | Paul W. Dent |
| U.S. Patent No. 6,453,472 | US | September 17, 2002 | Chrisanto D. Leano |
| U.S. Patent No. 6,493,874 | US | December 10, 2002 | Richard Humpleman |
| U.S. Patent No. 6,496,546 | US | December 17, 2002 | Stephen Alan Allpress |
| EU Patent No. 0774181 B1 | EU | May 20, 2003 | Ronald R. Carney |
| U.S. Patent No. 6,587,479 | US | July 1, 2003 | Charles H. Bianchi |
| U.S. Patent No. 6,704,372 | US | March 9, 2004 | Weimin Zhang |
| U.S. Patent No. 6,757,253 | US | June 29, 2004 | Michael Jaimie Cooper |
| U.S. Patent No. 6,760,342 | US | July 6, 2004 | William M. Skones |
| U.S. Patent No. 6,782,884 | US | August 31, 2004 | Wei-Sing Chen |
| U.S. Patent No. 6,980,913 | US | December 27, 2005 | Alon D. Meir |
| U.S. Patent No. 7,010,265 | US | March 7, 2006 | Louis F. Coffin, III |
| U.S. Patent No. 7,013,342 | US | March 14, 2006 | Guy Riddle |
| U.S. Patent No. 7,058,007 | US | June 6, 2006 | Feisal Daruwalla |
| U.S. Patent No. 7,113,484 | US | Sept. 26, 2006 | John T. Chapman |
| U.S. Patent No. 7,116,958 | US | October 3, 2006 | David A. Brown |
| U.S. Patent No. 7,127,734 | US | October 24, 2006 | Mati Amit |
| U.S. Patent No. 7,145,972 | US | December 5, 2006 | Rajendra Kumar |
| U.S. Patent No. 7,227,933 | US | June 5, 2007 | Jeffrey P. Davis |

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
|---|---|---|---|
| U.S. Patent No. 7,227,889 | US | June 5, 2007 | Guenter E. Roeck |
| U.S. Patent No. 7,246,368 | US | July 17, 2007 | Mark E. Millet |
| U.S. Patent No. 7,265,792 | US | September 4, 2007 | Pierre Favrat |
| U.S. Patent No. 7,290,046 | US | October 30, 2007 | Suresh W. G. Kumar |
| U.S. Patent No. 7,295,518 | US | November 13, 2007 | Anton Monk |
| U.S. Patent No. 7,317,896 | US | January 8, 2008 | Piyush Saxena |
| U.S. Patent No. 8,041,351 | US | June 26, 2008 | Thomas J. Quigley |
| U.S. Patent No. 7,403,486 | US | July 22, 2008 | Robert J. Flask |
| U.S. Patent No. 7,423,982 | US | September 9, 2008 | Peter G. Briggs |
| U.S. Patent No. 7,463,874 | US | December 9, 2008 | David Dukho Kang |
| U.S. Patent No. 7,489,641 | US | February 10, 2009 | Walter Miller |
| U.S. Patent No. 7,522,901 | US | April 21, 2009 | Leonard Dauphinee |
| U.S. Patent No. 7,528,888 | US | May 5, 2009 | Shusuke Narita |
| U.S. Patent No. 7,548,548 | US | June 16, 2009 | Shlomo Selim Rakib |
| U.S. Patent No. 7,583,704 | US | September 1, 2009 | Carl Walker |
| U.S. Patent No. 7,684,467 | US | March 23, 2010 | Junsong Li |
| U.S. Patent No. 7,751,338 | US | July 6, 2010 | Yehuda Azenko |
| U.S. Patent No. 7,788,684 | US | August 31, 2010 | Rade Petrovic |
| U.S. Patent No. 7,895,632 | US | February 22, 2011 | Aran London Sadja |
| U.S. Patent No. 7,978,735 | US | July 12, 2011 | Ronen Ezra |
| U.S. Patent No. 7,991,888 | US | August 2, 2011 | Nurettin Burcak Beser |

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
|---|---|---|---|
| U.S. Patent No. 8,085,802 | US | December 27, 2011 | Anton Monk |
| U.S. Patent No. 8,126,044 | US | February 28, 2012 | Eduardo Cavanagh |
| U.S. Patent No. 8,352,995 | US | January 8, 2013 | Aran London Sadja |
| U.S. Patent No. 8,424,049 | US | April 16, 2013 | Paul Andrew Skelly |
| U.S. Patent No. 8,514,982 | US | August 20, 2013 | Noshir Dubash |
| U.S. Patent No. 8,582,694 | US | November 12, 2013 | Scott R. Velazquez |
| U.S. Patent No. 8,582,675 | US | November 12, 2013 | Fredric J. Harris |
| U.S. Patent No. 8,599,312 | US | December 3, 2013 | Alan Hendrickson |
| U.S. Patent No. 8,605,224 | US | December 10, 2013 | David Trager |
| U.S. Patent No. 8,649,421 | US | February 11, 2014 | Thomas Renken |
| U.S. Patent No. 9,655,031 | US | May 16, 2017 | Toshiyuki Sashihara |
| U.S. Patent No. 9,686,594 | US | June 20, 2017 | Ramon Alejandro Gomez |
| WIPO Publication No. WO 97/32403 | WO | September 4, 1997 | Paul W. Dent |
| WIPO Publication No. WO 2001/017175 | WO | March 8, 2001 | Thomas J. Quigley |
| U.S. Patent Publication No. 2001/0039600 | US | November 08, 2001 | John Brooks |
| U.S. Patent Publication No. 2002/0021465 | US | February 21, 2002 | Richard Moore |
| U.S. Patent Publication No. 2002/0049861 | US | April 25, 2002 | Fred Bunn |
| U.S. Patent Publication No. 2002/0062486 | US | May 23, 2002 | Min Park |
| U.S. Patent Publication No. 2002/0104083 | US | August 1, 2002 | John Hendricks |
| U.S. Patent Publication No. 2003/0106067 | US | June 5, 2003 | Steve Hoskins |
| U.S. Patent Publication No. 2003/0115610 | US | June 19, 2003 | Insik Cho |

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
| --- | --- | --- | --- |
| U.S. Patent Publication No. 2003/0145075 | US | July 31, 2003 | David Weaver |
| U.S. Patent Publication No. 2003/0161333 | US | August 28, 2003 | Mariano Schain |
| U.S. Patent Publication No. 2003/0163722 | US | August 28, 2003 | Charles Anderson |
| U.S. Patent Publication No. 2004/0015997 | US | January 22, 2004 | Ahmad Ansari |
| U.S. Patent Publication No. 2004/0085987 | US | May 6, 2004 | Richard Gross |
| U.S. Patent Publication No. 2004/0093370 | US | May 13, 2004 | Ronald Blair |
| U.S. Patent Publication No. 2004/0160945 | US | August 19, 2004 | Runlin Dong |
| U.S. Patent Publication No. 2004/0181811 | US | September 16, 2004 | Selim Rakib |
| U.S. Patent Publication No. 2004/0218700 | US | November 4, 2004 | Weimin Zhang |
| U.S. Patent Publication No. 2004/0230997 | US | November 18, 2004 | Tarek Kaylani |
| U.S. Patent Publication No. 2005/0088980 | US | April 28, 2005 | Mikko Olkkonen |
| U.S. Patent Publication No. 2005/0114879 | US | May 26, 2005 | John Kamieniecki |
| U.S. Patent Publication No. 2005/0114904 | US | May 26, 2005 | Anton Monk |
| U.S. Patent Publication No. 2005/0122996 | US | June 9, 2005 | Yehuda Azenkot |
| U.S. Patent Publication No. 2005/0183130 | US | August 18, 2005 | Aran Sadja |
| U.S. Patent Publication No. 2005/0243910 | US | November 3, 2005 | Chul-Hee Lee |
| U.S. Patent Publication No. 2006/0111103 | US | May 25, 2006 | Moo Jeong |
| U.S. Patent Publication No. 2006/0114353 | US | June 1, 2006 | Shusuke Narita |
| U.S. Patent Publication No. 2006/0159041 | US | July 20, 2006 | Zhong Zhun |
| U.S. Patent Publication No. 2006/0248429 | US | November 2, 2006 | Sudheer Grandhi |
| WIPO Pub. No. WO 2006/119489 A2 | WO | November 9, 2006 | David Lowell Mcneely |

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
|---|---|---|---|
| U.S. Patent Publication No. 2006/0268749 | US | November 30, 2006 | Shahriar Rahman |
| U.S. Patent Publication No. 2007/0002884 | US | January 4, 2007 | Mikko Jaakkola |
| U.S. Patent Publication No. 2007/0047492 | US | March 1, 2007 | Se-hong Kim |
| U.S. Patent Publication No. 2007/0052406 | US | March 8, 2007 | John Payne |
| U.S. Patent Publication No. 2007/0091212 | US | April 26, 2007 | Jeong-Ho Lee |
| U.S. Patent Publication No. 2007/0098089 | US | May 3, 2007 | Junsong Li |
| U.S. Patent Publication No. 2007/0124478 | US | May 31, 2007 | Hisham Abdelhamid |
| U.S. Patent Publication No. 2007/0223512 | US | September 27, 2007 | Michael Cooper |
| U.S. Patent Publication No. 2007/0286143 | US | December 13, 2007 | Timothy Olson |
| U.S. Patent Publication No. 2007/0286311 | US | December 13, 2007 | Paul Coyne |
| WIPO Publication No. WO 2007/145637 A1 | WO | December 21, 2007 | Michael Anthony Pugel |
| U.S. Patent Publication No. 2008/0014870 | US | January 17, 2008 | Joonsuk Kim |
| U.S. Patent Publication No. 2008/0022162 | US | January 24, 2008 | Sigang Qiu |
| U.S. Patent Publication No. 2008/0066113 | US | March 13, 2008 | Paul Andrew Skelly |
| U.S. Patent Publication No. 2008/0101210 | US | May 1, 2008 | Robert J. Thompson |
| U.S. Patent Publication No. 2008/0106652 | US | May 8, 2008 | Timothy M. Magnusen |
| U.S. Patent Publication No. 2008/0120667 | US | May 22, 2008 | Etai Zaltsman |
| U.S. Patent Publication No. 20080/123755 | US | May 29, 2008 | Axel Clausen |
| U.S. Patent Publication No. 2008/0140823 | US | June 12, 2008 | Robert J. Thompson |
| U.S. Patent Publication No. 2003/0161333 | US | August 28, 2008 | Mariano Schain |
| U.S. Patent Publication No. 2008/0211919 | US | September 4, 2008 | Steve Kuh |

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
|---|---|---|---|
| U.S. Patent Publication No. 2008/0225174 | US | September 18, 2008 | Lance Greggain |
| U.S. Patent Publication No. 2008/0250133 | US | October 9, 2008 | Ronald Lee |
| U.S. Patent Publication No. 2008/0298333 | US | December 4, 2008 | Yong Ho Seok |
| U.S. Patent Publication No. 2009/0011768 | US | January 8, 2009 | Yong Ho Seok |
| U.S. Patent Publication No. 2009/0128708 | US | May 21, 2009 | James Huffman |
| U.S. Patent Publication No. 2009/0141833 | US | June 4, 2009 | Yang Su Kim |
| U.S. Patent Publication No. 2009/0154927 | US | June 18, 2009 | Vladimir Oksman |
| U.S. Patent Publication No. 2009/0174822 | US | July 9, 2009 | Michael Anthony Pugel |
| U.S. Patent Publication No. 2009/0219856 | US | September 3, 2009 | Thomas Richardson |
| U.S. Patent Publication No. 2009/0235316 | US | September 17, 2009 | Shiquan Wu |
| U.S. Patent Publication No. 2009/0252112 | US | October 8, 2009 | Tsuyoshi Shimomura |
| U.S. Patent Publication No. 2010/0074167 | US | March 25, 2010 | Mark Dale |
| U.S. Patent Publication No. 2010/0100919 | US | April 22, 2010 | Jin-Jen Hsue |
| U.S. Patent Publication No. 2010/0180315 | US | July 15, 2010 | Koji Nakamichi |
| U.S. Patent Publication No. 2010/0226330 | US | September 9, 2010 | Tanbir Haque |
| U.S. Patent Publication No. 2010/0239052 | US | September 23, 2010 | Patrick Ballester |
| U.S. Patent Publication No. 2010/0257265 | US | October 7, 2010 | Masashi Hamada |
| U.S. Patent Publication No. 2010/0254283 | US | October 7, 2010 | William T. Hanks |
| U.S. Patent Publication No. 2012/0106452 | US | October 28, 2010 | Jarkko Kneckt |
| U.S. Patent Publication No. 2011/0072422 | US | March 24, 2011 | Helge Brauer |
| U.S. Patent Publication No. 2011/0103274 | US | May 5, 2011 | Geir Monsen Vavik |

8

| Patent/Publication No. | Country | Issue / Publication Date | First Named Inventor |
|---|---|---|---|
| U.S. Patent Publication No. 2011/0109811 | US | May 12, 2011 | Ewout Brandsma |
| U.S. Patent Publication No. 2012/0269242 | US | October 25, 2012 | Richard Prodan |
| U.S. Patent Publication No. 2013/0041990 | US | February 14, 2013 | Brian K. Thibeault |
| U.S. Patent Publication No. 2013/0091528 | US | April 11, 2013 | Hiroshi Honda |
| U.S. Patent Publication No. 2013/0107921 | US | May 2, 2013 | Richard Prodan |
| U.S. Patent Publication No. 2013/0114480 | US | May 9, 2013 | John T. Chapman |
| U.S. Patent Publication No. 2013/0272353 | US | October 17, 2013 | David Fox |
| U.S. Patent Publication No. 2013/0294489 | US | November 7, 2013 | Brian K. Thibeault |

II.   NON-PATENT PUBLICATIONS

| Title | Date | Page Numbers |
|---|---|---|
| Maxim Integrated Products., *Application Note 290: ADCs For Simultaneous Sampling* | October 1, 2000 | All pages |
| Douglas Mauro et al., *Essential SNMP* (2001) | July 2001 | All pages |
| Walter Ciciora et al., *Modern Cable Television Technology - Video, Voice, and Data Communications* (2d. ed. 2003) | 2003 | All pages |
| A. D. Sayers, *Techniques for Digital Implementation of Multi-mode Radio Receivers* (Philips Research Laboratories 2005) | 2005 | All pages |
| Walt Kester, *Which ADC Architecture Is Right for Your Application?* Analog Dialogue 39-06 (Analog Devices, Inc  June 2005) | June 2005 | All pages |

| Title | Date | Page Numbers |
|---|---|---|
| CableLabs, *DOCSIS 3.0 Physical Layer Specification (Doc. Ctrl. No. CM-SP-PHYv3.0-I01-060804)* | August 4, 2006 | All pages |
| CableLabs, *DOCSIS 3.0 MAC and Upper Layer Protocols Interface Specification (Doc. Ctrl. No. CM-SP-MULPIv3.0-I01-060804)* | August 4, 2006 | All pages |
| Mohammad Hajirostam, *On-Chip Broadband Tuner Design For Cable Modem and Digital CATV*, Doctoral Thesis, Dept. of Electrical and Computer Engineering, University of Toronto | 2007 | All pages |
| Peter E. Buxa, *Parameterizable Channelized Wideband Digital Receiver for High Update Rate*, Master of Science Thesis, Dept. of Electrical Engineering, Wright State University | 2007 | All pages |
| Roghoyeh Salmeh, *LNA and Mixer Designs for RF Front-Ends*, Doctoral Thesis, Dept. of Electrical and Computer Engineering, University of Calgary | June 2007 | All pages |
| ==CableLabs, *DOCSIS 2.0, Radio Frequency Interface Specification (Doc. Ctrl. No. CM-SP-RFIv2.0-I12-071206)*== | ==December 6, 2007== | ==All pages== |
| Christopher Bowick, *RF Circuit Design* (2d ed), excerpt published by EEtimes.com (March 24, 2008) | March 24, 2008 | All pages |
| Fred Harris et al., *A coupled multichannel filter bank and sniffer spectrum analyzer*, Proc. of the 5th Int'l Conf. on Cognitive Radio Oriented Wireless Networks and Communications (2010) | September 16, 2010 | 1-5 |
| Cisco Systems, Inc., *Cable Modem Upstream RF Adaptation* (2011) | June 13, 2011 | All pages |

| Title | Date | Page Numbers |
|---|---|---|
| CableLabs, *DOCSIS 3.1 Physical Layer Specification (Doc. Ctrl. No. CM-SP-PHYv3.1-I01-131029)* | October 29, 2013 | All pages |
| CableLabs, *DOCSIS 3.1 MAC and Upper Layer Protocols Interface Specification (Doc. Ctrl. No. CM-SP-MULPIv3.1-I01-131029)* | October 29, 2013 | All pages |

**III.   PERSONS WITH PRIOR KNOWLEDGE OF AND/OR HAVING PREVIOUSLY USED OR OFFERED FOR SALE**

Charter may rely upon the following persons as the prior inventor or as having prior knowledge of or as having previously or offered for sale the alleged invention of the patents-in-suit, or as having prior knowledge of the state of the art.

| Name | Address | Date of Testimony |
|---|---|---|
| Dr. Kevin Almeroth | May be reached through the Dept. of Computer Science, University of California, Santa Barbara, Santa Barbara, CA 93106-5110 | Expected live at the jury trial and also depositions on April 28, 2023 and August 23, 2023 |
| David Barr | May be reached through Michael Katz, Samini Baric Katz LLP, 650 Town Center Dr., Ste. 1500, Costa Mesa, CA 92626 | Deposition on July 13, 2023 |
| Timothy Gallagher | 13311 NE 173rd St., Apt. A513, Woodinville, WA 98072 | Deposition on July 19, 2023 |
| Dr. Steven Goldberg | 18480 Chelmsford Drive, Cupertino, California 95014 | Expected live at the jury trial and also deposition on August 22, 2023 |

| Yoav Hebron | 6215 Radcliffe Dr., San Diego, CA 92122 | Deposition on July 19, 2023 |
|---|---|---|
| Jun Huang | May be reached through his workplace, Amazon.com, Inc., 10300 Campus Point Dr., San Diego, CA 92121 | Deposition on July 18, 2023 |
| Gordon Li | 12346 Pathos Ln, San Diego, CA 92129 | Deposition on July 11, 2023 |
| Curtis Ling | May be reached through Michael Katz, Samini Baric Katz LLP, 650 Town Center Dr., Ste. 1500, Costa Mesa, CA 92626 | Deposition on July 12, 2023 |
| Sridhar Ramesh | May be reached through Michael Katz, Samini Baric Katz LLP, 650 Town Center Dr., Ste. 1500, Costa Mesa, CA 92626 | Deposition on July 17, 2023 |
| Madhukar Reddy | May be reached through Michael Katz, Samini Baric Katz LLP, 650 Town Center Dr., Ste. 1500, Costa Mesa, CA 92626 | Deposition on July 14, 2023 |
| Shurki Souri | May be reached through counsel for Entropic | Expected live at the jury trial and also deposition on August 18, 2023 |
| Richard A. Kramer | May be reached through counsel for Entropic | Expected live at the jury trial and also depositions on May 4, 2023, August 17, 2023, and August 24, 2023 |
| Matthew A. Pooley | May be reached through counsel for Entropic | Expected live at the jury trial and also deposition on August 22, 2023 |
| John Holobinko | May be reached through counsel for Entropic | Expected live at the jury trial and also deposition on August 23, 2023 |

| | | |
|---|---|---|
| William Berger | May be reached through counsel for Charter | Expected live at the jury trial and also deposition on June 16, 2023 |
| Matthew Petersen | May be reached through counsel for Charter | Expected live at the jury trial and also deposition on May 31, 2023 |
| Roger Stafford | May be reached through counsel for Charter | Expected live at the jury trial and also deposition on June 27, 2023 |
| Jason Henricks | May be reached through counsel for Charter | Possibly live at the jury trial and also deposition on May 25, 2023 |
| Farrell Moseley | May be reached through counsel for Charter | Possibly live at the jury trial and also deposition on August 8, 2023 |
| Casey Paiz | May be reached through counsel for Charter | Possibly live at the jury trial and also deposition on June 8, 2023 |
| Steve Williams | May be reached through counsel for Charter | Possibly live at the jury trial and also deposition on June 6, 2023 |
| Vinod Dani | May be reached through counsel for Charter | Deposition on May 11, 2023 |
| Sharon Bhukhra | May be reached through counsel for Charter | Deposition on May 23, 2023 |
| Ryan Crews | May be reached through counsel for Charter | Deposition on July 7, 2023 |

| Santosh Pediredla | May be reached through counsel for Charter | Deposition on May 9, 2023 |
|---|---|---|
| Ray Farhat | May be reached through John V. Picone, III, HOPKINS & CARLEY, L.C., 70 South First Street, San Jose, CA 95113, Email: Jpicone@hopkinscarley.com | Deposition on July 17, 2023 |
| Peter Cangiane | May be reached through John V. Picone, III, HOPKINS & CARLEY, L.C., 70 South First Street, San Jose, CA 95113, Email: Jpicone@hopkinscarley.com | Possibly live at the jury trial and also deposition on July 17, 2023 |

Dated: November 3, 2023

Respectfully submitted,
*/s/ Daniel Reisner by permission Elizabeth Long*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Jacob Bass
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com
Email: jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
William O. Young, Jr
Thomas Carr
Natalie Steiert

14

        ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Email: marc.cohn@arnoldporter.com
Email: amy.dewitt@arnoldporter.com
Email: william.young@arnoldporter.com
Email: thomas.carr@arnoldporter.com
Email: natalie.steiert@arnoldporter.com

*Attorneys for Defendant*
*Charter Communications, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served November 3, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

                                                   */s/ Elizabeth Long*
                                                   Elizabeth Long