**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION TO STRIKE OPINIONS OF CHRISTOPHER BAKEWELL (DKT. 289)**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Opposition to Plaintiff's Motion to Strike Opinions of Christopher Bakewell (Dkt. 289).

3. Attached hereto as **Exhibit A** is a true and correct copy of the Second Supplemental Expert Rebuttal Report of Stephen E. Dell, CVA, Relating to Damages, dated September, 19, 2023.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Supplemental Expert Report of Dr. Richard A. Kramer Concerning Infringement of U.S. Patent No. 8,223,775 and U.S. Patent No. 9,210, 362, dated September 19, 2023.

1

5.  Attached hereto as **Exhibit C** is a true and correct copy of a September 7, 2023 email from Entropic counsel to Charter counsel.

6.  Attached hereto as **Exhibit D** is a true and correct copy of a September 15, 2023 email from Entropic counsel to Charter counsel.

7.  Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the Rebuttal Expert Report Regarding Damages, submitted by W. Christopher Bakewell on August 11, 2023.

8.  Attached hereto as **Exhibit F** is a true and correct copy of excerpts of the Rebuttal Expert Report of Dr. Kevin C. Almeroth Regarding Non-infringement, dated August 11, 2023.

I declare under penalty of perjury that the above is true and correct.

Dated: October 30, 2023                                     Respectfully submitted,

                                                            */s/ Elizbeth Long*
                                                            Elizabeth Long