# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG |

### ORDER DENYING PLAINTIFF'S SUPPLEMENTAL MOTION TO STRIKE OPINIONS OF CHRISTOPHER BAKEWELL (DKT. 289)

Before the Court is Plaintiff Entropic Communications, LLC's Supplemental Motion to Strike Opinions of Christopher Bakewell (Dkt. 289). After considering the briefing, the Court hereby **DENIES** the Motion.