# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO SERVE MR. DELL'S THIRD SUPPLEMENTAL EXPERT REPORT OUT OF TIME (DKT. 302)

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Opposition to Plaintiff's Motion For Leave To Serve Mr. Dell's Third Supplemental Expert Report Out Of Time.

3. Attached hereto as **Exhibit C** is a true and correct copy a June 27, 2023 letter from Charter counsel to Entropic counsel.

4. Attached hereto as **Exhibit D** is a true and correct copy of excerpts of the July 21, 2023 Expert Report Of Stephen E. Dell, CVA Relating To Damages.

1

     5.     Attached hereto as **Exhibit E** is a true and correct copy of a September 29, 2023 email from Charter counsel to Entropic counsel.  Entropic did not respond to the email.

I declare under penalty of perjury that the above is true and correct.

Dated: October 30, 2023                                                      Respectfully submitted,

                                                                                    */s/ Elizbeth Long*
                                                                                    Elizabeth Long

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served October 30, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

/s/ Elizabeth Long
Elizabeth Long