IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROP COMMUNICATIONS, LLC | § § | |
| v. | § § | Case No. 2:22-CV-0125-JRG |
| CHARTER COMMUNICATIONS, INC., ET AL. | § § | |

**Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
**November 15, 2023**

**OPEN: 10:10 am**                                                            **ADJOURN: 2:06 pm**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Josh Scheufler |
| COURT REPORTER: | Ed Reed |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Andrea Fair introduced co-counsel and announced ready. Deron Dacus introduced co-counsel and announced ready.

Jury Selection will be December 11, 2023 at 9:00 a.m. before Judge Gilstrap. The trial will begin after jury selection. The parties will have 30 minutes per side for voir dire. Eight jurors will be seated. The parties will have four preemptory strikes each side. The parties will have up to 30 minutes for opening statements and 40 minutes per side for closing arguments. The parties will be allowed 12 hours of evidence per side. Jim Shimota requested additional hours for evidence. Deron Dacus also requested additional hours. The Court will consider these requests.

The trial management agreements are acceptable.

The parties will provide 12 juror notebooks at the beginning of the trial. Each notebook shall contain a sheet with a photo of each witness with the name under the photo and lines for taking notes, a copy of the patents, the Court's claim construction and a 3-hole punched note pad.

The jury list and juror questionnaires will be available from the Clerk's office on the Thursday before jury selection.

The parties argued objections to Plaintiff's Motions in Limine. Alan Littmann, Andrea Fair,

Mike Pieja argued for plaintiff.  Deron Dacus, Amy DeWitt, Marc Cohn argued for defendants.  The Court made rulings.

The Court then heard arguments on objections to Defendants' Motions in Limine.  Marc Cohn and Deron Dacus argued for defendants.   Jim Shimota and Andrea Fair argued for plaintiff.   The Court made rulings.

The parties then argued Defendants' objections to Plaintiff's exhibits.  Dan Risner argued for defendants.   Katherine Allor argued for plaintiff.   The Court made rulings.

The parties then argued Plaintiff's objections to Defendants' exhibits.  Alan Littmann and Jason Engel argued for plaintiff.   Deron Dacus argued for defendants.

After the lunch break, Mr. Shimota orally dropped their willful infringement claim.  Mr. Dacus responded.

Nick Lenning then continued argument on Plaintiff's objections to Defendants' exhibits.

The final pretrial conference to argue deposition designations will be held on December 8th at 9:30 a.m.