## **ATTORNEY SIGN-IN SHEET**

**Judge Roy S. Payne**
**2:22-CV-0033-JRG (Referred to RSP for Pretrial Conference)**
**Entropic Communications, LLC v. Charter Communications, Inc., et al.**
**November 15, 2023    10:00 am**

### **PLEASE PRINT CLEARLY**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jim Shimota | Entropic |
| Alan Littman | |
| Mike Pieja | |
| Katy Allor | |
| Jason Engel | |
| Nick Lenning | |
| Andrea Fair | |
| Johnny Ward | |
| Deron Dacus | Charter |
| Dan Reisner | |
| Marc Cohn | |
| Amy DeWitt | |