# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC | § | |
| | § | |
| v. | § | CASE NO. 2:22-cv-00125-JRG |
| | § | |
| CHARTER COMMUNICATIONS, INC | § | |

## ORDER TO PURCHASE JURY MEALS

In the interest of justice, jurors are ordered to remain together during breaks and meals in the above-referenced case during deliberations. The deputy-in-charge or courtroom deputy is authorized to purchase meals for sequestered eight (8) jurors until a verdict is rendered to this Court.

**So Ordered this**

Nov 17, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE