# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Case No. 2:22-cv-00125-JRG |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF APPEARANCE OF JACOB BASS

The Court, having considered the Unopposed Motion for Withdrawal of Counsel filed by Defendant Charter Communications, Inc., hereby grants the Motion.

It is, therefore, ORDERED that Jacob Bass is withdrawn as counsel for Defendant in the above-captioned matter.

It is further ORDERED that the Clerk of the Court terminate any further ECF notices to Jacob Bass in this matter.