# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendants*. | § § § | |

## ORDER

Before the Court is the Defendant Charter Communications, Inc.'s ("Charter") Unopposed Motion for Withdrawal of Jacob Bass as Counsel (the "Motion"). (Dkt. No. 346.) In the Motion, Charter requests that attorney Jacob Bass be permitted to withdraw as counsel of record in the above-captioned case. (*Id.* at 1.) The Motion is unopposed. (*Id.* at 1, 3.)

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that attorney Jacob Bass be permitted to **withdraw** as counsel of record for Charter in the above-captioned case. It is further **ORDERED** that the Clerk shall **terminate** attorney Jacob Bass as counsel of record and all electronic notifications to the same.

**So ORDERED and SIGNED this 27th day of November, 2023.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE