UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00125-JRG |

**JOINT NOTICE OF READINESS FOR TRIAL**

Plaintiff Entropic Communication, LLC ("Entropic") and Defendant Charter Communications, Inc. ("Charter") file this Joint Notice of Readiness for Trial for a trial term that would begin on Monday, January 8, 2024.

**Position of Plaintiff**: Entropic states that it is ready for trial on January 8, 2024.

Counsel for Entropic has been notified that its infringement expert for three patents, Dr. Shoukri Souri, has a deposition scheduled for January 11 in an insurance recovery action, *Aspen Specialty Insurance Company, et al., v. Nucor Corporation and Nucor Steel Louisiana, LLC*, in the General Court of Justice, Mecklenburg County, North Carolina, Case No. 19-CVS-19887. Counsel for Entropic suggested the possibility of the deposition being rescheduled so as not to burden this Court with a deposition scheduling issue, but received a response from counsel in the other matter stating that rescheduling the deposition will be "extremely difficult" and requesting that Entropic advise this Court of their scheduling conflict and desire to avoid attempting to reschedule Dr. Souri's deposition.

**Position of Defendant**: Defendant Charter Communications, Inc. provides notice to the Court regarding its readiness for trial on January 8, 2024. Charter has a conflict with the date. One

of Charter's fact witnesses it intends to call at trial will be out of the country January 6-13, 2024. Additionally, Charter's lead trial counsel, Deron Dacus, is scheduled for trial as lead trial counsel in *Ravgen Inc. v Natera Inc. et al*, 1:20-cv-692-ADA (W.D. Tex.) in the Austin Division with jury selection set for January 4, 2024 and trial set for January 8, 2024. Finally, Charter's technical expert, Dr. Kevin Almeroth, will be returning from an overseas trip late on January 7, 2024.

Regarding Charter's readiness for trial on January 22, 2024, Charter also has a conflict. Charter's corporate representative and trial witness is unavailable because his spouse has a medical procedure the week of January 22, 2024. Mr. Dacus is scheduled for trial as lead trial counsel in *Dexon Computer Inc. v. Cisco Systems, Inc. et al*, 5:22-cv-53-RWS-JBB (E.D. Tex.) in the Texarkana Division with jury selection and trial set for January 22, 2024. Charter's damages expert, Christopher Bakewell, is scheduled to be an expert witness in *Centripetal Networks, LLC v. Palo Alto Networks, Inc.*, 2-21-cv-00137 (E.D. Va.) on January 22, 2024. Further, Dr. Almeroth is scheduled to be an expert witness in *Certain Wi-Fi Routers, Wi-Fi Devices, Mesh Wi-Fi Network Devices, and Hardware and Software Components Thereof* (ITC Inv. No. 337-TA-1361), scheduled for trial January 17-23, 2024.

Dated: November 30, 2023

Respectfully submitted,

*/s/James Shimota by permission Andrea L. Fair*
James Shimota - LEAD ATTORNEY
Jason Engel
George Summerfield
Katherine Allor
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602

Jim.shimota@klgates.com
Jason.engel@klgates.com
George.summerfield@klgates.com
Katy.allor@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**


*/s/ Deron Dacus by permission Andrea L. Fair*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar

Elizabeth Long
Albert J. Boardman
Melissa Brown
Elizabeth Long
ARNOLD & PORTER KAY SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
Daniel.reisner@arnoldporter.com
David.benyacar@arnoldporter.com
Elizabeth.long@arnoldporter.com
Albert.boardman@arnoldporter.com
Melissa.brown@arnoldporter.com
Elizabeth.long@arnoldporter.com


Marc A. Cohn
Amy L. DeWitt
William O. Young, Jr
Thomas J. Carr
Natalie Steiert
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Marc.cohn@arnoldporter.com
Amy.dewitt@arnoldporter.com
william.young@arnoldporter.com
thomas.carr@arnoldporter.com
natalie.steiert@arnoldporter.com

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on November 30, 2023.

*/s/Andrea L. Fair*
Andrea L. Fair
