UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTION TO REPORT AND RECOMMENDATION
DENYING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT
OF NO PRE-SUIT DAMAGES (DKT. 172)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Report and Recommendation Denying Its Motion For Partial Summary Judgment Of No Pre-Suit Damages.

Having considered the Motion and all related briefing, the Court finds that it should be **GRANTED** as to the '826 and '362 Patents and **DENIED AS MOOT** as to the '775 and '008 Patents. The Court hereby **OVERRULES** the Report and Recommendation as to the '826 and '362 Patents, and **ADOPTS** the Report and Recommendation as to the '775 and '008 Patents.