# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Case No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that William Z. Louden of Arnold & Porter Kaye Scholer LLP enters his appearance as attorney of record on behalf of Defendant Charter Communications, Inc. in the above matter.

William Z. Louden may receive all communications from the Court and from other parties at Arnold & Porter Kaye Scholer LLP, 601 Massachusetts Ave., NW, Washington, DC 20001-3743; Telephone: (202) 942-5000; Facsimile: (202) 942-5999; Email: william.louden@arnoldporter.com.

Dated: December 5, 2023

Respectfully submitted,

*/s/ William Z. Louden*
William Z. Louden
(District of Columbia Bar No. 1020912)
william.louden@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

***Attorney for Defendant Charter Communications, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I electronically filed the foregoing Notice of Appearance of Counsel with the Clerk of the Court for the Eastern District of Texas using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

/s/ William Z. Louden
William Z. Louden