# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Case No. 2:22-cv-00125-JRG **JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is Plaintiff Entropic Communications, LLC's Motion To Dismiss Under Rule 41. Having considered the Motion, the Court GRANTS the Motion.