# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> *Defendant*. | Civil Action No. 2:22-CV-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

## ORDER

Before the Court is Defendant Charter Communication, Inc.'s Opposed Motion for Protective Order From the Court's Memorandum Order (Dkt. 358) Granting-In-Part and Denying-In-Part Entropic's Motion to Strike the Expert Report of Dr. Kevin Almeroth (Dkt. 175). After consideration, the Court finds that Defendant's Motion for Protective Order is DENIED.