UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTION TO REPORT AND RECOMMENDATION (DKT. 349) GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT DEVICES WITH MAXLINEAR CHIPS ARE NOT NON-INFRINGING ALTERNATIVES AFFECTING THE REASONABLE ROYALTY (DKT. 179)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Report and Recommendation Granting-In-Part and Denying-In-Part Entropic's Motion For Partial Summary Judgment That Devices With MaxLinear Chips Are Not Non-Infringing Alternatives Affecting The Reasonably Royalty Rate.

Having considered the Motion, and all related briefing, the Court finds that it should be **DENIED**. The Court hereby **OVERRULES-IN-PART** the Report and Recommendation as to the '690, '008, '826, '326 and '775 Patents, and **ADOPTS-IN-PART** the Report and Recommendation as to the '682 Patent.