UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTIONS TO REPORT AND RECOMMENDATION (DKT. 363) DENYING CHARTER'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE ASSERTED CLAIMS OF THE '362 PATENT (DKT. 173)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Report and Recommendation Denying Charter's Motion For Summary Judgment Of Invalidity Of The Asserted Claims Of The '362 Patent.

Having considered the Motion, the Report and Recommendation, Charter's Objections, and all related briefing, the Court finds that the Motion should be **GRANTED**. The Court hereby **OVERRULES** the Report and Recommendation.