UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　Plaintiff<br><br>　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTION TO REPORT AND RECOMMENDATION (DKT. 364) GRANTING ENTROPIC'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C. § 101 (DKT. 181)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Report and Recommendation Granting Entropic's Motion For Summary Judgment Of No Invalidity Under 35 U.S.C. § 101.

Having considered the Motion, the Report and Recommendation, Charter's Objections, and all related briefing, the Court finds that the Motion should be **DENIED**. The Court hereby **OVERRULES** the Report and Recommendation.