UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, <br><br> Plaintiff <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC., <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG <br><br> **JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTIONS TO REPORT AND RECOMMENDATION (DKT. 362) DENYING-IN-PART AND GRANTING-IN-PART ENTROPIC'S MOTION FOR SUMMARY JUDGMENT OF NO INVALIDITY UNDER 35 U.S.C. §§ 102 AND 103 (DKT. 170)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Report and Recommendation Granting-In-Part and Denying-In-Part Entropic's Motion For Summary Judgment Of No Invalidity Under 35 U.S.C. §§ 102 And 103.

Having considered the Motion, the Report and Recommendation, Charter's Objections, and all related briefing, the Court finds that the Motion should be **DENIED**. The Court hereby **OVERRULES-IN-PART** the Report and Recommendation as to the '775 and '008 Patents, and as to U.S. Pat. No. 7,522,901 ("Dauphinee") with respect to the '362 Patent and **ADOPTS-IN-PART** the Report and Recommendation as to the remaining issues.