UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTIONS TO THE MEMORANDUM ORDER (DKT. 367) GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S MOTION TO STRIKE OPINIONS OF STEVEN GOLDBERG (DKT. 168)**

Before the Court is Defendant Charter Communications Inc.'s Objections to Judge Payne's Memorandum Order (Dkt. 367) Granting-In-Part and Denying-In-Part Entropic's Motion To Strike Opinions of Steven Goldberg (Dkt. 168).

Having considered the Motion, Magistrate Judge Payne's Order, Charter's Objections, and all related briefing, the Court finds that Charter's Objections should be **SUSTAINED**. The Court therefore **REVERSES-IN-PART** Judge Payne's Memorandum Order striking paragraphs 67, 79, 351, 434, 534, 542, and 573 of Dr. Goldberg's opening expert report. The Court **AFFIRMS-IN-PART** Judge Payne's Memorandum Order with respect to all other issues raised in Entropic's Motion to Strike.