**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTION TO ORDER (DKT. 353)**
**GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF'S MOTION**
**TO STRIKE THE OPINIONS OF CHRISTOPHER BAKEWELL (DKT. 174)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Memorandum Order Granting-In-Part and Denying-In-Part Entropic's Motion To Strike The Opinions Of Christopher Bakewell.

Having considered the Motion, Magistrate Judge Payne's Order, Charter's Objections, and all related briefing, the Court finds that Charter's Objections should be **SUSTAINED**. The Court therefore **REVERSES-IN-PART** Judge Payne's Memorandum Order and regarding paragraphs 234–240, 242–243, 250–251, 253–268, 594-595, 596, 649, 651, and 667 of Mr. Bakewell's opening expert report and **AFFIRMS-IN-PART** the remainder of the Memorandum Order.