## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

    Plaintiff

    v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 2:22-cv-00125-JRG

**JURY TRIAL DEMANDED**

---

**ORDER ON CHARTER'S OBJECTIONS TO MEMORANDUM ORDER (DKT. 358)
GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S
MOTION TO STRIKE OPINIONS OF DR. KEVIN ALMEROTH (DKT. 175)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Memorandum Order granting-in-part and denying-in-part Plaintiff Entropic Communications, LLC's Motion to Strike the Opinions of Dr. Kevin Almeroth

Having considered the Motion, Magistrate Judge Payne's Order, Charter's Objections, and all related briefing, the Court finds that Charter's Objections should be **SUSTAINED**. The Court therefore **REVERSES-IN-PART** Judge Payne's Memorandum Order and regarding paragraphs 100-144 of Dr. Almeroth's opening expert report and **AFFIRMS-IN-PART** the remainder of the Memorandum Order.