**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | Civil Action No. 2:22-cv-00125-JRG |
| Plaintiff | **JURY TRIAL DEMANDED** |
| v. | |
| CHARTER COMMUNICATIONS, INC., | |
| Defendant. | |

**CHARTER'S OBJECTIONS TO MEMORANDUM ORDER (DKT. 366)**
**GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S MOTION TO STRIKE**
**THE EXPERT REPORT OF DAVID O. TAYLOR (DKT. 141)**

## I.      INTRODUCTION

Pursuant to Local Rule CV-72(b) and 28 U.S.C. § 636(b)(1), Defendant Charter Communications, Inc. ("Charter") respectfully objects to Judge Payne's Memorandum Order (the "Order," Dkt. 366) granting-in-part and denying-in-part Plaintiff Entropic Communications, LLC's ("Entropic") Motion to Strike the Expert Report of David O. Taylor (the "Motion," Dkt. 141).

The Order is clearly erroneous and/or contrary to law for granting the Motion to strike portions of Mr. Taylor's expert report (the "Expert Report") of Charter's expert, Mr. Taylor, that concern the third-party devices using chips from MaxLinear, Inc. ("MaxLinear") as non-infringing alternatives. (Order at 4, 6).

## II.     ARGUMENT

### A.      The Magistrate Judge's grant of Entropic's Motion to strike Mr. Taylor's report concerning the MaxLinear non-infringing alternatives was clearly erroneous and/or contrary to law

In granting Entropic's motion to strike Mr. Taylor's opinions concerning MaxLinear chips as a non-infringing alternative, Magistrate Judge Payne explained that "the undersigned has recommended granting summary judgment that the MaxLinear chips are not non-infringing alternatives. (Dkt. No. 349.) The portions of Professor Taylor's report relating to these chips are therefore irrelevant and should be excluded." (Dkt. 366 at 4.)  As set forth in Charter's objections to the Report and Recommendation Granting-in-Part Entropic's Motion for Partial Summary Judgment That Devices with MaxLinear Chips are Not Non-Infringing Alternatives Affecting The Reasonable Royalty Rate, filed contemporaneously with this brief, the Report and Recommendation was in error and Entropic's motion should have been denied.. Accordingly, should the Court sustain Charter's objections for the reasons set forth in Charter's brief, Charter

1

respectfully requests that this portion of Magistrate Judge Payne's order be reconsidered and denied because it would be clearly erroneous and/or contrary to law.

### III.    CONCLUSION

For the foregoing reasons, Charter respectfully requests this Court enter Charter's proposed order sustaining Charter's objections to the Magistrate Judge's Order granting-in-part and denying-in-part Entropic's Motion.

Dated:  December 7, 2023                          Respectfully submitted,

                                                  */s/ Daniel Reisner by permission Elizabeth Long*
                                                  Deron R. Dacus
                                                  State Bar No. 00790553
                                                  The Dacus Firm, P.C.
                                                  821 ESE Loop 323, Suite 430
                                                  Tyler, TX 75701
                                                  Phone: (903) 705-1117
                                                  Fax: (903) 581-2543
                                                  Email: ddacus@dacusfirm.com

                                                  Daniel L. Reisner
                                                  David Benyacar
                                                  Elizabeth Long
                                                  Albert J. Boardman
                                                  Melissa Brown
                                                  ARNOLD & PORTER KAYE SCHOLER LLP
                                                  250 West 55th Street
                                                  New York, New York, 10019-9710
                                                  Telephone: (212) 836-8000
                                                  Email: daniel.reisner@arnoldporter.com
                                                  Email: david.benyacar@arnoldporter.com
                                                  Email: elizabeth.long@arnoldporter.com
                                                  Email: albert.boardman@arnoldporter.com
                                                  Email: melissa.brown@arnoldporter.com

                                                  Marc A. Cohn
                                                  Amy L. DeWitt
                                                  William Louden
                                                  William O. Young, Jr
                                                  Thomas Carr
                                                  Natalie Steiert
                                                  ARNOLD & PORTER KAYE SCHOLER LLP
                                                  601 Massachusetts Avenue NW
                                                  Washington, DC 20001-3743
                                                  Telephone: (202) 942-5000
                                                  Email: marc.cohn@arnoldporter.com
                                                  Email: amy.dewitt@arnoldporter.com
                                                  Email: william.louden@arnoldporter.com
                                                  Email: william.young@arnoldporter.com
                                                  Email: thomas.carr@arnoldporter.com
                                                  Email: natalie.steiert@arnoldporter.com

                                                  Zachary A. Nemirovsky
                                                  ARNOLD & PORTER KAYE SCHOLER LLP
                                                  3000 El Camino Real, 5 Palo Alto Square, #500

3

Palo Alto, California, 94304
Telephone: (650) 319-4500
Email: zachary.nemirovsky@arnoldporter.com

***Attorneys for Defendant***
***Charter Communications, Inc.***

4

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served December 7, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

*/s/ Elizabeth Long*
Elizabeth Long
