UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER ON CHARTER'S OBJECTIONS TO MEMORANDUM ORDER (DKT. 366) GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S MOTION TO STRIKE THE EXPERT REPORT OF DAVID O. TAYLOR (DKT. 141)

Before the Court is Defendant Charter Communications Inc.'s Objection to the Memorandum Order granting-in-part and denying-in-part Plaintiff Entropic Communications, LLC's Motion to Strike the Expert Report of David O. Taylor.

Having considered the Motion, Magistrate Judge Payne's Order, Charter's Objections, and all related briefing, the Court finds that Charter's Objections should be **SUSTAINED**. The Court therefore **REVERSES-IN-PART** Judge Payne's Memorandum Order and regarding the portions of Mr. Taylor's report relating to non-infringing alternatives and **AFFIRMS-IN-PART** the remainder of the Memorandum Order.