UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S
OBJECTION TO REPORT AND RECOMMENDATION (DKT. 354) DENYING ITS
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF
THE ASSERTED CLAIMS OF THE '682 AND '690 PATENTS (DKT. 176)**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Objection to the Report and Recommendation (Dkt. 354) Denying Its Motion For Summary Judgment Of Noninfringement Of The Asserted Claims Of The '682 And '690 Patents (Dkt. 176).

3. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 9,419,858, issued August 16, 2016.

4. Attached hereto as **Exhibit B** is a true and correct copy of U.S. Patent No. 9,577,886, issued February 21, 2017.

1

5. Attached hereto as **Exhibit C** is a true and correct copy of U.S. Patent No. 9,866,438, issued January 9, 2018.

I declare under penalty of perjury that the above is true and correct.


Dated: December 7, 2023                    Respectfully submitted,

                                           */s/ Elizbeth Long*
                                           Elizabeth Long

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served December 7, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

                                              */s/ Elizabeth Long*
                                              Elizabeth Long