UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER'S OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS UNDER RULE 41 (DKT. 373)**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, counsel for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Opposition To Plaintiff's Motion To Dismiss Under Rule 41 (Dkt. 373).

3. Attached hereto as **Exhibit A** is a true and correct copy of email correspondence between counsel for Entropic and counsel for Charter.

I declare under penalty of perjury that the above is true and correct.

Dated: December 8, 2023

Respectfully submitted,

*/s/ Elizbeth Long*
Elizabeth Long

1