# Exhibit A

| | |
|---|---|
| **From:** | Alan Littmann |
| **To:** | Long, Betsy; Charter-Entropic 22cv125; zzz.External.ddacus@dacusfirm.com |
| **Cc:** | GITBB-Entropic; Entropic Charter Litigation; zzz.External.andrea@wsfirm.com; bridgesip@icloud.com |
| **Subject:** | RE: Entropic v. Charter: Asserted Patents |
| **Date:** | Tuesday, December 5, 2023 10:17:31 AM |
| **Attachments:** | image002.png |
| | image003.png |

External E-mail

Betsy,

Given Charter's email last night further narrowing the case to drop its invalidity defenses, Entropic will no longer assert the '826 patent at trial.

Our understanding is that the dismissal of the '690, '362, and '826 patents would be without prejudice. *See Core Wireless v. LG Elect.*, Case No. 2:14-cv-911 (Mar. 20, 2016); *SanDisk Corp. v. Kingston Tech. Co.*, 695 F.3d 1348, 1353 (Fed. Cir. 2012); *VirnetX Inc. v. Apple Inc.*, 925 F. Supp. 2d 816, 849 (E.D. Tex. 2013). Please let us know today if you disagree so we can discuss and raise that issue with the Court, if necessary.

Sincerely,
Alan


**Alan Littmann**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
P 312-881-5969   C 312-404-1871   F 312-380-7019
goldmanismail.com

## GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.

**From:** Long, Betsy <Elizabeth.Long@arnoldporter.com>
**Sent:** Sunday, December 3, 2023 4:33 PM
**To:** Alan Littmann <alittmann@goldmanismail.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>; ddacus@dacusfirm.com
**Cc:** GITBB-Entropic <GITBB-Entropic@goldmanismail.com>; Entropic Charter Litigation <Entropic-CharterLit@klgates.com>; andrea@wsfirm.com; bridgesip@icloud.com
**Subject:** RE: Entropic v. Charter: Asserted Patents

Hi Alan,

Thank you for the email.

Please confirm that Entropic will file a motion to dismiss with prejudice the '362 and '690 patents tomorrow.

Best,
Betsy

Betsy Long
Counsel | Bio

**Arnold & Porter**
250 West 55th Street
New York, NY 10019-9710
T: +1 212.836.8067
Elizabeth.Long@arnoldporter.com
www.arnoldporter.com | LinkedIn

**From:** Alan Littmann <alittmann@goldmanismail.com>
**Sent:** Friday, December 1, 2023 9:32 PM
**To:** Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>; zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>
**Cc:** GITBB-Entropic <GITBB-Entropic@goldmanismail.com>; Entropic Charter Litigation <Entropic-CharterLit@klgates.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>; bridgesip@icloud.com
**Subject:** Entropic v. Charter: Asserted Patents

External E-mail

Counsel,

Entropic will not be asserting the '690 or '362 patents at trial. We are narrowing in good faith based on the rulings received to date. Entropic may further narrow the case depending upon the content of the remainder of the pending pre-trial motions. If you would like to discuss further, please let us know.

Have a good evening,
Alan

**Alan Littmann**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
P 312-881-5969   C 312-404-1871   F 312-380-7019
goldmanismail.com

## GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com