**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

ENTROPIC COMMUNICATIONS, LLC,

    Plaintiff

    v.

CHARTER COMMUNICATIONS, INC.,

    Defendant.

Civil Action No. 2:22-cv-00125-JRG

**JURY TRIAL DEMANDED**

**ORDER DENYING PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE
UNDER RULE 41**

The Court, having considered Plaintiff Entropic Communications, LLC's Motion to Dismiss without Prejudice Under Rule 41 (Dkt 373), hereby **DENIES** the motion.