AO 435 (Rev. 04/18)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER

*Please Read Instructions:*

FOR COURT USE ONLY

DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Andrea L. Fair |
| 2 | PHONE NUMBER | (903) 757-6400 |
| 3 | DATE | 12/8/2023 |
| 4 | DELIVERY ADDRESS OR EMAIL | PO Box 1231 |
| 5 | CITY | Longview |
| 6 | STATE | TX |
| 7 | ZIP CODE | 75606 |
| 8 | CASE NUMBER | 2:22cv125 |
| 9 | JUDGE | Roy S. Payne |
| 10 | FROM | 12/8/2023 |
| 11 | TO | 12/8/2023 |
| 12 | CASE NAME | Entropic Comm. v Charter Comm. Inc. |
| 13 | CITY | Marshall |
| 14 | STATE | Texas |

**15. ORDER FOR**

- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) Final Pretrial Conference | 12/8/2023 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES NO. OF COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | | | |
| 14-Day | [ ] | [ ] | | | |
| EXPEDITED | [x] | [ ] | | | |
| 3-Day | [ ] | [ ] | | | |
| DAILY | [ ] | [ ] | | | |
| HOURLY | [ ] | [ ] | | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE
/s/ Andrea L. Fair

PROCESSED BY

19. DATE
12/8/2023

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY