IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG-RSP |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendants*. | § | |

## ORDER RE VOLUNTARY DISMISSAL OF CLAIMS OF INFRINGEMENT BASED ON THE '690, '362, AND '826 PATENTS

Before the Court is Plaintiff's Motion To Dismiss Under Rule 41 (**Dkt. No. 373**). For the reasons orally assigned during the Final Pretrial conference on December 8, 2023, and considering the objections made by Defendant, the motion is **granted** dismissing the claims without prejudice, **conditioned upon** the Order that, if the Plaintiff brings a future claim against Charter Communications, Inc. in any forum based upon any of U.S. Patent Nos. 8,284,690, or 9,210,362, or 9,825,826, then the court will order that Plaintiff pay to Defendant the fees and costs that Defendant shows related to the defense of such claims in this action.

**SIGNED this 8th day of December, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

1