# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC § | |
| § | |
| v.  § | Case No. 2:22-CV-0125-JRG |
| § | |
| CHARTER COMMUNICATIONS, INC., ET § | |
| AL. § | |

**Final Pretrial Conference**
MAG. JUDGE ROY PAYNE PRESIDING
December 8, 2023

**OPEN: 9:34 am**                                            **ADJOURN: 10:54 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Josh Scheufler |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Johnny Ward introduced co-counsel and announced ready. Deron Dacus introduced co-counsel and announced ready.

The Court heard argument on Defendants' Motion for Protective Order (Dkt. No. 371). Alan Littman argued for Entropic. Dan Reisner argued for Charter. The Court GRANTED the motion for the reasons orally assigned.

Shawn Zhang then argued Plaintiff's Motion to Dismiss Under Rule 41 (Dkt. No. 373). Mr. Reisner responded. The Court GRANTED the motion for the reasons orally assigned and with a condition. The Court will enter Orders regarding both motions.

Jim Shimota argued an outstanding issue regarding Dr. Goldberg. Deron Dacus responded. The Court will review Dr. Goldberg's report and will enter an Order.

Counsel updated the Court regarding exhibit agreements. The parties were ordered to file updated exhibit lists by 3:00 pm today.

Mr. Shimota requested 14 hours for evidence. Mr. Dacus agreed. The parties will have 14 hours per side for evidence.