# ATTORNEY SIGN-IN SHEET

Judge Roy S. Payne
2:22-CV-0033-JRG (Referred to RSP for Pretrial Conference)
Entropic Communications, LLC v. Charter Communications, Inc., et al.
December 8, 2023   9:30 am

### PLEASE PRINT CLEARLY

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Alan Littmann | Entropic |
| Jim Shimota | Entropic |
| Connor Meggs | Entropic |
| Shaun Zhang | Entropic |
| Jennie Hartjes | Entropic |
| Katy Allor | Entropic |
| Courtney Neufeld | Entropic |
| Deron Dacus | Charter |
| Dan Reisner | |
| ELIZABETH LONG | Charter |