IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00125-JRG-RSP |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

 Charter Communications Inc. previously filed a Motion for Summary Judgment of No Pre-Suit Damages (Dkt. No. 172.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 342), recommending denial of Charter's Motion for Summary Judgment of No Pre-Suit Damages. Charter has now filed Objections (Dkt. No. 361).

 After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of No Pre-Suit Damages, the Report and Recommendation, and the briefing on Charter's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Charters Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of No Pre-Suit Damages (Dkt. No. 172) is **DENIED**.

**So Ordered this**

**Dec 8, 2023**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE