IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00125-JRG-RSP |
| | § | |
| CHARTER COMMUNICATIONS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Entropic Communications LLC previously filed a Motion for Partial Summary Judgment That Devices With MaxLinear Chips Are Not Non-Infringing Alternatives Affecting the Reasonable Royalty Rate (Dkt. No. 179.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 349), recommending granting-in-part and denial-in-part of Entropic's Motion for Partial Summary Judgment That Devices With MaxLinear Chips Are Not Non-Infringing Alternatives Affecting the Reasonable Royalty Rate. Charter has now filed Objections (Dkt. No. 375).

After conducting a *de novo* review of the briefing on the Motion for Partial Summary Judgment That Devices With MaxLinear Chips Are Not Non-Infringing Alternatives Affecting the Reasonable Royalty Rate, the Report and Recommendation, and the briefing on Charter's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Charters Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Partial Summary Judgment That Devices With MaxLinear Chips Are Not Non-Infringing Alternatives Affecting the Reasonable Royalty

Rate (Dkt. No. 172) is **GRANTED-IN-PART** and **DENIED-IN-PART** as provided in the Report and Recommendation.

**So Ordered this**

**Dec 8, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE