IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, § § | |
| *Plaintiff*, § § | |
| v. § | CIVIL ACTION NO. 2:22-CV-00125-JRG-RSP |
| § § | |
| CHARTER COMMUNICATIONS, INC., § § | |
| *Defendants*. § | |

## ORDER

Charter Communications Inc. previously filed a Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '682 and '690 Patents (Dkt. No. 176.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 354), denial of Charter's Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '682 and '690 Patents. Charter has now filed Objections (Dkt. No. 387).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '682 and '690 Patents, the Report and Recommendation, and the briefing on Charter's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Charters Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of Non-Infringement of the Asserted Claims of the '682 and '690 Patents (Dkt. No. 176) is **DENIED**.

**So Ordered this**

**Dec 8, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE