IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG-RSP |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendants*. | § | |

### ORDER

Entropic Communications LLC previously filed a Motion for Summary Judgment of No License Defense Based on DOCSIS (Dkt. No. 177.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 357), recommending granting-in-part and denial-in-part of Entropic's Motion for Summary Judgment of No License Defense Based on DOCSIS. Charter has now filed Objections (Dkt. No. 386).

After conducting a *de novo* review of the briefing on the Motion for Summary Judgment of No License Defense Based on DOCSIS, the Report and Recommendation, and the briefing on Charter's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Charter's Objections and **ADOPTS** the Report and Recommendation and orders that the Motion for Summary Judgment of No License Defense (Dkt. No. 177) is **GRANTED-IN-PART** and **DENIED-IN-PART** as provided in the Report and Recommendation.

**So Ordered this**

**Dec 8, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE