IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § | |
| *Defendants*. | § | |

## MEMORANDUM ORDER

Before the Court is Charter Communications, Inc.'s Opposed Motion For Protective Order (Dkt. No. 371), which came on for hearing during the Final Pretrial Conference on December 8, 2023. For the reasons orally assigned, the motion is GRANTED, and the order regarding supplemental depositions in the Memorandum Order of November 29, 2023 (Dkt. No. 358) is rescinded.

For related reasons also orally assigned during the Final Pretrial Conference, the foregoing Memorandum Order (Dkt. No. 358) is hereby amended to grant Plaintiff's Motion to Strike paragraphs 11 and 20 of the supplemental report of Dr. Almeroth. The Court had denied the motion as to those paragraphs, conditioned on the supplemental depositions referred to above. Defendant has chosen to withdraw that part of Dr. Almeroth's testimony and sought relief from the depositions, which the Court granted.

**SIGNED this 8th day of December, 2023.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE