## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Civil Action No. 2:22-CV-00125-JRG **JURY TRIAL DEMANDED** |

**PLAINTIFF ENTROPIC COMMUNICATIONS, LLC'S UNOPPOSED MOTION FOR LEAVE TO SERVE MR. DELL'S FOURTH SUPPLEMENTAL EXPERT REPORT OUT OF TIME**

I. **INTRODUCTION**

Entropic hereby respectfully requests leave to serve Mr. Dell's fourth supplemental expert report after the close of expert discovery. On November 30 and December 5, 2023, Charter served updated information relevant to damages. Mr. Dell's fourth supplemental report calculates updated damages for the period of June 30, 2023 to November 30, 2023, in order to present accurate, up-to-date damages at trial. Charter does not oppose this motion.

II. **LEGAL STANDARD**

To determine whether a party may supplement an expert report after the close of expert discovery, the Court considers four factors: "(1) the explanation, if any, for the party's failure to comply with the discovery order; (2) the prejudice to the opposing party of allowing the witness[] to testify; (3) the possibility of curing such prejudice by granting a continuance; and (4) the importance of the witness[]' testimony*." Image Processing Techs., LLC v. Samsung Elecs. Co., Ltd.*, No. 2:20-cv-00050-JRG-RSP, 2020 WL 2395928, at *2 (E.D. Tex. May 12, 2020) (quoting *Raytheon Co. v. Indigo Sys. Corp.*, No. 4:07-cv-109, 2009 WL 413081, at *1–2 (E.D. Tex. Feb. 18, 2009)).

III. **ARGUMENT**

Good cause exists to grant Entropic's Motion. Mr. Dell's supplement simply updates prior calculations in order to provide accurate, up-to-date damages for trial. There are no substantive changes to Mr. Dell's calculations aside from including damages for the period of June 30, 2023 to November 30, 2023. Entropic was diligent in preparing this supplement after receiving the updated information from Charter on November 30 and December 5, 2023, and served Mr. Dell's supplement on Charter on December 7, 2023. Charter has agreed to Entropic's motion. Mr. Dell's supplement is important in order to provide accurate damages calculations at trial.

## IV. CONCLUSION

Accordingly, Entropic respectfully requests that it be granted leave to serve Mr. Dell's Fourth Supplemental Expert Report out of time.

Dated: December 9, 2023                                    Respectfully submitted,

/s/ *James A. Shimota*
James Shimota
Jason Engel
George Summerfield
Katherine L. Allor
Samuel P. Richey
Ketajh Brown
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com
samuel.richey@klgates.com
ketajh.brown@klgates.com

Nicholas F. Lenning
Courtney Neufeld
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Darlene Ghavimi
Matthew A. Blair
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

Christina N. Goodrich
Connor J. Meggs
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5031

Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter E. Soskin
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8046
Fax: (415) 882-8220
peter.soskin@klgates.com

Alan Littmann
Michael Pieja
Doug Winnard
Jennifer Hartjes
Shaun Zhang
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM, LLP**
200 South Wacker Drive 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
alittmann@goldmanismail.com
mpieja@goldmanismail.com
dwinnard@goldmanismail.com
jhartjes@goldmanismail.com
szhang@goldmanismail.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
Charles Everingham, IV
Texas Bar No. 787447
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

**ATTORNEYS FOR PLAINTIFF ENTROPIC COMMUNICATIONS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record on December 9, 2023.

*/s/ James A. Shimota*
James A. Shimota

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel for Entropic has complied with Local Rule CV-7(h). Counsel for Defendant Charter Communications, Inc. has indicated that it does not oppose the relief sought in this Motion.

*/s/ James A. Shimota*
James A. Shimota
