**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC, *Plaintiff*, v. CHARTER COMMUNICATIONS, INC., *Defendant*. | Civil Action No. 2:22-CV-00125-JRG **JURY TRIAL DEMANDED** |

## ORDER

Pending before the Court is Plaintiff Entropic Communications, LLC's Unopposed Motion for Leave to Serve Mr. Dell's Fourth Supplemental Expert Report Out of Time. Having considered the Motion, the Court hereby GRANTS the Motion.