UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Entropic Communications, LLC, ("Plaintiff") and Defendant Charter Communications, Inc., ("Defendant") hereby file this Stipulation of Dismissal and dismiss the above-referenced action with prejudice, each Party to bear its own fees and costs. The Parties further agree that the Court shall retain exclusive and continuing jurisdiction over the Parties and this matter for the sole purpose of enforcing the monetary payment due under the December 10, 2023, settlement agreement between the Parties.

Dated: December 10, 2023                                   Respectfully submitted,

                                                              */s/ James Shimota by permission Andrea L. Fair*
                                                              James Shimota - LEAD ATTORNEY
                                                              Jason Engel
                                                              George Summerfield
                                                               Katherine Allor
                                                              **K&L GATES LLP**
                                                               70 W. Madison Street, Suite 3300
                                                               Chicago, IL 60602
                                                               Jim.shimota@klgates.com
                                                               Jason.engel@klgates.com
                                                               George.summerfield@klgates.com

Katy.allor@klgates.com

Nicholas F. Lenning
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
nicholas.lenning@klgates.com

Darlene Ghavimi
Matthew Blair
**K&L GATES LLP**
2801 Via Fortuna
Suite #650
Austin, Texas 78746
Darlene.ghavimi@klgates.com
Matthew.blair@klgates.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**


*/s/ Daniel L. Reisner by permission Andrea L. Fair*
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman

Melissa Brown
Elizabeth Long
Jacob Bass
ARNOLD & PORTER KAY SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
Daniel.reisner@arnoldporter.com
David.benyacar@arnoldporter.com
Elizabeth.long@arnoldporter.com
Albert.boardman@arnoldporter.com
Melissa.brown@arnoldporter.com
Elizabeth.long@arnoldporter.com
Jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
Paul I. Margulies
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Marc.cohn@arnoldporter.com
Amy.dewitt@arnoldporter.com
Paul.margulies@arnoldporter.com

**ATTORNEYS FOR DEFENDANT CHARTER COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on December 10, 2023.

*/s/Andrea L. Fair*
Andrea L. Fair

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that this stipulation is agreed.

*/s/Andrea L. Fair*
Andrea L. Fair