# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>*Defendant*. | Case No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## ORDER

Before the Court is the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  In light of the Stipulation, which the Court **ACCEPTS AND ACKNOWLEDGES**, this action is **DISMISSED WITH PREJUDICE**.  All pending requests for relief in the above-captioned case are **DENIED AS MOOT**.  It is **ORDERED** that each party bear its own costs, fees, and expenses.  It is **FURTHER ORDERED** that the Court shall retain exclusive and continuing jurisdiction over the Parties and this matter for the sole purpose of enforcing the monetary payment due under the December 10, 2023, settlement agreement between the Parties.

The Clerk of Court is directed to **CLOSE** the case.