UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ELIZABETH LONG IN SUPPORT OF CHARTER COMMUNICATIONS, INC.'S OPPOSED MOTION FOR PROTECTIVE ORDER FROM THE COURT'S MEMORANDUM ORDER (DKT. 358) GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S MOTION TO STRIKE THE EXPERT REPORT OF DR. KEVIN ALMEROTH (DKT. 175)**

I, Elizabeth Long, declare as follows:

1. I am counsel with the law firm Arnold & Porter Kaye Scholer LLP, for Charter Communications, Inc. in the above captioned action. The statements made herein are of my own knowledge and, if called upon to testify thereof, I could and would do so competently.

2. I make this declaration in support of Charter's Opposed Motion For Protective Order From The Court's Memorandum Order (Dkt. 358) Granting-In-Part And Denying-In-Part Entropic's Motion To Strike The Expert Report Of Dr. Kevin Almeroth (Dkt. 175).

3. Attached hereto as **Exhibit A** is a true and correct copy of December 3, 2023 email correspondence between Charter counsel and Entropic counsel.

4. Attached hereto as **Exhibit B** is a true and correct copy of December 6, 2023 email correspondence between Charter counsel and Entropic counsel.

1

5.       Attached hereto as **Exhibit C** is a true and correct copy of excerpts of Defendant's Fifth Supplemental Objections And Responses To Plaintiff's Second Set Of Interrogatories (No. 7), dated August 10, 2023.

6.       Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the deposition of Charter witness Daniel Boglioli, dated August 11, 2023.

7.       Attached hereto as **Exhibit E** is a true and correct copy of excerpts of Supplemental Expert Report Of Shukri Souri, Ph.D. Regarding Infringement Of U.S. Patent Nos. 8,792,008 And 10,135,682 And Noninfringing Alternatives, dated August 29, 2023.

8.       Attached hereto as **Exhibit F** is a true and correct copy of Defendant's Sixth Supplemental Objections And Responses To Plaintiff's Second Set Of Interrogatories (No. 7), dated September 7, 2023.

I declare under penalty of perjury that the above is true and correct.

Dated: December 6, 2023                              Respectfully submitted,

                                                                        */s/ Elizbeth Long*
                                                                        Elizabeth Long