# EXHIBIT A

**Long, Betsy**

| | |
|---|---|
| **From:** | Alan Littmann <alittmann@goldmanismail.com> |
| **Sent:** | Sunday, December 3, 2023 10:23 PM |
| **To:** | Reisner, Daniel; DeWitt, Amy; Charter-Entropic 22cv125; zzz.External.ddacus@dacusfirm.com |
| **Cc:** | Entropic Charter Litigation; GITBB-Entropic; zzz.External.andrea@wsfirm.com; bridgesip@icloud.com |
| **Subject:** | RE: Entropic v Charter: Deposition Scheduling |

External E-mail

Dan,

We appreciate your response and offer to withdraw Dr. Almeroth's reliance on supplemental report paragraphs 11 and 20. We have a few additional questions, however, that will help us understand your proposal.

First, can you please confirm that Charter will not present any evidence, by any means or witness, regarding the substance of those paragraphs.

Second, can you confirm that Charter will withdraw DTX-24 from the exhibit list and will not be using it affirmatively, and that no witness will rely on it?

Third, can you confirm Dr. Almeroth will not offer the opinion in paragraph 11 that, "there can be no infringement of the asserted method claims of the '682 patent if the method is not practiced, which is fully the case due to the termination."

While we continue to discuss these issues, can you please let us know the availability of the witnesses by EOD Wednesday?

Thanks,
Alan


**Alan Littmann**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5969   **C** 312-404-1871   **F** 312-380-7019
goldmanismail.com

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.

**From:** Reisner, Daniel <Daniel.Reisner@arnoldporter.com>
**Sent:** Sunday, December 3, 2023 4:02 PM
**To:** Alan Littmann <alittmann@goldmanismail.com>; DeWitt, Amy <Amy.DeWitt@arnoldporter.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>; ddacus@dacusfirm.com
**Cc:** Entropic Charter Litigation <Entropic-CharterLit@klgates.com>; GITBB-Entropic <GITBB-Entropic@goldmanismail.com>; andrea@wsfirm.com; bridgesip@icloud.com
**Subject:** RE: Entropic v Charter: Deposition Scheduling

Alan,

Almeroth will not rely on his supplemental report paragraphs 11 and 20, therefore the depositions referenced in Dkt. # 358 are not needed.

Dan

---

**From:** Alan Littmann <alittmann@goldmanismail.com>
**Sent:** Saturday, December 2, 2023 12:58 PM
**To:** Reisner, Daniel <Daniel.Reisner@arnoldporter.com>; DeWitt, Amy <Amy.DeWitt@arnoldporter.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>; zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>
**Cc:** Entropic Charter Litigation <Entropic-CharterLit@klgates.com>; GITBB-Entropic <GITBB-Entropic@goldmanismail.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>; bridgesip@icloud.com
**Subject:** RE: Entropic v Charter: Deposition Scheduling

External E-mail

Thanks Dan. Yes, we agree to Amy's proposal below.

Please let us by EOD Sunday regarding the availability of Mr. Stafford and the corporate designee so that those depositions can occur by December 6, as ordered by the Court.

Alan Littmann
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5969   **C** 312-404-1871   **F** 312-380-7019
goldmanismail.com

## GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.

**From:** Reisner, Daniel <Daniel.Reisner@arnoldporter.com>
**Sent:** Saturday, December 2, 2023 11:45 AM
**To:** DeWitt, Amy <Amy.DeWitt@arnoldporter.com>; Alan Littmann <alittmann@goldmanismail.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>; ddacus@dacusfirm.com
**Cc:** Entropic Charter Litigation <Entropic-CharterLit@klgates.com>; GITBB-Entropic <GITBB-Entropic@goldmanismail.com>; andrea@wsfirm.com; bridgesip@icloud.com
**Subject:** RE: Entropic v Charter: Deposition Scheduling

Alan, now that Entropic has dropped the '362 patent, there is no basis for the WH-DVR spreadsheet deposition. Please confirm that you agree so we can free up Mr. Hockenhull.

Dan

**From:** DeWitt, Amy <Amy.DeWitt@arnoldporter.com>
**Sent:** Friday, December 1, 2023 2:14 PM

**To:** zzz.External.alittmann@goldmanismail.com <alittmann@goldmanismail.com>; Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>; zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>
**Cc:** Entropic Charter Litigation <Entropic-CharterLit@klgates.com>; GITBB-Entropic <GITBB-Entropic@goldmanismail.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>; bridgesip@icloud.com
**Subject:** RE: Entropic v Charter: Deposition Scheduling

Alan – we are working on the availability of Mr. Stafford and the corporate designee and will respond as soon as we have this information. Additionally, pursuant to the Court's Order in Dkt. 353 that Charter designate a witness who is knowledgeable about the two Whole-Home DVR spreadsheets, Charter designates Nicholas Hockenhull. Mr. Hockenhull is available Wednesday, December 6, from 10-12 a.m. CT and from 2-4 p.m. CT, and available December 7 from 12-4 p.m. CT. Alternatively, if Entropic is willing to forego this deposition, Charter would be willing to forego the deposition ordered by the Court in Dkt. No. 352 regarding secondary considerations.

Thanks,
Amy

**From:** Alan Littmann <alittmann@goldmanismail.com>
**Sent:** Friday, December 1, 2023 10:21 AM
**To:** Charter-Entropic 22cv125 <Charter-Entropic22cv125@arnoldporter.com>; zzz.External.ddacus@dacusfirm.com <ddacus@dacusfirm.com>
**Cc:** Entropic Charter Litigation <Entropic-CharterLit@klgates.com>; GITBB-Entropic <GITBB-Entropic@goldmanismail.com>; zzz.External.andrea@wsfirm.com <andrea@wsfirm.com>; bridgesip@icloud.com
**Subject:** Entropic v Charter: Deposition Scheduling

External E-mail

Counsel,

In his Order concerning Entropic's motion to strike the opinions of Dr. Almeroth, Judge Payne ordered Charter to make Mr. Stafford and a corporate designee available for one-hour depositions within seven days. Please let us know your availability for these depositions. We are happy to take them in Marshall next week if that is easiest.

Please feel free to call if you'd like to discuss.

Thanks,
Alan

**Alan Littmann**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5969   **C** 312-404-1871   **F** 312-380-7019
goldmanismail.com

# GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com