UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>    Plaintiff<br><br>    v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>    Defendant. | Civil Action No. 2:22-cv-00125-JRG |

**ORDER GRANTING CHARTER COMMUNICATION, INC.'S OPPOSED MOTION FOR PROTECTIVE ORDER FROM THE COURT'S MEMORANDUM ORDER (DKT. 358) GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S MOTION TO STRIKE THE EXPERT REPORT OF DR. KEVIN ALMEROTH (DKT. 175)**

Before the Court is Defendant Charter Communication, Inc.'s Opposed Motion For Protective Order From The Court's Memorandum Order (Dkt. 358) Granting-In-Part And Denying-In-Part Entropic's Motion To Strike The Expert Report Of Dr. Kevin Almeroth (Dkt. 175). After considering the briefing, the Court hereby **GRANTS** the Motion.