# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER ON CHARTER'S OBJECTIONS TO THE MEMORANDUM ORDER (DKT. 351) GRANTING-IN-PART AND DENYING-IN-PART AND CHARTER'S MOTION TO STRIKE DR. KRAMER'S IMPROPER OPINIONS (DKT. 167)

Before the Court is Defendant Charter Communications Inc.'s Objections to Judge Payne's Memorandum Order (Dkt. 351) Granting-In-Part and Denying-In-Part Charter's Motion To Strike Dr. Kramer's Improper Opinions (Dkt. 167).

Having considered the Motion, Magistrate Judge Payne's Order, Charter's Objections, and all related briefing, the Court finds that Charter's Objections should be **SUSTAINED**. The Court therefore **REVERSES-IN-PART** Judge Payne's Memorandum Order and **STRIKES** paragraphs 83-89, 93, 94, 221, 222, 241-245, 247, and 248 of Dr. Kramer's opening expert report and **AFFIRMS-IN-PART** Judge Payne's Memorandum Order as to the deposition testimony.