UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　　　Plaintiff<br><br>　　　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　　　Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

### ORDER ON CHARTER'S OBJECTIONS TO THE MEMORANDUM ORDER (DKT. 359) GRANTING-IN-PART AND DENYING-IN-PART CHARTER'S MOTION TO STRIKE DR. SOURI'S IMPROPER OPINIONS (DKT. 166)

Before the Court is Defendant Charter Communications Inc.'s Objections to Judge Payne's Memorandum Order (Dkt. 359) Granting-In-Part and Denying-In-Part Charter's Motion To Strike Dr. Souri's Improper Opinions (Dkt. 166).

Having considered the Motion, Magistrate Judge Payne's Order, Charter's Objections, and all related briefing, the Court finds that Charter's Objections should be **SUSTAINED**. The Court therefore **REVERSES-IN-PART** Judge Payne's Memorandum Order and **STRIKES** paragraphs 79, 317, 324, 325, 355, 358, 359, 364, 365, 373, 374, 407, 408, 425-427, and 431-434 of Dr. Souri's opening expert report and paragraphs 19, 23, and 30 of Dr. Souri's supplemental expert report. The Court **AFFIRMS-IN-PART** Judge Payne's Memorandum Order with respect to paragraphs 419, 444, 499, and 507 of Dr. Souri's opening expert report.