UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTION TO REPORT AND RECOMMENDATION (DKT. 357) GRANTING-IN-PART AND DENYING-IN-PART ENTROPIC'S MOTION FOR SUMMARY JUDGMENT OF <u>NO LICENSE DEFENSE BASED ON DOCSIS (DKT. 177)</u>**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Report and Recommendation Granting-In-Part and Denying-In-Part Entropic's Motion For Summary Judgment Of No License Defense Based On DOCSIS.

Having considered the Motion, the Report and Recommendation, Charter's Objections, and all related briefing, the Court finds that the Motion should be **DENIED**. The Court hereby **OVERRULES** the Report and Recommendation as to the '008, '826, and '682 Patents and **ADOPTS** the Report and Recommendation as to the '775, '362, and '690 Patents.