UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER ON CHARTER'S OBJECTION TO REPORT AND RECOMMENDATION (DKT. 354) DENYING ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF THE ASSERTED CLAIMS OF THE '682 AND '690 PATENTS (DKT. 176)**

Before the Court is Defendant Charter Communications Inc.'s Objection to the Report and Recommendation Denying its Motion For Summary Judgment Of Non-Infringement of the Asserted Claims of the '682 and '690 Patents.

Having considered the Motion, Magistrate Judge Payne's Order, Charter's Objections, and all related briefing, the Court finds that the Motion should be **GRANTED**. The Court hereby **OVERRULES** the Report and Recommendation.