# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC, | § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO.  2:22-CV-00125-JRG |
| CHARTER COMMUNICATIONS, INC., | § § § § | |
| *Defendants*. | § § § | |

## ORDER

Before the Court is the "Joint Motion for Entry of Public Version of Order (Dkt. No. 368)" (the "Motion") filed jointly by the parties. (Dkt. No. 420.) In the Motion, the parties request that the Court enter a redacted version of the Order found at Dkt. No. 368. (Dkt. No. 420 at 1.) The parties have attached a version of the Order with redactions (the "Redacted Version"). (*See* Dkt. No. 420-1.)

The parties are directed to file the Redacted Version on the  docket as an attachment to a Notice of Redaction within two (2) business days of this Order.

Accordingly, the Motion should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 3rd day of January, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE