# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

## CORRECTED JOINT MOTION TO REDACT TRANSCRIPT [DKT. 405]

**I.   INTRODUCTION**

Defendant Charter Communications, Inc. ("Charter") and Plaintiff Entropic Communications, LLC hereby respectfully request the Court to redact portions of three lines of the December 8, 2023 Pretrial Hearing Transcript (Dkt. 405) ("Transcript").

**II.   LEGAL STANDARD**

"[W]here the parties request redaction of confidential financial and business information discussed at the hearing, the court will grant the motion." *Personal Audio, LLC, v. Apple, Inc.*, No. 9:09-cv-00111-RC, Dkt. 75 (E.D. Tex. Feb. 22, 2010). "[P]arties may redact only those portions [of a transcript] actually containing (not merely alluding to) non-public information the release of which would cause commercial harm to an entity or person." *Godo Kaisha IP Bridge 1 v. Broadcom Ltd.*, No. 2:16-cv-00134-JRG-RSP, Dkt. 291 (E.D. Tex. Apr. 28, 2017).

1

### III.  ARGUMENT

Good cause exists for the redactions as these contain highly confidential and sensitive business information regarding Charter's business decisions.  Specifically, the parties seek to redact three portions of the Transcript that contain non-public information—███████████ ███—the release of which would cause commercial harm to Charter.  The parties seek to redact the following:

| Page(s):Line(s) | Proposed Redacted Text |
|---|---|
| 9:7 | ██████████ |
| 9:16 | ██████████ |
| 10:2 | ████████████ |

Further, because the parties seek to redact three small, discreet portions of the Transcript, the redaction of this material will not impede the understanding of the rulings of the Court.  A proposed redacted version of the hearing transcript is attached as Exhibit A.

### IV.  CONCLUSION

Accordingly, the parties respectfully request that the Court grant their motion to redact portions of the December 8, 2023 transcript (Dkt. 405).

█████████████████████████████████

Dated: December 29, 2023                                  Respectfully submitted,

/s/ Daniel Reisner by permission Elizabeth Long
Deron R. Dacus
State Bar No. 00790553
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
Email: ddacus@dacusfirm.com

Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York, 10019-9710
Telephone: (212) 836-8000
Email: daniel.reisner@arnoldporter.com
Email: david.benyacar@arnoldporter.com
Email: elizabeth.long@arnoldporter.com
Email: albert.boardman@arnoldporter.com
Email: melissa.brown@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
William Louden
William O. Young
Thomas Carr
Natalie Steiert
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Email: marc.cohn@arnoldporter.com
Email: amy.dewitt@arnoldporter.com
Email: william.young@arnoldporter.com
Email: thomas.carr@arnoldporter.com
Email: natalie.steiert@arnoldporter.com

Zachary A. Nemirovsky
ARNOLD & PORTER KAYE SCHOLER LLP
3000 El Camino Real #500,
Palo Alto, California 94304

3

Telephone: (650) 319-4500
Email: zachary.nemirovsky@arnoldporter.com

***Attorneys for Defendant***
***Charter Communications, Inc.***

<u>/s/ Katherine Allor</u>
James Shimota
Jason Engel
George Summerfield
Katherine L. Allor
Samuel P. Richey
Ketajh Brown
K&L GATES LLP
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com
samuel.richey@klgates.com
ketajh.brown@klgates.com

Nicholas F. Lenning
Courtney Neufeld
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Darlene Ghavimi
Matthew A. Blair
K&L GATES LLP
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

Christina N. Goodrich
Connor J. Meggs

4

██████████████████████████████████

K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5031
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter E. Soskin
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8046
Fax: (415) 882-8220
peter.soskin@klgates.com

Alan Littmann
Michael Pieja
Doug Winnard
Jennifer Hartjes
Shaun Zhang
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM, LLP
200 South Wacker Drive. 22nd Floor
Chicago, IL 60606
Tel: (312) 681-6000
Fax: (312) 881-5191
alittmann@goldmanismail.com
mpieja@goldmanismail.com
dwinnard@goldmanismail.com
jhartjes@goldmanismail.com
szhang@goldmanismail.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
Charles Everingham, IV
Texas Bar No. 787447
WARD, SMITH & HILL, PLLC
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

███████████████████████████████████

                                                   *Attorneys For Plaintiff*
                                                   *Entropic Communications, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a). As such, this document is being served December 29, 2023, on all counsel of record, each of whom is deemed to have consented to electronic service. L.R. CV-5(a)(3)(A).

*/s/ Elizabeth Long*
Elizabeth Long

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies pursuant to Local Rule CV-7(i) that the relief requested in this motion is agreed.

*/s/ Elizabeth Long*
Elizabeth Long
