**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>　Plaintiff<br><br>　v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>　Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION
TO REDACT TRANSCRIPT [DKT. 405]**

The Court, having considered the parties' Joint Motion to Redact Transcript [Dkt. 405], hereby **GRANTS** the motion.