## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

ENTROPIC COMMUNICATIONS, LLC,

    *Plaintiff,*

v.

CHARTER COMMUNICATIONS, INC.,

    *Defendant.*

Civil Action No. 2:22-cv-00125-JRG

## <u>NOTICE OF REDACTION</u>

Pursuant to the Court's Order (Dkt. No. 421), Plaintiff Entropic Communications, LLC and Defendant Charter Communications, Inc. hereby file a redacted public version of the Court's Memorandum Order Denying Charter's Motion to Exclude the Expert Opinions of Stephen Dell (Dkt. No. 368). The parties' agreed redactions to Dkt. No. 368 are attached as Exhibit A to this Notice.

Dated: January 4, 2024

Respectfully submitted,

*/s/ James Shimota*
James Shimota
Jason Engel
George Summerfield
Katherine L. Allor
Samuel P. Richey
Ketajh Brown
**K&L GATES LLP**
70 W. Madison Street, Suite 3300
Chicago, IL 60602
Tel: (312) 807-4299
Fax: (312) 827-8000
jim.shimota@klgates.com
jason.engel@klgates.com
george.summerfield@klgates.com
katy.allor@klgates.com

samuel.richey@klgates.com
ketajh.brown@klgates.com

Nicholas F. Lenning
Courtney Neufeld
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
Tel: (206) 623-7580
Fax: (206) 623-7022
nicholas.lenning@klgates.com
courtney.neufeld@klgates.com

Darlene Ghavimi
Matthew A. Blair
**K&L GATES LLP**
2801 Via Fortuna, Suite 650
Austin, Texas 78746
Tel: (512) 482-6800
darlene.ghavimi@klgates.com
matthew.blair@klgates.com

Christina N. Goodrich
Connor J. Meggs
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
Tel: (310) 552-5031
Fax: (310) 552-5001
christina.goodrich@klgates.com
connor.meggs@klgates.com

Peter E. Soskin
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Tel: (415) 882-8046
peter.soskin@klgates.com
Alan Littmann
Michael Pieja
Doug Winnard
Jennifer Hartjes
Shaun Zhang
**GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM, LLP**
200 South Wacker Drive. 22nd Floor
Chicago, IL 60606

2

Tel: (312) 681-6000
Fax: (312) 881-5191
alittmann@goldmanismail.com
mpieja@goldmanismail.com
dwinnard@goldmanismail.com
jhartjes@goldmanismail.com
szhang@goldmanismail.com

Wesley Hill
Texas Bar No. 24032294
Andrea Fair
Texas Bar No. 24078488
Charles Everingham, IV
Texas Bar No. 787447
**WARD, SMITH & HILL, PLLC**
1507 Bill Owens Pkwy
Longview, TX 75604
Tel: (903) 757-6400
wh@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

**ATTORNEYS FOR PLAINTIFF
ENTROPIC COMMUNICATIONS, LLC**

*/s/ Elizabeth Long (with permission)*
Deron R. Dacus
State Bar No. 00790553
**THE DACUS FIRM, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Tel: (903) 705-7233
ddacus@dacusfirm.com
Daniel L. Reisner
David Benyacar
Elizabeth Long
Albert J. Boardman
Melissa Brown
Jacob Bass
**ARNOLD & PORTER KAY
SCHOLER LLP**
250 West 55th Street
New York, New York 10019-9710
Tel: (212) 836-8000
Fax: (212) 836-8689
daniel.reisner@arnoldporter.com
david.benyacar@arnoldporter.com

3

elizabeth.long@arnoldporter.com
albert.boardman@arnoldporter.com
melissa.brown@arnoldporter.com
jacob.bass@arnoldporter.com

Marc A. Cohn
Amy L. DeWitt
William Young
Thomas Carr
Natalie Steiert
**ARNOLD & PORTER KAY
SCHOLER LLP**
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Tel: (202) 942-5000
Fax: (202) 942-5999
marc.cohn@arnoldporter.com
amy.dewitt@arnoldporter.com
Email: william.young@arnoldporter.com
Email: thomas.carr@arnoldporter.com
Email: natalie.steiert@arnoldporter.com

**ATTORNEYS FOR DEFENDANT
CHARTER COMMUNICATIONS, INC.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's CM/ECF system on all counsel of record on January 4, 2024.

*/s/ James Shimota*
James Shimota