AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | | |
|---|---|---|
| ENTROPIC COMMUNICATIONS, LLC. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:22-CV-00125-JRG-RSP |
| CHARTER COMMUNICATIONS, INC. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Electronic Frontier Foundation.                                                                         .

Date:     March 20, 2024

/s/ Christopher J. Morten
*Attorney's signature*

Christopher J. Morten (NY Bar No. 5428107)
*Printed name and bar number*

**SCIENCE, HEALTH & INFORMATION CLINIC**
**MORNINGSIDE HEIGHTS LEGAL SERVICES, INC.**
Columbia Law School, 435 West 116 St, Room 831
New York, NY 10027
*Address*

cjm2002@columbia.edu
*E-mail address*

(212) 854-1845
*Telephone number*

(212) 854-3554
*FAX number*

Print        Save As...        Reset