# EXHIBIT B

This Exhibit collects all the nominally "public" filings associated with Charter's license defense based on DOCSIS that are sealed either in whole or in part in this District. These are the "Sealed Filings" referred to in EFF's motion to intervene and to unseal court records. EFF challenges the redaction and sealing of these filings.

The approximate percentages listed in the "Sealing Status" column were calculated by 1) counting the total number of lines in the content[1] of the Sealed Filing; 2) counting the number of lines in the content of the Sealed Filing containing any amount of redaction; and 3) dividing the number of lines in the content of the Sealed Filing containing any amount of redaction by the total number of lines in the content of the Sealed Filing.

| The "Sealed Filings" | Dkt. # of Public Version | Sealing Status |
|---|---|---|
| **Entropic's Summary Judgment Motion** | 272 | Approximately 41% of lines redacted |
| Exhibit A: DOCSIS License | nonexistent | Entirely sealed |
| Exhibit B: Daniel Boglioli Deposition | nonexistent | Entirely sealed |
| Exhibit C: Dr. Kevin Almeroth Deposition | nonexistent | Entirely sealed |
| Exhibit D: Expert Report of Dr. Kevin Almeroth | nonexistent | Entirely sealed |
| **Charter's Response** | 224 | Approximately 76% of lines redacted |
| The Declaration of Elizabeth Long, which contains sealed exhibit labels describing the materials attached to Charter's response. | 224-1 | Approximately 23% of lines redacted |
| Exhibit E: Opening Expert Report of David O. Taylor | 224-2 | Entirely sealed |
| Exhibit F: Rebuttal Expert Report of Dr. Shukri Souri | 224-3 | Entirely sealed |
| Exhibit G: [Name redacted] | 224-4 | Entirely sealed |
| Exhibit H: Opening Expert Report of Dr. Shukri Souri | 224-5 | Entirely sealed |
| Exhibit J: [Name redacted] | 224-7 | Entirely sealed |
| Exhibit K: [Name redacted] | 224-8 | Entirely sealed |

---

[1] For purposes of this calculation, the content of a Sealed Filing excluded the cover page, table of contents, table of authorities, signature blocks, and certificate of service.

| | | |
|---|---|---|
| Exhibit L: [Name redacted] | 224-9 | Entirely sealed |
| Exhibit M: [Name redacted] | 224-10 | Entirely sealed |
| Exhibit N: [Name redacted] | 224-11 | Entirely sealed |
| Exhibit O: [Name redacted] | 224-12 | Entirely sealed |
| Exhibit P: [Name redacted] | 224-13 | Entirely sealed |
| Exhibit R: Opening Expert Report of Dr. Richard A. Kramer | 224-15 | Entirely sealed |
| Exhibit V: Dr. Shukri Souri Deposition | 224-19 | Entirely sealed |
| Exhibit W: Rebuttal Expert Report of Dr. Kevin Almeroth | 224-20 | Entirely sealed |
| Exhibit X: Entropic's Second Supplemental Infringement Contentions | 224-21 | Entirely sealed |
| **Entropic's Reply** | 276 | Approximately 7% of lines redacted |
| Declaration of James Shimota | *nonexistent* | Entirely sealed |
| Exhibit E | *nonexistent* | Entirely sealed |
| **Charter's Sur-Reply** | 314 | Approximately 26% of lines redacted |
| **Charter's Objection to Judge Payne's Report and Recommendation** | 412 | Approximately 6% of lines redacted |