# EXHIBIT F

Bloomberg Law News 2024-03-19T10:20:02101366937-04:00

# Charter Bid to Dismiss Texas Patent Case Rejected by Fed. Cir.

By Michael Shapiro 2023-09-05T11:08:11000-04:00

The Federal Circuit rejected Charter Communications Inc.'s bid to get a Texas patent suit targeting the cable giant tossed on venue grounds.

In April 2022, Entropic Communications LLC sued Charter, the nation's second-largest cable operator, in federal district court in Marshall, Texas.

Charter argued dismissal was appropriate because it doesn't have a regular and established place of business in the US District Court for the Eastern District of Texas under the patent venue statute. In so doing, the company sought to distinguish itself from its Spectrum brand and subsidiaries.

Judge J. Rodney Gilstrap rejected those arguments, writing that he was "persuaded that Charter is Spectrum, and Spectrum is Charter."

The US Court of Appeals for the Federal Circuit issued a short order on Tuesday saying it wouldn't be getting involved by overruling Gilstrap.

It concluded that Charter hadn't raised a "broad, fundamental, and recurring legal question" that might warrant its intervention in the pending case.

Charter is represented by Arnold & Porter Kaye Scholer LLP. K&L Gates LLP represents Entropic.

The case is In re: Charter Comms., Inc. , Fed. Cir., 23-136, denying pet. for writ of mandamus 9/5/23 .

To contact the reporter on this story: Michael Shapiro in Dallas at mshapiro@bloombergindustry.com

To contact the editor responsible for this story: Adam M. Taylor at ataylor@bloombergindustry.com



© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

## Related Documents

Fed. Circuit Docket

Fed. Circuit Order

E.D. Tex. Docket

E.D. Tex. Order

Bloomberg Law®

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

// PAGE 2