# EXHIBIT  G

Bloomberg Law News 2024-03-19T10:20:54114145551-04:00

# Charter, Entropic Settle Dispute Over Data-Transmission Patents

By Laurel Brubaker Calkins 2023-12-11T14:00:12000-05:00

- Pretrial rulings sharply narrowed jury issues last month
- Entropic had already dropped claims over 3 of 6 patents

Charter Communications Inc. and Entropic Communications LLC resolved their patent infringement lawsuit related to data transmission over cable technology, having their joint dismissal request granted the day before a Texas federal jury was to hear the case.

Judge Rodney Gilstrap approved the companies' settlement request in an order signed Sunday in the US District Court for the Eastern District of Texas. The request also asked him to retain jurisdiction over the case to enforce the unspecified "monetary payment due under the Dec. 10 settlement agreement between the parties."

The case was sharply narrowed in late November by a magistrate judge's recommended rulings on a stack of summary judgment motions that tilted largely in Entropic's favor, court records show. Gilstrap accepted and approved those recommendations Dec. 8, following the final pretrial conference in the case. The parties agreed to settle shortly afterward.

Attorneys for neither company immediately responded to requests for comment.

Entropic—a division of MaxLinear Inc.—earlier dropped claims concerning three of the six patents its April 2022 complaint alleged Charter's cable modems, set-top boxes and cable-based data transmission services infringed, according to court filings. Charter also withdrew its invalidity defenses against the three remaining patents, according to a Dec. 8 order summarizing the litigation.

Entropic originally accused Charter of violating US Patent Nos. 8,223,775; 8,284,690; 8,792,008; 9,210,362; 9,825,826; and 10,135,682. Many of the inventions involve system-on-chip technologies, which "simplified the installation required to support wideband reception of multiple channels for demodulation, improved home internet performance, and enabled more efficient and responsive troubleshooting and upstream signal management for cable providers," the company said in its



© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

complaint.

Entropic's founders were pioneers in the field of cable data transmission and help set standards for set-top boxes serving the home TV and video markets, according to the company. MaxLinear bought NASDAQ-traded Entropic Communications Inc. and its intellectual property portfolio in 2015, according to the filing.

Entropic is represented by K&L Gates LLP and Ward Smith & Hill PLLC. Charter is represented by The Dacus Firm PC and Arnold & Porter Kay Scholer LLP.

The case is Entropic Communications LLC v. Charter Communications Inc. , E.D. Tex., No. 2:22-cv-00125, order 12/10/23

To contact the reporter on this story: Laurel Brubaker Calkins at lcalkins@ic.bloombergindustry.com

To contact the editor responsible for this story: Tonia Moore at tmoore@bloombergindustry.com

© 2024 Bloomberg Industry Group, Inc. All Rights Reserved. Terms of Service

Charter, Entropic Settle Dispute Over Data-Transmission Patents

## Related Documents

Docket

Stipulation of Dismissal

Order