IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC<br><br>Plaintiff,<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG-RSP |

## CORPORATE DISCLOSURE STATEMENT OF PROPOSED INTERVENOR ELECTRONIC FRONTIER FOUNDATION

Pursuant to Federal Rule of Civil Procedure 7.1, Proposed Intervenor Electronic Frontier Foundation states that it is a donor-funded, non-profit civil liberties organization. The Electronic Frontier Foundation has no parent corporation and no publicly held corporation owns 10% more of its stock.

DATED:  March 20, 2024

                                          Respectfully submitted,

                                          */s/ Christopher J. Morten*
                                          Christopher J. Morten (admitted E.D. Tex.)
                                          (NY Bar No. 5428107)
                                          SCIENCE, HEALTH, & INFORMATION CLINIC
                                          MORNINGSIDE HEIGHTS LEGAL SERVICES, INC.
                                          Columbia Law School
                                          435 W 116 St, Room 831
                                          New York, NY 10027
                                          Tel: (212) 854-1845
                                          cjm2002@columbia.edu
                                          *Counsel of Record*
                                          *Attorney for Proposed Intervenor*
                                          *The Electronic Frontier Foundation*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). To ensure service on all counsel, I also emailed courtesy copies of this motion and associated filings to counsel of record for the parties on March 20, 2024.

*/s/ Christopher J. Morten*
Christopher J. Morten