UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC,<br><br>Plaintiff<br><br>v.<br><br>CHARTER COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:22-cv-00125-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER DENYING ELECTRONIC FRONTIER FOUNDATION'S MOTION TO INTERVENE AND TO UNSEAL COURT RECORDS**

Before the Court is Electronic Frontier Foundation's Motion to Intervene and to Unseal Court Records (Dkt. 425). After considering the briefing, the Court hereby **DENIES** the motion.