# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ENTROPIC COMMUNICATIONS, LLC <br><br> Plaintiff, <br><br> v. <br><br> CHARTER COMMUNICATIONS, INC. <br><br> Defendant. | Civil Action No. 2:22-cv-00125-JRG |

## PROPOSED INTERVENOR THE ELECTRONIC FRONTIER FOUNDATION'S NOTICE OF APPEAL

Pursuant to the Federal Rules of Appellate Procedure, Proposed Intervenor the Electronic Frontier Foundation (EFF) gives this notice of appeal to the United States Court of Appeals for the Federal Circuit from the Court's order (Dkt. 430), entered May 2, 2024, denying EFF's motion to intervene and to unseal court records (Dkt. 425), and from any and all other judgments, orders, opinions, rulings, and findings that merge therein or are pertinent or ancillary to the foregoing.

Dated: May 31, 2024

Respectfully submitted,

/s/ Christopher J. Morten
Christopher J. Morten (admitted E.D. Tex.)
(NY Bar No. 5428107)
SCIENCE, HEALTH & INFORMATION CLINIC
MORNINGSIDE HEIGHTS LEGAL SERVICES, INC.
Columbia Law School
435 West 116 St, Room 831
New York, NY 10027
Tel: (212) 854-1845
cjm2002@columbia.edu

1

*Counsel of Record*
*Attorney for Proposed Intervenor*
*The Electronic Frontier Foundation*

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A).

*/s/ Christopher J. Morten*
Christopher J. Morten
